## DECLARATION OF JASON WALTERS

## PURSUANT TO 28 U.S.C. § 1746

I, Jason Walters, declare as follows:

1.       I reside in Wellington, Florida and am over the age of 18. I have personal knowledge of the facts in this declaration, and if called as a witness, I could and would testify to the facts stated herein.

2.       I currently work as a licensed loan officer for a mortgage company.

3.       In approximately October 2021, I first came across Ecommerce Empire Builders ("EEB") and Peter Pru ("Pru") on Facebook. I was looking around for ways to make some extra money online, and at the time EEB and Pru were running tons of Facebook advertisements for their business opportunities.

4.       I saw some of EEB and Pru's ads and was drawn in by their "Business in a Box" claims. EEB and Pru were making claims all over their video advertisements like "we'll do everything for you" and they had numerous testimonials of people making "$40,000, $50,000, and $100,000." EEB and Pru also had lists of people that EEB had given awards for selling large amounts of product from their stores. To me, this all seemed like a lot of evidence that showed their services were working for people, and after watching these advertisements and testimonials I expected to be profitable. One of the biggest lures for me was also EEB and Pru's claims that their services would be done for you, and it was not going to need to be a hands-on business for me.

5.       At the time I was reviewing a few different companies in the ecommerce space. After I reviewed a number of different online ecommerce opportunities, I decided to go with EEB and Pru. I choose EEB and Pru, because to me, they seemed more legit because they had lots of testimonial videos and other companies didn't have any. After watching a lot of these testimonial videos, it seemed like they had a lot of proof of successful users, and I was convinced to give EEB and Pru a try.

          FTC-000460

6.      After watching EEB and Pru's Facebook advertisements I had a meeting with one of their sales representatives. It was a one-on-one phone call with their salesperson. I took notes of the call with this sales representative, outlining the scope of work that was detailed by them. At true and correct copy of these notes is attached as attachment A.

7.      Before I paid EEB and Pru, they sent me a contract for their "Business in a Box" services. The contract was between Empire Holdings Group and myself. It laid out all the deliverables that they were supposed to provide and directed any questions I had to Pru's email address, peter@ecommerceempirebuilders.com. The "Business in a Box" services were also covered by a 100% refund policy of my initial purchase "plus a 5000.00 bonus," and I thought that this might help cover my investment. As discussed below, however, EEB and Pru didn't honor these policies when I requested a refund. I reviewed the contract and signed it on November 1, 2021. A true and correct copy of that contract is attached as attachment B.

8.      When I purchased EEB and Pru's done for you program, which also included the self-study academy program, for $15,000, I paid EEB and Pru the $15,000 in two different $7,500.00 payments on November 1st and 30th 2021. True and correct copies of these invoices are attached as attachment C.

9.      Before I purchased EEB and Pru's "Business in a Box" services, I never received any documents from EEB or Pru substantiating the earning or profit claims contained in their advertisements or on their website. I also never received any documents from EEB or Pru telling me whether the company had been subject to legal action, or a list of consumers who purchased EEB's services in the past three years.

10.     After I purchased the "Business in a Box" services from EEB and Pru, they claimed that they needed thirty days to build my website and funnels, and an additional ten days for testing. I also needed to spend at least $100 a day in advertising fees during this process.

11.     EEB and Pru also kind of force you to use their Storefunnels.net for funnel building, at least that's what they told me I had to use even though I had a different funnel building account with Clickfunnels already established.

2

12.    EEB chose the crystal niche for me because I had some interest and background with these products already. EEB put together a research document with some proposed product ideas, bought the domain for my ecommerce store, and I spent money building a custom logo for my website. All of the proposed products were sourced from overseas from websites like AliExpress. A true and correct copy of their research document is attached as attachment D.

13.    EEB built the website and ecommerce funnel for me and documented their work in a PowerPoint presentation. A true and correct copy of this presentation is attached as attachment E. Despite building me a website, ecommerce funnel, and running advertisements for my products, my ecommerce business never turned a profit.

14.    When I attempted to run the advertisements by myself—I actually made more money than when I let EEB run my advertising. Regardless, however, the ecommerce store EEB built for me never turned a profit. The store wasn't profitable because I lost about five dollars for every dollar I spent on fees, advertising, shipping, and products.

15.    After about a year of letting EEB try to make my ecommerce store profitable, as I was promised, I decided to request a refund. I set up a meeting via Zoom with EEB's COO Ali and Peter Pru. I recorded this meeting, and a true and correct copy of this recording is attached as attachment F.

16.    During this meeting I explained that "I did all the training and everything else I was told to do and the results just weren't cutting it." I also reminded them that they were the ones who "told me to stop the campaign and let [their] team do it and come up with it, and they actually didn't get any sales." Their team thought the sales issues were related to problems with the products, but after "we ended up switching products and they ran it again, and they did very bad, it was like one sale was $140 for a necklace that was a dollar, and the rest of the sales were about $40 per sale." I told Ali and Pru: "obviously that's not a profitable business with the cost of shipping, with the costs of the products, with the costs of store funnels and all that we were running in the negative."

PX5                                    FTC-000462

17.     Ali then asked me if I tried different advertising platforms. I brought the conversation back to the main issue, which was my stores never realized a profit. Again, I explained to Ali and Pru that I "spent about $20,000 in this whole process and didn't have much to show for it." I then told Ali and Pru that I at least wanted a partial refund.

18.     Peter then tried to pivot the conversation and explained that "we do have some other options Jason we can provide if you're open to hearing those." I was not. I explained that I was even originally pretty skeptical about the product choice, but they convinced me of trying to sell those products. I told them that "so far I haven't seen anything close to a profit and we've tried several different ways, and several different spending of different money, but at this point we're done with it."

19.     I further stated: "we put a lot of time and effort and funds in towards this project, but we have zero, I mean we have a website and a valid logo, but besides that we don't have any valid business. I mean we signed up for a "Business in a Box," its obviously the landing pages, the funnel, the drip campaign, and the profit." However, what they provided me was "not a valid 'Business in a Box,' it's a failing 'Business in a Box.'" My wife also explained that there were just continuous challenges and issues every step of the way with this business.

20.     Ali again tried to pivot, and blamed us for having our ads manager blocked. I told him again that the business they gave me was far from profitable. I told Ali the business was "not a profit by any means of the word," and explained that the cost per sale didn't make any sense. Pru then jumped in and pushed back, and told me that a lot of profits are supposed to come from the backend sales.

21.     Ali asked for two to three additional days to look into things before they would consider my refund. I told him that I had already contacted an attorney about the matter, and "at the end of the day what we're looking to receive out of this is 50% of our investment which is a $10,000 refund, because we spent about $20,000 on storefunnels, and ads, and logos, all sorts of money on shipping, and all kinds of stuff, not including our time, which you know, is invaluable."

PX5                                        FTC-000463

22.    Ali again asked for two days to try and figure out what happened, and to try and figure out some additional solutions and next steps.

23.    After the meeting, EEB ultimately refunded me about $6,000. However, with the amount I invested and also spent on advertising and other expenses I estimated that I spent about $20,000. EEB's excuse for not refunding me the full amount of money I spent was that their team had already spent a lot of time trying to build me a profitable ecommerce store so they needed to be compensated something.

24.    I've been trying to get the rest of my money back from EEB, but reaching them has been very unreliable. For example, I sent them a letter via certified mail to the address provided in my contract with EEB and it was returned to me as undeliverable. At true and correct copy of that letter is attached as attachment G.

25.    I believe that I am still owed around $11,000 from what I spent on EEB and Pru's "Business in a Box" program. In addition to the money I spent, however, I also just lost so much of my time because they made me go through all of these different training videos, conditioning their refunds on completing them. The training videos were extensive, but brutal to get through.

26.    Furthermore, the financial investment I made in EEB and Pru's "Business in a Box" program had a significant impact on my personal life. The $20,000 I spent was not an amount I could easily afford, and it took me many months to pay off, during which time I incurred a substantial amount of interest on the credit used to make these payments. This financial burden put a strain on my personal finances, limiting my ability to allocate resources to other important aspects of my life.

27.    In addition to the financial strain, the time and energy I devoted to this endeavor were considerable. I diligently followed the training videos and dedicated many hours to trying to make the business profitable, all while balancing my responsibilities as a licensed loan officer. Despite my best efforts, I never received any return on this investment. The stress and disappointment from this experience affected not only my professional life but also my personal

5

well-being, as I was left with a sense of failure and frustration after months of hard work yielded no positive results.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____August 30th_____, 2024, in Wellington, Florida

_____

Jason Walters

6

# Empire Builder.

Sales Person: Hoyt Farmer
Owner: Peter Pru Empire Builder

Business In A Box

Product identification with Peter

30 days build

Blue print included

10 day testing process - they pay for the testing

Inner circle private group

7 years in business

24 hour support app

weekly calls

Clickfunnels - Can't use
Must use Storefunnels or can't guarantee success
Ad spend - $100 per day

**4 options:**

Unlimited $25K
12 month option $18K
6 month $15K
3 month $12K

guarantee/Yes

Eve.com

**Attachment A**

personal loan


Sofi
2/3/4

4yr - $751 / 9.3% no PP no closing costs
3yr - $939/ 7.9% no PP no closing costs
2yr - $1343/ $6.9%


<u>Click here to see the Business in a Box video again</u>

The **Business in a Box** pricing is as follows:

Funnel Build including **unlimited mentoring** & support USD <u>$25K</u>
Funnel build including **12 months mentoring** & support USD <u>$18K</u>
Funnel build including **6 months mentoring** & support USD <u>$15k</u>
Funnel build including **3 months mentoring** and support USD <u>$12K</u>
*Finance available on request

<u>Scope of work:</u>
1:1 Onboarding call with our CEO, Peter Pru
Product selection
Niche research, selection, and targeting
Advertising copy & creatives for paid traffic
Digital Ads set up
Funnel build, launch and live testing (allow 30 days to build + 10 days testing)
1:1 Funnel Launch & training call
24hr on-demand support from the team via the Basecamp project manager app
Weekly group support calls ( Monday, Wed, Friday)
Access to the Empire Academy Training program

Costs that are outside of the program (<u>**which are not covered by us**</u>):

ClickFunnels subscription @ $97/month


**Attachment A**

Advertising budget @ $1000/ month minimum (this is something you'd naturally want to scale up over time to get more sales)

Your booking is confirmed
An email confirmation was sent to ██████████████████████
An event was added to your ████████████████████████ calendar.

## Your booking details

Event type:
Call Peter Pru
Time:

| Thu, Nov 4, 2021, 2:30 PM - 3:15 PM |
| --- |

United States; Eastern time (GMT-4:00) [DST]

Meeting Location:
Meeting Room Link: https://zoom.us/j/4034098171

Booking ID: BKNG-0F728JT3GBC4

If money didn't matter, what would you do on a daily basis?
What are some of your hobbies & interests?
Please list out any of your eCommerce or online/offline business experience.
What group of people would you feel passionate about helping?

**1) Please create your member's area account here for the Ecommerce Empire Academy & Inner Circle
Modules: https://members.ecommerceempirebuilders.com/ (Please note it may take a few hours for your account to become active)**

**2) Please complete the following Intake Form as soon as possible so we can better understand the Funnel we will be building for you! Click here to complete the intake form.**

**Attachment A**

https://docs.google.com/forms/d/e/1FAIpQLSdgJOEdiW6rjczsVko9qucGWpyEjveSC70y_EtapE8e6QnUSw/viewform?usp=sf_link


3) Schedule your funnel build kickoff call with Pete
here: https://go.oncehub.com/CallPeterPru


4) Within a few hours you will be getting an invite to BaseCamp. Please follow the
instructions for creating your account. This is where additional funnel build details
and all communication with the team will be had! Please watch this quick training
giving you an overview of the Basecamp dashboard:
https://www.loom.com/share/89bbd30d673e49c1896e4ff8f1684fd4


5) Please watch the following instructions to set up
your https://storefunnels.net/pricing account: https://www.loom.com/share/d502f6682ce64b6791e2e1128c778206   (Please respond back to this email with your username
& password)

6) Schedule a free business structure & tax savings call here. It is important to set up
your LLC early on if you do not have one as many paid advertising platforms require
it: https://primecorporateservices.com/empire-builders


Structuring the business with Alex Stuhff


**Attachment A**



alex@primecorporateservices.com

7 Functions of an LLC

#1 - Legalization
#2 - Separation and Protection
#3 - Legal Tax Status/ operating agreement - self employed employed ecom entrepreneur
#4 - Tax Deductions - 250 sanctioned tax
#5 - Pass through entity/ pass through taxation
#6 - Status Provisions - investments $7500
#7 - Compliance/ online

PAYDEX

$425

Credit building, 12 months - $1950

**Attachment A**

Who do I add to the account users for Clickfunnels?


Training Notes

Part 1
Google Trends - find out if a product has a stable trend
Amazon - see if the product has many sellers and buyers
Facebook ad library - see what ads are running on FB
Thieve.com - product research
Private window of google - search for item using key word PLR
Youtube - 5 videos that show you how to use the product
Pictures - nice quality photos of the product

Part 2
Create a FB business page and post some content
Stripe
Purchase domain for mostly support email addressD
Download funnel
connect stripe account to CF
CF order form:
Units:
X1
X2
X4
X6
X8

Order Bump

upsell #1
X4

upsell #2

**Attachment A**

X2

Hacks:
CF ProTools - copy script - Best seller highlights -auto select default code

Part 3

Set pixels
FB ads - Hook, benefit, offer

Part 4

Duping ads scaling

Notes from onboarding call with Peter 11/9

The Offer:
https://docs.google.com/document/d/1Ef64A_Adl68H3bNb9JOIdm3d1oH0s5NhMKs
Npnh2kpk/edit

https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-
offer/5-off-celestial-
suncatcher?v=22270115&variant=a&preview=__PREVIEW_ONLY

https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-
offer/evil-eye-suncatcher?v=22335310&variant=a&preview=__PREVIEW_ONLY

https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-
offer/5-off-evil-eye-
suncatcher?v=22402855&variant=a&preview=__PREVIEW_ONLY

The subscription:
https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-
offer/crystal-healing-club?v=22430037&variant=a&preview=__PREVIEW_ONLY

**Attachment A**

Bonuses:

https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-offer/thank-you


Empire Builders Partial Refund

PayPal Credit
Empire Holdings Group LLC on November 29th 2021


Ali, you said on the recording of our call with Peter, "the big part about Business in a Box, is handing over a business is actually scalable, profitable, working for you." None of this was true, your team handed over a business that had 1 sale at $140.46 and 13 other sales at $40.72. That is in no way scalable, profitable or working for us.


**Attachment A**

DocuSign Envelope ID: E67D27DC-FCC0-4DCF-A09A-5B15D7627FCD

**EMPIRE HOLDINGS GROUP**
**1851 W Point Pike**
**West Point, PA 19486**

**For Questions Please Contact: peter@ecommerceempirebuilders.com**

**EMPIRE HOLDINGS GROUP AUTHORIZATION SERVICE AGREEMENT:**

**PLEASE REVIEW THIS SERVICE AGREEMENT CAREFULLY, AS IT CONSTITUTES A LEGAL AGREEMENT BETWEEN YOU "CUSTOMER" AND EMPIRE HOLDINGS GROUP.**

**I understand that I am purchasing Empire Holdings Group – training and services as tools for my business DBA to signer of said Service Agreement.**

**By accepting these terms I understand the Empire Holdings Group is a separate entity from any and all non-directly associated programs/businesses. I understand that I am only purchasing Empire Holdings Group services per this agreement.**

**As Customer, I understand and acknowledge that it is my sole responsibility to advertise and market business developed by Empire Holdings Group.**

**As Customer, to the sole discretion of Empire Holding LLC, I understand I may qualify for a refund of 100% of my initial purchase plus a 5000.00 bonus if I do not**

- **Terms of Empire Holding LLC Business In A Box Refund Qualifications (All refund Terms must be met in order to qualify for a full refund). Actively Market the business via paid advertising for a minimum of 12 months with a marketing budget set forth by Empire Holdings Group.**

**Terms of Empire Holding Group Business In A Box Refund Qualifications (All refund Terms must be met in order to qualify for a full refund).**

**By accepting these terms I here by acknowledge that Empire Holdings Group makes no claim with respect to description of training and services. All services are sold "AS IS".**

**By signing I understand and agree that non-use of service by "Customer" does not constitute a refund or billing dispute on behalf of "Customer".**

**As "Customer" by signing said agreement I understand and agree that services (Business In A Box) provided by Empire Holdings Group will be setup and activated within 45 business days from date of billing transaction per signed agreement or 30 days from date of customer onboarding call.**

**As "Customer" I understand it is my responsibility to participate in any and all information/tasks within the 30 day build process needed by Empire Holding Group Team.**

**As "Customer", by signing below, I understand any delays with this information on my part may cause the Business In A Box process to take longer than 30 Days and does not constitute a refund, written or verbally.**

**Empire Holdings Group services are sold in good faith, and there are no refunds on services provided by Empire Holdings Group unless qualifying for our money back guarantee.**

Initia **JMW**    Page 1 of 3

**Attachment B**

DocuSign Envelope ID: E67D27DC-FCC0-4DCF-A09A-5B15D7627FCD

**Empire Holdings Group Business In A Box Scope Of Work To Be Provided**

**Ecommerce Empire Builders (Empire Holdings Group agrees to deliver the following website build, training, coaching, community:**

1. **Ecommerce Subscription Sales Funnel Build**
   - **Niche Selection & Validation**
   - **Offer Selection & Creation**
     i. **Frontend Offer**
     ii. **Order Bump**
     iii. **Upsell Products**
     iv. **Subscription Upsell Product**
     v. **Thank You Page**
     vi. **2 Bonus Information Products**
   - **Subscription Sales Funnel Build**
     i. **Landing Page**
     ii. **Order Form**
     iii. **Order Bump**
     iv. **Upsell #1**
     v. **Upsell #2**
     vi. **Upsell #3 - Subscription Product**
     vii. **Thank You Page**
   - **Abandoned Cart Email Automation - 3 Emails**
   - **Post Purchase Email Automation - 1 Email**
   - **Sales Funnel Copywriting**
     i. **Landing Page**
     ii. **Order Form**
     iii. **Order Bump**
     iv. **Upsell #1**
     v. **Upsell #2**
     vi. **Upsell #3 - Subscription Product**
     vii. **Thank You Page**
   - **Advertising**
     i. **At least 1 piece of advertising copy**
     ii. **At least 3 pieces of advertising creatives**
     iii. **$250 in advertising spend to test funnel**
   - **Phone Call Support**
     i. **Two strategy calls during funnel build process**

2. **Team Support Access For** ____6 Months____
   - **Access To Inner Circle Recordings Library**
   - **Access To Inner Circle Advanced Trainings Library**
   - **Three Inner Circle Zoom Calls Per Week**
   - **On Demand Support Within BaseCamp Dashboard**

Initia[l] _JMW_ (DS)    **Page 2 of 3**

**Attachment B**

DocuSign Envelope ID: E67D27DC-FCC0-4DCF-A09A-5B15D7627FCD

**Chargeback Policy:** In the event you file a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in your favor – you will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that you contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist you with any billing concerns before considering filing a Dispute or Chargeback with your bank or Credit Card Company.

**Payment Terms:** The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If you subscribe to any of the paid portions of the Services, you understand that once you have become a Subscriber, your subscription will be automatically renewed and your credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Business In A Box) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.

**SERVICES: Business In A Box**

Business In A Box – $15,000.00 2 Payments: Invoice (1) $7,500.00 Paid 11/01 – 2nd Payment Invoice (2) $7,500.00 Due on 11/30



Billing Amount $ 15,000.00

Billing Name Jason Walters

Billing Address

City Wellington    State/Province Florida    ZipCode 33414

Phone    Email

Last 4 Digits Of Credit Card

I understand that Empire Holdings Group Services are NOT subject to refund in the event "Customer" does or does not utilize services purchased through Empire Holdings Group per this Agreement. Because of the nature of setup fees and costs incurred by Empire Holdings Group, during "Customer" Account Set Up - sales past the Three – Day Right of Rescission are final.

By signing below, Customer acknowledges that they have read this agreement and understand the provisions of the Agreement and agrees to be bound to and by all Terms and Conditions per Agreement Date. By signing below I (Customer) agree that I am the Authorized signer of the Credit Card listed on this Agreement, and have given Empire Holdings Group Authorization to Charge my Credit Card for the listed amount per this Agreement, thus taking full responsibility of this charge.

By signing below, as Customer, I acknowledge and agree that it is my responsibility to participate in the Inner Circle trainings provided and apply such training. Furthermore it is my responsibility to communicate with Empire Holdings Group as often as needed in regards to the training.



Signature: *JASON NEIL WALTERS*    Date: 11/1/2021

**DERS SIGNATURE**

Print Name JASON NEIL WALTERS    Initial *JNW*    Page 3 of 3

**Attachment B**

# Ecommerce Empire Builders

**Invoice**

United States
peter@ecommerceempirebuilders.com

Invoice number EAFD304B-0001
Date of issue     Nov 1, 2021
Date due          Nov 1, 2021

Bill to
Jason Walters
█████████████

## $7,500.00 due Nov 1, 2021

Peter Pru Empire Builder

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Peter Pru Empire Builder | 1 | $7,500.00 | $7,500.00 |
| | | Subtotal | $7,500.00 |
| | | Amount due | $7,500.00 |

Pay $7,500.00 with card

Visit https://invoice.stripe.com/i/acct_1BLjojBLAusvAsdA/live_YWNjdF8xQkxqb2pCTEF1c3ZBc2RBLF9LVzRCcWRLU3RBN25vMDdrQzM3M3ZJaTdMakxNeGsw01007DzeI96E

Questions? Contact Ecommerce Empire Builders at
peter@ecommerceempirebuilders.com.

EAFD304B-0001 – Page 1 of 1

**Attachment C**
**PX5**

**FTC-000477**

# INVOICE



**Ecommerce Empire Builders**
peter@ecommerceempirebuilders.com

**Invoice No#**: 0260
**Invoice Date**: Nov 29, 2021
**Due Date**: Nov 29, 2021


Scan.Pay.Go

**PAID**

**$0.00**
**AMOUNT DUE**

**BILL TO**

███████████

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---------------------|---------|-------|-----------|
| 1 | Funnel Build | 1 | $7,500.00 | $7,500.00 |

| | | |
|---|---|---|
| | Subtotal | $7,500.00 |
| | Shipping | $0.00 |
| | **TOTAL** | **$7,500.00 USD** |
| | Amount paid | $7,500.00 |
| | **AMOUNT DUE** | **$0.00 USD** |

**Attachment C**



EMPIRE BUILDERS

# COPY RESEARCH

**Jason Neil Walters**
**Crystal Healing**



---

# SUMMARY

**Niche:**

# Crystal Healing

**Product(s):**

- Celestial Orgone Pyramid



Order Bump
LED Pyramid Base

---

**Attachment D**
**PX5**                                        **FTC-000480**



# TABLE OF CONTENTS

**SUMMARY**                                                        **1**

**TABLE OF CONTENTS**                                              **2**

**USE OF DOCUMENT**                                                **3**

**CUSTOMER PSYCH**                                                 **4**

Buyer's Persona                                                    5

Available Demographics                                            7

2020/1 Customer Decision Buying Triggers                          8

    Habit Change                              11

    How To Influence People To Change Habits  12

**RELEVANT NICHE INFO**                                           **15**

**CREATIVE COPY IDEAS**                                           **16**

MAGAZINE HEADLINES                                                16

**PRODUCT-ORIENTED RESEARCH**                                     **20**

FRONT-END Product                                                 21

    ORDER BUMP PRODUCT                        23

    OTO 1 PRODUCT                             25

    OTO 2 PRODUCT                             27

    SUB CLUB PRODUCT                          29

    SUB CLUB INFO/IDEAS                       31

**Attachment D**
**PX5**                                                           **FTC-000481**



# USE OF DOCUMENT

Intended for <span style="color:red">internal</span> use in the creation of copy and creative.

Sent out to customers to help them have more background on their target personas and information about the benefits of the products they are selling.

**Attachment D**
**PX5**                                        **FTC-000482**

EMPIRE BUILDERS

# CUSTOMER PSYCH

We focus on building out a psychometric 'picture' of who our target customer is for the specific project/niche based on available data online, experience and speculation related to their emotional triggers for the specific niche.

Includes:

- Buyer's Persona
- Available Demographics
- Buying Triggers (As Purchasing Decision Drivers)

Streamlined for simplicity's sake. To serve as an introduction of the buying state of the customers related to the funnel and niche.

**Attachment D**
**PX5**                                              **FTC-000483**



EMPIRE BUILDERS

# Buyer's Persona





*Spiritual Believer*

Attachment D
PX5                                                    FTC-000484



EMPIRE BUILDERS

---

Consuming Spirituality: The pleasure of uncertainty
https://www.researchgate.net/publication/235310299_Consuming_Spirituality_The_Pleasure_of_Uncertainty

Findings - The research reveals that consumers of spirituality did indeed embrace many of the products and services offered by the market in this area and they also experienced uncertainty, however, rather than negative as much of the literature surrounding uncertainty suggests, the uncertainty they experienced resulted in positive affective states.

The current research found that individuals did embrace the market in this area and enjoyed the uncertainty inherent in many of the products/services on offer. Secondly, uncertainty as pleasure is under researched generally in the literature. The current research has contributed to this literature through findings which reveal that uncertainty can result in positive affect and this is stable even when individuals do not know that the outcome of uncertainty will be positive or that their uncertainty will be reduced.

---

COPY RESEARCH                                    PAGE    6 | 50



## FEARS & PAINS

- dealing with internal uncertainties
- dealing with everyday stress, anxiety, lack of self-confidence
- fear of the void
- fear of the unknown/unexplored/spiritual
- fear of self
- i'm not doing the right thing to achieve enlightenment in the physical realm
- I'm not doing the right things here that will help me beyond
- i'm not good enough/i'm missing out on complete relaxation/i'm missing out on dealing with my uncertainties because i don't have this product
- i'm not wearing the right jewelry/i look ugly/i look awful
- i'm not utilizing the power of healing crystals in my everyday life
- my chakras are messed up and not being properly healed

**Attachment D**
**PX5**                                                    **FTC-000486**



EMPIRE BUILDERS

## BENEFITS, GOALS & DESIRES

- Embracing uncertainty and feeling confident
- expanding consciousness
- Reaching enlightenment
- being closer to a higher power
- unlocking your inner/existential power
- achieving sexual appeal and body and soul wellness
- looks great and helps me with overall wellness
- complete safety and control over your body and emotions
- helping you achieve comfort, relaxation, enlightenment
- it's a positive lucky charm that looks awesome
- features crystals for each chakra (full chakra healing)
- it's something that looks awesome on the outside, while helping me internally

**Attachment D**
**PX5**                                            **FTC-000487**



---

# Available Demographics



*Speculated To Overlap With Yoga Crowd*

1. About 36 million Americans practice yoga.
Based on a recent study carried out by the Yoga Alliance and Yoga Journal, yoga's popularity is on the rise—there were about 15 million yoga practitioners in the US in 2008.

2. The number of US "yogis" increased by over 50% in 4 years.
According to the previous study's results, the majority of this increase happened between 2012 and 2014, when the number of yoga students rose from 20.4 million to 36.7 million.
FROM 31 stats on yoga
https://disturbmenot.co/yoga-statistics/

Men doing yoga rose from 4 million in 2012 to 10 million 2016.
- 19% of yoga practitioners are 18 – 29 year olds.

---

COPY RESEARCH                                    PAGE     9 | 50



- 43% of yoga practitioners are 30 – 49 year olds.
- 38% of yoga practitioners are 50+ year olds.



https://www.thegoodbody.com/yoga-statistics/

**Attachment D**
**PX5**                                            **FTC-000489**





FROM
HTTPS://BRANDONGAILLE.COM/21-STAGGERING-YOGA-DEMOGRAPHICS/



COPY RESEARCH                              PAGE    11 | 50



---

# MARKET INFO



## GLOBAL COSTUME JEWELRY MARKET

Opportunities and Forecasts, 2014 -2022

Global Costume Jewelry Market is expected to reach $40.6 billion by 2022
Growing at a CAGR of 6.9% (2016-2022)



**GLOBAL COSTUME JEWELRY MARKET, BY GENDER**

*Female* held a dominant position in 2014 and would continue to maintain the lead over the forecast period.



**GLOBAL COSTUME JEWELRY MARKET, BY MODE OF SALES**

*Retail* segment held a dominant position in 2014 and would continue to maintain the lead over the forecast period.

---

**Attachment D**
PX5                              FTC-000491





https://www.mckinsey.com/industries/retail/our-insights/a-multifaceted-future-the-jewelry-industry-in-2020

Attachment D
PX5                                    FTC-000492



---

# 2020/1 Customer Decision Buying Triggers

*Across All Niches*

### SOCIAL PROOF

91 percent of consumers said they trust random users on the internet just as much as a personal recommendation. This is why 82 percent of shoppers read online reviews before making a purchase.



Source:

https://www.mytotalretail.com/article/4-factors-that-actually-influence-consumer-purchase-decisions/

https://www.brightlocal.com/research/local-consumer-review-survey/

---

**Attachment D**
**PX5**                                              **FTC-000493**



## PERSONALIZED SHOPPING EXPERIENCE

Personalization has become even more important to consumers, especially when it comes to communication between a brand and a customer. In fact, nearly three-fourths of consumers will only engage with a brand if its messaging is personalized and tailored just for them.

Therefore, personalization needs to be a star player in your marketing content. But what personalization strategies do customers actually want from retailers?

Well, one without a doubt is relevant product recommendations. Amazon.com has set the standard quite high in this regard, but all businesses should be tracking product views and optimizing their websites and marketing communications with customized recommendations.

Source:
https://www.mytotalretail.com/article/4-factors-that-actually-influence-consumer-purchase-decisions/
https://smarterhq.com/privacy-report

**Attachment D**
**PX5**                                                                    **FTC-000494**



EMPIRE BUILDERS

---

# Buying Impacts In 2020/1 (Where They Buy)



Source:
https://www.bigcommerce.com/blog/consumer-behavior-infographic/#is-it-that-shoppers-arent-shopping

---



---

# How To Influence People To Change Habits

Scientific

Whether you want an employee to participate more in meetings, or you want your spouse to pitch in more around the house, you can't force someone to change their behavior.

You can, however, have a strong influence over another individual. But, nagging, begging, or threatening aren't effective ways to motivate others to change.

**The best way to have a positive influence on someone is by asking a question that causes another individual to examine their behavior closely.**

The Question-Behavior Effect

A study, published in the Journal of Consumer Psychology, found the question-behavior effect is the key to behavior change.

This psychological trick involves asking a question about the future to speed up an individual's readiness for change.

For example, if you want your adult child to start investing in his 401(k), you might be tempted to say something, "It's important to invest money for retirement at a young age." But that statement isn't likely to evoke change.

---

Attachment D
PX5                                    FTC-000496



Researchers found you're more likely to see behavior change when you ask a question like, **"Are you going to set aside money for retirement?"**

**Discomfort motivates people to change.** And saying, "No," would likely create some slight discomfort for a person who isn't saving any money.

**The researchers involved in the study found that asking a question that reminded an individual of their unhealthy choices was effective in motivating them to do something different.**

The study concluded that **questioning effectively produces consistent and significant change across a wide variety of behaviors.** Direct questions influenced people to cheat less and exercise, volunteer, and recycle more.

**The key is to ask a question that forces individuals to choose a definitive yes or no answer (as opposed to an open-ended question).**

Researchers **found the question-behavior effect was effective in person, but it was even more effective when administered via a computer** or a paper-and-pencil survey.

Use it in marketing. Advertisements that ask questions like, "Will this be the year you finally reward yourself for your hard work?" can convince people to buy certain products.

Why a Question Leads to Behavior Change

**Attachment D**
**PX5**                                                              **FTC-000497**



There are several theories about why the question-behavior effect motivates people to change. It's likely that cognitive dissonance plays a role.

Cognitive dissonance is when your ideal self doesn't match up with your real self. So while you may want to be a healthy person, you might not be behaving like a fit, healthy person.

So, when someone asks if you are going to exercise regularly, saying no would create discomfort.

To ease your discomfort in the moment, you're likely to answer a question in a way that affirms your ideal self. Acknowledging your intention increases the likelihood that you'll change your behavior.

Answering a yes or no question--especially on a computer or via pen and paper--doesn't allow for clarification. And in this case, that's exactly what you want.

The person answering the question will likely want to excuse their choices with a statement like, "I have too much going on this month to exercise," or "I want to pay off my car before I start investing in a retirement plan." But, a good yes or no question won't allow room for clarification.


Source:
https://www.inc.com/amy-morin/science-says-this-is-best-way-to-motivate-other-people-to-change-their-behavior.html
Study: http://www.sciencedirect.com/science/article/pii/S1057740815001102

**Attachment D**
**PX5**                                                         FTC-000498



# RELEVANT NICHE INFO
*Crystal Healing*

**WEARING CRYSTAL JEWELRY - BENEFITS**

**From fashion and jewerly in ancient egypt**
https://casorojewelrysafes.com/fashion-and-jewelry-in-ancient-egypt/
Jewelry was an important way that the Egyptians tried to get the attention of their gods. They thought that the more jewelry they wore, the more attractive they would be to the gods. Men and women who had great wealth usually wore the most jewelry. ... Wealthy Egyptians had jewelry made out of precious jewels and gold.

**From benefits of wearing crystal jewerly**
https://www.wickedwirecrafts.com/new-blog/2018/7/20/benefits-of-wearing-crystal-jewelry
One of the largest benefits of wearing crystal jewelry is that they can help protect you from negative thoughts or a psychic attack. Choosing crystals such as pyrite, amethyst, jade, fire agate, and many others can protect you against negative vibrations to help preserve your mood and your confidence.

----

Physical rituals are proven to reduce anxiety
https://www.hbs.edu/faculty/Publication%20Files/Rituals%20OBHDP_5cbc5848-ef4d-4192-a320-68d30169763c.pdf

**Attachment D**
**PX5**                                                              **FTC-000499**



EMPIRE BUILDERS

From public speaking to first dates, people frequently experience performance anxiety. And when
experienced immediately before or during performance, anxiety harms performance. Across a series of
experiments, we explore the efficacy of a common strategy that people employ to cope with
performance-induced anxiety: rituals. We define a ritual as a predefined sequence of symbolic actions
often characterized by formality and repetition that lacks direct instrumental purpose. **Using different
instantiations of rituals and measures of anxiety (both physiological and self-report), we find that enacting rituals
improves performance in public and private performance domains by decreasing anxiety.
Belief that a specific series of behaviors constitute a ritual is a critical ingredient to reduce anxiety and
improve performance: engaging in behaviors described as a "ritual" improved performance more than
engaging in the same behaviors described as "random behaviors."**

‒‒‒‒‒‒‒‒

there seems to be some sort of neurological connection between our physical response to mental anxiety

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5452956/

How does this help?
I think there's some connection between our desire to own **PHYSICAL** items to improve our **MENTAL/METAPHYSICAL** anxieties …

Attachment D
PX5                                                      FTC-000500



Healing crystals is also a fashion trend

SOURCES:
https://www.theguardian.com/lifeandstyle/2018/feb/27/the-new-stone-age-how-crystals-became-a-magical-style-trend

https://www.theguardian.com/lifeandstyle/2019/sep/17/healing-crystals-wellness-mining-madagascar

https://www.theguardian.com/lifeandstyle/2019/sep/17/healing-crystals-wellness-mining-madagascar

**Attachment D**
**PX5**                                                          **FTC-000501**



# CREATIVE COPY IDEAS

## MAGAZINE HEADLINES

Used for inspiration and getting the "vibe" of the niche and the way it's advertised to the niche.*

*In terms of copy and creative!*



yoga, glute, crystals, cleanses? What's hype and what you need to try next!
live in divine harmony (68 crystals to align you with the universe)
manifest abundance

**Attachment D**
**PX5**                                                **FTC-000502**



  

what's your power crystal?
10 home-healing crystals
gemstones to feng shui your living space
master your psychic energy

  

**Attachment D**
PX5                                                        **FTC-000503**



EMPIRE BUILDERS

unleash the magic of the moon
Create your dream life
re-energize your chakras for the summer ... heal yourself with crystal therapy






THE PERFECT POSES FOR A SPRING DETOX

Attachment D
PX5                                    FTC-000504



EMPIRE BUILDERS

---

TECHNIQUES TO MASTER RELAXATION
88 WAYS TO EASE PAIN, ANXIETY, ILLNESS AND MORE
RELIEVE TENSION
FIND CALM


CALM. GROUNDED. HAPPY.
BUILD STRENGTH & CONFIDENCE

MOVE THROUGH THE WORLD MORE GRACEFULLY

END SELF-DESTRUCTIVE HABITS TODAY

---

COPY RESEARCH                    PAGE    26 | 50



# PRODUCT-ORIENTED RESEARCH

**Answering the question:**

*What are the specific benefits of people buying our Crystal Healing Products?*

COPY RESEARCH                                PAGE    27 | 50



==============================================

# FRONT-END Product

**NAME:** Celestial Orgone Pyramid

Product Link:
https://www.aliexpress.com/item/1005003108058085.html







QTY - COGS - SELL
x1 - 8.88 - 18.97
x2 - 16.18 - 27.97
x4 - 30.80 - 42.97
x6 - 45.41 -58.97
x8 - 60.03 - 74.97

COPY RESEARCH             PAGE    28 | 50



## BIG BENEFIT STATEMENT INFO

The Orgone Pyramids are based on Austrian Psychoanalyst "Dr Wilhelm Reich" Research early 20th century, He has introduced the term called orgone.

The Term "orgonite" refers to a mix of quartz crystals, semi-precious gemstones, metals and resin in a combination for balance out the life energy that we also know as prana, chi or orgone.

This natural Earth energy is the most powerful cosmic energy there is and it resonates with Schumann's fundamental global frequency of 7.83 Hz. This resonance is considered to be the "heartbeat" of our planet.

What can it do?

Improve immunity and resistance to illnesses as well as enhanced energy levels and feeling better overall;
Remove the stressors that affect us on unconscious levels by projecting high vibrational energies;

People have reported orgone pyramids have helped their overall lives, spiritually, mentally and spiritually.
Heal the environments that need thorough, energetic cleansing.

**Attachment D**
**PX5**                                                    FTC-000508



---

Access deeper meditative states, strengthen intentions and visualizations;
Fight insomnia and improve sleep, vivid and pleasant dreams;

Help each individual on his/her specific imbalances as if they "know" what you need as well as spiritual growth;
Energize foods, water and boost plant growth;

Protect from EMF radiation from electric and electronic devices making them especially helpful for people living in big cities;
Heal the environments that need thorough, energetic cleansing.

## PRODUCT SPECS & INFO

Natural Healing Crystals Orgonite Energy Pyramid Sculpture Symbolize Lucky Gather Wealth Prosperity Resin Ornaments Gift Home Office Decor 5cm
Feature:
1. Handmade Orgone Pyramid: Made of resin and copper powder, the exterior of this handmade stone pyramid is a resin model. It is a very good Ogonite energy generator. Since both stone and resin are natural, every handmade artwork will have subtle differences.
2. Crystal pyramid energy generator: The pyramid can collect and purify the energy in the universe, and then send it out. Olivine is the stone of wealth, and wrapping the olivine money tree in the pyramid will help you attract more positive energy and wealth. The chip crystal at the bottom of the pyramid converts negative energy into positive energy and releases it through the points on the top. This

---

COPY RESEARCH                                    PAGE     30 | 50



has a significant effect on balancing the chakras, healing aura, clearing and enhancing the personal energy aura.

3. Home & Office & Feng Shui Decoration: The gem pyramid is an excellent decoration choice for your office, home, dining table, desk, etc. It can reduce the negative energy generated by computers, TVs and other household appliances. It can be used as Feng Shui decoration. The product can bring a positive atmosphere to the family, and put it on the bedside can also bring beautiful dreams.

4. Energy Stone Gift: The crystal money tree pyramid can bring good luck and wealth. Make it a perfect gift for yourself, your best friends and parents. Share your love and blessings on Thanksgiving Christmas, Mother's Day, Father's Day, Valentine's Day, birthday or any other special occasions.

Specification:
Material: crystal drops
Packing: bubble bag
Size: length 50mm/1.97in; width 50mm/1.97in; height 50mm/1.97in

Note:
The artwork is made of resin. Please protect the exquisite artwork carefully and avoid damage from high places.
Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!
Please allow 1-2cm measuring deviation due to manual measurement.

**Attachment D**
**PX5**                                                    **FTC-000510**



# AMAZON IDEAS

✔Orgonite Pyramid As a natural crystal ore processor, I know very well the tempers and qualities of various stones. In my eyes, they all have their own personalities, and I know how to make them harmonious with each other.

✔Crystal Pyramid The matching of stones used inside the pyramid is not for aesthetics, but to achieve specific effects. After a long period of experimentation, I confirmed that this is a harmonious pairing.

✔Healing Crystal Only use pure natural crystals as raw materials, I am sure that natural ores have spirituality and function, which is the basis of all functions.

✔ Energy Generator Purely handmade, each product has subtle differences and is unique.

✔ Nubian Orgone Using completely environmentally friendly natural resin, using a special manufacturing process to increase the durability of the product, my pyramid can withstand temperature differences and harsh environments, surpassing all similar products on the market.

# TESTIMONIALS

Truly beautiful. Looks even prettier in person! Much recommended!

Bought this as a gift, thinking it's too good to be true, but the quality is amazing!

The photos do not do this gorgeous piece justice.  Already one of my favorite pyramids in my collection and it just arrived!

**Attachment D**
**PX5**                                                                 **FTC-000511**



I use this during my evening mindfulness sessions and I have to say, it makes me feel like my energy is more focused - and like my aura is more open to the energies of the galaxy!

Placed it on my desk. I bought the additional wooden base for it and it looks stunning. Does it make me more concentrated and focused? Maybe. But it definitely looks amazing!

Absolutely breathtaking! better than the photos by far. definitely recommend this as a gift to anyone or even just yourself! bought it for my brother's birthday and he loves it!

## FAQs (Original Copy)

Q: Does it look good when seen from all angles?
A: Yes. The pyramid is created geometrically to embrace the beauty of the galaxy when looked at from all directions!

Q: What is the package the pyramid arrives in?
A: It is packed with care. We make sure to ensure it's kept safe throughout the trip. And if there are any problems - you can always contact us at support@BusinessName.com and if you have any worries - always remember about our 60-Day Money-Back Guarantee!

## ADDITIONAL NOTES

N/A

**Attachment D**
**PX5**                    FTC-000512



EMPIRE BUILDERS

---

# ORDER BUMP PRODUCT
## FUNCTIONALITY AND NAME IDEAS

**NAME:** LED Wooden Pyramid Base

Product Link:
https://www.aliexpress.com/item/1005003108058085.html



QTY - COGS - SELL
x1 - 8.54 - 14.97

---

COPY RESEARCH                                      PAGE     34 | 50



## FUNCTIONALITY & NAME IDEAS

Helps turn the orgone pyramid into an orgone lamp.

**Attachment D**
**PX5**                                                        **FTC-000514**



# OTO 1 PRODUCT

**NAME:** Celestial Sun Catcher

UPSELL #1 :  x1 unit
Product Link:
https://www.aliexpress.com/item/1005002526063405.html



QTY - COGS - SELL
x1 - 3.64 - 9.97

---



---

## BIG BENEFIT STATEMENT INFO

THE BENEFITS OF A FENG SHUI SUN CATCHER:
It can activate positive energy or break up negative energy.

They can help balance areas that lack light and color.

The multidimensional light can calm or balance out areas with too much chaotic energy (clutter)

You can cure particular energies in the home with the accent crystals on your sun-catcher, if the string has several small rose quartz crystals, it can be used as a feng shui love cure.

The moon is often considered romantic since a full moon implies the beginning of new romantic relationships. The moon is often a symbol of love because it shows that although something may be imperfect, it may still be beautiful.

Moon and Star – Often a moon and stars tattoo represents family members, with the stars being children. However, this type of tattoo can also be symbolic of brightness in the dark or hope, a sign of the feminine or purity.

The moon is a feminine symbol, universally representing the rhythm of time as it embodies the cycle. The phases of the moon symbolize immortality

---

**Attachment D**
**PX5**                                                          FTC-000516



## bPRODUCT SPECS & INFO

Crystal Wind Chime Pendant Moon Star Hanging Drop for Outdoor Indoor Garden Window Wedding Curtain Chandelier DIY Decorations
Feature:
1. Our products are carefully handmade using reliable and high quality materials.
2. Our products are easy to hang, which makes them a great gift for someone. They are also specially designed to be easily cleaned, so within a few years your decor will be as good as new.
3. These crystal wind chimes bring the twinkling light to your garden, patio, sunny window, or hang them over your garden.
4. Beautiful wind chimes are the best gift choice - stunning wind chimes are not only a great choice for indoor and outdoor decoration, but also a great gift for your friends and family

Specification:
Model: A, B
Product Size (length): 30cm/11.81in
Material: white crystal
Packaging: envelope bubble bag

Note:
Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!
Please allow 1-3cm measuring deviation due to manual measurement.

**Attachment D**
**PX5**                                                        FTC-000517



## AMAZON IDEAS

Crystal Suncatcher: exquisite moon star crystal prism pendant, the crystal suncatcher ornament can make the room full of rainbows, since the crystal sun catcher can reflect lights with its multi-faceted, reflect to rainbows that are form with the sun give a great light show, they cast rainbows onto the wall, floor, table, bed when you hanging it in window where the sunlight, beautiful sun catcher for home window car hanging decoration

Elegant Indoor Outdoor Decoration: Perfect for home/office/garden/living room/window/car decoration, feng shui crystal hanging, chandelier crystal, wedding decoration, Christmas Tree Decor or any crystal projects. Good for sun catcher as a house, garden and car crystal hanging decoartion. It's also fun to turn these to enhance a new light fixture on your christmas tree, party decoration, DIY chandelier and more, get an amazing light & color show!

Exquisite Gift: best gift for best friends, families, house warming gift on Christmas, Mother's Day, Thanksgiving Day, Valentine's Day, Birthday, Anniversay.

Specifications: 12.99 inches in total length. Material: premium quality crystal glass, not acrylice or plastic, alloy. Weight: 27g. Package: 1x crystal suncatcher

Crystal Suncatcher Hanging Ornament: suncatcher will give you a warm and bright energy, Enjoy the rainbow crystal suncatcher brings you a little happiness to your life. If you have question or problem about your suncatcher purchased, welcome to contact with us, we will try our best to serve for you

## ADDITIONAL NOTES

**Attachment D**
**PX5**                                                      FTC-000518



N/A

**Attachment D**
**PX5**                                    **FTC-000519**



---

# OTO 2 PRODUCT

**NAME:** Third-Eye Sun Catcher

UPSELL #2 :  x1 unit
Product Link:
https://www.aliexpress.com/item/1005002952713638.html



QTY - COGS - SELL
x1 - 3.39 - 9.97

---

COPY RESEARCH                                        PAGE    41 | 50

**Attachment D**
**PX5**                                                              FTC-000520

EMPIRE BUILDERS

## BIG BENEFIT STATEMENT INFO

THE BENEFITS OF A FENG SHUI SUN CATCHER:
It can activate positive energy or break up negative energy.

They can help balance areas that lack light and color.

The multidimensional light can calm or balance out areas with too much chaotic energy (clutter)

You can cure particular energies in the home with the accent crystals on your sun-catcher, if the string has several small rose quartz crystals, it can be used as a feng shui love cure.

The third eye is a mystical and esoteric concept of a speculative invisible eye, usually depicted as located on the forehead, which provides perception beyond ordinary sight. In Indian spiritual traditions, the third eye refers to the ajna chakra.

In spirituality, the third eye often symbolizes a state of enlightenment. The third eye is often associated with religious visions, clairvoyance, the ability to observe chakras and auras, precognition, and out-of-body experiences.

## PRODUCT SPECS & INFO

Attachment D
PX5                                    FTC-000521



Hanging Crystal Star Hexagon Eye Craft Window Car Prism Natural Stone Moon Bell Pendant Rainbow Maker Home Garden Wall Wind Chime

Feature:

1. The crystal light-catching jewelry is made of K9 crystal, with advanced cutting technology, flawless, and good refraction effect.

2. Durable, these light-harvesting decorations seem to be fragile and easily scratched, but they are actually very durable.

They hardly become cloudy or tarnished.

3. The crystal light-catching jewelry gleams in the sun.

As a light-catching ornament hung on a window, this light-catching ornament produces beautiful reflections.

When sunlight shines from different angles, it will reflect different lighting effects.

4. Crystal light-catching decoration is suitable for many occasions, such as Christmas tree decoration, parties, chandeliers, walls, baby rooms, cars, plants, curtains, balconies.

5. The perfect gift choice, very suitable for any gift-giving occasion. The best gift for mom and your lover, wife, fiancee, girlfriend.

Specification:

Product name: Crystal light-catching ornaments Wind chimes Car pendants

Product material: K9 crystal

Product size: A: length 400mm, B: length 450mm

Product packaging: Envelope and bubble bag packaging

Note:

Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!



Please allow 1-2cm measuring deviation due to manual measurement.

## AMAZON IDEAS

The life tree pendant represents energy which help to enrich one's spirit and well-being,It is said to improve people luck as well as in relationship
The Turkish evil eye amulets were widely used to protect people from evil in many cultures.It brings luck and protects you from bad energy
The clear crystal suncatcher ball prisms are with perfect light catching and reflecting function,it'll be sparkling and cast beautiful rainbows in your room when sunlight hits it
Length of this crystal hanging ornament is around 19 inch,half-S hook on the top of metal chain,easy to hang to anywhere you like,porch,window,backyard,tree,garden,chandelier lamps,etc.
Packed with nice gift box,great crystal decor gift choice to whom like shiny things or pursuing elegance and beauty in life

## ADDITIONAL NOTES

N/A

Attachment D
PX5                                                            FTC-000523



---

# SUB CLUB PRODUCT

**NAME: Tree Of Life** Orgone Pyramid

Product Link:
https://www.aliexpress.com/item/1005003108008571.html



QTY - COGS - SELL
x1 - 8.64 - 24.97/Mo

---

**Attachment D
PX5**                                                **FTC-000524**



## FUNCTIONALITY & NAME IDEAS

Crystal Energy Orgonite Pyramid Mold Gather Wealth Prosperity Peridot Healing Gem Resin Desktop Office Orgone Decor Gift

Feature:

1.Manual Orgone pyramid is made of resin and copper powder. The exterior of this manual stone pyramid is a resin model, which is a very good Ogonite energy generator. Since Stone and resin are both natural, there will be subtle differences in each hand-made artwork.

2.Crystal pyramid energy generator: Pyramid can collect and purify the energy in the universe, and then send it out. Peridot is the stone of wealth, and wrapping the olive money tree in the pyramid will help you attract more positive energy and wealth. The chip crystal at the bottom of the pyramid converts negative energy into positive energy and releases it through the top point, which has a remarkable effect on balancing chakras, healing aura, clearing and promoting personal energy aura!

3.Home & Office & Geomancy Decoration: Gem pyramid is an excellent decoration choice for your office, home, dining table, desk, etc. It can reduce the negative energy generated by computers, televisions and other household appliances. When used as a geomancy ornament, it can bring a positive atmosphere to the family, and it can also bring a dream when placed on the bedside.

4.Energy Stone Gift: Crystal cash cow pyramid can bring good luck and wealth. Make it a perfect gift for yourself, your best friends and parents, and share your love and blessings on Thanksgiving, Christmas, Mother's Day, Father's Day, Valentine's Day, birthday or any other special occasion.

Specification:



Material: crystal drops
Packing: bubble bag
Size: length 50mm/19.7in width 50mm/19.7in height 50mm/19.7in

Note:
The artwork is made of resin. Please protect the exquisite artwork carefully and avoid damage from high places.
Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!
Please allow 1-2cm measuring deviation due to manual measurement.

Attachment D
PX5                                          FTC-000526



# SUB CLUB INFO/IDEAS

Monthly Subscription Details: Get this free Tree of Life Orgone Pyramid when you join the crystal healing club today for 24.97/Mo! Every month get new crystal healing products delivered to your door!

**Attachment D**
**PX5**                                                FTC-000527



# THANK YOU FOR BEING

## AN EMPIRE BUILDER

- Pete & Team

**Attachment D**
**PX5**                                        **FTC-000528**