

# Funnel Documentation

Good Vibe Healing

Attachment E
PX5

# Business Details

Client Name: Jason Neil Walters

Email: ██████████████████

Niche: Healing

Domain Name: goodvibehealing.com

Support Email: support@goodvibehealing.com

# Funnel Flow



# Product Details & Links - Order Form

**Product Name: "Sacred Universe" Energy Pyramid**

Funnel Link: https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-offer

Product Link: https://www.aliexpress.com/item/1005003108058085.html

**Count - COGS - SELL**

QTY - COGS - SELL

x1 - 8.88 - 18.97

x2 - 16.18 - 27.97

x4 - 30.80 - 42.97

x6 - 45.41 -58.97

x8 - 60.03 - 74.97

# Product Details & Links - Order Bump

**Product Name: Energy Pyramid Lamp Base**

Funnel Link: https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-offer

Product Link: https://www.aliexpress.com/item/1005003108058085.html

**Count - COGS - SELL**

x1 - 8.54 - 14.97

# Product Details & Links - Upsell #1

**Product Name: Celestial Suncatcher**

Funnel Link:
https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-offer/celestial-suncatcher

Product Link: https://www.aliexpress.com/item/4000283563756.html

**Count - COGS - SELL**

x1 - 2.64 - 9.97

# Product Details & Links - Upsell #2

**Product Name: Evil Eye Suncatcher**

Funnel Link:
https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-offer/evil-eye-suncatcher

Product Link: https://www.aliexpress.com/item/1005002877528459.html

**Count - COGS - SELL**

x1 - 0.99 - 9.97

# Product Details & Links - Upsell #3 - Subscription

**Product Name: "Celestial Energy" Crystal Healing Club**

Funnel Link:
https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-offer/crystal-healing-club

Product Link: https://www.aliexpress.com/item/1005003108008571.html

**COGS - SELL**

x1 - 8.64 - 24.97/Mo

# Product Details & Links - Thank You Page

**Thank You Page - Your Support Email Address** + **Free Bonuses Can Be Downloaded Here**

Funnel Link: https://goodvibehealing.com/celestial-energy-orgonite-pyramid-70percent-off-offer/thank-you



# Facebook Advertisements

Copy & Creative

# Facebook Ad Copy - Headline Variations

- Be Inspired On The Path To Spiritual Enlightenment! 🌌 Now 70% Off!

- Experience Enhanced Intuition And Focus! 🧘 Now At 70% Off!

- Experience A Deeper Intuition - Straight From Ancient Times! 🧘 Get It At A Discount Today!

# Facebook Ad Copy - Body Copy Text pt.1

🚨 A Deeper Intuition - Straight From The Source! 🚨

🌌 Balance And Amplify The Celestial Energies Around You To Experience Enhanced Intuition On Your Path To Spiritual Enlightenment With The "Sacred Universe" Energy Pyramid! 🌌

Get Yours At a Discount Today!

70% OFF (+ FREE SHIPPING)! Limited Supplies 👉 [paste link here]

🧘 **Enhance Your Intuition**: Is designed based on orgonite principles with the idea to help a person enhance their spiritual intuition!

🧘 **Use It During Yoga Or Meditation**: Can be held during mediation or put in a room for spiritual or Yoga practice!

🧘 **Based On Ancient Symbolism**: Features a visual representation of life in our universe through ancient spiritual symbolism!

70% OFF (+ FREE SHIPPING) OFFER! GRAB YOURS TODAY 👉 [paste link here]

Haven't shopped with us before?

✅ Order now and get instant access to our Top Rated Digital Downloads for FREE "9 Ways To Charge Your Crystals & Why It's So Important, From Experts" & "How to Meditate with Crystals Getting Started, Methods, Types".

✅ Each order is backed by our no-questions-asked 60-day money-back guarantee; we will give you a full refund if the "Sacred Universe" Energy Pyramid doesn't meet expectations.

Make sure to grab the "Sacred Universe" Energy Pyramid PLUS 2 Instant Digital Download Before we run out! Click the link below to get it today!

# Facebook Interests

1.  Healing Hands

2.  Heal Your Life

3.  You Can Heal Your Life

4.  Heal Thyself!

5.  Chakra Healing

6.  Energy Healing

7.  Healing Light

8.  Humanity Healing

9.  Holistic health

10. Aesthetic medicine

# Ecomm Rabbit

Below you'll find instructions for creating your Ecom Rabbit account that you get for 1 year FREE as part of your Business-In-A-Box experience.

**(Read Through All Steps Once Before Completing)**

1. Copy the promo code below to your clipboard (Command+C on Mac, Control+C on Windows).

2. => Click or tap here

3. Fill in your Name, Email, Coupon Code, Password, Confirm Password.

4. Log in to the member's area and watch the welcome video.

Your Coupon Code is: BIZ-IN-A-BOX-ECOM-RABBIT

Email Jordan@eCommerceEmpireBuilders.com if you have any questions or issues.

# Facebook Ad Creative - Image Variations



# Facebook Ad Creative - Image Variations



# Facebook Ad Creative - Image Variations



FTC-000545



# Email Automations

Abandoned Cart & Purchase Emails

Attachment E
PX5

FTC-000546

# Abandoned Cart Email #1 - Sent 1 Hour After pt.1

**HEADLINE: Did you forget something?**

I noticed you were thinking about grabbing your "Sacred Universe" Energy Pyramid...

...but left before taking advantage of this no-brainer opportunity to...

... SAVE BIG... all the while...

... Balance And Amplify The Celestial Energies Around You To Experience Enhanced Intuition On Your Path To Spiritual Enlightenment!

In case you're still interested, I just wanted to remind you that FOR A LIMITED TIME, you can get the "Sacred Universe" Energy Pyramid

At 70%  OFF and how it:

**-** Is designed based on orgonite principles with the idea to help a person enhance their spiritual intuition!

**-** Can be held during mediation or put in a room for spiritual or Yoga practice!

**-** Can be a great gift for pretty much any person who appreciates the beauty of life in our cosmos!

- Features a visual representation of life in our universe through ancient spiritual symbolism!

**-** Is a perfect geometrical tetrahedron pyramid with sides of 1.9685 inches!

- Is great to be put on a coffee table in the living room or on a desk to help 'energize' the whole living space!

- Comes with a 60-Day buyer protection policy!

Also, I wanted to remind you that when you grab your "Sacred Universe" Energy Pyramid AT 70% OFF today, you'll get 2 free instantly downloadable digital bonuses valued at $74!

# Abandoned Cart Email #1 - Sent 1 Hour After pt.2

- 9 Ways To Charge Your Crystals & Why It's So Important, From Experts ($47 Value)

- How to Meditate with Crystals Getting Started, Methods, Types ($27 Value)

That's a TOTAL Of $100 In Savings!

Finally...

If you have any questions about the "Sacred Universe" Energy Pyramid which are stopping you from taking advantage of this offer just hit reply on this email - I'll answer them for you right away!

Or if you're ready to Balance And Amplify The Celestial Energies Around You To Experience Enhanced Intuition On Your Path To Spiritual Enlightenment! just:

=> Click or tap here to grab your "Sacred Universe" Energy Pyramid At 70% OFF our original price while supplies LAST.

Happiness Through Balance,

Jason Neil Walters

GoodVibeHealing.com

# Abandoned Cart Email #2 - Sent 1 Day After pt.1

**HEADLINE: don't miss your Crystal & Energy Healing bonuses**

I saw you recently thought about grabbing your "Sacred Universe" Energy Pyramid.

Now...

I've already told you how and why the "Sacred Universe" Energy Pyramid is a MUST for anyone who wants to...

... SAVE BIG and be able to Balance And Amplify The Celestial Energies Around You To Experience Enhanced Intuition On Your Path To Spiritual Enlightenment!...

...but I also wanted to remind you that when you grab your "Sacred Universe" Energy Pyramid today, you also get 2 free digital bonuses that will help give you invaluable insights, tips, and advice to be able to achieve your Crystal & Energy Healing dreams faster and easier than you ever thought possible!

- 9 Ways To Charge Your Crystals & Why It's So Important, From Experts ($47 Value)

- How to Meditate with Crystals Getting Started, Methods, Types ($27 Value)

That's a total value of $74! TOTAL SAVINGS OF More Than $100!

Still interested?

Awesome!

All you have to do is:

=> Click or tap here to grab your "Sacred Universe" Energy Pyramid At 70% OFF our original price while supplies LAST.

Happiness Through Balance,

Jason Neil Walters

# Abandoned Cart Email #3 - Sent 2 Days After pt.1

**HEADLINE: the "Sacred Universe" Energy Pyramid (zero risk to you)**

For the last few days, I've been reminding you to grab your "Sacred Universe" Energy Pyramid at 70% OFF and how it:

**-** Is designed based on orgonite principles with the idea to help a person enhance their spiritual intuition!

**-** Can be held during mediation or put in a room for spiritual or Yoga practice!

**-** Can be a great gift for pretty much any person who appreciates the beauty of life in our cosmos!

- Features a visual representation of life in our universe through ancient spiritual symbolism!

**-** Is a perfect geometrical tetrahedron pyramid with sides of 1.9685 inches!

- Is great to be put on a coffee table in the living room or on a desk to help 'energize' the whole living space!

But...

Since you still haven't taken me up on this offer, I wanted to remind you that the "Sacred Universe" Energy Pyramid also comes with a 60-Day buyer protection policy:

If after trying the "Sacred Universe" Energy Pyramid for 60-Days, it's not everything you've hoped for and MORE...

...simply send it back for a FULL refund!

No.

Questions.

Asked.

Sound good?

# Abandoned Cart Email #3 - Sent 2 Days After pt.2

GREAT!

I've got to WARN you, though...

Supplies are LIMITED, so time is running out to claim your "Sacred Universe" Energy Pyramid at 70% OFF of our original price today!

That's why you need to:

=> Click or tap here to grab your "Sacred Universe" Energy Pyramid At 70% OFF our original price while supplies LAST.

Happiness Through Balance,

Jason Neil Walters

GoodVibeHealing.com

# Purchase Email #1 - Sent Immediately

**HEADLINE: Thank You For Your Purchase**

Jason Neil Walters here from GoodVibeHealing.com

I just wanted to say...

Congratulations on grabbing your "Sacred Universe" Energy Pyramid AT 70% OFF our original price!

Please note:

Due to the very special nature of this limited-time promotional offer, shipping times may be delayed.

To make the wait go faster and give you INSTANT value for your investment...

When you click or tap the link below, you can download your $74 FREE Digital Bonuses which came with your "Sacred Universe" Energy Pyramid!

Bonus 1: 9 Ways To Charge Your Crystals & Why It's So Important, From Experts

Bonus 2: How to Meditate with Crystals Getting Started, Methods, Types

=> Click here to download your FREE $74 in bonuses!

Also, if you have any questions at all, just hit REPLY on this email!

Happiness Through Balance,

Jason Neil Walters

GoodVibeHealing.com



# Additional Items

Other Tasks Completed On Funnel

Attachment E
PX5

FTC-000553

# Favicon Logo Installed



FTC-000554

# Sendgrid.com Integrated

Sendgrid.com is a free email service that allows the sending of abandoned cart & purchase emails from ClickFunnels. To login to sendgrid.com please use the same credentials as your ClickFunnels account.



FTC-000555

# Check Out Form





# Your Next Steps

How To Continue Scaling & Growing Your New Business

# The Inner Circle - 3 Weekly Calls





**Inner Circle Mastermind Calls** ▲

| February 2019 Calls ✔ | › |
| March 2019 Calls ✔ | › |
| April 2019 Calls ✔ | › |
| May 2019 Calls ✔ | › |
| June 2019 Calls ✔ | › |
| July 2019 Calls ✔ | › |
| August 2019 Calls ✔ | › |
| September 2019 Calls | › |
| October 2019 Calls ✔ | › |
| November 2019 Calls | › |
| December 2019 Calls | › |
| January 2020 Calls ✔ | › |
| February 2020 Calls ✔ | › |
| March 2020 Calls | › |

## Mastermind Call Schedule & Inner Circle Details

 🏳 Announcement by Peter Pru
Dec 29, 2020 · No one was notified.

**Mastermind Call Schedule & Inner Circle Details**

- Monday's @ 7AM EST
- Wednesday's @ 10AM EST
- Friday's @ 3PM EST
- Meeting Room: http://bit.ly/EEBInnerCircle
- Meeting Password: EmpireNow
- Recordings can be found under module "Inner Circle Mastermind Calls" in your member's area. If you do not see it, email peter@ecommerceempirebuilders.com

# The Inner Circle - On Demand Support



Have questions? Feel stuck? Post inside the Live Chat. Pete, Jordan Strauss, Aliakbar Hussain and other team members are here to get you on track right away with priority one support. (Make sure to download the looms we send you for future reference)





# The Ecommerce Empire Academy



# Other Next Steps

1) Test new Instagram Ad creatives
2) Test new Instagram Shoutout Pages
3) Fuel the Pixel
4) Monitor Instagram Comments
5) Post Social Media Content
6) Daily Stat Monitoring

# Attachment F

## Recording Produced Separately

