## CERTIFICATION OF COMPLIANCE
### Pursuant to 28 U.S.C. § 1746

I, _____Alexander Majdanski_____, certify the following with respect to the Federal Trade Commission's ("FTC") Civil Investigative Demand directed to PayPal Holdings, Inc. (the "Company") (FTC File No. 2423027) (the "CID"):

1.     PayPal Holdings, Inc. identified all documents, information, and/or tangible things ("responsive information") in the Company's possession, custody, or control responsive to the CID and either:

(a)  provided such responsive information to the FTC; or

(b)  for any responsive information not provided, given the FTC written objections setting forth the basis for withholding the responsive information.

2.     I verify that the responses to the CID are complete and true and correct to my knowledge.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____8/23/2024_____

*Alexander Majdanski*
_____
Signature

            Alexander Majdanski
_____
Printed Name

            Law Enforcement Liaison
_____
Title

**CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to 28 U.S.C. § 1746**

1.  I, _____Alexander Majdanski_____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by PayPal Holdings, Inc. (the "Company") and attached hereto.

3.  The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of the Company; and

    c)  Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____8/23/2024_____          *Alexander Majdanski*
                                      Signature

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 2021-01-30 | PP-D-100991708 | RZC | | Buyer | 2021-01-31 | it mentioned e-books, i didnt find any e book under the link . please refund |
| | | | | 2 | 2021-01-30 | PP-D-100991708 | RZC | | Seller | 2021-01-31 | refund |
| | | | | 32 | 2021-01-31 | PP-D-110632235 | RZC | | Buyer | 2021-04-24 | not sure what this even is? |
| | | | | 32 | 2021-01-31 | PP-D-110632235 | RZC | | Seller | 2021-04-24 | refund |
| | | | | 34 | 2021-10-29 | PP-D-132552606 | RZC | | Buyer | 2021-11-13 | never received items no longer needed |
| | | | | 34 | 2021-10-29 | PP-D-132552606 | RZC | | Seller | 2021-11-13 | refund |
| | | | | 997 | 2021-01-26 | PP-D-101580188 | Gold | | Teammate | 2021-02-19 | decision: request additional buyer info ; justification: snad reason; ; notes: buyer dispute is vague. hence, checking with buyer for more claim details. |
| | | | | 997 | 2021-01-26 | PP-D-101580188 | Gold | | Buyer | 2021-02-10 | this was to be as a credit option thru paypal. i setup a paypal account years ago when i brought items on ebay.  in conversation with merchant it turns out to not be what was advertised.  i don't want the merchandise and want the charge reversed. |
| | | | | 997 | 2021-01-26 | PP-D-101580188 | Gold | | Teammate | 2021-02-19 | snad decision : buyer&#**;s snad reason is not clear about the item received to proceed further. hence cwb for more info.  byr comments :  this was to be a credit option thru paypal. i setup a paypal account years ago when i brought items on ebay. in conversation with merchant it turns out to not be what was advertised. i don&#**;t want the merchandise and want the charge reversed.  lblr comments : ▓▓▓▓▓▓▓ email address "xxxx", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed **% of purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-01-26 | PP-D-101580188 | RZC | | Seller | 2021-02-05 | ▓▓▓▓▓▓ email address "xxxx", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed **% of purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-01-26 | PP-D-101580188 | Gold | | Teammate | 2021-02-10 | dispute reason code was updated to buyer is not satisfied with a purchase (snad) |
| | | | | 997 | 2021-01-26 | PP-D-101580188 | RZC | | Seller | 2021-02-15 | ▓▓▓▓▓▓ email address "xxxx", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed **% of purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-01-26 | PP-D-103196399 | Gold | | Teammate | 2021-02-18 | dispute reason code was updated to buyer is not satisfied with a purchase (snad) |
| | | | | 997 | 2021-01-26 | PP-D-103196399 | CSC | | Buyer | 2021-02-18 | significantly not as described |
| | | | | 997 | 2021-01-26 | PP-D-103196399 | Gold | | Teammate | 2021-02-18 | cx already contacted merchant * days ago |
| | | | | 997 | 2021-02-06 | PP-D-107704058 | RZC | | Buyer | 2021-03-29 | i didn't purchase it i didn't even know it was purchased untill i received an email for the first payment |

FTC-000580

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 997 | 2021-02-06 | PP-D-107704058 | Gold | | Teammate | 2021-04-05 | dispute reason code was updated to buyer reports suspicious transactions (unauth) |
| | | | | 997 | 2021-02-06 | PP-D-107704058 | RZC | | Seller | 2021-04-06 | ███ email address "xxxx", purchased ecommerce empire academy class on */*/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-02-06 | PP-D-107704058 | RZC | | Seller | 2021-03-31 | ███ email address "xxxx", purchased ecommerce empire academy class on */*/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-03-24 | PP-D-107223380 | Gold | | Teammate | 2021-04-04 | dispute reason code was updated to buyer is not satisfied with a purchase (snad) |
| | | | | 997 | 2021-03-24 | PP-D-107223380 | Gold | | Teammate | 2021-04-07 | decision: buyer favor - allow appeal ; justification: the service was not completed as described in the agreement ; notes: seller has not provided a valid proof to justify that service was provided as described, closing case in buyers favor. ============= item: digital service/training  decision: seller provided unqualified proof/no compelling evidence  close the case in buyer favor. |
| | | | | 997 | 2021-03-24 | PP-D-107223380 | Gold | | Teammate | 2021-04-04 | dispute re-opened as the parent case has been appealed |
| | | | | 997 | 2021-03-24 | PP-D-107223380 | Gold | | Buyer | 2021-04-04 | i did not make transaction *mh*****hy*******. please return the money to my bank account. |
| | | | | 997 | 2021-03-24 | PP-D-107223380 | Gold | | Teammate | 2021-04-18 | decision: auto-closed by system ;  justification: merchant accepted liability ; notes: none |
| | | | | 997 | 2021-03-24 | PP-D-107223380 | RZC | | Seller | 2021-04-06 | ███ email address "xxxx", purchased ecommerce empire academy class on */*/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-03-27 | PP-D-107492090 | Gold | | Teammate | 2021-03-31 | dispute reason code was updated to buyer didn&#**;t receive something (inr) |
| | | | | 997 | 2021-03-27 | PP-D-107492090 | RZC | | Buyer | 2021-03-27 | while paying i opted for paypal * months payment plan but paypal had deducted full amount from my card. i want that amount to be reversed to my account |
| | | | | 997 | 2021-03-27 | PP-D-107492090 | Gold | | Teammate | 2021-03-31 | item not received |
| | | | | 997 | 2021-03-27 | PP-D-107492090 | Gold | | Teammate | | decision: auto-closed by system ; justification: merchant accepted liability ; notes: none |
| | | | | 997 | 2021-03-29 | PP-D-107671167 | RZC | | Buyer | 2021-03-29 | i just need a refund the *** from the e commerce |
| | | | | 997 | 2021-03-29 | PP-D-107671167 | Gold | | Teammate | 2021-04-01 | dispute reason code was updated to buyer reports suspicious transactions (unauth) |

FTC-000581

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 997 | 2021-04-22 | PP-D-119115229 | RZC | | Seller | 2021-07-13 | email address " xxxx -", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-05-01 | PP-D-116591053 | RZC | | Seller | 2021-06-17 | email address " xxxx-", purchased ecommerce empire academy class on */*/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-05-04 | PP-D-123558182 | RZC | | Seller | 2021-08-24 | email address "xxxx", purchased ecommerce empire academy class on */*/** for x* payment of $***. customer then opened a dispute *** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-05-04 | PP-D-112122773 | RZC | | Seller | 2021-05-12 | email address "xxxx", purchased ecommerce empire academy class on */*/** for x* payment of $***. customer then opened a dispute * days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case * days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-05-04 | PP-D-112122773 | CSC | | Buyer | 2021-05-07 | this payment was to join their company. after talking with them their program requires me to pay more money in to even start. that's what this payment was supposed to be for. they also have a money back guarantee. |
| | | | | 997 | 2021-05-04 | PP-D-112122773 | Gold | | Teammate | 2021-05-19 | decision: deny claim ; justification: valid proof of delivery ; notes: seller has provided valid proof to justify service was provided. closing in seller's favor |
| | | | | 997 | 2021-05-26 | PP-D-114297192 | RZC | | Seller | 2021-05-26 | we see that you have created your account successfully! please drop this case, thank you! |
| | | | | 997 | 2021-05-26 | PP-D-114297192 | RZC | | Seller | 2021-05-26 | hi! all you have to do is create your account with your paypal email address! you will then see the content! this is a security mechanism. please let me know! |
| | | | | 997 | 2021-05-26 | PP-D-114297192 | RZC | | Buyer | 2021-05-26 | i was on the webinar and i used the paypal credit but once i entered the account there are no courses you told me about |
| | | | | 997 | 2021-06-11 | PP-D-116652977 | RZC | | Buyer | 2021-06-17 | the digital good is beyond my expectation. the seller has many hidden upsells. |
| | | | | 997 | 2021-06-11 | PP-D-116652977 | RZC | | Seller | 2021-06-17 | refund |
| | | | | 997 | 2021-07-17 | PP-D-120981158 | RZC | | Buyer | 2021-07-27 | this is a screenshot of the webinar (link of the webinar: " https://event.webinarjam.com/go/live/*/** "). |
| | | | | 997 | 2021-07-17 | PP-D-120981158 | RZC | | Buyer | 2021-07-27 | in order not to refund the payments, they have asked me for activities that are practically impossible to do. i bought this course on july **th and applied for a refund on july **rd. do you think this amount of activity is possible in these few days? if it was necessary to do these actions for the refund why they were not mentioned in the course sales webinar so that the customer could buy the course with a more open mind. |
| | | | | 997 | 2021-07-17 | PP-D-120981158 | RZC | | Buyer | 2021-07-27 | as you can see in the picture (which is part of the webinar of this group), this llc group has offered a course and stated that if you are not satisfied, you can request a refund. after buying the course and viewing it, i realized that this course it is not for me and i immediately asked them to cancel my account and return the money by e-mail, but each time they ask me to reject this request with different offers, and in the last e-mail, they asked me many irrelevant questions. as a result, i have to continue this course without cancellation. but i am requesting a refund. |

FTC-000582

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 997 | 2021-07-18 | PP-D-123287608 | RZC | | Seller | 2021-08-19 | email address " xxxx -", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-07-18 | PP-D-123287608 | Gold | | Teammate | 2021-08-23 | decision: request additional buyer info ; justification: snad reason; ; notes: buyer dispute is vague. hence, checking with buyer for more claim details. |
| | | | | 997 | 2021-07-18 | PP-D-123287608 | RZC | | Buyer | 2021-08-17 | could not afford system |
| | | | | 997 | 2021-07-18 | PP-D-123287608 | Gold | | Teammate | 2021-08-31 | decision: deny claim ; justification: no buyer response: additional info request ; notes: requested the buyer to provide more details/ supporting documents for the case. no response received from buyer. hence, denying the claim. |
| | | | | 997 | 2021-07-22 | PP-D-137749592 | Gold | | Teammate | 2022-01-16 | decision: auto-closed by system ; justification: merchant accepted liability ; notes: none |
| | | | | 997 | 2021-07-22 | PP-D-137749592 | Gold | | Teammate | 2022-01-05 | decision: buyer favor - allow appeal ; justification: invalid proof of delivery ; notes: seller has not provided valid evidences. closing the case in buyers favor. |
| | | | | 997 | 2021-07-22 | PP-D-137749592 | Gold | | Teammate | 2021-12-30 | seller not responding. |
| | | | | 997 | 2021-07-22 | PP-D-137749592 | CSC | | Buyer | 2021-12-30 | i did not receive nor use their service. |
| | | | | 997 | 2021-07-22 | PP-D-137749592 | RZC | | Seller | 2022-01-02 | virtual media services  email address " xxxx-", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute *** days later on **/**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-08-01 | PP-D-129167519 | Gold | | Teammate | 2021-11-23 | proc id ******** |
| | | | | 997 | 2021-08-01 | PP-D-129167519 | RZC | | Seller | 2021-10-18 | email address " xxxx-", purchased ecommerce empire academy class on */*/** for x* payment of $***. customer then opened a dispute ** days later on **/**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-08-01 | PP-D-129167519 | Gold | | Teammate | 2021-11-23 | manual upload queue |
| | | | | 997 | 2021-08-14 | PP-D-123953089 | RZC | | Seller | 2021-08-24 | email address " xxxx-", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute * days later on **/**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-08-16 | PP-D-124419980 | RZC | | Seller | 2021-08-30 | email address " xxxx-", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |

FTC-000583

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---------|---------|-------------|-------------|-------------|----------------|---------|--------|---------------|-------------|------------|-------|
| | | | | 997 | 2021-08-16 | PP-D-124419980 | Gold | | Teammate | 2021-09-03 | decision: deny claim ; justification: buyer&#**;s remorse ; notes: claim is regarding buyer&#**;s remorse &quot; presently, i am going through extreme financial hardship, because my partner stole over $**** and physically assaulted me in the process, when i confronted him. i'm extremely broke and of course, i cannot continue the program at this time.&quot; which is not covered under paypal buyer purchase protection. hence, the claim is denied. |
| | | | | 997 | 2021-08-16 | PP-D-124419980 | Gold | | Teammate | 2021-09-01 | decision: request additional buyer info ; justification: snad reason ; notes: case decision:- request additional buyer info, buyer dispute is vague. hence, checking with buyer for more claim details. |
| | | | | 997 | 2021-08-16 | PP-D-124419980 | Gold | | Teammate | 2021-09-01 | case decision:- request additional buyer info, buyer dispute is vague. hence, checking with buyer for more claim details. |
| | | | | 997 | 2021-08-16 | PP-D-124419980 | CSC | | Buyer | 2021-08-27 | the item i received is not as described. |
| | | | | 997 | 2021-08-16 | PP-D-124419980 | RZC | | Buyer | 2021-09-01 | good morning,  when i sign up for the meeting with peter pru, throughout the entire presentation, he said the program has a ** money back guarantee should anything goes wrong. so, he made me feel secured that my money, was to be returned, should any unforeseen event/s occurred. i believed him, but this was a form of misrepresentation on their company's part.  presently, i am going through extreme financial hardship, because my partner stole over $**** and physically assaulted me in the process, when i confronted him. i'm extremely broke and of course, i cannot continue the program at this time. i was scheduled to have a meeting with one of the team member on august **rd. when i explained my plights, he sympathized and he took the liberty of canceling the meeting, because i cannot continue the program without money. the program requires a substantial amount of money to continue. my money was stolen and i am experiencing financial hardships. i reached out the refund team. i explained why i'm requesting my money during the ** days money back guarantee grace period and he sympathized with me. he knew i was well within my right to request a refund. he even asked me for my bank account for the refund! i sent them the details and then the next day, refused to release my money. it felt like a cat and mice game. i felt like they were playing with my emotions. i was already in a broken state. they never sent any documents beforehand, about their refund policy. nothing!  it was only mentioned orally during the meeting by the ceo and he said it was "a ** days money back guarantee!" i felt at ease when he said that. he was lying! companies need to very clear on their refund policy because consumers are number * priorities.  i filed for a refund within the grace period allotted to me. the program requires direct communication and they have really caused me to look at them in a very bad way. i could never continue with them, because all they care about is money. not me. |
| | | | | 997 | 2021-08-18 | PP-D-124215518 | RZC | | Seller | 2021-08-30 | email address " xxxx-", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute * days later on */**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-09-23 | PP-D-130865925 | RZC | | Seller | 2021-11-01 | email address "xxxx-", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer opened a dispute ** days later on **/**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2021-09-23 | PP-D-130865925 | Gold | | Teammate | 2021-11-05 | decision: buyer favor - allow appeal ; justification: invalid proof of delivery ; notes: seller has not provided valid proof to justify service was provided. closing in buyer&#**;s  favor |
| | | | | 997 | 2021-09-23 | PP-D-130865925 | CSC | | Teammate | 2021-10-27 | escalate inr |
| | | | | 997 | 2021-09-23 | PP-D-130865925 | Gold | | Teammate | 2021-11-16 | decision: auto-closed by system ; justification: merchant accepted liability ; notes: none |
| | | | | 997 | 2021-09-23 | PP-D-130865925 | CSC | | Buyer | 2021-10-27 | i did not receive the service. |
| | | | | 997 | 2021-10-17 | PP-D-129826192 | Gold | | Teammate | 2021-10-18 | dispute reason code was updated to buyer didn&#**;t receive something (inr) |

FTC-000584

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 997 | 2021-10-17 | PP-D-129826192 | Gold | | Buyer | 2021-10-18 | the transaction that has been made, should not charge me any amount, but the large amount was deducted. |
| | | | | 997 | 2022-02-15 | PP-D-144167271 | RZC | | Buyer | 2022-03-09 | i emailed to cancel as described in their cancellation policy on march *th and have not heard back. their policy is recited below. i would like a full refund please. this program is not for me and i have not received the tools necessary to be successful, as my call was cancelled to help walk me through their very confusing system and never rebooked. i was told to go on the group to ask questions which i am not comfortable doing. it did not provide what was promised to me therefore i have requested to cancel.  in the event that you decide your purchase was not the right decision, contact our support team at, show us you actually did the work by submitting all your homework. we will review it and attempt to help correct the issue. if we cannot help solve the issue, we'll issue you a prompt full refund.  to be eligible for a refund, you must submit your request and completed homework before **:**pm eastern standard time on the **th day following your purchase. after you submit your materials, all refunds are discretionary*.  to be eligible for our double money back guarantee. you must submit your request and completed homework before **:**pm eastern standard time on the **th day following your purchase showing that you launched your business.  no refunds will be provided more than ** days following the date of purchase. |
| | | | | 997 | 2022-02-15 | PP-D-144167271 | RZC | | Seller | 2022-03-12 | email address " xxxx -", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2022-02-15 | PP-D-144167271 | Gold | | Teammate | 2022-03-14 | decision: deny claim ; justification: valid proof of delivery ; notes: seller has provided a valid proof to justify that service was provided as described, closing case in sellers favor. |
| | | | | 997 | 2022-03-27 | PP-R-APP-451970135 | DISPUTE-UI | | Teammate | 2022-04-30 | decision: requesting for credit receipt from the buyer to validate the claim |
| | | | | 997 | 2022-03-27 | PP-R-APP-451970135 | RESOLUTION | | Buyer | 2022-04-26 | on mon, apr **, **** at *:** pm utc, <xxxx> wrote:   hi peter,  i apologize for this message but life does happen. my mom is dying of cancer. she was supposed to have surgery on march ** to remove a tumor. prior to surgery, a new ultrasound was done and the cancer had already spread. it is extremely aggressive. my mom lives in south carolina and i live in columbus, oh. i need to help my sister take care of her for the remainder of the life she has. my head is not focused on learning a new business.  please cancel my account and provide a refund in the amount of $*** to paypal. this is something i was not anticipating when i signed up for this course. i appreciate your understanding and your prompt attention to this matter. if i do not hear back from you by friday, april **, i will contact paypal.  thank you and warm regards,  robin lemmons |
| | | | | 997 | 2022-06-11 | PP-R-TDP-454386441 | RESOLUTION | | Buyer | 2022-07-11 | seller is taking lot of time to resolve the issue. |
| | | | | 997 | 2022-06-11 | PP-R-TDP-454386441 | DISPUTE-UI | | Teammate | 2022-07-12 | byr claim note is vague, per reason code courtesy cwb copy of ba /poc to confirm issue to avoid repeat contact |
| | | | | 997 | 2022-07-17 | PP-R-MXD-469429114 | RESOLUTION_CENTER | | Seller | 2023-01-10 | email address " xxxx -", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute *** days later on */**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case *** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2022-07-17 | PP-R-MXD-469429114 | CHARGEBACK_SYSTEM | | System | 2023-05-19 | overall case sla expired |
| | | | | 997 | 2022-07-17 | PP-R-MXD-469429114 | RESOLUTION_CENTER | | Buyer | 2023-01-10 | i have no access to the message because i submitted it on their site. |

FTC-000585

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 997 | 2022-07-17 | PP-R-MXD-469429114 | DISPUTE-UI | | Teammate | 2023-01-15 | ****bam special routing & resolved due pilot****<br>current decision:buyer already limited as abusive due to excessive cases filing against different merchants and left simple generic notes without other proofs to prove the situation. very late opening intangible snad case and seller provided compelling evidence to support the claim, thus denying claim to protect seller and to avoid paypal loss =====<br>no predefined notes<br>di/da response:the buyer(or linked account) has been warned for abuse.<br>limitation:action: warn| trends: reversal/filing activity is excessive, buyer poses unacceptable risk/harm to paypal sellers| other: *y*m acct, sent **k, ah filed multiple dispute with similar claim notes, but claim rate is still acceptable. no strong links to proserv limited accounts. place warning first.| claim rates: *% * mo;| reversal rates: **% * mo; |
| | | | | 997 | 2022-08-28 | PP-R-SPO-458355664 | DISPUTE-UI | | Teammate | 2022-09-15 | seller has provided a valid proof to justify that service was provided as described (proof of delivery of the digital item sent to buyer's address on the correct transaction date), closing case in sellers favor. |
| | | | | 997 | 2022-08-28 | PP-R-SPO-458355664 | OTHER | | Buyer | 2022-09-13 | i received my service ( online information for a business) but its not something i can use. i would like a refund |
| | | | | 997 | 2022-08-28 | PP-R-SPO-458355664 | DISPUTE-UI | | Teammate | 2022-09-13 | buyer requested |
| | | | | 997 | 2022-08-28 | PP-R-SPO-458355664 | RESOLUTION | | Seller | 2022-09-14 | email address i* xxxx -|±, purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 997 | 2023-05-01 | PP-R-API-484221185 | RESOLUTION<br>_CENTER | | Seller | 2023-06-03 | refund |
| | | | | 997 | 2023-05-01 | PP-R-API-484221185 | RESOLUTION<br>_CENTER | | Buyer | 2023-05-28 | i bought this online course on * may ****. after * days, i realized this i couldn't apply this course to my business situation. i immediately requested a refund. when they received my request refund email, they tried to ignore my request with their double-money guarantee back which they didn't post on their main website or anywhere else. besides ignoring my request, they also tried to upsell me another product (image attached). when i asked for a refund the third time, they sent me a google doc link in which they required me to finish an insane amount of work for getting my money back.<br><br>here is the link i mentioned: https://docs.google.com/forms/d/***/viewform?edit_requested=true<br><br>the content was not fit to my desire and completing the amount of work they required me to do was impossible in ** days. i believe that they tried to customize their refund policy as hard as possible to not issue the refund.<br><br>also, when i asked them can i use another software instead of using their software, they ignored me totally.<br><br>i just want to get my money back, please review my case. thanks so much for supporting me. |
| | | | | 997 | 2023-07-30 | PP-R-VYK-491950609 | DISPUTE-UI | | Teammate | 2023-08-19 | seller has not provided valid tracking/compelling evidences closing the case in buyers favor. ***no evidence from seller**** |
| | | | | 997 | 2023-07-30 | PP-R-VYK-491950609 | RESOLUTION<br>_CENTER | | Seller | 2023-08-12 | hi! your login details would have been emailed to you. you can also create your account here: https://members.*.com/<br>if you have issues please let me know |
| | | | | 997 | 2023-07-30 | PP-R-VYK-491950609 | RESOLUTION<br>_CENTER | | Buyer | 2023-08-02 | have not received any updates no tracking information number anything<br>thank you for your time and efforts |
| | | | | 997 | 2023-08-16 | PP-R-KTQ-500015540 | DISPUTE-UI | | Teammate | 2023-10-12 | promo adjustment steps applied. m form completed.<br>moved to wsr.<br>remaining mart balance:<br>***.** |
| | | | | 997 | 2023-08-16 | PP-R-KTQ-500015540 | DISPUTE-UI | | Teammate | 2023-10-23 | not disputed/no action needed in tsys |

FTC-000586

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 997 | 2023-08-16 | PP-R-KTQ-500015540 | RESOLUTION_CENTER | | Seller | 2023-10-15 | refund |
| | | | | 997 | 2023-08-16 | PP-R-KTQ-500015540 | DISPUTE-UI | | Teammate | 2023-10-16 | claim granted before interest suspension. merchant accepted liability. no tsys action. |
| | | | | 997 | 2023-08-16 | PP-R-KTQ-500015540 | RESOLUTION_CENTER | | Buyer | 2023-10-12 | but never got my money sent back and now the company created this question form with ridiculous things you have to do to get a refund so basically they don't have to issue one |
| | | | | 997 | 2024-01-29 | PP-R-DMH-516680925 | DISPUTE-UI | | Teammate | 2024-02-28 | decision: the buyer has not provided valid proof. hence denying the claim |
| | | | | 997 | 2024-01-29 | PP-R-DMH-516680925 | RESOLUTION_CENTER | | Buyer | 2024-02-20 | i did a webinar january **th, **** with peter pru where at the end he offered a ** day double money back to guarantee. i paid for his academy that same day for a discounted rate of $***. i finished the first * modules of his academy and due to some situation changes in my life i am no longer located somewhere with the proper internet coverage to use this academy. i went to get my refund and they offered some incentives to stay, and i responded " no thank not at this time, and i don't need double my money back just what i paid" they then asked where i wanted the refund and i gave the the account i sent it from. they then proceeded to send me a questionnaire where you must complete their academy to answer which i cannot do. i responded again with i only want what i paid returned, they have not responded in * days. the webinar was very misleading and at no point did they say you have to complete their academy in full to receive your money back, if they had said that i would not of purchased it. they are no longer responding to my messages. i am not looking for free money i just want what i paid back. |
| | | | | 997 | 2024-01-29 | PP-R-DMH-516680925 | DISPUTE-UI | | Teammate | 2024-02-27 | cwb for credit receipt to confirm if seller promised refund. |
| | | | | 48.5 | 2023-06-20 | PP-R-ZON-486853588 | RESOLUTION_CENTER | | Seller | 2023-06-20 | refund |
| | | | | 48.5 | 2023-06-20 | PP-R-ZON-486853588 | RESOLUTION_CENTER | | Buyer | 2023-06-20 | requesting to cancel. seller did not provide service in the time specified. |
| | | | | 48.5 | 2023-06-23 | PP-R-GBC-487324505 | RESOLUTION_CENTER | | Buyer | 2023-06-24 | product is not as described |
| | | | | 48.5 | 2023-06-23 | PP-R-GBC-487324505 | RESOLUTION_CENTER | | Seller | 2023-06-24 | refund |
| | | | | 48.5 | 2023-09-10 | PP-R-JJO-496798190 | RESOLUTION_CENTER | | Seller | 2023-09-15 | refund |
| | | | | 48.5 | 2023-09-10 | PP-R-JJO-496798190 | RESOLUTION_CENTER | | Buyer | 2023-09-14 | no tengo mas |
| | | | | 97 | 2023-06-11 | PP-R-ZQB-487346364 | RESOLUTION_CENTER | | Buyer | 2023-06-24 | they are not confirming my refund and i received an auto response email only. |
| | | | | 97 | 2023-06-11 | PP-R-ZQB-487346364 | RESOLUTION_CENTER | | Seller | 2023-06-25 | refund |
| | | | | 97 | 2023-07-13 | PP-R-FYC-490577384 | RESOLUTION_CENTER | | Seller | 2023-07-23 | refund |
| | | | | 97 | 2023-07-18 | PP-R-MYW-494689637 | RESOLUTION_CENTER | | Buyer | 2023-08-26 | ordered a prebuilt sales funnel to launch a sellers site. they advertised a ** day money back guarantee as long as you can prove that you started your website. part of the catch was that in order to launch your funnel you had to join a subscription service provided by the seller. they gave me a ** trial, however i was unable to get my site launched during the trial period. i asked for the money back guarantee on the **th day and they said that i had to prove i attempted to launch the site. i sent screenshots of my drop shipping account signup, my domain name registration, as well as the up sale products i planned to use. they said i need to show ads. i told them i wasn't able to launch by the end of the trial and had spent all available resource i had saved thus far. the last email i sent, generated an autoreply identical to the first one i received. i am now caught in a loop and fear i will never get my $** back. i admit, i was rube who obviously fell into this trap. but they say they stand by their product and honor a satisfaction guarantee. i showed them the effort i put in to justify this return, however they seem to be making the rules up as they go along |

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 97 | 2023-07-18 | PP-R-MYW-494689637 | RESOLUTION_CENTER | | Seller | 2023-08-27 | refund |
| | | | | 97 | 2023-07-22 | PP-R-GAF-490662287 | RESOLUTION_CENTER | | Seller | 2023-07-23 | refund |
| | | | | 97 | 2023-07-22 | PP-R-GAF-490662287 | RESOLUTION_CENTER | | Buyer | 2023-07-22 | they claimed to make a done for you website and all i received was a document on how to do it. i don't have the time nor the inclination to do that myself which is why i purchased it in the first place |
| | | | | 97 | 2023-09-11 | PP-R-HGG-496964398 | RESOLUTION_CENTER | | Seller | 2023-09-16 | refund |
| | | | | 97 | 2023-09-11 | PP-R-HGG-496964398 | RESOLUTION_CENTER | | Buyer | 2023-09-15 | advertising not true |
| | | | | 97 | 2023-09-27 | PP-R-MIV-498375346 | RESOLUTION_CENTER | | Seller | 2023-09-28 | refund |
| | | | | 97 | 2023-09-27 | PP-R-MIV-498375346 | RESOLUTION_CENTER | | Buyer | 2023-09-27 | ho provato a contattare il venditore ma non ricevo risposta. |
| | | | | 97 | 2023-11-22 | PP-R-INC-506845022 | RESOLUTION_CENTER | | Seller | 2023-12-07 | refund |
| | | | | 97 | 2023-11-22 | PP-R-INC-506845022 | RESOLUTION_CENTER | | Buyer | 2023-12-06 | i just sent the email to them requesting for refund. see attached the pdf form. |
| | | | | 97 | 2023-11-28 | PP-R-TOC-505767057 | RESOLUTION_CENTER | | Buyer | 2023-11-28 | i need the services to be provided especially the done for you not a refund |
| | | | | 97 | 2023-11-28 | PP-R-TOC-505767057 | RESOLUTION_CENTER | | Seller | 2023-11-29 | refund |
| | | | | 97 | 2024-02-01 | PP-R-OQM-519436539 | RESOLUTION_CENTER | | Seller | 2024-03-22 | refund |
| | | | | 97 | 2024-02-01 | PP-R-OQM-519436539 | CHARGEBACK_SYSTEM | | System | 2024-03-22 | paypal accepted chargeback |
| | | | | 97 | 2024-02-01 | PP-R-OQM-519436539 | ACCOUNT-ACTIONS | | System | 2024-03-14 | details of limitations placed after action execution |
| | | | | 194 | 2023-05-27 | PP-R-MNV-488580225 | CSC | | Buyer | 2023-07-05 | i'm requesting a full refund. |
| | | | | 194 | 2023-05-27 | PP-R-MNV-488580225 | RESOLUTION_CENTER | | Seller | 2023-07-06 | refund |
| | | | | 194 | 2023-07-14 | PP-R-VXS-494446220 | RESOLUTION_CENTER | | Seller | 2023-08-27 | refund |
| | | | | 194 | 2023-07-14 | PP-R-VXS-494446220 | DISPUTE-UI | | Teammate | 2023-08-31 | refund not provided, or ce for sp |
| | | | | 194 | 2023-07-14 | PP-R-VXS-494446220 | CHARGEBACK_SYSTEM | | System | 2023-08-31 | paypal accepted chargeback |
| | | | | 194 | 2023-07-14 | PP-R-VXS-494446220 | ACCOUNT-ACTIONS | | System | 2023-08-24 | details of limitations placed after action execution |
| | | | | 194 | 2023-10-25 | PP-R-VMH-501620335 | RESOLUTION_CENTER | | Seller | 2023-10-26 | refund |

FTC-000588

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 194 | 2023-10-25 | PP-R-VMH-501620335 | RESOLUTION_CENTER | | Buyer | 2023-10-25 | product was not as described and lead me to believe it was a plug and play process. i had no idea what to do with the product. it was false advertising |
| | | | | 194 | 2023-12-20 | PP-R-GXX-509058200 | RESOLUTION_CENTER | | Seller | 2023-12-25 | refund |
| | | | | 194 | 2023-12-20 | PP-R-GXX-509058200 | DISPUTE-UI | | Teammate | 2023-12-22 | cx didn't receive the item/service from the seller asking for a refund back on her acct |
| | | | | 388 | 2023-08-16 | PP-R-CEK-494918633 | RESOLUTION_CENTER | | Buyer | 2023-08-28 | the seller has discretion to issue refunds to customer based on the customer completing "homework". this is absurd and their marketing is misleading. if i don't get a full refund, i will issue a fraud report to my bank. |
| | | | | 388 | 2023-08-16 | PP-R-CEK-494918633 | RESOLUTION_CENTER | | Seller | 2023-08-28 | refund |
| | | | | 2000 | 2024-01-04 | PP-R-XRN-515105548 | RESOLUTION_CENTER | | Seller | 2024-02-08 | refund |
| | | | | 2000 | 2024-01-04 | PP-R-XRN-515105548 | CHARGEBACK_SYSTEM | | System | 2024-02-11 | paypal accepted chargeback |
| | | | | 24.5 | 2023-09-29 | PP-R-EPZ-498691906 | RESOLUTION_CENTER | | Seller | 2023-10-01 | refund |
| | | | | 24.5 | 2023-09-29 | PP-R-EPZ-498691906 | RESOLUTION_CENTER | | Buyer | 2023-09-30 | el vendedor responde que no realiza reembolso |
| | | | | 47 | 2023-11-24 | PP-R-TMO-505170679 | RESOLUTION_CENTER | | Seller | 2023-11-25 | refund |
| | | | | 49 | 2021-10-29 | PP-D-132552542 | Gold | | Teammate | 2021-11-13 | decision: auto-closed by system ; justification: merchant accepted liability ; notes: none |
| | | | | 49 | 2021-10-29 | PP-D-132552542 | RZC | | Seller | 2021-11-13 | refund |
| | | | | 49 | 2021-10-29 | PP-D-132552542 | RZC | | Buyer | 2021-11-13 | never received items no longer needed |
| | | | | 49 | 2023-04-08 | PP-R-RON-478879738 | RESOLUTION_CENTER | | Seller | 2023-04-11 | refund |
| | | | | 49 | 2023-04-08 | PP-R-RON-478879738 | RESOLUTION_CENTER | | Buyer | 2023-04-09 | hi peter,<br><br>i am writing to request a refund for my recent purchase of the baby niche e-commerce store & sales funnel, as indicated in the invoice details below:<br><br>invoice no: ***<br>invoice date: **/**/**** **:**<br>total amount: $**.**<br><br>i see that the store and funnel must be in storefunnels, and i do not wish to sign up for that platform. this issue will prevent me from using the functionality and features of my purchase.<br><br>in light of this, i kindly request that you process a full refund of the purchase price as soon as possible. i would appreciate it if you could confirm receipt of this refund request and provide an estimated timeline for when i can expect to receive the refund.<br><br>thank you for your attention to this matter, and i look forward to hearing from you soon.<br><br>sincerely, |

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2500 | 2022-07-07 | PP-R-GIJ-454318124 | DISPUTE-UI | | Teammate | 2022-07-12 | buyer wants to escalate the case to claim. |
| | | | | 2500 | 2022-07-07 | PP-R-GIJ-454318124 | RESOLUTION | | Buyer | 2022-07-09 | i only have email communications, i placed the order on thursday, it was supposed to arrive on friday. they are saying they never received payment |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | RZC | | Seller | 2022-06-20 | handover video: https://www.loom.com/share/*******fa  signed contract: [redacted] handover document: [redacted] |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | RZC | | Buyer | 2022-06-17 | honestly, not real empire builder, they building their own empires, for the most: poverty builders, taking people money, by using daily youtu.be yt ads, claiming that they could build the people profitable online business ***% done for us, but it's not.. since starting of this year we just spending monthly money to them and to their partners. they making the membership account expired not active to push us to pay again and again, without any benefits, profit, until they took our all money more than what's mentioned, until my bank account became ****, with **** profit$..  even spending so much money for the marketing having hundreds more than ******** of traffic through multiple platforms: fb ads, instagram ads * influencers.. then the results still big ****$!  **** conversion rate..  as i informed them in the last reports...  our hard earning, but for them its easy money..  already they having millions of dollars  it's so easy to return our money...  we just wanted to refund our money today and completely please,  thanks the conclusion,  it's not real empire it's opposite |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | RZC | | Buyer | 2022-06-18 | no easily response after receiving the main payment, no response even here at paypal, they deactivated the accounts, the account expired, currently the account is off, once we showed them its not real empire not real business,  & the deactivation before to push us to pay them forever,monthly  please save, secure us.. they making millions of dollars.. in this way...  honestly, not real empire builder, they building their own empires, for the most: poverty builders, taking people money, by using daily youtu.be yt ads, claiming that they could build the people profitable online business ***% done for us, but it's not..  since starting of this year we just spending monthly money to them and to their partners. they making the membership account expired not active to push us to pay again and again, without any benefits, profit, until they took our all money more than what's mentioned, until my bank account became ****, with **** profit$.. even spending so much money for the marketing having hundreds more than ******** of traffic through multiple platforms: fb ads, instagram ads * influencers.. (fake ***%done-for-us) then the results still big ****$!  **** conversion rate! in their store...  as i informed them in the last reports...  our hard earning, but for them its easy money.. already they having millions of dollars  it's so easy to return our money.. they're knows its useless, but still we have to spend to market their own business!..  their statistics shows that there are no conversation rate, **** sales and **** sign up.. from the traffic from the visitors.   behalf of my kids, mom, grandma and family, kindly request to secure us...  we just wanted to refund our money today and completely please,  thanks the conclusion,  it's not real empire it's opposite.... etc |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | Gold | | Teammate | 2022-06-21 | decision: deny claim ; justification: not snad ; notes: buyer purchase protection ineligible.Buyer provided an invalid snad reason. hence, closing the claim in seller favor.  buyer said mynailzy.com not usable website, expired, since starting of this year, **** conversion rate, should pay them monthly for nothing already we paid them nearly **k aed.  software/service blocked and cannot use after byr received it. not a valid snad reason. |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | RZC | | Buyer | 2022-06-18 | since the starting of this year, i informed the team , i'm putting my complete trust, believe plus big hope here.  and informed that it's my last money from my endofservice i handed over to you,  then i'm done my best to survive, the marketing campaigns was targeted to the exactly same niche "nails"  quality campaigns with multiple nails influencers, then having hundreds more than ******** of traffic/visitors to the website through multiple platforms etc  the conversion rate is ****, no even one sale or sign up  the big marketing budget finished  behalf of my kids, mom, grandma, sisters and family  we done our best but sadly no results, no revenue, no profit ..  after the covid we lost our jobs, i handed over to you my family money.. i'm responsible of big family after my father died  hopefully you could help us by returning our capital money, sorry for asking that because it's last way for us to survive,  specially they'll kick my kids my family outside of the home because we can't pay the rent, the electricity and the bills  i don't know what to say in the situation.. just accept my words in the end i'm a father who lost his family income and resources by putting all in one basket..  i'm waiting for your words soon i'm waiting your supportive action of returning our capital money or any donation/charity for my kids/my family |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | RZC | | Buyer | 2022-06-17 | no account expired |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | RZC | | Buyer | 2022-06-18 | for us to pay them forever, they deactivating our accounts, currently it's mentioned "your account has expired!", we just losing our money, please save, secure us |
| | | | | 5000 | 2021-12-29 | PP-D-152702737 | RZC | | Buyer | 2022-06-20 | mynailzy.com not usable website, expired, since starting of this year, **** conversion rate, should pay them monthly for nothing already we paid them nearly **k aed,  i have to pay for the marketing separately, again waste of money and time..  we lost all our money we lost our team endofservice.. after covid** all lost the job  i informed them before its my last money, they saying no worries!.. |

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | Gold | | Teammate | 2021-09-13 | the buyer appealed want pp to review and reconsider the case |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | Gold | | Teammate | 2021-08-30 | buyer contacted us to request an update. * days from now |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | RZC | | Buyer | 2021-09-06 | hi,  i have received a message from paypal asking for specific details of the purchase made and additional informations. as i have previously reported, the item i have received wasn't as described.   i am providing the url of the original product or service description that i came across to make the purchase.   original description empire builders product: https://*.com/services   description: as you can see on the business in the box section, the seller(s) promise to build and launch an entire business for the buyer, having combined **+ years of online business experience, & millions of sales generated.  so the expectation based on the original description is that sales will keep coming and there will be at least a return of investment within the time they hand it back to you.   before you sign up and they lock you in, they fail to tell you about all the subsequent expenses and tribulations.   delivery: what i received was some training videos, useless links as products, a sloppy website that cannot generate sales on its own, couple of no sales, no customers. not a business.   for more details on my claim: ▓▓▓▓▓ the sellers have violated all the business opportunity rule and the ftc franchise rule.  paypal should not side with scammers and resolve this case in favour of the buyer.   regards |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | RZC | | Seller | 2021-08-10 | ▓▓▓▓▓  you were just speaking with ali on next steps and what we have planned. you can also see the work that we have completed up to this point here:  handover video: https://www.loom.com/share/***a*df**  handover document: ▓▓▓▓▓ assets: ▓▓▓▓▓  please drop this case so that we can contiue with your launch just as you had discussed a few days ago with ali |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | Gold | | Teammate | 2021-09-12 | decision: deny claim ; justification: not snad ; notes: - buyer dispute is not a valid claim - buyer dispute is about expectation issue on the service purchase, which is not a valid snad claim, denying seller claim    **** case worked as per snad revamp + resale transaction procedure **** |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | Gold | | Teammate | 2021-09-15 | decision: deny claim ; justification: buyer&#*:s remorse ; notes: ***potential buyer protection violation – resale. ***exact pre-defined note not found ***== claim is regarding expectation issue on the service purchase which is not covered under paypal buyer purchase protection. hence, the claim is denied. |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | Gold | | Teammate | 2021-08-21 | reason for placing the case in internal wait: time out case for clarification with resale project team |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | RZC | | Seller | 2021-08-14 | can you please share where we made these claims? you can also see the work we have done already for you here: handover video: https://www.loom.com/share/***a*df** handover document: ▓▓▓▓▓ assets: ▓▓▓▓▓ |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | RZC | | Buyer | 2021-08-14 | the seller (ecommerce empire builders) asked for **,***$ in exchange for providing a business in the box. the seller expressly or by implication – makes certain kinds of claims that it will help the buyer set up or run the business, by providing the buyer with customers, accounts, to sell products or services. the seller also made earnings claims online or in other media that buyers will be able to generate *,***$ to **,***$ to replace their full-time income within ** days.  as you can see from february **** to august **** this business account gross revenues is ***$.  instead the seller got so called training videos and coaching.  all these promises are income illusion.  the seller when making the claims, failed to disclose specific informations to the prospective buyers to help them evaluate the business opportunity. the seller gave misleading actions' and 'misleading omissions' that cause, or are likely to cause, the average consumer to take a 'transactional decision' they would not have taken otherwise. there after:  the seller failed to set up the marketing platform. the seller asked for more payment of *,***$ per month up to **,***$ for a year, in order to have someone who specializes in driving traffic to advertise the account.  the person who sold me the item/service acted aggressively/misled me. i'm entitled to a full refund under the consumer protection from unfair trading regulations ****. |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | CSC | | Buyer | 2021-08-09 | byr paid for an assistance for opening a business and do the initial advertisement. byr received the material like books and videos to create a business website. the seller created a business account but failed to do the initial advertisement as agreed. |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | Gold | | Teammate | 2021-09-04 | decision: request additional buyer info ; justification: additional item info (off e-bay) ; notes: claim is on probable potential buyer protection violation – resale as per di response ,  hence  check with buyer for the item url and description as to know what was purchased, quantity of item and its value as to determine if the item /service intended for resale .   **case worked as per buyer resale + snad revamp procedure** no accurate pre defined note available** |
| | | | | 10000 | 2021-02-26 | PP-D-122377813 | Gold | | Teammate | 2021-08-14 | buyer requested |
| 53916 | 48118 | 11305875 | 1305874 | 10000 | 2021-12-21 | PP-R-COL-482372317 | RESOLUTION CENTER | ▓▓▓▓▓ | Buyer | 2023-05-11 | this mob are the typical internet scam and everything like this company need to be shut down as it is pie in the sky offers. |

FTC-000591

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---------|---------|-------------|-------------|-------------|----------------|---------|--------|---------------|-------------|------------|-------|
| | | | | 297 | 2023-05-27 | PP-R-YKX-488580077 | RESOLUTION_CENTER | | Seller | 2023-07-06 | refund |
| | | | | 297 | 2023-05-27 | PP-R-YKX-488580077 | CSC | | Buyer | 2023-07-05 | i'm requesting a full refund |
| | | | | 297 | 2023-07-13 | PP-R-QCC-490577386 | RESOLUTION_CENTER | | Seller | 2023-07-23 | refund |
| | | | | 297 | 2023-08-16 | PP-R-PFU-494916849 | RESOLUTION_CENTER | | Seller | 2023-08-28 | refund |
| | | | | 297 | 2023-08-16 | PP-R-PFU-494916849 | RESOLUTION_CENTER | | Buyer | 2023-08-28 | the refund is contingent on the buyer doing their "homework" and the the refund is at their discretion. |
| | | | | 297 | 2023-08-16 | PP-R-GBX-494917987 | RESOLUTION_CENTER | | Seller | 2023-08-28 | refund |
| | | | | 297 | 2023-08-16 | PP-R-GBX-494917987 | RESOLUTION_CENTER | | Buyer | 2023-08-28 | the seller will not give a refund unless the buyer "completes their required homework", and then have the discretion to issue a refund. unsatisfied customers might not get a refund because they don't complete the homework they describe in order to get a refund. |
| | | | | 297 | 2023-10-25 | PP-R-HTG-501619957 | RESOLUTION_CENTER | | Seller | 2023-10-26 | refund |
| | | | | 297 | 2023-10-25 | PP-R-HTG-501619957 | RESOLUTION_CENTER | | Buyer | 2023-10-25 | product was not as described and lead me to believe it was a plug and play process |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | RZC | | Seller | 2022-03-14 | yes you are already in communication with ali on your project on any changes that you need. we are okay doing. but you will need to drop this case before moving forward |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | Gold | | Teammate | 2022-04-01 | byr&#**:s request |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | Gold | | Teammate | 2022-04-03 | decision: deny claim ; justification: buyer&#**:s remorse ; notes: claim is regarding buyer remorse which is not covered under paypal buyer purchase protection. hence, the claim is denied. buyer claim: the goods/services that were promised to me were not delivered on-time, were incomplete, ineffective,and i was led to purchase their product and support based on false pretenses |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | RZC | | Buyer | 2022-03-13 | i sent the message attached below to ali akbar gulshan, who is my main contact at empire holdings to detail my issues. |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | RZC | | Buyer | 2022-03-22 | i have been attempting to work through this with the seller, but their only offers have been to re-do the entire funnel, or to provide me new services beyond what i had purchased. i explained to them that i have already built a replacement funnel myself so i do not need them to re-do their unsatisfactory funnel, and that i do not trust the work of their team, so i am not interested in additional services from them. they were unwilling to discuss a refund at all. i am just seeking to find an amicable resolution that we can both be happy with and they appear unwilling to work with me to achieve that end. |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | Gold | | Teammate | 2022-03-22 | decision: deny claim ; justification: buyer&#**:s remorse ; notes: claim is regarding buyer remorse which is not covered under paypal buyer purchase protection. hence, the claim is denied. buyer claim: the goods/services that were promised to me were not delivered on-time, were incomplete, ineffective,and i was led to purchase their product and support based on false pretenses |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | Gold | | Teammate | 2022-03-23 | decision: request additional buyer info ; justification: snad reason ; notes: buyer dispute is vague. hence, checking with buyer for more claim details. **potential buyer protection violation – resale. this internal claim/appeal requires thorough review based on resale transaction identification procedures. ** validation is moved to chargeback. no intention of buyer resale. snad reason is not clear. cwb for more details. |
| | | | | 18000 | 2021-09-14 | PP-D-144558366 | RZC | | Seller | 2022-03-22 | signed contract: ███████ sales call: ████ walkthrough video: https://www.loom.com/share/**d***de* documentation: ████ |
| | | | | 197 | 2023-06-02 | PP-R-SJG-485225940 | RESOLUTION_CENTER | | Buyer | 2023-06-06 | this is a subscription product in the funnel that was sold that doesn't even exist. on top of that it's suppose to be cj dropship and it's aliexpress. the link in the pdf doesn't even point to a spreadsheet as well. |
| 53916 | 23873 | 55374383 | 5374382 | 197 | 2023-06-02 | PP-R-SJG-485225940 | RESOLUTION_CENTER | | Seller | 2023-06-06 | refund |

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 197 | 2023-06-20 | PP-R-ABK-486845924 | RESOLUTION_CENTER | | Seller | 2023-06-20 | refund |
| | | | | 197 | 2023-06-20 | PP-R-ABK-486845924 | RESOLUTION_CENTER | | Buyer | 2023-06-20 | ordered too many. accidentally hit order * additional items in error. sent notice to seller. |
| | | | | 597 | 2021-02-14 | PP-D-105302712 | Gold | | Buyer | 2021-05-15 | ah called in and said that they never made this transaction, it was not something that they did or agreed to sign up for this recurring payment. wants to make sure that there is no additional charges coming out and that they will get refunded since they did not authorized this. |
| | | | | 597 | 2021-02-14 | PP-D-105302712 | Gold | | Teammate | 2021-05-15 | originally reported as unauthorized - issue id: pp-i-******** |
| | | | | 597 | 2021-02-14 | PP-D-105302712 | Gold | | Teammate | 2021-06-01 | case detail *************** exception comment:祝 ** cardless/pinless. cardholder did not authorize or participate. if denied, please fax supporting documents to ***-***-****,( claim ******* #▮▮▮▮▮▮▮)....np message text:unauth |
| | | | | 597 | 2021-02-14 | PP-D-105302712 | RZC | | Seller | 2021-03-14 | pampered pawz email address "xxxx", purchased ecommerce empire academy class on */**/** for x* payment of $***. customer then opened a dispute ** days later on */*/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 597 | 2021-05-27 | PP-D-133116046 | Gold | | Buyer | 2021-11-18 | they offer me a different service from what i had received. |
| | | | | 597 | 2021-05-27 | PP-D-133116046 | RZC | | Seller | 2021-11-20 | ▮▮▮▮▮▮ email address " xxxx-", purchased ecommerce empire academy class on */**/** for x* payments of $***. customer then opened a dispute *** days later on **/**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 597 | 2021-05-27 | PP-D-133116046 | RZC | | Buyer | 2021-11-20 | this message between me ▮▮▮▮▮ and his team and himself keep giving me hope and to continuing to waste my * months time service they promised. after * months they will disconnect service. and * month after i am not going to have a choice to do dispute charge or anything. so before * months end i was keep on asking for progress and their full service what promised, like $**k sales in *-* months and hand over me a up and running successful business. every new step they ask me for more money. they made me spent $**** for facebook ads. recently they offered me $**** months non refundable for my business ads program to run the business. so i started thinking and make my self together and start calling for dispute before times run out. this $*** is one of the charges that i was able to dispute. but there is another $*** one made on april **, which cross my dispute timeline. and i lost that charge. now i cant loose anymore. so i started dispute. but before i do that i ask them few times for refund but they are willing to talk about that. thanks |
| | | | | 597 | 2021-05-27 | PP-D-133116046 | Gold | | Teammate | 2021-11-23 | decision: deny claim ; justification: item/service received ; notes: snad decision: as per buyer comment, service  has been received but (service/access banned,blocked,closed,disabled) which is not in control of paypal. hence, buyer at his discretion has to contact seller/developer for the same. closing in seller favour. &quot; |
| | | | | 597 | 2021-05-27 | PP-D-133116046 | Gold | | Teammate | 2021-11-18 | byr req |
| | | | | 597 | 2021-08-29 | PP-D-125225286 | RZC | | Seller | 2021-09-04 | refund |

FTC-000593

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 597 | 2021-08-29 | PP-D-125225286 | RZC | | Buyer | 2021-09-03 | peter pru had designed extremely misleading and dodgy sales funnels until his clients are caught in the trap of signing up with him. at first, he mentions certain information, such as a picture with an x, with an explanation of the negative work in amazon, for example then after purchasing the course you find that the double refund policy is based on fraudulent so that it is very difficult to meet the requirements to meet the refund conditions of course the details of these terms are not even mentioned in their webinar at all. this condition is their own making, well i don't want the double refund but i only want my money back that i paid  the important thing is that after requesting a refund, the customer support service says that the following form must be filled out where i found there are things that were not mentioned in the advertisement at all, such as: these conditions are not mentioned in their webinar they are also fraudulently procrastinating so that the time required to claim a refund is taken "to be even more clear, here are some examples of what is not covered under the refund policy . . . "i decided to change directions" or "i haven't had time to go through the course. please don't buy this course if you aren't serious or "just want to check it out". buy it only if you are ready to take massive action and change your life!" these conditions are not even mentioned in their webinar at all. they are also fraudulently procrastinating step by step so that the time required to claim a refund is taken the refund policy is clear all over the world when it says **-day money-back guarantee it's clear but these are conditional double refund terms well, i told them that i do not want any doubling of the amount of my participation in the course this means that the condition for a double refund is not met, actually, i've requested a refund of the subscription price that was paid. there is an unprecedented manipulation by them in the world towards the refund policy |
| | | | | 597 | 2021-08-29 | PP-D-125225286 | RZC | | Buyer | 2021-09-04 | hi empire holdings group llc, i hope you will consider my case and give me a refund of (***,** usd) so i don't have to escalate the case to paypal also, i hope that this will be a lesson for you so that you avoid losing any of your clients because of your unprofessional behavior, which suggests a form of provocative fraud. as you are still at the beginning of the road, so you should take your teachers from respectable giant companies such as amazon as a role model that knows how to take into account the rights of their customers to the fullest.  the biggest proof of my words is that i have an issue with your behavior now, which you should always avoid if there are problems with your customers.  regards |
| | | | | 597 | 2022-01-22 | PP-D-142692246 | RZC | | Buyer | 2022-02-21 | i sent an email which is being ignored. i was guaranteed that if it does not work out for me then i will get my money back + $*,*** i tried it and it did not work out to me as described so i would like my money back. i wanted to make it work because i saw the opportunity and it but unfortunately it did not work out for me so please i want my money back plus the $*,*** that was promised to me for trying this system. |
| | | | | 597 | 2022-01-22 | PP-D-142692246 | Gold | | Teammate | 2022-03-13 | decision: auto-closed by system ; justification: merchant accepted liability ; notes: none |
| | | | | 597 | 2022-01-22 | PP-D-142692246 | RZC | | Buyer | 2022-02-26 | xxxx |
| | | | | 597 | 2022-01-22 | PP-D-142692246 | RZC | | Seller | 2022-03-01 | email address " xxxx -, purchased ecommerce empire academy class on */**/** for x* payments of $***. customer then opened a dispute ** days later on */**/****. it is clear that the customer was only looking to access our course and download all of our content and opening a case ** days after purchase. customer was not able to show any completed work or effort to be covered by our ** day double your money back guarantee. customer accessed all of the purchased training and was also added to our private student community. see communication below for customer receiving their product. customer even accessed training after submitting dispute as shown below |
| | | | | 597 | 2022-01-22 | PP-D-142692246 | RZC | | Seller | 2022-02-21 | what email address did you email us from? i see no emails from you  we are so sorry to hear that you would like to cancel your membership. as you already know we are so committed to your success here at the ecommerce empire builders that we even have a double your money-back guarantee. in addition to that we'd love to give you access to the following to keep you on the path of success  ecommerce empire starter pack free  ecommerce empire insiders - * years membership  please let me know if you would like access to these additional products to keep you on the path of success! |
| | | | | 597 | 2022-01-22 | PP-D-142692246 | Gold | | Teammate | 2022-02-26 | dispute reason code was updated to buyer didn&#**;t receive something (inr) |
| | | | | 597 | 2022-01-22 | PP-D-142692246 | Gold | | Teammate | 2022-03-02 | decision: buyer favor - allow appeal ; justification: invalid proof of delivery ; notes: seller has not provided valid tracking/compelling evidences closing the case in buyers favor. |
| | | | | 597 | 2022-02-26 | PP-D-143823928 | RZC | | Buyer | 2022-03-05 | we already disputed one charge for $*** and i didn't receive the second $*** that they charged me. i disputed both charges but only received one time $*** |
| | | | | 597 | 2022-02-26 | PP-D-143823928 | RZC | | Seller | 2022-03-07 | refund |

FTC-000594

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 597 | 2022-06-18 | PP-D-155518686 | RZC | | Buyer | 2022-08-03 | i am simply asking what your paypal email address is, we need that information   ecommerce empire builders support team *.com  ➡️ get our best-selling book 'ecommerce empire + $*,*** in bonuses for free here:  https://*.com/book {#hs:*********,*******#}  on sat, jul *, **** at **:** pm utc, <xxxx> wrote:  please let me know if you are going to give ne a refund for what ever seem to have bought. you have seen my evidence that i paid $***.**. if your company cannot track where my money is gone to after i paid it, that is not my fault. i will contact paypal on monday if i do not hear from you and start recovering my money from your company. on fri, jul *, **** at **:** pm utc, peter pru <xxxx> wrote:  i am not sure what you mean, you paid for the ecommerce empire academy program. what is the email associated with your paypal account?   ecommerce empire builders support team *.com  ➡️ get our best-selling book 'ecommerce empire + $*,*** in bonuses for free here: https://*.com/book  on fri, jul *, **** at *:** am utc, <xxxx> wrote:  hi sam  if you are confused, just think of how i feel. i paid nearly $***.** for what ??????. please arrange for refund.  here is a copy of my paypal payment. i am not interested in double your money back, just what i have paid. thanks ▆▆▆▆ on thu, jul *, **** at *:** pm utc, peter pru <xxxx> wrote:  what is the email associated to your account? as we do not even see xxxx  sam  ecommerce empire builders support team *.com  ➡️ get our best-selling book 'ecommerce empire + $*,*** in bonuses for free here:  https://*.com/book  on thu, jul *, **** at **:** am utc, <xxxx> wrote:  hi  i have paid for the course and do not want the double refund, only my money back. up until t |
| | | | | 597 | 2022-06-18 | PP-D-155518686 | Gold | | Teammate | 2022-08-03 | decision: auto-closed by system ;  justification: merchant accepted liability ; notes: none |
| | | | | 597 | 2022-06-18 | PP-D-155518686 | RZC | | Seller | 2022-08-03 | refund |
| | | | | 597 | 2022-11-16 | PP-R-YWA-464411534 | RESOLUTION _CENTER | | Seller | 2022-11-29 | refund |
| | | | | 597 | 2022-11-16 | PP-R-YWA-464411534 | RESOLUTION _CENTER | | Buyer | 2022-11-25 | no other details at this time. |
| | | | | 199.92 | 2022-02-01 | PP-D-145092552 | Gold | | Teammate | 2022-03-26 | buyer called in to cancel it |
| | | | | 199.92 | 2022-02-01 | PP-D-145092552 | RZC | | Seller | 2022-03-25 | dear ▆▆▆, this message is to confirm that your item is going to be arriving tomorrow itself. please we request for you to recieve your item and then remove the complaint from paypal. confirmed it is arriving tomorrow. |
| | | | | 199.92 | 2022-02-01 | PP-D-145092552 | CSC | | Buyer | 2022-03-18 | i haven't receive any item. merchant is unresponsive. i want my money back. |
| | | | | 39.97 | 2021-03-28 | PP-D-107656095 | RZC | | Seller | 2021-04-01 | dear ▆▆, the item has already been shipped and should arrive within the week. as discussed with you we need the item sent back before we can process the refund |
| | | | | 39.97 | 2021-03-28 | PP-D-107656095 | RZC | | Buyer | 2021-03-29 | i bought the wrong product. and i need a refund, please. |
| | | | | 39.97 | 2021-03-28 | PP-D-107656095 | RZC | | Seller | 2021-04-01 | product should be with you within the week |
| | | | | 39.97 | 2021-03-28 | PP-D-107656095 | RZC | | Seller | 2021-04-16 | buyer is not responding, we have sent the exact product he has ordered and it has been delivered to the buyer. he can always send it back if a refund is required but for now we have fulfilled on this order |
| | | | | 39.97 | 2021-03-28 | PP-D-107656095 | RZC | | Seller | 2021-04-20 | attached shipping confirmation |
| | | | | 646.55 | 2022-06-21 | PP-R-CIM-459196268 | OTHER | | Buyer | 2022-09-25 | the second charge for $***.** on jul ** was refunded but not this first one |
| | | | | 646.55 | 2022-06-21 | PP-R-CIM-459196268 | RESOLUTION | | Seller | 2022-09-27 | refund |
| | | | | 646.55 | 2022-07-21 | PP-D-155295183 | Gold | | Teammate | 2022-08-29 | proc id  ********* dispute documentation request response sent to synchrony |
| 53916 | 27998 | 87015816 | 7015815 | 646.55 | 2022-07-21 | PP-D-155295183 | CSC | | Buyer | 2022-07-29 | i had initially signed up for a class, but there were emergencies that came up and i could not start the class, and i had requested that they stop charging my account but they did not respond and i was charged for the second month. |

FTC-000595

| rcvr_id | sndr_id | rcvr_txn_id | sndr_txn_id | txn_amt_usd | pmt_start_date | case_id | source | accountnumber | updateparty | updatedate | notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 646.55 | 2022-07-21 | PP-D-155295183 | RZC | | Seller | 2022-08-03 | refund |
| | | | | 646.55 | 2022-07-21 | PP-D-155295183 | Gold | | Teammate | 2022-08-03 | decision: auto-closed by system ; justification: merchant accepted liability ; notes: none |
| | | | | 9.95 | 2021-11-25 | PP-D-136225516 | RZC | | Seller | 2021-12-19 | refund |
| | | | | 41.38 | 2022-07-12 | PP-D-155071209 | RZC | | Buyer | 2022-07-26 | ich habe den verkäufer angeschrieben und ihn über den fehlenden und den falschen artikel informiert. |
| | | | | 67.9 | 2023-06-02 | PP-R-JMD-485226498 | RESOLUTION_CENTER | | Buyer | 2023-06-06 | link doesn't work.. also no instructions on fullfillment |
| | | | | 67.9 | 2023-06-02 | PP-R-JMD-485226498 | RESOLUTION_CENTER | | Seller | 2023-06-06 | refund |
| | | | | 299.99 | 2022-12-27 | PP-R-HYX-468008819 | RESOLUTION_CENTER | | Buyer | 2022-12-27 | there should only be one order not *. their website was not going to the page where the purchase was confirmed |
| | | | | 299.99 | 2023-01-01 | PP-R-VNT-468475096 | RESOLUTION_CENTER | | Seller | 2023-01-02 | hey____, the item has already been shipped. for us to cancel it now will be a huge hassle. if we refund $** as an additional discount to you would you be comfortable keeping the item? |
| | | | | 299.99 | 2023-01-01 | PP-R-VNT-468475096 | RESOLUTION_CENTER | | Seller | 2023-01-02 | alright we are going to go ahead and issue a full refund to you, and stop the shipping. thank you. |
| | | | | 299.99 | 2023-01-01 | PP-R-VNT-468475096 | RESOLUTION_CENTER | | Buyer | 2023-01-02 | no thank you  i was able to find that works for me. |
| | | | | 299.99 | 2023-01-01 | PP-R-VNT-468475096 | RESOLUTION_CENTER | | Seller | 2023-01-02 | the person has decided after one day they no longer want the product. the item has not arrived to them yet. |
| | | | | 299.99 | 2023-01-01 | PP-R-VNT-468475096 | RESOLUTION_CENTER | | Buyer | 2023-01-02 | thank you for pointing that out capacity in your response but i didn't not see it initially on the website. when i did see it, i requested a refund before the item was shipped |
| | | | | 299.99 | 2023-01-01 | PP-R-VNT-468475096 | RESOLUTION_CENTER | | Buyer | 2023-01-01 | requested a refund today due to weight capacity |
| | | | | 299.99 | 2023-01-01 | PP-R-VNT-468475096 | RESOLUTION_CENTER | | Seller | 2023-01-01 | hey ____, the walkpad has a weight capacity of  ***lbs mentioned on the website? is this not suitable for you? |
| | | | | 19.97 | 2023-01-01 | PP-R-IYN-468475291 | RESOLUTION_CENTER | | Buyer | 2023-01-01 | service plan not needed because i requested a refund for the walking pad. |
| | | | | 19.97 | 2023-01-01 | PP-R-IYN-468475291 | RESOLUTION_CENTER | | Seller | 2023-01-02 | customer refunded a day after purchase, found another product. refunding the customer in full |
| | | | | 87.95 | 2023-05-18 | PP-R-YWI-483396989 | RESOLUTION_CENTER | | Seller | 2023-05-21 | refund |
| | | | | 87.95 | 2023-05-18 | PP-R-YWI-483396989 | RESOLUTION_CENTER | | Buyer | 2023-05-20 | i cancelled with them last year. i thought everything was handled. they charged me again this year. i did not use their service last year or this year. i asked them for a refund. i have not heard back yet. i want them discontinued from my paypal account so that they cannot continue to charge me, thanks. |
| | | | | 87.95 | 2023-05-18 | PP-R-YWI-483396989 | RESOLUTION_CENTER | | Buyer | 2023-05-20 | hi this is ____ and the amount of **.** was taken from my personal bank account again. i want a refund. it was supposed to be cancelled last year. |

FTC-000596

**EMPIRE HOLDINGS GROUP**
**1851 W Point Pike**
**West Point, PA 19486**

**For Questions Please Contact: peter@ecommerceempirebuilders.com**

**EMPIRE HOLDINGS GROUP AUTHORIZATION SERVICE AGREEMENT:**

**PLEASE REVIEW THIS SERVICE AGREEMENT CAREFULLY, AS IT CONSTITUTES A LEGAL AGREEMENT BETWEEN YOU "CUSTOMER" AND EMPIRE HOLDINGS GROUP.**

**I understand that I am purchasing Empire Holdings Group – training and services as tools for my business DBA to signer of said Service Agreement.**

**By accepting these terms I understand the Empire Holdings Group is a separate entity from any and all non-directly associated programs/businesses. I understand that I am only purchasing Empire Holdings Group services per this agreement.**

**I understand as part of the services related to Empire Holdings Group that there are no income guarantees, written, verbal or otherwise.**

**By accepting these terms I here by acknowledge that Empire Holdings Group makes no claim with respect to description of training and services. All services are sold "AS IS".**

**By signing I understand and agree that non-use of service by "Customer" does not constitute a refund or billing dispute on behalf of "Customer".**

**As "Customer" by signing said agreement I understand and agree that services (Business In A Box) provided by Empire Holdings Group will be setup and activated within 45 business days from date of billing transaction per signed agreement or 30 days from date of customer onboarding call.**

**As "Customer" I understand it is my responsibility to participate in any and all information/tasks within the 30 day build process needed by Empire Holding Group Team.**

**As "Customer", by signing below, I understand any delays with this information on my part may cause the Business In A Box process to take longer than 30 Days and does not constitute a refund, written or verbally.**

**Empire Holdings Group services are sold in good faith, and there are no refunds on services provided by Empire Holdings Group.**

**As Customer, I acknowledge and understand it is my sole responsibility to advertise and or market said business developed by Empire Holdings Group.**

Initial _____    Page 1 of 3

Doc ID: c4d906f8ed1b22343685947c5d277b7a0b01bb5e

**Empire Holdings Group Business In A Box Scope Of Work To Be Provided**

**Ecommerce Empire Builders (Empire Holdings Group agrees to deliver the following website build, training, coaching, community:**

1. **Ecommerce Subscription Sales Funnel Build**
   - **Niche Selection & Validation**
   - **Offer Selection & Creation**
     - i.   **Frontend Offer**
     - ii.  **Order Bump**
     - iii. **Upsell Products**
     - iv.  **Subscription Upsell Product**
     - v.   **Thank You Page**
     - vi.  **2 Bonus Information Products**
   - **Subscription Sales Funnel Build**
     - i.   **Landing Page**
     - ii.  **Order Form**
     - iii. **Order Bump**
     - iv.  **Upsell #1**
     - v.   **Upsell #2**
     - vi.  **Upsell #3 - Subscription Product**
     - vii. **Thank You Page**
   - **Abandoned Cart Email Automation - 3 Emails**
   - **Post Purchase Email Automation - 1 Email**
   - **Sales Funnel Copywriting**
     - i.   **Landing Page**
     - ii.  **Order Form**
     - iii. **Order Bump**
     - iv.  **Upsell #1**
     - v.   **Upsell #2**
     - vi.  **Upsell #3 - Subscription Product**
     - vii. **Thank You Page**
   - **Advertising**
     - i.   **At least 1 piece of advertising copy**
     - ii.  **At least 3 pieces of advertising creatives**
     - iii. **$250 in advertising spend to test funnel**
   - **Phone Call Support**
     - i.   **Two strategy calls during funnel build process**

2. **Team Support Access For** BIB- 1 funnel
   - **Access To Inner Circle Recordings Library**
   - **Access To Inner Circle Advanced Trainings Library**
   - **Three Inner Circle Zoom Calls Per Week**
   - **On Demand Support Within BaseCamp Dashboard**

**Initial**  ▮  **Page 2 of 3**

Doc ID: c4d906f8ed1b22343685947c5d277b7a0b01bb5e

Chargeback Policy: In the event you file a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in your favor – you will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that you contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist you with any billing concerns before considering filing a Dispute or Chargeback with your bank or Credit Card Company.

Guarantee of Service: In the event Empire Holdings Group provides services that do not conform to this agreement, we will re-perform Business In A Box services as well as extend support at no additional cost.

Payment Terms: The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If you subscribe to any of the paid portions of the Services, you understand that once you have become a Subscriber, your subscription will be automatically renewed and your credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Business In A Box) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.

SERVICES: Business In A Box

Billing Amount $ _$10,000.00_____

4 months of coaching

Billing Name ████████████_____

Phone ___████████████___    Email_____

I understand that Empire Holdings Group Services are NOT subject to refund in the event "Customer" does or does not utilize services purchased through Empire Holdings Group per this Agreement. Because of the nature of setup fees and costs incurred by Empire Holdings Group, during "Customer" Account Set Up - sales past the Three – Day Right of Rescission are final.

By signing below, Customer acknowledges that they have read this agreement and understand the provisions of the Agreement and agrees to be bound to and by all Terms and Conditions per Agreement Date. By signing below I (Customer) agree that I am the Authorized signer of the Credit Card listed on this Agreement, and have given Empire Holdings Group Authorization to Charge my Credit Card for the listed amount per this Agreement, thus taking full responsibility of this charge.

By signing below, as Customer, I acknowledge and agree that it is my responsibility to participate in the Inner Circle trainings provided and apply such training. Furthermore it is my responsibility to communicate with Empire Holdings Group as often as needed in regards to the training.

Signature:_____████████_____    Date: 09 / 23 / 2022 _____
     (I agree) MUST BE CARD HOLDERS SIGNATURE

Print Name ___████████_____    Initial ████    Page 3 of 3

Doc ID: c4d906f8ed1b22343685947c5d277b7a0b01bb5e

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Business in a Box |
| **FILE NAME** | Copy of EMPIRE HO...ILD & SUPPORT.pdf |
| **DOCUMENT ID** | c4d906f8ed1b22343685947c5d277b7a0b01bb5e |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ⊛ Signed |

## Document History

| | | |
|---|---|---|
| ⌇ **SENT** | **09 / 23 / 2022** 15:25:25 UTC | Sent for signature to ▉▉▉▉ (▉▉▉▉▉▉) from peter@ecommerceempirebuilders.com IP: 71.15.160.139 |
| 👁 **VIEWED** | **09 / 23 / 2022** 15:26:06 UTC | Viewed by ▉▉▉▉ (▉▉▉▉) IP: ▉▉▉▉▉▉ |
| ⌇ **SIGNED** | **09 / 23 / 2022** 15:30:33 UTC | Signed by ▉▉▉▉▉▉ IP: ▉▉▉▉ |
| ⊘ **COMPLETED** | **09 / 23 / 2022** 15:30:33 UTC | The document has been completed. |

Powered by **HELLOSIGN**

**EMPIRE HOLDINGS GROUP**
**1851 W Point Pike**
**West Point, PA 19486**

**For Questions Please Contact: peter@ecommerceempirebuilders.com**

**EMPIRE HOLDINGS GROUP AUTHORIZATION SERVICE AGREEMENT:**

**PLEASE REVIEW THIS SERVICE AGREEMENT CAREFULLY, AS IT CONSTITUTES A LEGAL AGREEMENT BETWEEN YOU "CUSTOMER" AND EMPIRE HOLDINGS GROUP.**

**I understand that I am purchasing Empire Holdings Group – training and services as tools for my business DBA to signer of said Service Agreement.**

**By accepting these terms I understand the Empire Holdings Group is a separate entity from any and all non-directly associated programs/businesses. I understand that I am only purchasing Empire Holdings Group services per this agreement.**

**I understand as part of the services related to Empire Holdings Group that there are no income guarantees, written, verbal or otherwise.**

**By accepting these terms I here by acknowledge that Empire Holdings Group makes no claim with respect to description of training and services. All services are sold "AS IS".**

**By signing I understand and agree that non-use of service by "Customer" does not constitute a refund or billing dispute on behalf of "Customer".**

**As "Customer" by signing said agreement I understand and agree that services (Business In A Box) provided by Empire Holdings Group will be setup and activated within 45 business days from date of billing transaction per signed agreement or 30 days from date of customer onboarding call.**

**As "Customer" I understand it is my responsibility to participate in any and all information/tasks within the 30 day build process needed by Empire Holding Group Team.**

**As "Customer", by signing below, I understand any delays with this information on my part may cause the Business In A Box process to take longer than 30 Days and does not constitute a refund, written or verbally.**

**Empire Holdings Group services are sold in good faith, and there are no refunds on services provided by Empire Holdings Group.**

**As Customer, I acknowledge and understand it is my sole responsibility to advertise and or market said business developed by Empire Holdings Group.**

**Initial**▮▮▮▮▮  **Page 1 of 3**

Doc ID: c8524fc69aa756a1c601f6e1050f5e54a126ca64

PYPL00000254

**PX7**    **FTC-000601**

**Empire Holdings Group Business In A Box Scope Of Work To Be Provided**

**Ecommerce Empire Builders (Empire Holdings Group agrees to deliver the following website build, training, coaching, community:**

1. **Ecommerce Subscription Sales Funnel Build**
   - **Niche Selection & Validation**
   - **Offer Selection & Creation**
     i. **Frontend Offer**
     ii. **Order Bump**
     iii. **Upsell Products**
     iv. **Subscription Upsell Product**
     v. **Thank You Page**
     vi. **2 Bonus Information Products**
   - **Subscription Sales Funnel Build**
     i. **Landing Page**
     ii. **Order Form**
     iii. **Order Bump**
     iv. **Upsell #1**
     v. **Upsell #2**
     vi. **Upsell #3 - Subscription Product**
     vii. **Thank You Page**
   - **Abandoned Cart Email Automation - 3 Emails**
   - **Post Purchase Email Automation - 1 Email**
   - **Sales Funnel Copywriting**
     i. **Landing Page**
     ii. **Order Form**
     iii. **Order Bump**
     iv. **Upsell #1**
     v. **Upsell #2**
     vi. **Upsell #3 - Subscription Product**
     vii. **Thank You Page**
   - **Advertising**
     i. **At least 1 piece of advertising copy**
     ii. **At least 3 pieces of advertising creatives**
     iii. **$250 in advertising spend to test funnel**
   - **Phone Call Support**
     i. **Two strategy calls during funnel build process**

2. **Team Support Access For** ___BIB___
   - **Access To Inner Circle Recordings Library**
   - **Access To Inner Circle Advanced Trainings Library**
   - **Three Inner Circle Zoom Calls Per Week**
   - **On Demand Support Within BaseCamp Dashboard**

**Initial** _____ **Page 2 of 3**

Doc ID: c8524fc69aa756a1c601f6e1050f5e54a126ca64

**Chargeback Policy:** In the event you file a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in your favor – you will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that you contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist you with any billing concerns before considering filing a Dispute or Chargeback with your bank or Credit Card Company.

**Guarantee of Service:** In the event Empire Holdings Group provides services that do not conform to this agreement, we will re-perform Business In A Box services as well as extend support at no additional cost.

**Payment Terms:** The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If you subscribe to any of the paid portions of the Services, you understand that once you have become a Subscriber, your subscription will be automatically renewed and your credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Business In A Box) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.

**SERVICES: Business In A Box**

Billing Amount $ $12,000

Split pay $6,000 paid on 11-20-22 final payment of $6,000 paid on 12-20-22

Billing Name ███████████

Phone ███████████  Email _____

I understand that Empire Holdings Group Services are NOT subject to refund in the event "Customer" does or does not utilize services purchased through Empire Holdings Group per this Agreement. Because of the nature of setup fees and costs incurred by Empire Holdings Group, during "Customer" Account Set Up - sales past the Three – Day Right of Rescission are final.

By signing below, Customer acknowledges that they have read this agreement and understand the provisions of the Agreement and agrees to be bound to and by all Terms and Conditions per Agreement Date. By signing below I (Customer) agree that I am the Authorized signer of the Credit Card listed on this Agreement, and have given Empire Holdings Group Authorization to Charge my Credit Card for the listed amount per this Agreement, thus taking full responsibility of this charge.

By signing below, as Customer, I acknowledge and agree that it is my responsibility to participate in the Inner Circle trainings provided and apply such training. Furthermore it is my responsibility to communicate with Empire Holdings Group as often as needed in regards to the training.



Signature: ███████████████  Date: 11 / 20 / 2022
　　　　　　(I agree) MUST BE CARD HOLDERS SIGNATURE

Print Name ███████████  Initial ████ Page 3 of 3

Doc ID: c8524fc69aa756a1c601f6e1050f5e54a126ca64

  Audit trail

| | |
|---|---|
| **Title** | Business in a Box |
| **File name** | Copy of EMPIRE HO...ILD & SUPPORT.pdf |
| **Document ID** | c8524fc69aa756a1c601f6e1050f5e54a126ca64 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ⊛ Signed |

## Document History

| | | |
|---|---|---|
| ↗ SENT | **11 / 19 / 2022** 22:04:33 UTC | Sent for signature to ███████ ███████████████ from peter@ecommerceempirebuilders.com IP: 108.226.136.156 |
| 👁 VIEWED | **11 / 20 / 2022** 05:31:48 UTC | Viewed by ██████ ████████████ IP: ███████ |
| ✍ SIGNED | **11 / 20 / 2022** 17:34:03 UTC | Signed by ██████ ███████████ IP: ██████ |
| ☑ COMPLETED | **11 / 20 / 2022** 17:34:03 UTC | The document has been completed. |

Powered by ✖ Dropbox Sign

CONFIDENTIAL

PYPL00000257
FTC-000604

**Master SERVICE AGREEMENT**

This Master Service Agreement ("Agreement") is entered into and effective as of 05 / 14 / 2023 ("Effective Date"), between EMPIRE HOLDINGS GROUP, LLC a Wyoming Limited Liability Company with its principal place of business at 2370 York Rd., Jamison, PA 18929 ("EMPIRE") and _____ ("CLIENT"), with a principal place of business at _____. EMPIRE and CLIENT are each a "Party" and together are the "Parties".

WHEREAS, EMPIRE is in the business of offering services, including Business Consulting, Business Development, Team Building, Organizational Consulting, and Business Coaching (collectively, "Services");

WHEREAS, CLIENT seeks to retain the services of EMPIRE;

Now, therefore, for adequate consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. _Services_. Subject to the terms and conditions of this Agreement, EMPIRE agrees to provide, or arrange for a third-party to provide, at Client's expense, the Services, as defined in the Statement of Work ("SOW") annexed hereto and made a part hereof as Exhibit A ("Services") or which may be agreed to by the parties in the future. To the extent that the terms of a SOW conflict with the terms of this Agreement, the applicable SOW shall control.

2. _Term_. This Agreement is effective as of the Effective Date and continues in full force and effect for the period stated in the last expiring SOW ("Term") subject to CLIENT'S strict compliance with the terms of this Agreement, unless terminated in accordance with the terms of this Agreement.

3. _Termination_. EMPIRE may terminate this Agreement upon thirty (30) days prior written notice to the CLIENT.

4. _Fees/Commissions_. Fees and/or commissions payable hereunder shall be paid in accordance with applicable SOWs or Fee Agreements agreed to by the Parties.

5. _Work Made for Hire_: The results and proceeds of EMPIRE's Services hereunder shall be deemed a "work-made-for-hire" specifically ordered by CLIENT. EMPIRE acknowledges and agrees that all copyrightable material, including writings, software, drawings, recordings, videos, audios, workbooks and designs, and all ideas, inventions, improvements, developments and discoveries made, conceived or reduced to practice by EMPIRE, whether individually or in collaboration with others, during the course of performance under this Agreement, are the sole property of CLIENT (the "Work"); and EMPIRE agrees to assign (or cause to be assigned) to CLIENT all right, title and interest in and to all such intellectual property associated with the Work, including without limitation any worldwide copyright(s), moral rights, patent(s) and any and all other such rights of whatever kind, and the right to obtain registrations, renewals, reissues and extensions of the same. EMPIRE shall ensure that all contractors working on this account shall agree to these terms. Notwithstanding the foregoing, it is acknowledged that EMPIRE and its staff have years of experience in connection with the Services and that EMPIRE's expertise, approaches, proprietary copy, templates and the like are EMPIRE's property. To the extent such materials incorporated into materials prepared hereunder for CLIENT, such materials are granted to CLIENT subject to a perpetual, irrevocable, non-exclusive, royalty-free license, solely for use in the Work.

6. _Representations and Warranties._

    a.    Neither Party shall use, copy nor disclose in any manner the Confidential Information of the other Party except as may be expressly permitted by this Agreement. "Confidential Information" means each Party's customer records, accounting records, and any technical, business, and financial information and data of a Party including, but not limited to, know-how, compilations, programs, inventions, methods, applications, techniques, processes, patents, trademarks and other intellectual property, trade secrets, ideas, pricing, customers and prospective customer identities, strategies, and other types of information similar to any or all of the above, whether the information is oral, visual or written and regardless of whether it is marked or identified as confidential. Each item of Confidential Information is independent of every other item of Confidential Information and the use, copying or disclosure of one such item shall not permit the use, copying or disclosure of any other item of Confidential Information.

    b.    Confidential Information does not include the following, provided the Party receiving the information ("Receiving Party") can establish that the information: (i) was previously known to Receiving Party without any obligation to keep it confidential; (ii) was or became available to the public, provided the disclosure was not unauthorized and was not given under circumstances where it was intended to remain confidential; (iii) was developed by or on behalf of Receiving Party independent of any information Receiving Party learned through its engagement with the other Party or arising out of this Agreement or any prior relationship between the Parties; or (iv) was received from a person or entity other than the Party disclosing the information ("Disclosing Party") and the disclosure does not violate the Disclosing Party's rights to keep the information confidential unless there is a written agreement between the Parties to share such data between them.

    7.    _Data Privacy and Information Security_. Each Party will maintain administrative, physical and technical safeguards for the protection of the security, confidentiality and integrity of the other Party's Confidential Information and/or other data that are consistent with industry standards for similar information and/or data. Each Party agrees that it will not take any steps to avoid or defeat the purpose of security measures associated with the Services, including without limitation: (i) the sharing of login information and/or passwords; (ii) attempts to compromise authentication protocol; (iii) reverse engineering of security measures or any software used in providing the Services; (iv) deconstruction or

Doc ID: fa83954169495a09af2fe9c5b07829cc07e6f148

PYPL00000285

FTC-000605

public sharing of proprietary code; or (v) any other steps that would use any means to avoid or defeat (or allow others to avoid or defeat) existing security measures associated with the Services. Each Party shall notify the other immediately if it detects a breach of security.

8. Mark Licenses. Each Party hereby grants to the other a limited, revocable, non-exclusive, non-assignable, non-transferable license, without right to sublicense, to use its logos, brand names, and/or other trademarks or service marks, whether registered or unregistered ("Marks"), solely for use in connection with the Services. Marks must be reproduced as exact copies and all use of the Marks is subject to the licensor's usage guidelines as revised from time to time and available from the licensor. The licensee of the Marks ("Licensee") acknowledges and agrees that all right, title and interest in the Marks licensed by such other Party ("Licensor") is exclusively owned by Licensor, or its licensors (in which case Licensor has the right to sublicense its rights to the Marks as described in this paragraph), and that all use of Licensor's Marks inures to the benefit of Licensor. Licensee shall not assert any intellectual property or other ownership rights in the Licensor's Marks or in any element, derivation, adaptation, or variation thereof. Licensee shall not contest the validity of, or Licensor's ownership of, or licensed rights in, any of Licensor's Marks. Licensee shall not, in any jurisdiction, adopt, use, or register, or apply for registration of, whether as a corporate name, trademark, service mark or other indication of origin, or as a domain name, any of Licensor's Marks, or any word, name, symbol or device, in any combination confusingly similar to any of Licensor's Marks. Licensee may not alter Licensor's Marks in any manner, or use Licensor's Marks in any manner that may dilute, diminish, or otherwise damage Licensor's rights and goodwill in its Marks. Licensee may not use Licensor's Marks in any manner that implies sponsorship or endorsement by Licensor of Licensee services and products other than those expressly authorized by Licensor.

9. Indemnity. CLIENT shall defend, indemnify and hold harmless EMPIRE and its agents, employees, officers, directors, members, owners, successors and assigns from and against any and all claims, costs, damages, losses or expenses (including without limitation reasonable attorney fees and costs) arising out of CLIENT's or any third party's negligence or willful misconduct, or CLIENT's breach of this Agreement, including any warranty or representation made by CLIENT herein, or of any applicable laws or regulations. EMPIRE shall defend, indemnify and hold harmless CLIENT and its agents, employees, officers, directors, shareholders, owners, successors and assigns, from and against any and all claims, costs, damages, losses or expenses (including, without limitation, reasonable attorney fees and costs) arising out of EMPIRE's negligence or willful misconduct, or its breach of this Agreement, including any warranty or representation made by EMPIRE herein, or of any applicable laws or regulations.

10. Limitations of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER OR TO ANY THIRD PARTY FOR INCIDENTAL, CONSEQUENTIAL, INDIRECT, EXEMPLARY, PUNITIVE OR OTHER SPECIAL DAMAGES REGARDLESS OF WHETHER SUCH PARTY HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGES IN ADVANCE. THE LIMIT OF EMPIRE' LIABILITY FOR ANY DAMAGES ARISING HEREUNDER SHALL IN ANY EVENT BE NO MORE THAN THE TOTAL FEES PAID TO EMPIRE HEREUNDER, IF ANY.

11. Non-Disparagement. Each Party agrees for itself and all others acting on its behalf, either directly or indirectly: (i) Not to publish, repeat, utter and/or report any statement or observation, nor to take, encourage, induce or voluntarily participate in any conduct or action, that would negatively comment and/or reflect on, disparage, defame, impugn and/or call into question any other Party and/or any other Party's business operations, policies, practices and/or conduct or that of its directors, officers, members, shareholders, agents, employees, and/or affiliates; (ii) Not to act in any way with respect to any other Party's business operations, practices, policies and/or conduct that would impugn and/or damage any other Party's reputation, business relationships or present or future business, or the reputation of any other Party's past or present directors, officers, members, executives, shareholders, agents, employees or affiliates; and (iii) Not to comment about any other Party to any person or entity, including, but not limited to, the press (in any medium or format) or any other Party's customers and/or vendors concerning any Party's business operations, policies or conduct and/or actions. All Parties acknowledge that this provision is a material term of this Agreement, the violation of which shall be deemed a material breach hereunder.

12. General Provisions.

a. Relationship of the Parties. The relationship of the Parties established by this Agreement is solely that of independent contractor, and nothing contained herein shall be construed to (i) give any Party the power to direct and control the daytoday activities of the other Party; or (ii) constitute such Parties as partners, joint venturers, coowners or otherwise as participants in a joint or common undertaking; or (iii) make either Party an agent of the other Party for any purpose whatsoever except as otherwise agreed in writing by the Parties hereto. Neither Party shall be treated as an employee of the other Party for federal or state tax purposes, unemployment or disability benefits, or for any other withholding tax or insurance purposes. Under no circumstances shall a Party hold itself out as an agent, employee, joint venturer, or partner of the other Party. Neither Party shall have any authority to bind the other Party to any contract or agreement unless expressly agreed to in writing.

b. Amendments. This Agreement may only be amended by an instrument in writing signed by both Parties. This Agreement shall be construed without regard to the Party that drafted it. Any ambiguity shall not be interpreted against either Party and shall, instead, be resolved in accordance with other applicable rules concerning the interpretation of contracts.

c. Compliance with Laws. Each Party shall comply with all applicable federal, state, local, or other laws and regulations applicable to such Party relevant to this Agreement.

d. No Conflict with Other Agreements. CLIENT represents that it is free to enter into this Agreement and that this engagement does not violate the terms of any agreement between the CLIENT and any third party. Further, CLIENT, in rendering its duties, shall not utilize any invention, discovery, development, innovation or trade secret in which it does not have a proprietary interest. During the term of this Agreement,

Doc ID: fa83954169495a09af2fe9c5b07829cc07e6f148

CONFIDENTIAL

PYPL00000286

FTC-000606

CLIENT shall devote as much of its productive time, energy and abilities to the performance of its duties hereunder as is necessary to perform the required duties in a timely, professional and professional manner as is specified by EMPIRE. EMPIRE represents to CLIENT that it may hold itself out as an independent contractor to other firms and companies, and may continue to do so during the term of this Agreement and thereafter, and such services shall not be deemed to be competitive with the services provided hereunder.

e. <u>Governing Law</u>. This Agreement and all Exhibits hereto shall be governed by and construed and enforced in accordance with Pennsylvania law, without giving effect to any state's conflicts of law principles. All disputes and claims relating to this Agreement, the rights and obligations of the parties hereto, or any claims or causes of action relating to the performance of either party that have not been settled through mediation will be settled by arbitration by the American Arbitration Association in Bucks County, PA in accordance with the Federal Arbitration Act and the Commercial Arbitration Rules of the American Arbitration Association. The costs of the arbitration proceedings will be borne by the losing party if such party is found to have been in material breach of its obligations hereunder. Each Party waives its right to a trial by jury for resolution of any disputes between the Parties arising from or in connection to this Agreement.

f. <u>Attorneys' Fees and Costs</u>. In any litigation or arbitration arising out of or related to this Agreement, the non-prevailing Party shall pay the prevailing Party's costs and expenses including, but not limited to, reasonable attorneys' and expert witness fees.

g. <u>Force Majeure</u>. EMPIRE shall not be liable for delays or any failure to perform the Services or this Agreement due to causes beyond its reasonable control. Any such excuse for delay shall last only as long as the event remains beyond EMPIRE's reasonable control. However, EMPIRE shall use its best efforts to minimize any such delays. EMPIRE must keep CLIENT reasonably informed of its plans to resume performance.

h. <u>No Waiver</u>. The failure of either Party at any time to require performance by the other Party of any provision of this Agreement shall in no way affect that Party's right to enforce such provisions, nor shall the waiver by either Party of any breach of any provision of this Agreement be taken or held to be a waiver of any further breach of the same provision or any other provision.

i. <u>Binding Agreement</u>. This Agreement shall benefit and be binding upon the Parties and their respective successors and permitted assigns.

j. <u>Severability; Contract Construction</u>. If any provision contained in this Agreement is held unenforceable, such provision shall be modified so that such provision is enforceable to the fullest extent allowed by law. In the event the provision cannot be so modified, it will be stricken without affecting the remaining provisions of this Agreement provided that without the provision this Agreement will continue to satisfy the intent of the Parties as set forth in this Agreement. The use of a term in the singular shall include the term in the plural. The headings are for reference only. Any reference to days is to calendar days, unless otherwise specified.

k. <u>Notices</u>. All notices, demands and all other communications provided for in this Agreement shall be in writing and shall be deemed to have been duly given when (a) personally delivered, (b) deposited prepaid with a nationally recognized delivery service (such as Federal Express), (c) deposited prepaid in the United States mail, certified with return receipt requested, or (d) transmitted electronically by fax or electronic mail provided the sender receives an automated confirmation of delivery. All notices must be addressed to the Party at the address in the signature block below. A Party may change its address in writing in accordance with this Section 10(k), except that notices of change of address shall be effective only upon receipt.

l. <u>Assignment</u>. Either Party may assign or subcontract this Agreement, or the rights or duties created by this Agreement only with the prior written consent of the other Party. Either Party, at the Party's sole election, may assign any and all of its rights and obligations under this Agreement to any entity in which or with which the Party is sold, merged or consolidated.

m. <u>Cumulative Remedies</u>. All rights and remedies of each Party shall be in addition to all other rights and remedies available at law or in equity, including, without limitation, specific performance, and temporary and permanent injunctive relief.

n. <u>Controlling Provision</u>. To the extent of any express conflict between the provisions of this Agreement and the provisions of an Exhibit, the provisions of the Exhibit shall control.

o. The terms of EMPIRE's Privacy Policy and Terms of Service are incorporated herein by reference.

p. <u>Signatures</u>. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Agreement. Electronically transmitted signature pages shall be deemed originals for all purposes.

In witness whereof, the Parties have duly executed this Master Service Agreement effective as of the Effective Date.

Doc ID: fa83954169495a09af2fe9c5b07829cc07e6f148

PYPL00000287

FTC-000607

| Empire Holdings Group, LLC | [ _____ ] |
|---|---|
| By: *(signature)* | By: _____ |
| Name: Peter Pru | Name: ████ |
| Title: CEO | Title: _____ |

EXHIBIT A

## STATEMENT OF WORK (SOW)

THIS STATEMENT OF WORK (this "Statement of Work" or "SOW") is made and entered this day of ___05 / 14 / 2023___ (the "SOW Effective Date") by and between Empire Holdings Group, LLC a Wyoming Limited Liability Company with offices at 2370 York Rd., Jamison, PA 18929 ("EMPIRE ████ having a principal place of business ████ ("Client") and shall be incorporated into the Master Services Agreement ("MSA") agreed to amongst the Parties as even date with the SOW Effective Date. By signing below, Customer acknowledges and agrees that it has read the MSA and agrees to be fully bound to its terms. Words in initial capital letters not defined herein shall have the meaning set forth in the MSA. EMPIRE and Client are each a "Party" and collectively the "Parties" hereto. In consideration of the mutual covenants and conditions contained in this SOW, and intending to be legally bound hereby, the Parties mutually agree as follows:

1. Services. Subject to the terms of the Agreement, EMPIRE shall provide "Services" including but not limited to:

"Ecommerce Platinum Program"

1. Ecommerce Subscription Sales Funnel Build

- Niche Selection & Validation
- Offer Selection & Creation
    i. Frontend Offer
    ii. Order Bump
    iii. Upsell Products
    iv. Subscription Upsell Product
    v. Thank You Page
    vi. 2 Bonus Information Products
- Subscription Sales Funnel Build
    i. Landing Page
    ii. Order Form
    iii. Order Bump
    iv. Upsell #1
    v. Upsell #2
    vi. Upsell #3 - Subscription Product
    vii. ThankYouPage
- Abandoned Cart Email Automation - 3 Emails
- Post Purchase Email Automation - 1 Email
- Sales Funnel Copywriting
    i. Landing Page
    ii. Order Form
    iii. Order Bump
    iv. Upsell #1
    v. Upsell #2
    vi. Upsell #3 - Subscription Product
    vii. ThankYouPage
- Advertising
    i. At least 1 piece of advertising copy
    ii. At least 3 pieces of advertising creatives
    iii. $250 in advertising spend to test funnel
- Phone Call Support

        i.     Two strategy calls during funnel build process

2. Team Support Access For <u>4 months</u>

- Access To Inner Circle Recordings Library
- Access To Inner Circle Advanced Trainings Library
- Three Inner Circle Zoom Calls Per Week
- On Demand Support Within BaseCamp Dashboard

2. Term. This SOW shall be effective as of the SOW Effective Date and shall continue until terminated in accordance with the MSA between the parties.

3. Fees/Commissions. Client agrees to pay the following Fees and/or Commissions in accordance with the terms of the MSA. Except as expressly provided in this SOW, Client shall pay all Fees net thirty (30) days from the invoice date.

Chargeback Policy: In the event CLIENT files a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in CLIENT's favor – CLIENT will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that CLIENT contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist CLIENT with any billing concerns before considering filing a Dispute or Chargeback with CLIENT's bank or Credit Card Company.

Guarantee of Service: Pursuant to the terms of this Agreement, Empire hereby guarantees that if Client diligently applies the recommended methods and strategies for promoting its eCommerce business, but fails to recover the purchase price within an 18-month period, Empire will offer to purchase Client's business from Client under the specified Terms and Conditions.

Terms and Conditions:

1. Client must have acquired the Ecommerce Platinum Program and strictly adhered to the implementation of the provided methods and strategies for promoting their eCommerce business.
2. The 18-month period shall commence on the date of the Ecommerce Platinum Program purchase.
3. Client must provide detailed records and evidence demonstrating their consistent application of the recommended methods and strategies throughout the 18-month period, as well as financial records substantiating their claim of not recovering the purchase price.
4. In the event that the Client meets the above criteria and wishes to proceed with the business buyback, they must submit a written request to us within 30 days following the conclusion of the 18-month period.
5. Upon receipt of the written request and verification of the Client's eligibility, we will negotiate the terms of the buyback agreement in good faith, including the business valuation and payment structure.
6. This Guarantee of Service is not transferable and shall apply solely to Client, as the original purchaser of the Ecommerce Platinum Program.

Payment Terms: The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If CLIENT subscribes to any of the paid portions of the Services, CLIENT understands that once CLIENT has become a Subscriber, CLIENT's subscription will be automatically renewed and CLIENT's credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Ecommerce Platinum Program) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.

Doc ID: fa83954169495a09af2fe9c5b07829cc07e6f148

SERVICES: Ecommerce Platinum Program Billing Amount $ 10,000

*Empire Holdings Group Guarantees completion of services outlined in the scope of work within 30-45 days of conducting CLIENT scheduled kickoff call

4. General. Amendments to this SOW are governed by the MSA and must be in writing and executed by both Parties. The MSA, together with this SOW (as incorporated under the MSA) and any associated SOWs referenced herein constitute the entire agreement between the parties with respect to the subject matter of this SOW. To the extent that there is any inconsistency between the MSA and this SOW, the terms of this SOW shall control. This SOW is accepted and agreed by the Parties as of the SOW Effective Date. The individuals signing below represent they have authority to bind the named Parties to this SOW.

| EMPIRE HOLDINGS GROUP LLC | |
|---|---|
| By (Signature): | By (Signature): |
| Name (Printed): Peter Pru | Name (Printed): |
| Job Title: CEO | Email: |
| | |
| | |

CONFIDENTIAL

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Ecommerce Platinum Program |
| **File name** | Ecommerce Platinu...Agreement (2).pdf |
| **Document ID** | fa83954169495a09af2fe9c5b07829cc07e6f148 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ☀ Signed |

## Document History

| | | |
|---|---|---|
| **↱** SENT | **05 / 08 / 2023** 22:21:43 UTC | Sent for signature to ▆▆▆▆▆▆▆▆ (▆▆▆▆▆▆▆▆▆▆▆▆) from peter@ecommerceempirebuilders.com IP: 104.15.219.199 |
| **👁** VIEWED | **05 / 08 / 2023** 22:32:09 UTC | Viewed by ▆▆▆▆▆▆▆▆ (▆▆▆▆▆▆▆▆▆) IP: ▆▆▆▆▆ |
| **✍** SIGNED | **05 / 14 / 2023** 18:01:15 UTC | Signed by ▆▆▆▆▆▆▆ (▆▆▆▆▆▆▆) IP: ▆▆▆▆ |
| **✓** COMPLETED | **05 / 14 / 2023** 18:01:15 UTC | The document has been completed. |

Powered by **Dropbox** Sign

## Master SERVICE AGREEMENT

This Master Service Agreement ("Agreement") is entered into and effective as of 05 / 18 / 2023 ("Effective Date"), between EMPIRE HOLDINGS GROUP, LLC a Wyoming Limited Liability Company with its principal place of business at 2370 York Rd., Jamison, PA 18929 ("EMPIRE") and ▮▮▮▮▮▮▮▮▮▮ ("CLIENT"), with a principal place of business at ▮▮▮▮▮▮▮▮▮. EMPIRE and CLIENT are each a "Party" and together are the "Parties".

WHEREAS, EMPIRE is in the business of offering services, including Business Consulting, Business Development, Team Building, Organizational Consulting, and Business Coaching (collectively, "Services");

WHEREAS, CLIENT seeks to retain the services of EMPIRE;

Now, therefore, for adequate consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1.  Services. Subject to the terms and conditions of this Agreement, EMPIRE agrees to provide, or arrange for a third-party to provide, at Client's expense, the Services, as defined in the Statement of Work ("SOW") annexed hereto and made a part hereof as Exhibit A ("Services") or which may be agreed to by the parties in the future. To the extent the terms of a SOW conflict with the terms of this Agreement, the applicable SOW shall control.

2.  Term. This Agreement is effective as of the Effective Date and continues in full force and effect for the period stated in the last expiring SOW ("Term") subject to CLIENT's strict compliance with the terms of this Agreement, unless terminated in accordance with the terms of this Agreement.

3.  Termination. EMPIRE may terminate this Agreement upon thirty (30) days prior written notice to the CLIENT.

4.  Fees/Commissions. Fees and/or commissions payable hereunder shall be paid in accordance with applicable SOWs or Fee Agreements agreed to by the Parties.

5.  Work Made for Hire: The results and proceeds of EMPIRE's Services hereunder shall be deemed a "work-made-for-hire" specifically ordered by CLIENT. EMPIRE acknowledges and agrees that all copyrightable material, including writings, software, drawings, recordings, videos, audios, workbooks and designs, and all ideas, inventions, improvements, developments and discoveries made, conceived or reduced to practice by EMPIRE, whether individually or in collaboration with others, during the course of performance under this Agreement, are the sole property of CLIENT (the "Work"); and EMPIRE agrees to assign (or cause to be assigned) to CLIENT all right, title and interest in and to all such intellectual property associated with the Work, including without limitation any worldwide copyright(s), moral rights, patent(s) and any and all other such rights of whatever kind, and the right to obtain registrations, renewals, reissues and extensions of the same. EMPIRE shall ensure that all contractors working on this account shall agree to these terms. Notwithstanding the foregoing, it is acknowledged that EMPIRE and its staff have years of experience in connection with the Services and that EMPIRE's expertise, approaches, proprietary copy, templates and the like are EMPIRE's property. To the extent such materials incorporated into materials prepared hereunder for CLIENT, such materials are granted to CLIENT subject to a perpetual, irrevocable, non-exclusive, royalty-free license, solely for use in the Work.

6.  Representations and Warranties.

    a.   Neither Party shall use, copy nor disclose in any manner the Confidential Information of the other Party except as may be expressly permitted by this Agreement. "Confidential Information" means each Party's customer records, accounting records, and any technical, business, and financial information and data of a Party including, but not limited to, know-how, compilations, programs, inventions, methods, applications, techniques, processes, patents, trademarks and other intellectual property, trade secrets, ideas, pricing, customers and prospective customer identities, strategies, and other types of information similar to any or all of the above, whether the information is oral, visual or written and regardless of whether it is marked or identified as confidential. Each item of Confidential Information is independent of every other item of Confidential Information and the use, copying or disclosure of one such item shall not permit the use, copying or disclosure of any other item of Confidential Information.

    b.   Confidential Information does not include the following, provided the Party receiving the information ("Receiving Party") can establish that the information: (i) was previously known to Receiving Party without any obligation to keep it confidential; (ii) was or became available to the public, provided the disclosure was not unauthorized and was not given under circumstances where it was intended to remain confidential; (iii) was developed by or on behalf of Receiving Party independent of any information Receiving Party learned through its engagement with the other Party or arising out of this Agreement or any prior relationship between the Parties; or (iv) was received from a person or entity other than the Party disclosing the information ("Disclosing Party") and the disclosure does not violate the Disclosing Party's rights to keep the information confidential unless there is a written agreement between the Parties to share such data between them.

    7.  Data Privacy and Information Security. Each Party will maintain administrative, physical and technical safeguards for the protection of the security, confidentiality and integrity of the other Party's Confidential Information and/or other data that are consistent with industry standards for similar information and/or data. Each Party agrees that it will not take any steps to avoid or defeat the purpose of security measures associated with the Services, including without limitation: (i) the sharing of login information and/or passwords; (ii) attempts to compromise authentication protocol; (iii) reverse engineering of security measures or any software used in providing the Services; (iv) deconstruction or

Doc ID: 8c057de33a5e24bb1357e91f719d25252872e996

public sharing of proprietary code; or (v) any other steps that would use any means to avoid or defeat (or allow others to avoid or defeat) existing security measures associated with the Services. Each Party shall notify the other immediately if it detects a breach of security.

8. Mark Licenses. Each Party hereby grants to the other a limited, revocable, non-exclusive, non-assignable, non-transferable license, without right to sublicense, to use its logos, brand names, and/or other trademarks or service marks, whether registered or unregistered ("Marks"), solely for use in connection with the Services. Marks must be reproduced as exact copies and all use of the Marks is subject to the licensor's usage guidelines as revised from time to time and available from the licensor. The licensee of the Marks ("Licensee") acknowledges and agrees that all right, title and interest in the Marks licensed by such other Party ("Licensor") is exclusively owned by Licensor, or its licensors (in which case Licensor has the right to sublicense its rights to the Marks as described in this paragraph), and that all use of Licensor's Marks inures to the benefit of Licensor. Licensee shall not assert any intellectual property or other ownership rights in the Licensor's Marks or in any element, derivation, adaptation, or variation thereof. Licensee shall not contest the validity of, or Licensor's ownership of, or licensed rights in, any of Licensor's Marks. Licensee shall not, in any jurisdiction, adopt, use, or register, or apply for registration of, whether as a corporate name, trademark, service mark or other indication of origin, or as a domain name, any of Licensor's Marks, or any word, name, symbol or device, in any combination confusingly similar to any of Licensor's Marks. Licensee may not alter Licensor's Marks in any manner, or use Licensor's Marks in any manner that may dilute, diminish, or otherwise damage Licensor's rights and goodwill in its Marks. Licensee may not use Licensor's Marks in any manner that implies sponsorship or endorsement by Licensor of Licensee services and products other than those expressly authorized by Licensor.

9. Indemnity. CLIENT shall defend, indemnify and hold harmless EMPIRE and its agents, employees, officers, directors, members, owners, successors and assigns from and against any and all claims, costs, damages, losses or expenses (including without limitation reasonable attorney fees and costs) arising out of CLIENT's or any third party's negligence or willful misconduct, or CLIENT's breach of this Agreement, including any warranty or representation made by CLIENT herein, or of any applicable laws or regulations. EMPIRE shall defend, indemnify and hold harmless CLIENT and its agents, employees, officers, directors, shareholders, owners, successors and assigns, from and against any and all claims, costs, damages, losses or expenses (including, without limitation, reasonable attorney fees and costs) arising out of EMPIRE's negligence or willful misconduct, or its breach of this Agreement, including any warranty or representation made by EMPIRE herein, or of any applicable laws or regulations.

10. Limitations of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER OR TO ANY THIRD PARTY FOR INCIDENTAL, CONSEQUENTIAL, INDIRECT, EXEMPLARY, PUNITIVE OR OTHER SPECIAL DAMAGES REGARDLESS OF WHETHER SUCH PARTY HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGES IN ADVANCE. THE LIMIT OF EMPIRE' LIABILITY FOR ANY DAMAGES ARISING HEREUNDER SHALL IN ANY EVENT BE NO MORE THAN THE TOTAL FEES PAID TO EMPIRE HEREUNDER, IF ANY.

11. Non-Disparagement. Each Party agrees for itself and all others acting on its behalf, either directly or indirectly: (i) Not to publish, repeat, utter and/or report any statement or observation, nor to take, encourage, induce or voluntarily participate in any conduct or action, that would negatively comment and/or reflect on, disparage, defame, impugn and/or call into question any other Party and/or any other Party's business operations, policies, practices and/or conduct or that of its directors, officers, members, shareholders, agents, employees, and/or affiliates; (ii) Not to act in any way with respect to any other Party's business operations, practices, policies and/or conduct that would impugn and/or damage any other Party's reputation, business relationships or present or future business, or the reputation of any other Party's past or present directors, officers, members, executives, shareholders, agents, employees or affiliates; and (iii) Not to comment about any other Party to any person or entity, including, but not limited to, the press (in any medium or format) or any other Party's customers and/or vendors concerning any Party's business operations, policies or conduct and/or actions. All Parties acknowledge that this provision is a material term of this Agreement, the violation of which shall be deemed a material breach hereunder.

12. General Provisions.

a. Relationship of the Parties. The relationship of the Parties established by this Agreement is solely that of independent contractor, and nothing contained herein shall be construed to (i) give any Party the power to direct and control the daytoday activities of the other Party; or (ii) constitute such Parties as partners, joint venturers, coowners or otherwise as participants in a joint or common undertaking; or (iii) make either Party an agent of the other Party for any purpose whatsoever except as otherwise agreed in writing by the Parties hereto. Neither Party shall be treated as an employee of the other Party for federal or state tax purposes, unemployment or disability benefits, or for any other withholding tax or insurance purposes. Under no circumstances shall a Party hold itself out as an agent, employee, joint venturer, or partner of the other Party. Neither Party shall have any authority to bind the other Party to any contract or agreement unless expressly agreed to in writing.

b. Amendments. This Agreement may only be amended by an instrument in writing signed by both Parties. This Agreement shall be construed without regard to the Party that drafted it. Any ambiguity shall not be interpreted against either Party and shall, instead, be resolved in accordance with other applicable rules concerning the interpretation of contracts.

c. Compliance with Laws. Each Party shall comply with all applicable federal, state, local, or other laws and regulations applicable to such Party relevant to this Agreement.

d. No Conflict with Other Agreements. CLIENT represents that it is free to enter into this Agreement and that this engagement does not violate the terms of any agreement between the CLIENT and any third party. Further, CLIENT, in rendering its duties, shall not utilize any invention, discovery, development, innovation or trade secret in which it does not have a proprietary interest. During the term of this Agreement,

Doc ID: 8c057de33a5e24bb1357e91f719d25252872e996

PYPL00000293

FTC-000613

CLIENT shall devote as much of its productive time, energy and abilities to the performance of its duties hereunder as is necessary to perform the required duties in a timely, professional and productive manner as is specified by EMPIRE. EMPIRE represents to CLIENT that it may hold itself out as an independent contractor to other firms and companies, and may continue to do so during the term of this Agreement and thereafter, and such services shall not be deemed to be competitive with the services provided hereunder.

e. Governing Law. This Agreement and all Exhibits hereto shall be governed by and construed and enforced in accordance with Pennsylvania law, without giving effect to any state's conflicts of law principles. All disputes and claims relating to this Agreement, the rights and obligations of the parties hereto, or any claims or causes of action relating to the performance of either party that have not been settled through mediation will be settled by arbitration by the American Arbitration Association in Bucks County, PA in accordance with the Federal Arbitration Act and the Commercial Arbitration Rules of the American Arbitration Association. The costs of the arbitration proceedings will be borne by the losing party if such party is found to have been in material breach of its obligations hereunder. Each Party waives its right to a trial by jury for resolution of any disputes between the Parties arising from or in connection to this Agreement.

f. Attorneys' Fees and Costs. In any litigation or arbitration arising out of or related to this Agreement, the non-prevailing Party shall pay the prevailing Party's costs and expenses including, but not limited to, reasonable attorneys' and expert witness fees.

g. Force Majeure. EMPIRE shall not be liable for delays or any failure to perform the Services or this Agreement due to causes beyond its reasonable control. Any such excuse for delay shall last only as long as the event remains beyond EMPIRE's reasonable control. However, EMPIRE shall use its best efforts to minimize any such delays. EMPIRE must keep CLIENT reasonably informed of its plans to resume performance.

h. No Waiver. The failure of either Party at any time to require performance by the other Party of any provision of this Agreement shall in no way affect that Party's right to enforce such provisions, nor shall the waiver by either Party of any breach of any provision of this Agreement be taken or held to be a waiver of any further breach of the same provision or any other provision.

i. Binding Agreement. This Agreement shall benefit and be binding upon the Parties and their respective successors and permitted assigns.

j. Severability; Contract Construction. If any provision contained in this Agreement is held unenforceable, such provision shall be modified so that such provision is enforceable to the fullest extent allowed by law. In the event the provision cannot be so modified, it will be stricken without affecting the remaining provisions of this Agreement provided that without the provision this Agreement will continue to satisfy the intent of the Parties as set forth in this Agreement. The use of a term in the singular shall include the term in the plural. The headings are for reference only. Any reference to days is to calendar days, unless otherwise specified.

k. Notices. All notices, demands and all other communications provided for in this Agreement shall be in writing and shall be deemed to have been duly given when (a) personally delivered, (b) deposited prepaid with a nationally recognized delivery service (such as Federal Express), (c) deposited prepaid in the United States mail, certified with return receipt requested, or (d) transmitted electronically by fax or electronic mail provided the sender receives an automated confirmation of delivery. All notices must be addressed to the Party at the address in the signature block below. A Party may change its address in writing in accordance with this Section 10(k), except that notices of change of address shall be effective only upon receipt.

l. Assignment. Either Party may assign or subcontract this Agreement, or the rights or duties created by this Agreement only with the prior written consent of the other Party. Either Party, at the Party's sole election, may assign any and all of its rights and obligations under this Agreement to any entity in which or with which the Party is sold, merged or consolidated.

m. Cumulative Remedies. All rights and remedies of each Party shall be in addition to all other rights and remedies available at law or in equity, including, without limitation, specific performance, and temporary and permanent injunctive relief.

n. Controlling Provision. To the extent of any express conflict between the provisions of this Agreement and the provisions of an Exhibit, the provisions of the Exhibit shall control.

o. The terms of EMPIRE's Privacy Policy and Terms of Service are incorporated herein by reference.

p. Signatures. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Agreement. Electronically transmitted signature pages shall be deemed originals for all purposes.

In witness whereof, the Parties have duly executed this Master Service Agreement effective as of the Effective Date.

Doc ID: 8c057de33a5e24bb1357e91f719d25252872e996

CONFIDENTIAL

PYPL00000294

FTC-000614

| Empire Holdings Group, LLC | [ _____ ] |
|---|---|
| By: *[signature]* | By: |
| Name: Peter Pru | Name: |
| Title: CEO | Title: _____ |

EXHIBIT A

## STATEMENT OF WORK (SOW)

THIS STATEMENT OF WORK (this "Statement of Work" or "SOW") is made and entered this day of ___05 / 18 / 2023___ (the "SOW Effective Date") by and between Empire Holdings Group, LLC a Wyoming Limited Liability Company with offices at 2370 York Rd., Jamison, PA 18929 ("EMPIRE ▓▓▓▓▓▓▓ having a principal place of business ▓▓▓▓▓▓ ("Client") and shall be incorporated into the Master Services Agreement ("MSA") agreed to amongst the Parties as even date with the SOW Effective Date. By signing below, Customer acknowledges and agrees that it has read the MSA and agrees to be fully bound to its terms. Words in initial capital letters not defined herein shall have the meaning set forth in the MSA. EMPIRE and Client are each a "Party" and collectively the "Parties" hereto. In consideration of the mutual covenants and conditions contained in this SOW, and intending to be legally bound hereby, the Parties mutually agree as follows:

1. Services. Subject to the terms of the Agreement, EMPIRE shall provide "Services" including but not limited to:

"Ecommerce Platinum Program"

1. Ecommerce Subscription Sales Funnel Build

- Niche Selection & Validation
- Offer Selection & Creation
    i. Frontend Offer
    ii. Order Bump
    iii. Upsell Products
    iv. Subscription Upsell Product
    v. Thank You Page
    vi. 2 Bonus Information Products
- Subscription Sales Funnel Build
    i. Landing Page
    ii. Order Form
    iii. Order Bump
    iv. Upsell #1
    v. Upsell #2
    vi. Upsell #3 - Subscription Product
    vii. ThankYouPage
- Abandoned Cart Email Automation - 3 Emails
- Post Purchase Email Automation - 1 Email
- Sales Funnel Copywriting
    i. Landing Page
    ii. Order Form
    iii. Order Bump
    iv. Upsell #1
    v. Upsell #2
    vi. Upsell #3 - Subscription Product
    vii. ThankYouPage
- Advertising
    i. At least 1 piece of advertising copy
    ii. At least 3 pieces of advertising creatives
    iii. $250 in advertising spend to test funnel
- Phone Call Support

Doc ID: 8c057de33a5e24bb1357e91f719d25252872e996

       i.    Two strategy calls during funnel build process

2. Team Support Access For  **4 months**

- Access To Inner Circle Recordings Library
- Access To Inner Circle Advanced Trainings Library
- Three Inner Circle Zoom Calls Per Week
- On Demand Support Within BaseCamp Dashboard

2. Term. This SOW shall be effective as of the SOW Effective Date and shall continue until terminated in accordance with the MSA between the parties.

3. Fees/Commissions. Client agrees to pay the following Fees and/or Commissions in accordance with the terms of the MSA. Except as expressly provided in this SOW, Client shall pay all Fees net thirty (30) days from the invoice date.

Chargeback Policy: In the event CLIENT files a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in CLIENT's favor – CLIENT will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that CLIENT contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist CLIENT with any billing concerns before considering filing a Dispute or Chargeback with CLIENT's bank or Credit Card Company.

Guarantee of Service: Pursuant to the terms of this Agreement, Empire hereby guarantees that if Client diligently applies the recommended methods and strategies for promoting its eCommerce business, but fails to recover the purchase price within an 18-month period, Empire will offer to purchase Client's business from Client under the specified Terms and Conditions.

Terms and Conditions:

1. Client must have acquired the Ecommerce Platinum Program and strictly adhered to the implementation of the provided methods and strategies for promoting their eCommerce business.
2. The 18-month period shall commence on the date of the Ecommerce Platinum Program purchase.
3. Client must provide detailed records and evidence demonstrating their consistent application of the recommended methods and strategies throughout the 18-month period, as well as financial records substantiating their claim of not recovering the purchase price.
4. In the event that the Client meets the above criteria and wishes to proceed with the business buyback, they must submit a written request to us within 30 days following the conclusion of the 18-month period.
5. Upon receipt of the written request and verification of the Client's eligibility, we will negotiate the terms of the buyback agreement in good faith, including the business valuation and payment structure.
6. This Guarantee of Service is not transferable and shall apply solely to Client, as the original purchaser of the Ecommerce Platinum Program.

Payment Terms: The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If CLIENT subscribes to any of the paid portions of the Services, CLIENT understands that once CLIENT has become a Subscriber, CLIENT's subscription will be automatically renewed and CLIENT's credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Ecommerce Platinum Program) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.

Doc ID: 8c057de33a5e24bb1357e91f719d25252872e996

SERVICES: Ecommerce Platinum Program Billing Amount $ 12,000

*Empire Holdings Group Guarantees completion of services outlined in the scope of work within 30-45 days of conducting CLIENT scheduled kickoff call

4. General. Amendments to this SOW are governed by the MSA and must be in writing and executed by both Parties. The MSA, together with this SOW (as incorporated under the MSA) and any associated SOWs referenced herein constitute the entire agreement between the parties with respect to the subject matter of this SOW. To the extent that there is any inconsistency between the MSA and this SOW, the terms of this SOW shall control. This SOW is accepted and agreed by the Parties as of the SOW Effective Date. The individuals signing below represent they have authority to bind the named Parties to this SOW.

| EMPIRE HOLDINGS GROUP LLC | |
|---|---|
| By (Signature): | By (Signature): |
| Name (Printed): Peter Pru | Name (Printed): |
| Job Title: CEO | Email: |
| | |
| | |



**Dropbox** Sign                                                    Audit trail

| | |
|---|---|
| **Title** | Ecommerce Platinum Program |
| **File name** | Ecommerce Platinu...Agreement (2).pdf |
| **Document ID** | 8c057de33a5e24bb1357e91f719d25252872e996 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ⁕ Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **05 / 18 / 2023**<br>19:47:04 UTC | Sent for signature to ▮▮▮▮▮▮▮▮▮▮<br>(▮▮▮▮▮▮▮▮▮▮▮▮) from<br>peter@ecommerceempirebuilders.com<br>IP: 104.15.219.199 |
| **VIEWED** | **05 / 18 / 2023**<br>20:09:49 UTC | Viewed by ▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮▮<br>IP: ▮▮▮▮▮▮▮ |
| **SIGNED** | **05 / 18 / 2023**<br>20:11:14 UTC | Signed by ▮▮▮▮▮▮▮ (▮▮▮▮▮▮▮▮▮▮▮▮<br>IP: ▮▮▮▮▮▮▮ |
| **COMPLETED** | **05 / 18 / 2023**<br>20:11:14 UTC | The document has been completed. |

Powered by **Dropbox** Sign

I have not interacted with the Empire Builders team since December, not for lack of working on my business, but because I have been very disappointed by the level of support I have received. My issues were not resolved through the support channels and the responses that I got were to be sent free YouTube videos to work through the issue on my own. My Facebook Ads Account was disabled because of issues with the copy and media and that was all created by the Empire Builders team, but it was up to me to figure out what the issues with the advertising were. Bottom line is that I did not feel supported through this process and am very unhappy with my purchase.

Here is a list of the issues that were encount
ered with the resolution given:

- Sunday 10/31/21 - I had a launch call scheduled for 2:15 pm EST and no meeting information was sent. I reached out through multiple channels and did not get as response until the next day. Mladen claims to have sent the email but it was a lot of back and forth to get this call to occur.
- Monday 11/8/21 + One week after launch and I had only 1 sale and 2 emails. Support with the Facebook marketing was a large reason I invested in support, and so I sent a message in live chat to ask for guidance. Steve asked for screenshots, which I sent, but I also had been told to add 2 Empire Builders staff to my Facebook Ads account at setup so they could get in and handle some of this, so I didn't understand why that was not occurring. I sent screenshots with all the requested information but was told it needed to be in the format he was used to from the website not the app.
- Tuesday 11/9/21 – Steve responded and said that I needed to test more ad sets, a minimum of 12. I followed his instructions and setup the 10 ad sets and he told me to wait 3 days to see how the change does.
- Wednesday 11/10/21 – I sent a message in live chat because it appeared that my email sequence was not setup. The instructions that I had been given were for SendGrid and I could not get that working correctly. Also, I found placeholders in my ad copy that the Empire Builder's team had not updated. In addition to all that, I went through the funnel myself and found that the "best seller highlight" feature, which I was told encourages buying multiples was never turned on.
- Thursday 11/11/21 – Matt informed me that SendGrid was no longer being used and it was all through storefunnels. That was interesting to me because when I had signed up and in most of the documentation it said that I was going to get a funnel through ClickFunnels, and now we were with Store Funnels for some reason. Matt confirmed that the email lists had not been connected and he had done that so I was good to go. I looked and the subscribers I already had were not added, so I messaged again and Jordan told me I had to manually add them.
- I also sent a direct message explaining my frustration to you Ali and you told me we would schedule a call and make sure my issues were addressed. As for the issues with the deliverables you told me that it is just a big undertaking with a lot of moving parts

and so issues do occur. My issue with this response is that I paid for an issue free funnel and yet I have had to fix all the problems that came up.

- Thursday 11/18/21 – I asked in live chat about Dropton support. In the Ecommerce Empire Builders course there are videos about automation with Dropton but they were all about Click Funnels and not Store Funnels integration. I wanted to know why the funnel was being build with Store Funnels instead of Click Funnels and Steve told me Dropton integration with Store Funnels was being worked on and then told me "Clickfunnels is really dated and limited with its capabilities, store funnels takes the good parts about using funnels and combines them with the ability to setup an ecom store as well". I asked if there was an alternative to Dropton that was integrated with Store Funnels and he said that there currently isn't but it is in the works and he suggested I hire a VA. Another of the main reasons that I purchased the Empire Builders program is to setup automated funnels with a service instead of hiring Vas, so again what I bought did not match what I received.

- Tuesday 11/23/21 – I went back to live chat and asked about Store Funnels integration with Zapier. On the website it advertised that it works with Zapier but when I went to set this up it was not an option, but Click Funnels was. I asked for isntructions to help with this.

- Wednesday 11/24/21 – I went back to live chat and hadn't gotten a response to my previous message. I asked if anyone had opted to change back to Click Funnels. Although Steve claimed it was dated and limited, I actually found far more integrations and positive reviews about the system. I also asked directly why I would not be told that Peter Pru owns Store Funnels. That seems like it would have been the easiest response from Steve as to why the switch was made, but nothing was mentioned. Ali, you responded and said Store Funnels is actually easier to integrate with services and I just have to work with your development team to set it up. As for the situation with the ownership of Store Funnels, again I was just told that Store Funnels is better. All the advertising and many videos on YouTube all have Peter promoting Click Funnels and that is what I thought I was going to be getting, so again I feel that I was promised one thing and delivered another.

- Thursday 12/9/21 – I went to live chat to ask for support with Facebook because my ads account was disabled. Steve responded and gave me a link for Facebook support and he said to open a dispute, which I did, but I had been told that I would have guidance and support with Facebook Ads and rather than trying to identify what would have caused the issue I was given a link for their support.

- Monday 12/13/21 – Facebook said they would not re-enable my account. I asked for help and Jordan sent me a Loom. He said that it happens by mistake all the time and he said I should look to move to YouTube advertising and working with influencers. He also said I should continue to dispute it and I may eventually get it back. Again, I was told that this course and funnel would be focused on Facebook advertising and now I am being told to change to YouTube, which I knew nothing about, and influencers, which was always a later step. This continued the pattern of me not getting what I was sold. I asked for a video on YouTube training though so I could get started.

- Tuesday 12/14/21 – Ali, you sent me a free YouTube training video from Peter on YouTube training.

Although I have continued to try and work with Facebook, my account was never re-enabled and YouTube is a completely different advertising platform and the ads and copy that were created for me were for Facebook. Also those ads and copy got my account disabled. When I brought an issue to the Empire Builders support I ended up handling most of the fixes myself and being sent free YouTube videos that I could have located myself with a Google search. The deliverables were incomplete and had issues so they were underwhelming. What was delivered to me did not match what I had purchased, and my overall experience in this program has been disappointing.

I had purchased a funnel build package with 12 months of support and have not gotten any support since December.
- My funnel had very few sales and when I asked for help I was told to just keep working at it.
- I was told that the first week of Facebook advertising would be paid for and it was not.
- I was told that the funnel would work with automation tools and it did not.
- I was told that I would have support and guidance while I learned all about the processes of funnel building and advertising and I have not gotten that.
- I was also told that the program included the $1,000 program that I purchased in Spring of 2020 and I did not get a refund or credit for that.

Instead of what I was promised, I was left as a single person business trying to figure out how to pay the bills when my funnel wasn't working and I was not getting the support that I needed. That is why I have not reached out sooner about this. I am frustrated and disappointed with my purchase and my experience and would like for it to be made right. I have gotten no support since December, and so that would have been the funnel build package with 3 months of support which costs $12,000 as opposed to the funnel build package with 12 months of support which I purchased for $18,000. This would result in a $6,000 refund to me. Additionally, the deliverables that I did get did not match the description that I was sold on and had several issues. A funnel like what was delivered to me would cost somewhere between $3,000-$6,000 so I should receive an additional refund of $6,000 for what I purchased not matching what was delivered.

In order to make this right, please refund me in the amount of $12,000. If you would like to discuss this matter further, please reach out to me at

DocuSign Envelope ID: C1F2A5B2-582D-4724-AD17-D7524D928BC9

**EMPIRE HOLDINGS GROUP**
**1851 W Point Pike**
**West Point, PA 19486**

**For Questions Please Contact: peter@ecommerceempirebuilders.com**

**EMPIRE HOLDINGS GROUP AUTHORIZATION SERVICE AGREEMENT:**

**PLEASE REVIEW THIS SERVICE AGREEMENT CAREFULLY, AS IT CONSTITUTES A LEGAL AGREEMENT BETWEEN YOU "CUSTOMER" AND EMPIRE HOLDINGS GROUP.**

**I understand that I am purchasing Empire Holdings Group – training and services as tools for my business DBA to signer of said Service Agreement.**

**By accepting these terms I understand the Empire Holdings Group is a separate entity from any and all non-directly associated programs/businesses. I understand that I am only purchasing Empire Holdings Group services per this agreement.**

**I understand as part of the services related to Empire Holdings Group that there are no income guarantees, written, verbal or otherwise.**

**By accepting these terms I here by acknowledge that Empire Holdings Group makes no claim with respect to description of training and services. All services are sold "AS IS".**

**By signing I understand and agree that non-use of service by "Customer" does not constitute a refund or billing dispute on behalf of "Customer".**

**As "Customer" by signing said agreement I understand and agree that services (Business In A Box) provided by Empire Holdings Group will be setup and activated within 45 business days from date of billing transaction per signed agreement or 30 days from date of customer onboarding call.**

**As "Customer" I understand it is my responsibility to participate in any and all information/tasks within the 30 day build process needed by Empire Holding Group Team.**

**As "Customer", by signing below, I understand any delays with this information on my part may cause the Business In A Box process to take longer than 30 Days and does not constitute a refund, written or verbally.**

**Empire Holdings Group services are sold in good faith, and there are no refunds on services provided by Empire Holdings Group.**

**As Customer, I acknowledge and understand it is my sole responsibility to advertise and or market said business developed by Empire Holdings Group.**

Initial _____ Page 1 of 3

DocuSign Envelope ID: C1F2A5B2-582D-4724-AD17-D7524D928BC9

**Empire Holdings Group Business In A Box Scope Of Work To Be Provided**

**Ecommerce Empire Builders (Empire Holdings Group agrees to deliver the following website build, training, coaching, community:**

1. **Ecommerce Subscription Sales Funnel Build**
   - **Niche Selection & Validation**
   - **Offer Selection & Creation**
       i. **Frontend Offer**
       ii. **Order Bump**
       iii. **Upsell Products**
       iv. **Subscription Upsell Product**
       v. **Thank You Page**
       vi. **2 Bonus Information Products**
   - **Subscription Sales Funnel Build**
       i. **Landing Page**
       ii. **Order Form**
       iii. **Order Bump**
       iv. **Upsell #1**
       v. **Upsell #2**
       vi. **Upsell #3 - Subscription Product**
       vii. **Thank You Page**
   - **Abandoned Cart Email Automation - 3 Emails**
   - **Post Purchase Email Automation - 1 Email**
   - **Sales Funnel Copywriting**
       i. **Landing Page**
       ii. **Order Form**
       iii. **Order Bump**
       iv. **Upsell #1**
       v. **Upsell #2**
       vi. **Upsell #3 - Subscription Product**
       vii. **Thank You Page**
   - **Advertising**
       i. **At least 1 piece of advertising copy**
       ii. **At least 3 pieces of advertising creatives**
       iii. **$250 in advertising spend to test funnel**
   - **Phone Call Support**
       i. **Two strategy calls during funnel build process**

       3 months
2. **Team Support Access For _____**
   - **Access To Inner Circle Recordings Library**
   - **Access To Inner Circle Advanced Trainings Library**
   - **Three Inner Circle Zoom Calls Per Week**
   - **On Demand Support Within BaseCamp Dashboard**

Initia▮           Page 2 of 3

DocuSign Envelope ID: C1F2A5B2-582D-4724-AD17-D7524D928BC9

**Chargeback Policy: In the event you file a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in your favor – you will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that you contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist you with any billing concerns before considering filing a Dispute or Chargeback with your bank or Credit Card Company.**

**Payment Terms: The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If you subscribe to any of the paid portions of the Services, you understand that once you have become a Subscriber, your subscription will be automatically renewed and your credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Business In A Box) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.**

**SERVICES: Business In A Box**



Billing Amount $ 10,000.00

Billing Name

Billing Address

City          State/Province          ZipCode

Phone          Email

Last 4 Digits Of Credit Card

**I understand that Empire Holdings Group Services are NOT subject to refund in the event "Customer" does or does not utilize services purchased through Empire Holdings Group per this Agreement. Because of the nature of setup fees and costs incurred by Empire Holdings Group, during "Customer" Account Set Up - sales past the Three – Day Right of Rescission are final.**

**By signing below, Customer acknowledges that they have read this agreement and understand the provisions of the Agreement and agrees to be bound to and by all Terms and Conditions per Agreement Date. By signing below I (Customer) agree that I am the Authorized signer of the Credit Card listed on this Agreement, and have given Empire Holdings Group Authorization to Charge my Credit Card for the listed amount per this Agreement, thus taking full responsibility of this charge.**

**By signing below, as Customer, I acknowledge and agree that it is my responsibility to participate in the Inner Circle trainings provided and apply such training. Furthermore it is my responsibility to communicate with Empire Holdings Group as often as needed in regards to the training.**



Signature:                              Date: 5/17/2022

(I agree)MUST BE CARD HOLDERS SIGNATURE

Print Name                              Initial          Page 3 of 3

DocuSign Envelope ID: 15FE30DF-6198-436F-88F8-1859DEB6932D

**EMPIRE HOLDINGS GROUP**
**1851 W Point Pike**
**West Point, PA 19486**

**For Questions Please Contact: peter@ecommerceempirebuilders.com**

**EMPIRE HOLDINGS GROUP AUTHORIZATION SERVICE AGREEMENT:**

**PLEASE REVIEW THIS SERVICE AGREEMENT CAREFULLY, AS IT CONSTITUTES A LEGAL AGREEMENT BETWEEN YOU "CUSTOMER" AND EMPIRE HOLDINGS GROUP.**

I understand that I am purchasing Empire Holdings Group – training and services as tools for my business DBA to signer of said Service Agreement.

By accepting these terms I understand the Empire Holdings Group is a separate entity from any and all non-directly associated programs/businesses. I understand that I am only purchasing Empire Holdings Group services per this agreement.

I understand as part of the services related to Empire Holdings Group that there are no income guarantees, written, verbal or otherwise.

By accepting these terms I here by acknowledge that Empire Holdings Group makes no claim with respect to description of training and services. All services are sold "AS IS".

By signing I understand and agree that non-use of service by "Customer" does not constitute a refund or billing dispute on behalf of "Customer".

As "Customer" by signing said agreement I understand and agree that services (Business In A Box) provided by Empire Holdings Group will be setup and activated within 45 business days from date of billing transaction per signed agreement or 30 days from date of customer onboarding call.

As "Customer" I understand it is my responsibility to participate in any and all information/tasks within the 30 day build process needed by Empire Holding Group Team.

As "Customer", by signing below, I understand any delays with this information on my part may cause the Business In A Box process to take longer than 30 Days and does not constitute a refund, written or verbally.

Empire Holdings Group services are sold in good faith, and there are no refunds on services provided by Empire Holdings Group.

As Customer, I acknowledge and understand it is my sole responsibility to advertise and or market said business developed by Empire Holdings Group.

Initia[  ]     Page 1 of 3

DocuSign Envelope ID: 15FE30DF-6198-436F-88F8-1859DEB6932D

**Empire Holdings Group Business In A Box Scope Of Work To Be Provided**

**Ecommerce Empire Builders (Empire Holdings Group agrees to deliver the following website build, training, coaching, community:**

1. **Ecommerce Subscription Sales Funnel Build**
   - **Niche Selection & Validation**
   - **Offer Selection & Creation**
     - i. **Frontend Offer**
     - ii. **Order Bump**
     - iii. **Upsell Products**
     - iv. **Subscription Upsell Product**
     - v. **Thank You Page**
     - vi. **2 Bonus Information Products**
   - **Subscription Sales Funnel Build**
     - i. **Landing Page**
     - ii. **Order Form**
     - iii. **Order Bump**
     - iv. **Upsell #1**
     - v. **Upsell #2**
     - vi. **Upsell #3 - Subscription Product**
     - vii. **Thank You Page**
   - **Abandoned Cart Email Automation - 3 Emails**
   - **Post Purchase Email Automation - 1 Email**
   - **Sales Funnel Copywriting**
     - i. **Landing Page**
     - ii. **Order Form**
     - iii. **Order Bump**
     - iv. **Upsell #1**
     - v. **Upsell #2**
     - vi. **Upsell #3 - Subscription Product**
     - vii. **Thank You Page**
   - **Advertising**
     - i. **At least 1 piece of advertising copy**
     - ii. **At least 3 pieces of advertising creatives**
     - iii. **$250 in advertising spend to test funnel**
   - **Phone Call Support**
     - i. **Two strategy calls during funnel build process**

     12 months
2. **Team Support Access For _____**
   - **Access To Inner Circle Recordings Library**
   - **Access To Inner Circle Advanced Trainings Library**
   - **Three Inner Circle Zoom Calls Per Week**
   - **On Demand Support Within BaseCamp Dashboard**

**Initia▮▮▮   Page 2 of 3**

DocuSign Envelope ID: 15FE30DF-6198-436F-88F8-1859DEB6932D

**Chargeback Policy: In the event you file a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in your favor – you will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that you contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist you with any billing concerns before considering filing a Dispute or Chargeback with your bank or Credit Card Company.**

**Payment Terms: The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If you subscribe to any of the paid portions of the Services, you understand that once you have become a Subscriber, your subscription will be automatically renewed and your credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Business In A Box) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.**

**SERVICES: Business In A Box**



Billing Amount $ $18,000.00

Billing Name ▆▆▆▆▆▆▆▆▆▆

Billing Address ▆▆▆▆▆▆▆▆▆

City ▆▆▆▆▆▆▆    State/Province ▆▆▆    ZipCode ▆▆▆

Phone ▆▆▆▆▆▆    Email ▆▆▆▆▆▆▆▆▆▆

Last 4 Digits Of Credit Card ▆▆▆

**I understand that Empire Holdings Group Services are NOT subject to refund in the event "Customer" does or does not utilize services purchased through Empire Holdings Group per this Agreement. Because of the nature of setup fees and costs incurred by Empire Holdings Group, during "Customer" Account Set Up - sales past the Three – Day Right of Rescission are final.**

**By signing below, Customer acknowledges that they have read this agreement and understand the provisions of the Agreement and agrees to be bound to and by all Terms and Conditions per Agreement Date. By signing below I (Customer) agree that I am the Authorized signer of the Credit Card listed on this Agreement, and have given Empire Holdings Group Authorization to Charge my Credit Card for the listed amount per this Agreement, thus taking full responsibility of this charge.**

**By signing below, as Customer, I acknowledge and agree that it is my responsibility to participate in the Inner Circle trainings provided and apply such training. Furthermore it is my responsibility to communicate with Empire Holdings Group as often as needed in regards to the training.**



Signature: ▆▆▆▆▆▆▆▆    Date: 9/14/2021

(I agree) MUST BE CARD HOLDERS SIGNATURE

Print Name ▆▆▆▆▆▆▆▆    Initia ▆▆▆ Page 3 of 3

PYPL00000458

DocuSign Envelope ID: 3CC2EE87-52BE-425A-AF1C-8CD44AC17634

**EMPIRE HOLDINGS GROUP**
**1851 W Point Pike**
**West Point, PA 19486**

**For Questions Please Contact: peter@ecommerceempirebuilders.com**

EMPIRE HOLDINGS GROUP AUTHORIZATION SERVICE AGREEMENT:

PLEASE REVIEW THIS SERVICE AGREEMENT CAREFULLY, AS IT CONSTITUTES A LEGAL
AGREEMENT BETWEEN YOU "CUSTOMER" AND EMPIRE HOLDINGS GROUP.

I understand that I am purchasing Empire Holdings Group – training and services as tools for my business
DBA to signer of said Service Agreement.

By accepting these terms I understand the Empire Holdings Group is a separate entity from any and all
non-directly associated programs/businesses. I understand that I am only purchasing Empire Holdings Group
services per this agreement.

I understand as part of the services related to Empire Holdings Group that there are no income guarantees,
written, verbal or otherwise.

By accepting these terms I here by acknowledge that Empire Holdings Group makes no claim with respect to
description of training and services. All services are sold "AS IS".

By signing I understand and agree that non-use of service by "Customer" does not constitute a refund or
billing dispute on behalf of "Customer".

As "Customer" by signing said agreement I understand and agree that services (Business In A Box) provided
by Empire Holdings Group will be setup and activated within 45 business days from date of billing
transaction per signed agreement or 30 days from date of customer onboarding call.

As "Customer" I understand it is my responsibility to participate in any and all information/tasks within the
30 day build process needed by Empire Holding Group Team.

As "Customer", by signing below, I understand any delays with this information on my part may cause the
Business In A Box process to take longer than 30 Days and does not constitute a refund, written or verbally.

Empire Holdings Group services are sold in good faith, and there are no refunds on services provided by
Empire Holdings Group.

As Customer, I acknowledge and understand it is my sole responsibility to advertise and or market said
business developed by Empire Holdings Group.

Initial ▮▮▮▮   Page 1 of 3

DocuSign Envelope ID: 3CC2EE87-52BE-425A-AF1C-8CD44AC17634

**Empire Holdings Group Business In A Box Scope Of Work To Be Provided**

**Ecommerce Empire Builders (Empire Holdings Group agrees to deliver the following website build, training, coaching, community:**

1. **Ecommerce Subscription Sales Funnel Build**
   - **Niche Selection & Validation**
   - **Offer Selection & Creation**
     - i. **Frontend Offer**
     - ii. **Order Bump**
     - iii. **Upsell Products**
     - iv. **Subscription Upsell Product**
     - v. **Thank You Page**
     - vi. **2 Bonus Information Products**
   - **Subscription Sales Funnel Build**
     - i. **Landing Page**
     - ii. **Order Form**
     - iii. **Order Bump**
     - iv. **Upsell #1**
     - v. **Upsell #2**
     - vi. **Upsell #3 - Subscription Product**
     - vii. **Thank You Page**
   - **Abandoned Cart Email Automation - 3 Emails**
   - **Post Purchase Email Automation - 1 Email**
   - **Sales Funnel Copywriting**
     - i. **Landing Page**
     - ii. **Order Form**
     - iii. **Order Bump**
     - iv. **Upsell #1**
     - v. **Upsell #2**
     - vi. **Upsell #3 - Subscription Product**
     - vii. **Thank You Page**
   - **Advertising**
     - i. **At least 1 piece of advertising copy**
     - ii. **At least 3 pieces of advertising creatives**
     - iii. **$250 in advertising spend to test funnel**
   - **Phone Call Support**
     - i. **Two strategy calls during funnel build process**

        3 months
2. **Team Support Access For _____**
   - **Access To Inner Circle Recordings Library**
   - **Access To Inner Circle Advanced Trainings Library**
   - **Three Inner Circle Zoom Calls Per Week**
   - **On Demand Support Within BaseCamp Dashboard**

**Initia** ▮▮▮▮    **Page 2 of 3**

DocuSign Envelope ID: 3CC2EE87-52BE-425A-AF1C-8CD44AC17634

**Chargeback Policy: In the event you file a Chargeback against Empire Holdings Group accidentally or otherwise and the Chargeback is not decided in your favor – you will be charged an administrative response processing fee of $500.00 on behalf of Empire Holdings Group. It is strongly encouraged that you contact our Customer Processing Department at peter@ecommerceempirebuilders.com to assist you with any billing concerns before considering filing a Dispute or Chargeback with your bank or Credit Card Company.**

**Payment Terms: The service is billed one time or monthly basis and is non-refundable. There will be no credits or refunds for partial months of service. If you subscribe to any of the paid portions of the Services, you understand that once you have become a Subscriber, your subscription will be automatically renewed and your credit card will be charged based on the subscription program (e.g., monthly). Payment is due on the defined recurring billing date. Service will be interrupted on accounts that reach 10 days past due. In the event a payment installment plan is indicated per agreement and is not paid within 30 days or less, Customer will only receive completed services (Business In A Box) in Customers account. No further services will be provided by Empire Holdings Group in reference to but not limited to advertising or Team Support Access.**

SERVICES: Business In A Box



Billing Amount $  $5,000.00

Billing Name

Billing Address

City                State/Province                ZipCode

Phone                Email

Last 4 Digits Of Credit Card

**I understand that Empire Holdings Group Services are NOT subject to refund in the event "Customer" does or does not utilize services purchased through Empire Holdings Group per this Agreement. Because of the nature of setup fees and costs incurred by Empire Holdings Group, during "Customer" Account Set Up - sales past the Three – Day Right of Rescission are final.**

**By signing below, Customer acknowledges that they have read this agreement and understand the provisions of the Agreement and agrees to be bound to and by all Terms and Conditions per Agreement Date. By signing below I (Customer) agree that I am the Authorized signer of the Credit Card listed on this Agreement, and have given Empire Holdings Group Authorization to Charge my Credit Card for the listed amount per this Agreement, thus taking full responsibility of this charge.**

**By signing below, as Customer, I acknowledge and agree that it is my responsibility to participate in the Inner Circle trainings provided and apply such training. Furthermore it is my responsibility to communicate with Empire Holdings Group as often as needed in regards to the training.**



Signature:                Date:  12/29/2021

(I agree)MUST BE CARD HOLDERS SIGNATURE

Print Name                Initial        Page 3 of 3