AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| FTC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-4949 |
| Empire Holdings Group LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Federal Trade Commission.

Date: 09/19/2024

/s/ Ryan A. McAuliffe
*Attorney's signature*

Ryan A. McAuliffe, MD Bar No. 2012170072
*Printed name and bar number*
Federal Trade Commission
Bureau of Consumer Protection
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
*Address*

rmcauliffe@ftc.gov
*E-mail address*

(202) 326-3044
*Telephone number*

(202) 326-3395
*FAX number*