AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Federal Trade Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-04949-WB |
| Empire Holdings Group LLC et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Empire Holdings Group LLC and Peter Prusinkowski .

Date:  09/19/2024

/s/ Clair E. Wischusen
*Attorney's signature*

Clair E. Wischusen (PA# 306752)
*Printed name and bar number*
277 S. Washington St., Ste. 550
Alexandria, VA 22314

*Address*

cwischusen@grsm.com
*E-mail address*

(703) 650-7030
*Telephone number*

(202) 800-2999
*FAX number*