IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:24-cv-04949__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Ryan M. Poteet__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __n/a__, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 9/30/13 | 291199 |
| District of Columbia | 12/8/2014 | 1024028 |
| Virginia | 4/24/2014 | 86884 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S.D.C. (Dist. of Columbia) | 4/9/2018 | 1024028 |
| U.S.D.C. (Eastern Dist. of Va.) | 7/27/2018 | 86884 |
| U.S.D.C. (Western Dist. of Va.) | 8/28/2018 | 86884 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support, and defend the Constitution of the United States.

I am entering my appearance for
Empire Holdings Group LLC and
Peter Prusinowski

(Applicant's Signature)

September 19, 2024
(Date)

Name of Applicant's Firm: Gordon Rees Scully Mansukhani LLP

Address: 277 S. Washington St., Suite 550, Alexandria, VA 22314

Telephone Number: 202-399-1009

Email Address: rpoteet@grsm.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 19, 2024__
(Date)                                    (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Ryan M. Poteet to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Clair Wischusen | [signature] | 6/28/2012 | 306752 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

277 S. Washington St., Suite 550, Alexandria, VA 22314

202-399-1009

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2024                             [signature]
                  (Date)                                                                       (Sponsor's Signature)