IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Federal Trade Commission | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Empire Holdings Group LLC | : | No.: 2:24-cv-04949 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Stephen Freeland , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Via ECF on:  Ryan McAuliffe and Amanda Grier, counsel for the Federal Trade Commission

_____
(Signature of Attorney)
Clair Wischusen
_____
(Name of Attorney)

Empire Holdings Group LLC and Peter Prusinowski
_____
(Name of Moving Party)

September 19, 2024
_____
(Date)