# Exhibit 3

Declaration of Crista Jones

I Crista Jones declare as follows:

1. I reside in Watsonville, California and am over the age of 18.

2. I have personal knowledge of the facts of the declaration and if called a witness I could and would testify to the facts stated hearing.

3. I enrolled in e-commerce builders EEB, Premium program for building sales funnel, April 2024

4. Since enrolling in EEB's premium funnel build program I have formed own business called Dave gourmet seafood.store

Product sold gourmet canned seafood Salmon & Albacore caught in the north Pacific, canned in Washington state 100% USA made. Plus digital products recipie and seafood nutrition books

5 Peter Prusinowski and EEB help me identify products in the Digital products online that I wanted to sell, I immediately I ultimately chose the products for my business. I ultimately chose the products my business makes available to customers and was responsible for selecting the manufacturer or source from where my business would obtain these products

6. Peter Prusinowski and EEB provided me consulting services on how my business could market and sell the products I selected customers this included learning how to build my own website and online storefront and develop my own customer base.

Neither Peter Prusinowski or EEB attempted to sell me a business or provided me with any outlets accounts or customers for my business during the advice and consulting services I receive from EEB and Peter Prusinowski

7. The business I created and launched on my own is making revenue on a monthly basis of approx $18K since launching my business, my business has generated $34K in total revenue

8  I am extremely pleased with Peter Prusinowski and EEB consulting services.

9. I would not have been able to develop and launches successful business sales funnel without Peter Prusinowski and EET consulting services.

10. I declare under penalty or perjury under the law of the United States of America that the forgoing is true and correct.

Executed September 19, 2024 in Watsonville California

Signed: *Crista Jones*

Crista Jones, owner
Dave's Gourmet Seafood
tunapups@gmsil.com
831.458.5140