# Exhibit 4

## DECLARATION OF RUSS CLARK

I, Russ Clark, declare as follows:

1. I reside in Conroe, Texas and am over the age if eighteen. I have personal knowledge of the facts in this declaration, and if called as a witness, I could and would testify to the facts stated herein.

2. I enrolled in Ecommerce Empire Builders' ("EEB") ECOMMERCE PLATINUM PROGRAM/Business In A Box on or about 5-2-22.

3. Since enrolling in EEB's ECOMMERCE PLATINUM PROGRAM/Business In A Box, I have formed my own corporate entity and started my own business called Outdoor Quest.

4. My business Fishing Tackle & Products?

5. Peter Prusinowski and EEB helped me identify products in the Fishing Niche that I wanted to sell.  I ultimately chose the products my business makes available to customers and was responsible for selecting the manufacturer or source from where my business would obtain these products.

6. Peter Prusinowski and EEB provided me consulting services on how my business could market and sell the products I selected to customers.  This included learning how to build my own website and an online storefront and develop my own customer base.  Neither Peter Prusinowski nor EEB attempted to sell me a business or provided me with any outlets, accounts, or customers for my business. Using the advice and consulting services I received form EEB and Peter Prusinowski, the business I created and launched on my own is making revenue on a monthly basis.

7. Since launching my business, my business generated an average monthly revenue of about $5000.

8. Since launching my business, my business has generated $30,000 in total revenue.

1

**DECLARATION OF RUSS CLARK**

9. Since launching my business I have earned the 10K Club award for accomplishing $10,000 in revenue.

10. I am extremely pleased with Peter Prusinowski and EEB's consulting services. I would not have been able to develop and launch a successful business without Peter Prusinowski and EEB's consulting services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2024, in Conroe, Texas

*Russ Clark*
NAME