# Exhibit 7

**DECLARATION OF JOEL MONGE**

I, Joel Monge, declare as follows:

1. I reside in ORANGE PARK, FL and am over the age if eighteen. I have personal knowledge of the facts in this declaration, and if called as a witness, I could and would testify to the facts stated herein.

2. I enrolled in Ecommerce Empire Builders' ("EEB") ECOMMERCE PLATINUM PROGRAM on or about 4/29/23.

3. Since enrolling in EEB's ECOMMERCE PLATINUM PROGRAM, I have formed my own corporate entity and started my own business called THE CRAFTY CULTURE.

4. My business sells crafting suppliers?

5. Peter Prusinowski and EEB helped me identify products in the arts and crafts space that I wanted to sell. I ultimately chose the products my business makes available to customers and was responsible for selecting the manufacturer or source from where my business would obtain these products.

6. Peter Prusinowski and EEB provided me consulting services on how my business could market and sell the products I selected to customers. This included learning how to build my own website and an online storefront and develop my own customer base. Neither Peter Prusinowski nor EEB attempted to sell me a business or provided me with any outlets, accounts, or customers for my business. Using the advice and consulting services I received form EEB and Peter Prusinowski, the business I created and launched on my own is making revenue on a monthly basis.

7. Since launching my business, my business generated an average monthly revenue of $10,000.

8. Since launching my business, my business has generated $55,248.52 in total

**DECLARATION OF JOEL MONGE**

revenue.

9. Since launching my business I have earned $50K Club awards for accomplishing over $50,000 in revenue.

10. I am extremely pleased with Peter Prusinowski and EEB's consulting services. I would not have been able to develop and launch a successful business without Peter Prusinowski and EEB's consulting services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2024, in ORANGE PARK, FL

_____
NAME

2