IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Federal Trade Commission                          :          Civil Action
                                                  :
            v.                                    :
                                                  :
Empire Holdings Group                             :          No.: 2:24-cv-04949
LLC, et al.

ORDER

AND NOW, this 20th          day of September                          2024      , it is hereby

ORDERED that the application of Ryan M. Poteet  Esquire, to practice in this court

pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]        GRANTED.[1]

[ ]        DENIED.


                                    /s/Wendy Beetlestone, J.
                                                                          , J.

_____
1 Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/
nextgen-cmecf.