IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>  Plaintiff,<br><br>  v.<br><br>EMPIRE HOLDINGS GROUP LLC, also d/b/a ECOMMERCE EMPIRE BUILDERS and STOREFUNNELS.NET a limited liability company; and<br><br>PETER PRUSINOWSKI, aka PETER PRU, individually and as an officer of Empire Holdings Group LLC,<br><br>  Defendants. | Case No. 24-CV-4949 |

## ORDER

**AND NOW**, this cause comes before the Court on Defendant Prusinowski's request for relief from a temporary restraining order, imposing an asset freeze over his personal assets. On September 20, 2024, the Court entered a temporary restraining order, which, in pertinent part, imposed an asset freeze over all of Defendants' assets, including Prusinowski's personal assets (the "Asset Freeze"). [ECF No. 19].

During the September 20 hearing, the Court found that there was good cause to issue the temporary restraining order, but determined to grant Prusinwoski relief from the Asset Freeze whereby he was authorized to access $5,000 to pay for his living expenses. Accordingly, having considered the record, it is hereby **ORDERED** and **ADJUDGED** that Mr. Prusinowski's request for partial relief from the Asset Freeze is **GRANTED** as follows:

1) Mr. Prusinwski is authorized to access up to $5,000 in funds (the "Unfrozen Funds") held in an account by Peter Prusinowski, *Account No. xxxx9904.*

2) The Unfrozen Funds may be used by Prusinowski to pay for living expenses (the "Permissible Uses").

3) Prusinowski and his counsel are authorized to take actions necessary to transfer the Unfrozen Funds to Prusinowksi, including liquidate or sell any securities or other assets that are frozen in the amount of $5,000.

4) Once the Unfrozen Funds are transferred and expended by Prusinowski for the Permissible Uses, Prusinowksi's counsel shall file a notice of compliance showing the receipt of the Unfrozen Funds and that the funds were allocated for the Permissible Uses.

5) This limited relief from the Asset Freeze is without prejudice as to Defendants' opposition to a preliminary injunction, including the removal of the Asset Freeze.

**DONE AND ORDERED** in Chambers at Philadelphia, Pennsylvania this 20th day of September 2024.

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**