AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-04949-WB |
| Empire Holdings Group LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin Dooley Kent, Receiver.

Date: 09/21/2024

*Attorney's signature*

Robin S. Weiss, PA ID No. 312071
*Printed name and bar number*

Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
*Address*

rsweiss@clarkhill.com
*E-mail address*

(215) 864-8086
*Telephone number*

(215) 640-8501
*FAX number*