IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-CV-4949 |
| ) | |
| EMPIRE HOLDINGS GROUP LLC, ) | |
| d/b/a ECOMMERCE EMPIRE BUILDERS ) | |
| and STOREFUNNELS.NET, a limited liability ) | |
| company, and PETER PRUSINOWSKI ) | |
| Individually and as officer of ) | |
| Empire Holdings Group LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants, Empire Holdings Group LLC d/b/a E-Commerce Empire Builders d/b/a ECommerce Empire Builders and Storefunnels.net and Peter Prusinowski (collectively, "Defendants"), file this Motion to Dismiss Counts II, III, and IV of the FTC's Complaint under Rule 12(b)(6). The Court should grant the motion for the reasons more fully explained in the accompanying memorandum of law.

Date: September 24, 2024

Respectfully submitted,

*/s/ Clair E. Wischusen*
Clair E. Wischusen (Bar No. 306752)
Ryan Poteet (*pro hac vice*)
Stephan Freeland (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel. (202) 399-1009
Fax (202) 800-2999
cwischusen@grsm.com
rpoteet@grsm.com
sfreeland@grsm.com

*Counsel for Defendants*
*Empire Holdings Group LLC and*
*Peter Prusinowski*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 24th day of September 2024, a true and accurate copy of the foregoing Defendants' Motion to Dismiss Complaint was electronically filed via the Court's ECF system, and was thereby served upon all counsel of record.

By: */s/ Clair E. Wischusen*
Clair E. Wischusen