IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION </br></br> Plaintiff, </br></br> v. </br></br> EMPIRE HOLDINGS GROUP LLC, </br> d/b/a ECOMMERCE EMPIRE BUILDERS </br> and STOREFUNNELS.NET, a limited liability </br> company, and PETER PRUSINOWSKI </br> Individually and as officer of </br> Empire Holdings Group LLC, </br></br> Defendants. | Case No. 2:24-CV-4949 |

**[PROPOSED] ORDER ON MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendants' Motion to Dismiss the FTC's Complaint (ECF No. 23) and any opposition thereto, and the Court having considered the matter, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is GRANTED; and it is further

**ORDERED** the Counts II, III, and IV of the Complaint are DISMISSED with prejudice.

**SO ORDERED.**


Dated: _____        _____
                                                                        WENDY BEETLESTONE, J.
                                                                        United States District Judge