**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMPIRE HOLDINGS GROUP LLC, )<br>d/b/a ECOMMERCE EMPIRE BUILDERS )<br>and STOREFUNNELS.NET, a limited liability )<br>company, and PETER PRUSINOWSKI )<br>Individually and as officer of )<br>Empire Holdings Group LLC, )<br>)<br>Defendants. )<br>) | Case No. 2:24-CV-4949 |

**[PROPOSED] ORDER AMENDING TEMPORARY RESTRAINING ORDER**

The Court, having considered the Emergency Motion to Amend the Temporary Restraining Order (ECF No. 24) filed by the Defendants in this action, and any opposition to same, hereby amends the Temporary Restraining Order (ECF No. 19) entered on September 20, 2024 as follows:

1. Any and all freezes of the Defendants' assets are hereby lifted in full, and the Defendants shall have immediate access to all funds seized by the Receiver.

2. The Receiver's authority is limited to preserving documents of the Defendants relating to the business operations of the Defendants and ensuring compliance with Section 5 of the FTC Act. The Receiver shall have no other authority beyond this preservation obligation and ensuring compliance with Section 5 of the FTC Act.

3. Defendants are permitted leave to serve the discovery attached as Exhibit A and Exhibit B to their Motion, with the FTC's response to the Rule 34 requests for production due on or before Monday, September 30, 2024 and the deposition of the FTC's Rule 30(b)(6) designee to occur on or before October 2, 2024.

1

2

SO ORDERED this ___ day of _____, 2024.

_____
WENDY BEETLESTONE, J.
UNITED STATES DISTRICT JUDGE