IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br><br>v.<br><br>EMPIRE HOLDINGS GROUP LLC, PETER PRUSINOWSKI,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 24CV4949 |

**O R D E R**

**AND NOW**, this 25th day of September, 2024, **IT IS HEREBY ORDERED** that the Federal Trade Commission shall file a response to Defendants' Emergency Motion to Amend TRO (ECF No. 24) on or before **Wednesday, October 2, 2024**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**