# PX 10

## Transcript of September 20, 2024, Temporary Restraining Order Hearing

FTC000479

1                 IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

FEDERAL TRADE COMMISSION,    :    CIVIL CASE NUMBER
4              PLAINTIFF      :
                             :
5       VERSUS               :    24-CV-4949
                             :
6  EMPIRE HOLDINGS GROUP, LLC, :
   ET AL,                    :
7              DEFENDANTS    :
   _____

8
                             SEPTEMBER 20, 2024
9                            COURTROOM 10B
                             PHILADELPHIA, PA 19106
10

11 _____

            BEFORE THE HONORABLE WENDY BEETLESTONE, J.
12 _____

13            TEMPORARY RESTRAINING ORDER HEARING

14 APPEARANCES:

15 RYAN ADAM MCAULIFFE, ESQUIRE
   AMANDA GRIER, ESQUIRE
16 FEDERAL TRADE COMMISSION
   DIVISION OF MARKETING PRACTICES
17 600 PENNSYLVANIA AVE, NW
   MAILSTOP CC-8543
18 WASHINGTON, DC 20580

19 COUNSEL FOR THE PLAINTIFF

20
                  LYNN GLIGOR, RMR
21             OFFICIAL COURT REPORTER
             ROOM 2609 U. S. COURTHOUSE
22              601 MARKET STREET
              PHILADELPHIA, PA 19106
23               (856)649-4774

24
   PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
25 TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

1      CONTINUED APPEARANCES:

2      CLAIR E. WISCHUSEN, ESQUIRE
       GORDON & REES
3      277 S. WASHINGTON ST., SUITE 550
       ALEXANDRIA, VA 22314
4
       COUNSEL FOR THE DEFENDANT
5

6      STEPHEN R. FREELAND, ESQUIRE
       KELLEY DRYE & WARREN LLP
7      3050 K STREET NW, SUITE 400
       WASHINGTON, D.C. 20007
8
       COUNSEL FOR THE DEFENDANT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    (CLERK OPENS COURT.)

2                    THE COURT:  GOOD MORNING.  HAVE A SEAT.

3                    THIS IS THE MATTER OF FEDERAL TRADE

4       COMMISSION VERSUS EMPIRE HOLDINGS GROUP, LLC.

5                    CAN I HAVE INTRODUCTIONS FROM PLAINTIFFS

6       COUNSEL.

7                    MS. GRIER:  YES, YOUR HONOR.  MY NAME IS

8       AMANDA GRIER, I AM REPRESENTING THE FTC.

9                    MR. MCAULIFFE:  YES, YOUR HONOR.  MY NAME

10      IS RYAN MCAULIFFE AND I AM REPRESENTING THE FEDERAL

11      TRADE COMMISSION AS WELL.

12                   THE COURT:  LET'S HEAR FROM DEFENSE.

13                   MR. FREELAND:  GOOD MORNING, YOUR HONOR,

14      STEPHEN FREELAND OF GORDON REES ON BEHALF OF THE

15      DEFENDANTS.  NEXT TO ME IS ONE OF THE INDIVIDUAL

16      DEFENDANTS, MR. PRUSINOWSKI.

17                   THE COURT:  OKAY.

18                   MR. FREELAND:  AND ALSO WITH ME ARE MY

19      PARTNERS RYAN POTEET AND CLAIR WISCHUSEN.

20                   THE COURT:  OKAY.  SO WHAT I AM GOING TO

21      DO HERE IS REALLY TRY AND FOCUS IN ON THE THINGS THAT

22      ARE AT ISSUE RATHER THAN THE THINGS THAT ARE NOT AT

23      ISSUE.  SO I'M GOING TO GO THROUGH WHO THE PARTIES ARE

24      -- THIS IS FOR THE RECORD, BECAUSE WE ARE ON THE TRO --

25      WHO THE PARTIES ARE, WHAT THE JURISDICTION IS, THE
```

1    ELEMENTS OF THE TRO IN THE FTC CONTEXT.  AND THEN WE ARE

2    GOING TO HAVE A DISCUSSION ABOUT AMG, JUST SO THAT WE

3    CAN GET CLARITY ON THAT.  AND THEN WE ARE GOING FROM

4    THERE, BECAUSE I THINK AT THAT POINT IT'S A CLASSIC,

5    JUST DECIDE THESE ISSUES.

6              SO THE FEDERAL TRADE COMMISSION HAS FILED

7    SUIT AGAINST EMPIRE HOLDING GROUPS, LLC, EEB AND PETER

8    -- IS IT PRUSINOWSKI?

9              MR. FREELAND:  PRUSINOWSKI, YOUR HONOR.

10             THE COURT:  PRUSINOWSKI.  I WILL PROBABLY

11   SAY IT WRONG AT SOME POINT, BUT PRUSINOWSKI.

12             -- ASSERTING VIOLATIONS OF SECTION 5(A)

13   OF THE FTC ACT, WHICH IS 15 U.S.C. 45(A); THE BUSINESS

14   OPPORTUNITY RULE, WHICH IS 16 CFR PART 437; AND THE

15   CONSUMER REVIEW FAIRNESS ACT, 15 U.S.C. SECTION 45(B).

16             THE FTC NOW SEEKS AN EMERGENCY TEMPORARY

17   RESTRAINING ORDER PURSUANT TO ITS AUTHORITY UNDER

18   SECTIONS 13(B) AND 19 OF THE FTC ACT, WHICH IS 15 U.S.C.

19   53(B) AND 15 U.S.C. 57(B)(B) RESPECTFULLY.

20             THE FTC REQUESTS THAT THE COURT ENJOIN

21   THE DEFENDANTS' ALLEGED ILLEGAL PRACTICES AND ORDER

22   THAT -- ORDER AN ASSET FREEZE, BE APPOINTED A TEMPORARY

23   RECEIVER, IMMEDIATE ACCESS TO DEFENDANT'S BUSINESS

24   PREMISES, TURN OVER BUSINESS RECORDS, LIMITED DISCOVERY

25   AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION

1    SHOULD NOT ISSUE.

2              SPECIFICALLY, THE CLAIMS BROUGHT ARE

3    SECTION 5(A) OF THE FTC ACT, 15 U.S.C. 45(A) FALSE

4    ADVERTISING, BUSINESS OPPORTUNITY RULE 16 CFR PART 537

5    DISCLOSURE AND CONSUMER REVIEW FAIRNESS ACT, 15 U.S.C.

6    45(B) ILLEGAL CONTRACT.

7              FOR SUBJECT MATTER JURISDICTION, THE

8    COURT HAS FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C.

9    1331 BECAUSE THE FTC IS BRINGING THIS CLAIM PURSUANT TO

10   FEDERAL STATUTE AND RULE.

11             DO THE PARTIES AGREE THAT I HAVE SUBJECT

12   MATTER JURISDICTION?

13             MR. FREELAND:  YES, YOUR HONOR.

14             MS. GRIER:  YES, YOUR HONOR.

15             THE COURT:  AND WITH RESPECT TO PERSONAL

16   JURISDICTION, THE COURT HAS JURISDICTION OVER EEB

17   BECAUSE ITS PRINCIPLE PLACE OF BUSINESS IS IN

18   PENNSYLVANIA.  THE COURT WOULD LIKELY HAVE JURISDICTION

19   OVER THE INDIVIDUAL DEFENDANT BECAUSE HE IS THE C.E.O.

20   AND SOLE OWNER OF EEB.

21             DO THE PARTIES AGREE THAT I HAVE PERSONAL

22   JURISDICTION?

23             MR. FREELAND:  YES, YOUR HONOR.

24             MS. GRIER:  YES, YOUR HONOR.

25             THE COURT:  OKAY.  NOW WE ARE GOING TO

1    LOOK TO THE ELEMENTS OF A TRO.  USUALLY TROS AND

2    PRELIMINARY INJUNCTIONS ARE SUBJECT TO THE TRADITIONAL

3    FOUR-PART TEST.  HOWEVER, WHEN THE FTC SEEKS A TRO

4    PURSUANT TO 13(B), THE STANDARD IS DIFFERENT.  IN THOSE

5    CASES, THE QUESTIONS OF PRELIMINARY INJUNCTIVE RELIEF IS

6    RESOLVED BY WEIGHING THE EQUITIES AND CONSIDERING THE

7    COMMISSION'S LIKELIHOOD OF ULTIMATE SUCCESS TO DETERMINE

8    WHETHER SUCH ACTION WOULD BE IN THE PUBLIC INTEREST.

9    AND THAT IS FEDERAL TRADE COMMISSION VERSUS PENN STATE

10   HERSHEY MEDICAL CENTER, 914 F.3RD 193, 197, THAT'S A 3RD

11   CIRCUIT, 2019.

12           SO THE FTC DOES NOT NEED TO PROVE

13   IRREPARABLE HARM.  I CAN SEE THAT IN THE CASE I JUST

14   CITED AS WELL AS FTC VERSUS WORLDWIDE FACTORS LIMITED,

15   WHICH IS A 9TH CIRCUIT CASE, 882 F.2ND 344, PINPOINT

16   CITES 346 TO 47.

17           ADDITIONALLY, THE PUBLIC INTEREST

18   STANDARD IN SECTION 3(B) DIFFERS FROM -- 13(B), RATHER,

19   DIFFERS FROM THE TRADITIONAL EQUITY STANDARD FOR

20   INJUNCTIVE RELIEF.  THIS ASSESSMENT ALIGNS WITH THE

21   JUDGEMENT OF OTHER COURT OF APPEALS WHICH HAVE CONCLUDED

22   THAT THE SECTION 13(B) STANDARD IS NOT ONLY DIFFERENT

23   FROM BUT EASIER TO SATISFY THAN THE TRADITIONAL

24   STANDARDS FOR INJUNCTIVE RELIEF.  AND THAT IS PENN STATE

25   HERSHEY MEDICAL CENTER AT 197.

1          BECAUSE THE BALANCE IS FOCUSED ON THE

2    PUBLIC INTEREST FACTORS, THE PUBLIC INTEREST SHOULD

3    RECEIVE GREATER WEIGHT THAN PRIVATE ONES.  AND THAT IS

4    THE WORLDWIDE FACTORS CASE AT 346 TO 47.

5          DO THE PARTIES AGREE THAT THAT IS, IN

6    FACT, THIS CORRECT STANDARD FOR A TRO IN THIS CONTEXT?

7          MS. GRIER:  YES, YOUR HONOR.

8          MR. FREELAND:  YES, YOUR HONOR.

9          THE COURT:  NOW WE ARE GOING TO GO TO

10   AMG.

11          AS I UNDERSTAND IT, THE DEFENDANTS ARE

12   ARGUING THAT A TRO IS INAPPROPRIATE IN THIS CONTEXT

13   BECAUSE OF AMG.  AND THAT IS AMG CAPITAL MANAGEMENT, LLC

14   VERSUS FTC, 593 U.S. 67, PINPOINT 82, WHICH IS A 2021

15   CASE.  AND THEY CITE TO THAT CASE FOR THE PROPOSITION

16   THAT SECTION 5 DOES NOT RUN THE COMMISSION AUTHORITY TO

17   OBTAIN EQUITABLE MONETARY RELIEF.

18          I UNDERSTAND THE FTC TO BE ARGUING THAT

19   THAT AMG IS, IN FACT, A LIMITED CASE AND THEREFORE, DOES

20   NOT PROHIBIT THE REQUEST THAT THEY ARE MAKING.

21          I THINK GIVEN THAT IT IS GOVERNMENT'S

22   BURDEN, I AM GOING TO TURN FIRST TO THE GOVERNMENT TO

23   TELL ME WHAT THEY THINK ABOUT AMG.

24          MS. GRIER:  YES, YOUR HONOR.

25          WE ARE FILING UNDER SECTION 13(B) AND

1    SECTION 19, AND THE AMG CASE WAS CONCERNING ITSELF WITH

2    SECTION 13(B) RELIEF.  SO WE ARE ALSO ASKING FOR

3    INJUNCTIVE RELIEF UNDER 13(B) WITH A MONETARY RELIEF,

4    AND OTHER PROSPECTIVE RELIEF IS UNDER SECTION 19.

5            SO IN AMG, THE SUPREME COURT DID NOT

6    FORECLOSE THE ABILITY OF THE FTC TO BRING ACTIONS UNDER

7    SECTION 19.  AND THERE HAVE BEEN MANY CASES SINCE AMG IN

8    WHICH THE FTC HAS BROUGHT SUCCESSFULLY BOTH IN A TRO AND

9    P.I. SETTING AND OTHER LITIGATION WHERE WE PLEAD SECTION

10   19 AND WE ASK FOR MONETARY EQUITABLE RELIEF, AND THAT

11   HAS BEEN GRANTED BY COURTS.

12            THE COURT:  ARE YOU MAINTAINING THAT YOU

13   ARE ASKING FOR MONETARY EQUITABLE RELIEF AT THIS POINT

14   IN THE TRO?

15            MS. GRIER:  WE ARE ASKING FOR AN ASSET

16   FREEZE AND A RECEIVERSHIP, AND ALSO WE ARE ASKING FOR

17   PRELIMINARY INJUNCTION.  SO OUR CASE AT ITS -- AT THE

18   RELIEF STAGE IS DEFINITELY FOR MONETARY RELIEF UNDER

19   SECTION 19 AS WELL AS INJUNCTIVE RELIEF.

20            SO WE ARE ASKING FOR -- FOR THE PURPOSES

21   OF TODAY, WE ARE ASKING FOR TEMPORARY INJUNCTIVE RELIEF,

22   WE ARE ASKING FOR TEMPORARY ASSET FREEZE, WE ARE ASKING

23   FOR A TEMPORARY RECEIVER AND WE ARE ASKING FOR OTHER

24   EQUITABLE RELIEF AS WELL.

25            THE COURT:  OKAY, BUT I DON'T THINK YOU

1        ANSWERED MY QUESTION DIRECTLY.

2                    IS IT YOUR VIEW -- OR WELL, SO IF I LOOK

3        AT WHAT YOU ARE ASKING FOR, YOU ARE ASKING FOR -- LET'S

4        START WITH THE EASY ONES.  LIMITED DISCOVERY.  THAT IS

5        NOT MONETARY RELIEF, CORRECT?

6                    MS. GRIER:  NO, YOUR HONOR.

7                    THE COURT:  AND THEN YOU ARE ASKING FOR

8        AN ORDER TO SHOW CAUSE BY A PRELIMINARY INJUNCTION

9        SHOULD NOT ISSUE.

10                   THAT IS NOT MONETARY RELIEF, CORRECT?

11                   MS. GRIER:  NO, YOUR HONOR.

12                   THE COURT:  AND YOU ARE ASKING THEM TO

13       TURN OVER BUSINESS RECORDS.  THAT IS NOT MONETARY

14       RELIEF, CORRECT?

15                   MS. GRIER:  NO, YOUR HONOR.

16                   THE COURT:  AND THEN YOU ARE ASKING FOR

17       IMMEDIATE ACCESS TO DEFENDANT'S BUSINESS PREMISES.  THAT

18       IS NOT MONETARY RELIEF, CORRECT?

19                   MS. GRIER:  NO.

20                   THE COURT:  AND YOU ARE ALSO ASKING FOR

21       THE APPOINTMENT OF A TEMPORARY RECEIVER.  IS IT YOUR

22       VIEWPOINT THAT THAT IS ASKING FOR MONETARY RELIEF?

23                   MS. GRIER:  NO, YOUR HONOR.

24                   THE COURT:  AND THEN WHAT ABOUT ASSET

25       FREEZE, IS IT YOUR VIEW THAT THAT IS ASKING FOR MONETARY

```
1    RELIEF?

2              MS. GRIER:  IT'S MY VIEW THAT AN ASSET

3    FREEZE IS APPROPRIATE IN A CASE IN ORDER TO PRESERVE THE

4    POSSIBILITY OF CONSUMER REDRESS.  AND IN ORDER TO HAVE

5    CONSUMER REDRESS, YOU HAVE TO HAVE EQUITABLE MONETARY

6    RELIEF IN ORDER TO REDRESS CONSUMERS.

7              THE COURT:  RIGHT.  BUT LET'S JUST REALLY

8    FOCUS ON WHAT WE ARE DOING RIGHT NOW.  BECAUSE I

9    UNDERSTAND WHERE YOU WANT TO GO IN THE FUTURE, BUT WE

10   ARE TALKING ABOUT RIGHT NOW, A TRO.  AND THIS ISN'T AMG

11   WHERE YOU WENT THROUGH A WHOLE PROCESS AND THERE WAS A

12   SUMMARY JUDGMENT MOTION AND THEN THE COURT ORDERED THE

13   ONE POINT WHATEVER IT IS BILLION TO BE DISGORGED AND

14   PAID TO SOME OF THOSE WHO HAVE BEEN HARMED.  YOU ARE NOT

15   ASKING FOR THAT.  YOU ARE JUST SAYING STOP THINGS WHERE

16   THEY ARE, KEEP THE STATUS QUO WHERE IT IS.

17             SO REGARDLESS OF WHAT YOU MAY BE ASKING

18   FOR IN THE FUTURE, RIGHT NOW, AS I UNDERSTAND -- YOU

19   TELL ME, AND I AM GOING TO ASK YOU, DEFENSE, WHAT YOU

20   THINK ABOUT THIS.  AN ASSET FREEZE DOES NOT IMMEDIATELY

21   COME TO MY MIND WHEN I THINK OF RESTITUTION OR

22   DISGORGEMENT.

23             MS. GRIER:  YOU ARE CORRECT, YOUR HONOR.

24   THE PURPOSE OF THE ASSET FREEZE IS TO MAINTAIN THE

25   STATUS QUO TEMPORARILY.
```

1          THE COURT:  SO EVEN IF -- LET'S ASSUME

2    FOR NOW -- AND AGAIN, DEFENSE HAVE WILL THEIR

3    OPPORTUNITY TO ADDRESS THESE POINTS.

4          EVEN IF DEFENSE IS RIGHT AND YOU CAN'T

5    GET AN ASSET FREEZE UNDER SECTION 5 -- BUT I SUPPOSE YOU

6    COULD IF YOU GOT A CEASE AND DESIST LETTER FIRST UNDER

7    SECTION 19, CORRECT?  CORRECT?

8          MS. GRIER:  UNDER SECTION 19, WE ARE ABLE

9    TO REQUEST AN ASSET FREEZE, A TEMPORARY ASSET FREEZE AT

10   THIS STAGE, YES.

11         THE COURT:  ONLY AFTER YOU HAVE GOT A

12   CEASE AND DESIST LETTER, RIGHT?

13         MR. MCAULIFFE:  FOR THE SECTION 5

14   VIOLATIONS.

15         THE COURT:  YES.  THAT'S WHAT I'M TALKING

16   ABOUT.

17         MS. GRIER:  YES, SORRY.

18         THE COURT:  SO I AM JUST TRYING TO GET

19   THE TAXONOMY IN PLACE SO WE ALL KNOW WHAT WE ARE TALKING

20   ABOUT.

21         SO SECTION 5 OF THE FTC, FALSE

22   ADVERTISING CLAIMS, YOU COULD GET ENFORCE -- MONETARY

23   RELIEF UNDER 19(A) -- RATHER 19 ONLY AFTER A CEASE AND

24   DESIST LETTER.  UNDER THE BUSINESS OPPORTUNITY RULE, YOU

25   COULD GET MONETARY RELIEF, RIGHT?  AND YOU DON'T NEED A

1    CEASE AND DESIST LETTER AND THE SAME UNDER CRFA, WHICH

2    IS THE ILLEGAL CONTRACT CLAIMS, RIGHT?

3              MS. GRIER:  THAT'S CORRECT, YOUR HONOR.

4              THE COURT:  NOW WE ARE GOING TO TURN TO

5    DEFENDANT, AND THERE ARE VARIOUS THINGS THAT I HAVE

6    STATED EITHER BECAUSE IT SEEMS TO ME THAT THEY ARE THAT

7    WAY OR BECAUSE PLAINTIFFS HAVE TOLD ME THAT THEY ARE

8    THAT WAY.  SO I WANT YOU TO DRILL DOWN ON THOSE THINGS

9    AND TELL ME WHAT YOU THINK.

10              MR. FREELAND:  I WILL DO MY BEST, YOUR

11    HONOR.  I AM ADMITTEDLY EXHAUSTED, AND MY BRAIN IS MUSH.

12    BUT I CERTAINLY WILL TRY MY BEST.

13              THE COURT:  WHY DON'T WE JUST START OFF

14    WITH AMG AND TELL ME WHAT YOU THINK THE SCOPE OF AMG IS.

15              MR. FREELAND:  SO I THINK YOUR HONOR'S

16    QUESTIONS HIT ON THE APPROPRIATE POINTS, AND I WOULD

17    LIKE TO SORT OF -- I WOULD LIKE TO GIVE THE KISS

18    PRINCIPLES WHEN IT COMES TO THESE THINGS.  FOR SECTION 5

19    UNDER AMG IF THERE IS NO CEASE AND DESIST, THEY CAN GET

20    CONDUCT INJUNCTIVE RELIEF.  AND YOUR HONOR, I THINK THIS

21    WAS IN OUR PAPER, I APOLOGIZE AGAIN.  WE HAVE TOLD THE

22    FTC, WE EVEN STIPULATED, TO A CONDUCT INJUNCTION THAT

23    WOULD REQUIRE THE DEFENDANT TO COMPLY WITH SECTION 5.

24    SECTION 5, HOWEVER, AT THIS JUNCTURE CANNOT BE THE

25    VEHICLE FOR AN ASSET FREEZE BECAUSE THE ONLY WAY THE FTC

1    GETS MONEY HERE FOR CONSUMERS IS THROUGH SECTION 19.

2    AND AS WE SPELL OUT IN OUR PAPER FILED EARLIER THIS

3    MORNING, THAT REQUIRES THEM TO SHOW A LIKELIHOOD OF

4    SUCCESS ON THE MERITS UNDER THE BUSINESS OPPORTUNITY

5    RULE.  SO THE WAY I SEE IT IS SECTION 5, NO CEASE AND

6    DESIST LETTER, INJUNCTION ONLY, CONDUCT ONLY, NO MONEY.

7                  SECTION 19, LIKELIHOOD OF SUCCESS ON THE

8    MERITS, THEN POTENTIALLY IF THE EQUITIES ARE THERE, YOU

9    MIGHT BE ABLE TO OBTAIN AN ASSET FREEZE BECAUSE THE ONLY

10   PURPOSE FOR THE ASSET FREEZE -- AND IT'S ALL OVER THEIR

11   MOTION, YOUR HONOR -- IS FOR CONSUMERS REDRESS, I.E.

12   DAMAGES.

13                  THE COURT:  AND YOU WOULD SAY THE SAME

14   FOR THE CRFA, THE ILLEGAL CONTRACT CLAIMS.

15                  MR. FREELAND:  CORRECT, YOUR HONOR, WITH

16   ONE CAVEAT.  ON THE CFRA CLAIM, BECAUSE IT HAPPENS --

17   IT'S NOT THE MAIN DRIVE OF THIS CASE.  THE MAIN DRIVE OF

18   THIS CASE IN TERMS OF THE FTC'S ALLEGATIONS -- BY THE

19   WAY, YOUR HONOR, I FORGOT THIS.  IS IT OKAY IF WE STAY

20   SEATED?

21                  THE COURT:  GENERALLY YOU WOULD STAND,

22   BUT GIVEN THE FACT THAT YOU HAVE BEEN ON THE TRAIN AND

23   BEEN UP EARLY AND NOT HAD ANY SLEEP, IF YOU REALLY WANT

24   TO SIT DOWN YOU MAY.

25                  MR. FREELAND:  I AM HAPPY TO STAND TO

1    KEEP THE BLOOD FLOWING.

2                 ON THE CRFA CLAIM, YOUR HONOR, THERE'S A

3    STATUTE THAT WE AGREE PROHIBITS A FORM CONTRACT SIGNED

4    BY -- IT'S BASICALLY A CONTRACT OF ADHESION THAT IS

5    SIGNED BY CONSUMERS THAT HAS LANGUAGE IN IT THAT

6    PROHIBITS THE CONSUMER FROM POSTING NEGATIVE REVIEWS,

7    SAYING DISPARAGING THINGS.  THE ONE IN THIS CASE WAS

8    MUTUAL, BUT THAT'S AN ASIDE.

9                 ON THAT CLAIM, HOWEVER, YOUR HONOR,

10   THAT'S NOT THE CAUSE OF THE ALLEGED $14 MILLION IN

11   CONSUMER DAMAGE IN THIS CASE.  ALL OVER THE FTC'S

12   COMPLAINT, ALL OVER THEIR MOTION PAPER, IT'S THE

13   EARNINGS CLAIMS, THE EARNINGS CLAIMS, THE EARNINGS

14   CLAIMS, THE BUSINESS OPPORTUNITY.  IT'S NOT THE FACT

15   THAT AT THE TIME OF PURCHASE SOMEONE SIGNED A CONTRACT

16   WITH A NON-DISPARAGING CLAUSE IN IT.  SO WE DON'T

17   BELIEVE THAT THE CFRA CAN BE USED AS A VEHICLE FOR AN

18   ASSET FREEZE FOR THAT REASON.

19                 THE COURT:  OKAY.  I THINK WHAT I NEED

20   FROM YOU IS -- WELL, LET'S DO IT IN A MUCH MORE RIGOROUS

21   FASHION, AND I WILL DO WHAT I DID WITH THE PLAINTIFFS

22   HERE.

23                 REGARDLESS OF THE WAY I COME OUT ON AMG,

24   YOU ARE NOT SAYING THAT IT PROHIBITS AN ORDER TO SHOW

25   CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE.

1           MR. FREELAND:  THE DEVIL'S IN THE

2    DETAILS, YOUR HONOR, BUT YES.

3           THE COURT:  THE SHOW CAUSE WOULD BE SHOW

4    CAUSE IN 20 DAYS' TIME, THAT A PRELIMINARY INJUNCTION

5    SHOULD ISSUE.  THAT WOULD BE THE ORDER.  THERE WOULDN'T

6    BE ANY DETAILS, IT WOULD JUST BE SHOW CAUSE.  I'M NOT

7    DOING THAT UNDER AMG, WHATEVER READING YOU HAVE IT ON.

8           MR. FREELAND:  YOU ARE NOT, YOUR HONOR.

9           THE COURT:  WHAT ABOUT LIMITED DISCOVERY?

10   THAT'S THE SAME THING, RIGHT?

11          MR. FREELAND:  CORRECT, YOUR HONOR.

12          THE COURT:  WHAT ABOUT TURNOVER OF

13   BUSINESS RECORDS?  THERE MAY BE SOME OTHER REASONS WHY

14   YOU MAY NOT WANT THAT, BUT UNDER THIS ARGUMENT WE ARE

15   MAKING RIGHT NOW, AMG, UNDER -- ANY READING OF AMG DOES

16   NOT PROHIBIT THE TURN OVER OF BUSINESS RECORDS, CORRECT?

17          MR. FREELAND:  THAT'S CORRECT, YOUR

18   HONOR.

19          THE COURT:  AND WITH THE SAME CAVEATS,

20   IMMEDIATE ACCESS TO DEFENDANT'S BUSINESS PREMISES,

21   UNDERSTANDING THAT YOU MIGHT NOT WANT THAT, BUT IN TERMS

22   OF JUST THE AMG ARGUMENT WE ARE HAVING RIGHT NOW.

23          MR. FREELAND:  THAT'S CORRECT, YOUR

24   HONOR.

25          THE COURT:  AND AGAIN, THE APPOINTMENT OF

1        A TEMPORARY RECEIVER, SAME THING?

2                    MR. FREELAND:  SAME CAVEATS?  YES, YOUR

3        HONOR.

4                    THE COURT:  OKAY.  SO ESSENTIALLY WE ARE

5        ALL TALKING ABOUT THE ASSET FREEZE.  AND I THINK WHAT

6        THEY ARE SAYING IS THAT THE ASSET FREEZE IS OKAY BECAUSE

7        AMG DOES NOT GET TO IT.  AND YOU ARE SAYING, BUT LOOK AT

8        WHAT THEY REALLY WANT, WHICH IS AN ASSET FREEZE SO THAT

9        THEY CAN GIVE THE MONEY TO THE CONSUMERS.

10                   MR. FREELAND:  THAT'S CORRECT, YOUR

11       HONOR.

12                   THE COURT:  AND I THINK THERE IS A

13       DISTINCTION BETWEEN PERMANENT INJUNCTION AND A TRO.  SO

14       IF THERE WAS A TRO WHICH CLEARLY INDICATED THAT THE ONLY

15       TRO -- AND AGAIN, I'M NOT SAYING I AM GOING TO ISSUE

16       ONE.  I'M TRYING TO CLARIFY DAMAGES HERE, OR INJUNCTIVE

17       RELIEF, RATHER.

18                   THE ONLY TRO WAS FREEZE ASSETS AND

19       NOTHING ELSE WITH NO UNDERSTANDING AT THIS POINT,

20       ANYWAY, THAT THE FROZEN ASSETS WOULD BE USED TO PAY OFF

21       CONSUMERS.  YOU WOULD THEORETICALLY HAVE NO PROBLEM WITH

22       IT?

23                   MR. FREELAND:  WELL, I WOULD, YOUR HONOR,

24       BECAUSE I DON'T KNOW WHAT THE OTHER PURPOSE WOULD BE TO

25       FREEZE THE ASSETS.

1                        THE COURT:   OKAY.   LET'S GO TO FTC FOR

2      THAT.

3                        WHAT WOULD THE PURPOSE OF FREEZING THE

4      ASSETS APART FROM MAKING SURE THERE IS MONEY TO PAY OFF

5      DEFRAUDED CONSUMERS?

6                        MS. GRIER:   YOUR HONOR, THAT'S THE

7      PRIMARY PURPOSE IS TO PRESERVE THE POSSIBILITY OF

8      CONSUMER REDRESS AND TO ENSURE THAT ASSETS ARE NOT

9      DISSIPATED OR THAT THEY ARE NOT HIDDEN OR THAT THEY ARE

10     NOT SECRETED AWAY.   IT'S ALSO TO ENSURE THAT THEY CAN

11     ALL BE LOCATED.   THAT'S THE PRIMARY PURPOSE OF AN ASSET

12     FREEZE.

13                       THE COURT:   OKAY.   WELL, YOU HAVE GIVEN

14     ME ENSURE THAT ASSETS CAN BE LOCATED, RIGHT, THAT'S ONE.

15                       MS. GRIER:   THAT'S CORRECT.

16                       THE COURT:   WHAT WAS THE OTHER ONE?

17                       MS. GRIER:   PRESERVE THE POSSIBILITY OF

18     REDRESS TO CONSUMERS, THAT THERE IS MONEY AVAILABLE AT

19     THE -- DURING THE PENDENCY OF THE TRO THAT WOULD BE

20     AVAILABLE TO CONSUMERS WHO HAVE BEEN HARMED.

21                       THE COURT:   OKAY.   AND ANYTHING ELSE?

22                       MS. GRIER:   AN ASSET FREEZE ALSO SERVES

23     TO ENSURE THAT THE NUMBER OF ASSETS THAT ARE AVAILABLE

24     ARE, YOU KNOW, MAINTAINED AND THERE IS A STATUS QUO.

25                       THE COURT:   MAINTAINING THE STATUS QUO.

1              MS. GRIER:  MAINTAINING THE STATUS QUO.

2              THE COURT:  SO IF MY TRO, ASSUMING YOU

3      ARE ABLE TO PROVE WHAT YOU NEED TO PROVE, SPECIFICALLY

4      STATED THE ASSET FREEZE IS, ONE, TO ENSURE THAT THE

5      ASSETS CAN BE LOCATED AND, TWO, TO MAINTAIN THE STATUS

6      QUO AND THERE IS NO REFERENCE IN THE TRO TO PRESENT THE

7      POSSIBILITY OF REDRESS, WOULD THAT BE SOMETHING THAT YOU

8      WOULD BE -- GIVEN DEFENSE POSITION, WOULD THAT BE

9      SOMETHING THAT WOULD BE -- YOU WOULD BE AMENABLE TO?

10     UNDERSTANDING YOU DON'T KNOW HOW I AM GOING TO RULE

11     RIGHT NOW.

12             MS. GRIER:  RIGHT.  YOUR HONOR, THE ASSET

13     FREEZE IS TO PRESERVE THE STATUS QUO.  SO IF THERE WAS A

14     TRO IN PLACE THAT PRESERVED THE STATUS QUO AND IMPOSED

15     AN ASSET FREEZE, THE FTC WOULD BE SATISFIED WITH THAT.

16             THE COURT:  SO LET ME TURN TO DEFENSE.

17             MR. FREELAND, WHY WOULDN'T THAT BE OKAY

18     GIVEN YOUR UNDERSTANDING OF AMG?

19             MR. FREELAND:  WELL, BECAUSE WE DON'T

20     BELIEVE THEY CAN SATISFY THE LIKELIHOOD OF SUCCESS ON

21     THE MERITS.

22             THE COURT:  I AM PUTTING THAT ASIDE.  I

23     AM JUST TRYING TO DRAW THE LINES HERE WITH RESPECT TO

24     THE INJUNCTIVE RELIEF THEY REQUEST.

25             ALL WE ARE TALKING ABOUT IS EVERYONE HAS

1    SAID I COULD DO ALL OF THE OTHER STUFF.  I AM NOT SAYING

2    THAT I'M GOING TO, BUT I COULD DO IT WITHIN THE

3    FRAMEWORK THAT THEY WERE OPERATING.  THERE WAS SOME

4    DISPUTE ABOUT THE ASSET FREEZE.  BUT GIVEN THAT IF YOUR

5    VIEW OF AMG IS RIGHT, RESERVING THE POSSIBILITY OF

6    REDRESS MAY BE PROBLEMATIC, BUT LOOK, ENSURING THAT THE

7    ASSETS CAN BE LOCATED IS NOT PROBLEMATIC, NEITHER IS

8    MAINTAINING THE STATUS QUO PROBLEMATIC.

9                    SO GIVEN THAT, WOULD YOU STILL MAINTAIN

10   THAT I CANNOT FREEZE THE ASSETS UNDER -- IF THE ORDER

11   SPECIFICALLY SAID, MAINTAINING STATUS QUO AND ENSURING

12   THAT THE ASSET CAN BE LOCATED?

13                   MR. FREELAND:  WOULD THE "MAINTAIN THE

14   STATUS QUO" BE THE ASSET FREEZE ITSELF?

15                   THE COURT:  YES.

16                   MR. FREELAND:  SO I DON'T THINK THAT THAT

17   IS AUTHORIZED UNDER AMG.

18                   THE COURT:  OKAY.  SO YOU THINK THAT I

19   CAN'T DO IT, EVEN IF I SPECIFICALLY SAY IT'S ABOUT

20   MAINTAINING THE STATUS QUO?

21                   MR. FREELAND:  CORRECT.  AGAIN, YOUR

22   HONOR, COMING BACK TO THE POINT THAT IF THE PURPOSE OF

23   THE FROZEN ASSETS IS REDRESS TO CONSUMERS, THE VEHICLE

24   FOR THAT HAS TO BE SECTION 19.

25                   THE COURT:  I MEAN, I AM SAYING -- I AM

```
 1    ASKING YOU TO -- YOU ARE BUCKING THE HYPOTHETICAL.  YOU
 2    ARE BUCKING THE HYPOTHETICAL.  BECAUSE I AM SAYING THAT
 3    I WOULD NOT INCLUDE -- PRESERVING THE POSSIBILITY OF
 4    REDRESS, I AM PUTTING IT ASIDE.  I AM SAYING WE HAVE GOT
 5    A SITUATION HERE, WE HAVE GOT A TRO HERE.  WE DON'T KNOW
 6    WHETHER THEY ARE GOING TO PROVE WHAT THEY NEED TO PROVE.
 7    BUT IF THEY DO, THEN I HAVE TO CONSIDER THIS ASSET
 8    FREEZE QUESTION, AND WE HAVE TALKED ABOUT THREE POSSIBLE
 9    BUCKETS OR THREE REASONS FOR THE ASSET FREEZE.  ONE IS
10    MAINTAINING THE STATUS QUO.  I CAN ABSOLUTELY DO THAT.
11    THAT HAS GOT NOTHING TO DO WITH MONEY, THAT'S JUST
12    MAINTAINING THE STATUS QUO.  THAT'S WHAT I DO IN A TRO,
13    RIGHT.  THEN ENSURING THAT THE ASSETS CAN BE LOCATED.
14    THERE'S PLENTY OF -- I DON'T KNOW WHETHER THERE IS
15    OPINIONS TALKING ABOUT THAT, BUT THERE IS A LOT OF
16    ORDERS, RIGHT.  SO ORDERS ARE ORDERS.  IT SUGGESTS THAT
17    THERE'S A LOT OF JUDGES JUST NOT DOING WHAT I AM DOING
18    NOW, PUTTING YOU THROUGH YOUR PACES, BUT THEY ARE
19    CERTAINLY OUT THERE.  AND THEN THE THIRD IS PRESERVING
20    THE POSSIBILITY OF REDRESS, WHICH YOU SAY IS A DIRECT
21    LINE TO DISGORGEMENT RESTITUTION.
22                I AM ASKING YOU TO SORT OF PUT ASIDE THAT
23    PRESERVING THE POSSIBILITY OF REDRESS AND TELL ME
24    WHETHER YOU THINK UNDER AMG I CANNOT FREEZE THE ASSETS
25    UNDER ENSURING THE ASSETS CAN BE LOCATED AND MAINTAINING
```

1      THE STATUS QUO.

2                      MR. FREELAND:  I DON'T BELIEVE AMG

3      PERMITS THAT.

4                      THE COURT:  SO POINT IN AMG WHERE IT SAYS

5      THAT.

6                      MR. FREELAND:  I DON'T HAVE IT, YOUR

7      HONOR, SORRY.

8                      THE COURT:  I AM GOING TO -- GIVEN THE

9      FACT THAT IT SEEMS LIKE WE ARE AT AN IMPASSE BECAUSE YOU

10     ARE NOT GOING TO MOVE ON YOUR POSITION, I NOW HAVE TO

11     ANALYZE AMG.

12                     YOU CAN HAVE A SEAT.

13                     LOOKING AT AMG, JUSTICE BREYER BEGINS THE

14     OPINION BY SAYING:  SECTION 13(B) OF THE FEDERAL TRADE

15     COMMISSION ACT AUTHORIZES THE COMMISSION TO OBTAIN

16     IMPROPER CASES, A PERMANENT INJUNCTION IN FEDERAL COURT

17     AGAINST ANY PERSON, PARTNERSHIP OR CORPORATION THAT IT

18     BELIEVES IS VIOLATING OR IS ABOUT TO VIOLATE ANY

19     PROVISION OF LAW THAT THE COMMISSION ENFORCES.  THE

20     QUESTION PRESENTED IS WHETHER THIS STATUTORY LANGUAGE

21     AUTHORIZES THE COMMISSION TO SEEK AND THE COURT TO AWARD

22     EQUITABLE MONETARY RELIEF, SUCH AS RESTITUTION OR

23     DISGORGEMENT.  AND IT SAYS THAT WE CONCLUDE THAT IT DOES

24     NOT.

25                     AMG CONCERNED A REQUEST FOR EQUITABLE

1  MONETARY RELIEF, SUCH AS RESTITUTION OR DISGORGEMENT.

2  IT WAS FILED UNDER SECTION 5(A) OF THE ACT.  AFTER

3  SUMMARY JUDGMENT, THE LOWER COURT OR THE TRIAL COURT, I

4  SHOULD SAY, ORDERED THE DEFENDANT TO PAY 1.27 BILLION IN

5  RESTITUTION AND DISGORGEMENT.

6           THE DISTINCTIONS BETWEEN THIS CASE AND

7  AMG WAS, FIRST OF ALL, THE POSTURE.  THE FEDERAL TRADE

8  COMMISSION HAD SPECIFICALLY ASKED THE COURT TO ISSUE A

9  PERMANENT INJUNCTION TO PREVENT THE DEFENDANT FROM

10 COMMITTING FUTURE VIOLATIONS OF THE ACT.  AND THE COURT

11 HAD GRANTED THAT REQUEST FOR A PERMANENT INJUNCTION IN

12 DIRECTING THE DEFENDANT TO PAY THE MONEY.

13          AND THEN IN LOOKING AT THE LANGUAGE AND

14 STRUCTURE OF 13(B), WHICH THE COURT DID IN GREAT DETAIL,

15 THE COURT INDICATED THAT THE PROVISION FOCUSES UPON

16 RELIEF THAT IS PROSPECTIVE NOT RETROSPECTIVE.  CONSIDER

17 THE WORDS "IS VIOLATING" AND "IS ABOUT TO VIOLATE," NOT

18 "HAS VIOLATED," SETTING FORTH WHEN THE COMMISSION MAY

19 REQUEST INJUNCTIVE RELIEF.

20          IN THIS CASE, THE FTC IS SAYING THAT THE

21 DEFENDANT IS VIOLATING AND IS CONTINUING TO VIOLATE.

22 AND THE COURT, BREYER SAYS:  THESE WORDS REFLECT THAT

23 THE PROVISION ADDRESSES A SPECIFIC PROBLEM, NAMELY THEY

24 ARE STOPPING SEEMINGLY UNFAIR PRACTICES FROM TAKING

25 PLACE WHILE THE COMMISSION DETERMINES THEIR LAWFULNESS.

1              THE QUESTION THEN BECOMES AN ANALYSIS OF

2      SECTION 5.  AMG DOES BAR RETROSPECTIVE EQUITABLE

3      MONETARY RELIEF, BUT IT DOES NOT BAR AN INJUNCTION -- A

4      TRO, RATHER, THAT ADDRESSES A SPECIFIC PROBLEM, NAMELY

5      THAT OF STOPPING SEEMINGLY UNFAIR PRACTICES FROM TAKING

6      PLACE WHILE THE COMMISSION DETERMINES THEIR LAWFULNESS.

7              SO THEREFORE, I FIND THAT IT IS

8      APPROPRIATE AT LEAST TO MAKE THE REQUEST AND TO ISSUE A

9      TEMPORARY RESTRAINING ORDER UNDER SECTION 5.  ALSO,

10     UNDER THE BUSINESS OPPORTUNITY RULE, IT IS -- SUCH AN

11     INJUNCTION IS APPROPRIATE.  AND I'M NOT GOING TO MAKE A

12     DECISION UNDER THE CRFA BECAUSE, QUITE SIMPLY, I HEARD

13     AN ARGUMENT FROM DEFENSE AND I HAVE NOT BEEN ABLE TO

14     EVALUATE THAT ARGUMENT.

15             SO WE CAN PROCEED ON THE REQUEST FOR

16     INJUNCTIVE RELIEF UNDER SECTION 5 THROUGH SECTION 13 AND

17     ALSO THE BUSINESS OPPORTUNITY RULE.

18             SO THEN THE QUESTION WE MOVE TO IS

19     LIKELIHOOD OF SUCCESS ON THE MERITS, RIGHT?  AND WE ARE

20     GOING TO GO THROUGH THE ELEMENTS OF LIKELIHOOD OF

21     SUCCESS ON THE MERITS WITH SECTION 5.  WOULD YOU LIKE TO

22     BEGIN WITH SECTION 5 AT THE FIVE OR WOULD YOU LIKE TO GO

23     TO THE BUSINESS OPPORTUNITY RULE FIRST, YOUR CHOICE?

24             MR. MCAULIFFE:  I CAN DO SECTION 5, YOUR

25     HONOR.

```
1              THE COURT:  OKAY.  LET ME PUT ON THE
2     RECORD WHAT YOU NEED TO SHOW AND THEN WE WILL GO THROUGH
3     THAT.
4              THE ELEMENTS OF A SECTION 5(A), THE
5     STATUTE PROHIBITS DECEPTIVE ACTS OR PRACTICES IN OR
6     EFFECTING COMMERCE, WHICH IS 15 U.S.C. 45(A).  GENERALLY
7     AN ACT OR PRACTICE IS DECEPTIVE UNDER SECTION 5(A) IF IT
8     INVOLVES A MATERIAL REPRESENTATION OR ADMISSION THAT IS
9     LIKELY TO MISLEAD CONSUMERS ACTING REASONABLY UNDER THE
10    CIRCUMSTANCES.  THAT'S BENEFICIAL CALL VS. FDC, 542
11    F.2ND, 611, PINPOINT 617 TO 18.  THAT'S 3RD CIRCUIT
12    1976.
13              WITH RESPECT TO THE ELEMENTS,
14    MATERIALITY, A REPRESENTATION IS MATERIAL IF IT INVOLVES
15    INFORMATION THAT IS IMPORTANT TO CONSUMERS AND HENCE
16    LIKELY TO EFFECT THEIR CHOICE REGARDING OR CONDUCT
17    REGARDING TWO -- REGARDING THE PRODUCT.  AND THAT CAN BE
18    FOUND IN FTC VERSUS CYBERSPACE.COM, LLC, 453 F.3RD 1196
19    PINPOINT 1201, THAT'S NINTH CIRCUIT, THAT'S 2006.  THE
20    COURT ASSUMES THAT EXPLICIT THINGS ARE MATERIAL.  AND
21    THAT IS FOUND IN NHS SYSTEM, AND ALSO IN ADDITION TO THE
22    MATERIALITY, IT MUST BE LIKELY TO MISLEAD -- THE
23    REPRESENTATION IS LIKELY TO MISLEAD CONSUMERS IF THE
24    EXPRESSED OR IMPLIED MESSAGE CONVEYED IS FALSE.  THE
25    DEFENDANT LACKED A REASONABLE BASIS FOR ASSERTING THAT
```

1    THE MESSAGE WAS TRUE AND COURTS LOOK TO THE OVERALL

2    IMPRESSION OF THE REPRESENTATIONS, AND THAT'S AMERICAN

3    HOME PRODUCTS, CORP. VERSUS FTC, 695, F.2ND, 681.

4            SO WHY DON'T YOU GO THROUGH MATERIALITY,

5    GO THROUGH LIKELY TO MISLEAD, AND THEN WE WILL TURN IT

6    OVER TO THE DEFENDANTS.

7            MR. MCAULIFFE:  YES, YOUR HONOR.

8            SO THE CLAIMS THAT THE DEFENDANTS MADE

9    WHEN SELLING THEIR BUSINESS OPPORTUNITIES AND SELF-STUDY

10   PROGRAMS ARE CLEARLY MATERIAL TO CONSUMERS BECAUSE THEY

11   GO TO POTENTIAL INCOME THAT THEY COULD EARN.

12           THE COURT:  AND THESE ARE ATTACHED TO

13   YOUR COMPLAINT, IS THAT RIGHT?

14           MR. MCAULIFFE:  YES, YOUR HONOR.  WE

15   INCLUDE EXAMPLES OF THESE EARNINGS CLAIMS IN THE

16   COMPLAINT AND THE TRO MOTION.

17           THE COURT:  OKAY.

18           MR. MCAULIFFE:  THEY MADE CLAIMS, YOUR

19   HONOR, LIKE THEY WOULD PROVIDE CONSUMERS WITH WORKING

20   AND PROFITABLE ECOMMERCE STORES IN AS LITTLE AS 30 DAYS.

21   IN THEIR OWN WORDS, THESE STORES WERE SUPPOSED TO BE A

22   SECONDARY INCOME STREAM THAT IS 90 PERCENT HANDS OFF AND

23   A MORE PREDICTABLE SOURCE OF CASH FLOW.  AND THEY

24   REPEATEDLY CLAIM THAT THEY GAVE OUT TROPHIES TO

25   CONSUMERS FOR HITTING $10,000, $50,000 AND SEVEN FIGURES

1    WITH THEIR ECOMMERCE BUSINESSES.  AND PRUSINOWSKI

2    HIMSELF ON TIKTOK, HE ALSO CLAIMED THAT STARTING

3    MILLION-DOLLAR BUSINESSES TODAY -- CLAIMED THAT CREATING

4    MILLION-DOLLAR ONLINE BUSINESSES ARE SIMPLE AND HE USED

5    DEFENDANT'S STRATEGY, THEN HE FURTHER INVITED CONSUMERS

6    TO COMMENT 100,000 -- OR 100K ON THE TIKTOK POSTS SO

7    THEY COULD START USING THIS SEVEN-FIGURE FUNNEL TEMPLATE

8    TO START SELLING WINNING PRODUCTS TODAY.

9                    AND, YOUR HONOR, THEY REPEATEDLY USED

10   MISLEADING TESTIMONIALS IN THEIR ADVERTISING --

11                    THE COURT:  LET'S START WITH THE

12   MATERIALITY.

13                    RESPOND TO MATERIALITY, WHY AREN'T THESE

14   CLAIMS MATERIAL OR THE REPRESENTATION MATERIAL?

15                    MR. FREELAND:  YOUR HONOR, YOU KNOW,

16   AGAIN, WITH THE BENEFIT OF MORE TIME, WE COULD HAVE GONE

17   THROUGH SORT OF SNIPPET BY SNIPPET OF THE CLAIMS THAT

18   THEY HAVE ATTACHED TO THEIR MOTION.  BECAUSE THIS IS

19   VERY TYPICAL OF WHAT I HAVE SEEN IN THESE CASES.  THE

20   FTC WILL SAY, IN ORDER TO UNDERSTAND WHAT THE WHOLE

21   CLAIM IS, YOU HAVE TO LOOK AT THE WHOLE CLAIM.  AND THEN

22   THEY WILL JUST TAKE SOUND BITES AND SNIPPETS OF THIS

23   SCREENSHOT WITHOUT THE ENTIRE CONTEXT OF THE EACH

24   ADVERTISEMENT.  AND THEY HAVE ATTACHED A NUMBER OF THEM

25   TO THEIR MOTION WHICH WE HAVE -- OBVIOUSLY NOT HAD

```
 1    ADEQUATE TIME TO GO THROUGH AND FIGURE OUT, HERE IS THE

 2    ENTIRE MESSAGE THAT THE CONSUMER RECEIVED.

 3              I THINK THAT WITH RESPECT TO CERTAIN OF

 4    THE CLAIMS, THEY ARE MATERIAL.  BUT WE NEED THE ENTIRE

 5    CONTEXT OF WHAT WAS MESSAGED TO THE CONSUMER TO

 6    UNDERSTAND WHAT THE OVERALL TAKEAWAY IS, WHICH THE FTC

 7    ADMITS IN ITS MOTION IS THE TEST.  WE DON'T HAVE THAT IN

 8    THEIR MOTION.  THEY SAY THAT'S THE TEST, AND THEN WE

 9    HAVE GOT, HERE IS CLAIM HERE, HERE IS A CLAIM FROM OVER

10    HERE, AND HERE IS A CLAIM FROM OVER HERE.

11              AND WE DID OUR BEST TO GET THROUGH THEM,

12    YOUR HONOR.  AGAIN, WITH THE BENEFIT OF ADDITIONAL TIME,

13    WE COULD GO BACK AND TRY TO TRACK DOWN, HERE IS THE

14    ENTIRETY OF THAT VIDEO, HERE IS THE ENTIRETY OF WHAT

15    THAT TESTIMONY SAID.  IS THERE A DISCLAIMER -- WE WOULD

16    BE ABLE TO DO ALL OF THOSE THINGS.  BUT AS A GENERAL

17    MATTER WITH THOSE CAVEATS, I WOULD SAY THAT SOME OF THE

18    EARNINGS CLAIMS WOULD BE MATERIAL TO A CONSUMER'S

19    PURCHASES.

20              THE COURT:  SO I THINK THAT ELEMENT IS,

21    AT LEAST FOR THE PURPOSES OF THE TRO UNDERSTANDING AND

22    HEARING WHAT YOU HAVE SAID AND UNDERSTANDING IN A TRO, I

23    AM STILL GOING TO HAVE TO HAVE A PRELIMINARY INJUNCTION

24    HEARING IN 20 DAYS ANYWAY.

25              SO MOVE ON TO LIKELY TO MISLEAD.
```

1          MR. MCAULIFFE:  YES, YOUR HONOR.

2          THEY WERE LIKELY TO MISLEAD CONSUMERS WHO

3    ACTED REASONABLY UNDER THE CIRCUMSTANCES BECAUSE THEY

4    ARE FALSE.  IT'S SIMPLE, YOUR HONOR.  WE KNOW THEY ARE

5    FALSE FROM OUR EXPERT'S DECLARATION AND REPORTS FROM

6    CONSUMERS.

7          FOR EXAMPLE, CONSUMERS THEMSELVES

8    REPORTED NUMEROUS ISSUES WITH DEFENDANT'S SERVICES.

9    THEY COMPLAINED THAT THEIR BUSINESS STRATEGIES AND

10   TACTICS WERE MORE COMPLICATED AND LABOR INTENSIVE THAN

11   DESCRIBED.

12          FOR EXAMPLE, ONE CONSUMER REPORTED THAT

13   THE COURSE IS LACKING THE SUPPORT SYSTEM TO HELP

14   STUDENTS LAUNCH THE BUSINESS.

15          AND ANOTHER CONSUMER COMPLAINED THAT IT

16   WAS ALL PRETTY DENSE STUFF, WE FELT TROUBLED BECAUSE YOU

17   PAID FOR A BUSINESS IN A BOX, NOT TO GO TO ECOMMERCE

18   COLLEGE.

19          CONSUMERS ADDITIONALLY REPORTED LACK OF

20   COMMUNICATIONS OR POOR EXPLANATIONS FOR THEIR

21   UNDERPERFORMING STORES.

22          AND MOST IMPORTANTLY, THEY COMPLAINED

23   THAT THEIR STORES NEVER GENERATED SALES, YOUR HONOR.

24   FOR EXAMPLE, ONE CONSUMER STATED THAT HIS STORE NEVER

25   BOUGHT -- EXCUSE ME, NEVER BROUGHT IN MANY SALES.  IT

1    HAD SHIPPING ISSUES AND HE HAD TO SPEND THOUSANDS OF

2    DOLLARS ON ADVERTISEMENTS.

3                        AND ANOTHER CONSUMER STATED THAT THEIR

4    STORE NEVER RECEIVED ONE ORDER AND A TEST ORDER THAT HE

5    ACTUALLY PLACED NEVER EVEN ARRIVED.

6                        AND LASTLY, YOUR HONOR, A CONSUMER EVEN

7    REPORTED THAT AFTER SPENDING $12,000 OF HIS MILITARY

8    RETIREMENT, ALL HE GOT WAS ONE SALE, NO PROFIT AND A

9    BANNED FACEBOOK AD ACCOUNT.

10                       AND YOUR HONOR, THEN WHEN CONSUMERS

11   REALIZED THEY ARE CONNED, THEY TRIED TO CANCEL THEIR

12   SERVICES AND REQUEST REFUNDS.  DEFENDANTS MADE THEM JUMP

13   THROUGH ADDITIONAL HOOPS OR PROVE TO THEM FIRST THAT

14   THEY WERE ENTITLED TO A REFUND.

15                       AND LASTLY, YOUR HONOR, DEFENDANT'S OWN

16   STATEMENTS CONFIRMED THAT THE CLAIMS THEY ARE USING IN

17   THE MARKETING ARE NOT TYPICAL.  SO THEREFORE, THEY ARE

18   MISLEADING AND LIKELY TO MISLEAD A CONSUMER ACTING

19   REASONABLY UNDER THE CIRCUMSTANCES.

20                       FOR EXAMPLE, THEY CONFIRM IN THEIR

21   MARKETING MATERIALS IN A PURPORTED DISCLAIMER, THEY

22   STATE AT THE BOTTOM OF ONE WEB PAGE THAT SALES FIGURES

23   STATED ABOVE ARE MY PERSONAL SALES FIGURES.  PLEASE

24   UNDERSTAND RESULTS NOT TYPICAL.  AND THEN THEY ALSO

25   INCLUDE IN OTHER BRIEF STATEMENTS THAT DID NOTHING TO

1    CHANGE THE DECEPTIVE IMPRESSION CREATED BY THE

2    DEFENDANT'S CONTINUOUS USE OF THESE CLAIMS THAT THE

3    RESULTS ARE NOT TYPICAL.  AND THEY NEVER PROVIDED ANY

4    SUBSTANTIATION TO OUR UNDERCOVER INVESTIGATORS.  WE HAVE

5    NOT SEEN ANY SUBSTANTIATION DOCUMENTS AS REQUIRED, FOR

6    EXAMPLE, THE BUSINESS OPPORTUNITY RULE, WHICH I AM SURE

7    WE WILL GET TO NEXT.  BUT THAT'S THE REASON WE KNOW THEY

8    ARE LIKELY TO MISLEAD CONSUMERS, IS THAT THE CLAIMS

9    THEMSELVES ARE FALSE.

10              THE COURT:  BEFORE I TURN TO DEFENSE

11    LIKELY TO MISLEAD CAN BE -- A REPRESENTATION IS LIKELY

12    TO MISLEAD CONSUMERS IF, ONE, THE EXPRESSED OR IMPLIED

13    MESSAGE CONVEYED IS FALSE OR, TWO, THE DEFENDANT LACKED

14    A REASONABLE BASIS FOR ASSERTING THE MESSAGE WAS TRUE.

15              I THINK WHAT THE FTC SAID, ADDING SOME

16    BELLS AND WHISTLES, WAS BECAUSE IT WAS NOT TYPICAL, IT

17    WAS NOT REASONABLE.

18              IN THAT, AT THIS JUNCTURE, DOES NOT MEET

19    SECTION 2, NEITHER DOES THE STATEMENTS -- DO THE

20    STATEMENTS THAT YOU SET FORTH ABOUT THE DEFENDANT SAYING

21    DON'T THINK YOU ARE GOING TO GET WHAT I GOT OUT OF THE

22    SYSTEM.  AT THIS POINT WITH THE EVIDENCE BEFORE ME, THE

23    GOVERNMENT HAS NOT MET THAT ELEMENT OF LIKELY TO

24    MISLEAD.

25              SO WHAT YOU ARE FOCUSING IN IS ON --

1    DEFENDANT, IS ON THE EXPRESSED OR IMPLIED MESSAGES

2    CONVEYED.  AND YOU ARE REALLY LOOKING AT THOSE CONSUMER

3    REPORTS SAYING THAT THEY HAD PROBLEMS.  WHY ARE THOSE --

4    GIVEN THOSE CONSUMER REPORTS, WHY IS THAT SECOND PRONG,

5    LIKELY TO MISLEAD, NOT BEING MET HERE?

6                 MR. FREELAND:  THANK YOU, YOUR HONOR.

7                 FOR A COUPLE OF REASONS.  THE FIRST IS,

8    IT COMES -- WE CAN'T HAVE THE LIKELIHOOD TO MISLEAD

9    ELEMENT UNTIL WE KNOW WHAT THE OVERALL CLAIM IS, RIGHT.

10   IT GOES BACK TO WHAT I WAS SAYING BEFORE.  WE HAVE GOT

11   SNIPPETS OF CLAIMS.  SO WE NEED THE CONTEXT FIRST.

12   THAT'S REASON NUMBER ONE.

13                 REASON NUMBER TWO IS THE FTC HAS HAD AT

14   LEAST SEVERAL MONTHS TO PREPARE THEIR PAPERS, THEIR

15   COMPLAINT, THEIR MOTION.  THEY CAME UP WITH THREE FORMER

16   CLIENT DECLARATIONS.  ONE FROM 2021, AND TWO FROM 2022.

17   IN LESS THAN 36 HOURS, WE HAVE COME UP WITH SIX, AND WE

18   ATTACHED THEM TO OUR OPPOSITION FILED EARLIER THIS

19   MORNING, YOUR HONOR.  THESE AFFIDAVITS --

20                 THE COURT:  JUST FOR THE RECORD, I GOT

21   AND I READ.

22                 MR. FREELAND:  GOT YOU.

23                 THOSE CLIENT DECLARATIONS, YOUR HONOR --

24   AND AGAIN, WITH THE BENEFIT OF ADDITIONAL TIME, WE CAN

25   CERTAINLY GET MORE.  THEY DEMONSTRATE NOT JUST THAT

1    THESE FOLKS WERE NOT MISLEAD, THEY DEMONSTRATE THAT THEY

2    WENT THROUGH THE EDUCATION, THEY LISTENED TO THE

3    CONSULTING FROM THE DEFENDANTS, AND THEY SUCCEEDED.  AND

4    THEY DIDN'T JUST SUCCEED, THEY ARE ACTUALLY PROUD OF

5    WHAT THEY HAVE DONE IN BUILDING THEIR OWN ONLINE

6    BUSINESS WITH THE HELP AND CONSULTING OF THE DEFENDANTS.

7            COMING BACK TO THE SUCCESS STORIES.  WE

8    HAVE A DECLARATION FROM MR. PRUSINOWSKI HERE, I THINK

9    IT'S EXHIBIT 1, THAT GOES THROUGH -- I'M SORRY,

10   EXHIBIT 2 -- THAT GOES THROUGH A LOT OF THE CLAIMS THAT

11   ARE CHALLENGED BY THE FTC.  AND I HEARD MR. MCAULIFFE

12   GET UP AND SAY THEY ARE FALSE.  WELL, MR. PRUSINOWSKI

13   SUBMITTED THE DECLARATION SAYING THAT THEY ARE NOT.

14   THEY ARE NOT FALSE.

15           AND SO, IF THEY ARE NOT FALSE, THEY CAN'T

16   MISLEAD.  BUT AGAIN, YOUR HONOR, IT DOES COME BACK TO --

17           THE COURT:  WELL, IF THE EXPRESS OR

18   IMPLIED MESSAGE CONVEYED IS FALSE.  SO THAT SUGGESTS

19   THAT IT COULD BE TRUE BUT IMPLIED SOMETHING ELSE.

20           MR. FREELAND:  RIGHT, YOUR HONOR.  AND TO

21   THAT POINT, I THINK WE HAVE A SIMILAR EXAMPLE IN OUR

22   OPPOSITION.  IT WOULD BE LIKE SAYING, THIS COLLEGE HAS

23   FIVE NOBEL LAUREATES THAT GRADUATED FROM IT.  IT WOULD

24   BE LIKE SAYING, THEY CANNOT SAY THAT BECAUSE EVERY

25   STUDENT THAT GOES THERE THINKS THEY ARE GOING TO BECOME

```
1    A NOBEL LAUREATE.  IT'S SIMILAR HERE.  AND AGAIN, THE

2    CONTEXT OF THE AD IS WHAT MATTERS THE MOST.  AND WE

3    DON'T HAVE THAT HERE, WE JUST DON'T HAVE THE CONTEXT.

4    WE HAVE GOT SNIPPETS FROM HERE AND THERE AND EVERYWHERE,

5    NOT THE ENTIRE CONTEXT.  AND YOU HAVE TO HAVE THAT IN

6    ORDER TO GO AD BY AD, CLAIM BY CLAIM TO DETERMINE WHAT

7    THE OVERALL IMPRESSION IS, FIRST, AND WHETHER IT'S

8    SOMETHING LIKE WE HAD FIVE NOBEL LAUREATES GRADUATE FROM

9    YOUR COLLEGE; DON'T EXPECT TO BE A NOBEL LAUREATE.  OR

10   WHETHER IT'S COME TO OUR COLLEGE, YOU ARE GOING TO

11   BECOME A NOBEL LAUREATES.  YOU NEED THE WHOLE CONTEXT OF

12   THE AD, OF EACH AD THAT THEY PUT BEFORE THE COURT BEFORE

13   YOU CAN GET TO THE LIKELIHOOD TO MISLEAD PART OF IT.

14             SO FOR THAT ADDITIONAL REASON, YOUR

15   HONOR, I DON'T THINK THEY HAVE SATISFIED THE LIKELIHOOD

16   TO MISLEAD ELEMENT.

17             THE COURT:  OKAY.  SO GOVERNMENT, RESPOND

18   TO THE TWO SALIENT POINTS HERE.  ONE IS THAT DEFENDANTS

19   HAVE NOT HAD TIME TO TALK ABOUT CONTEXT BECAUSE THEY

20   ONLY GOT THIS THING, WHAT, YOU WERE APPOINTED 5 O'CLOCK

21   YESTERDAY?

22             MR. FREELAND:  NO, IT WAS LATE IN THE

23   EVENING WEDNESDAY, YOUR HONOR.

24             THE COURT:  AND TODAY IS FRIDAY MORNING,

25   RIGHT?
```

```
 1                    MR. FREELAND:  I THINK SO.

 2                    THE COURT:  I THINK SO, TOO.

 3                    SO CONTEXT IS ONE ARGUMENT.  AND THE

 4     OTHER IS THAT BECAUSE THERE ARE STATEMENTS FROM SUCCESS

 5     STORIES FROM CUSTOMERS WHO HAVE HAD SUCCESS IN THIS

 6     PROGRAM THAT THAT SHOULD OUTWEIGH OR SHOULD NEGATE -- I

 7     AM NOT REALLY SURE WHAT THE ARGUMENT THERE WAS -- THAT

 8     THERE ARE OTHER CUSTOMERS WHO SAY THEY WERE MISLEAD BY

 9     EITHER IMPLIED OR EXPLICIT FALSE MESSAGES.

10                    MS. GRIER:  I'M NOT SURE WHAT STANDARD HE

11     IS REFERRING TO.  I SUSPECT THAT IT'S THE NET

12     IMPRESSION, THAT SOME COURTS HAVE DETERMINED THAT EVEN

13     IMPLIED STATEMENTS OR STATEMENTS THAT HAVE A DISCLAIMER

14     OR STATEMENTS WHERE ON THEIR FACE THEY ARE NOT DECEPTIVE

15     BUT GIVEN THE CONTEXT OF THE ENTIRE DECEPTIVE PRACTICE,

16     THE NET IMPRESSION OF WHAT CONSUMERS SEE IS DECEPTIVE.

17                    SO IN THIS CASE, WE DON'T NEED TO HAVE A

18     CONVERSATION ABOUT THE OVERALL NET IMPRESSION OR THE

19     OVERALL CONTEXT BECAUSE IN THIS CASE THERE ARE MATERIAL

20     EXPLICIT CLAIMS OF EARNINGS.  WE HAVE PUT BEFORE THE

21     COURT MANY VIDEO CAPTURES.  MANY CAPTURES FROM THEIR

22     WEBSITE, FOR EXAMPLE, HAS ONE OF THE MOST EGREGIOUS

23     CLAIMS THAT PEOPLE CAN MAKE MILLION OF DOLLARS AND THAT

24     THE DEFENDANT WILL PROVIDE A COMPLETE BUSINESS AND HAND

25     THAT OVER TO YOU READY AND WILLING TO BE PROFITABLE WHEN
```

1    IT IS HANDED OVER AND THAT THAT BUSINESS IS GOING TO

2    EARN YOU $10,000 A MONTH, MILLIONS OF DOLLARS, TENS OF

3    MILLION EVEN, AND THAT'S GOING TO START RIGHT AWAY.

4              SO FIRST OF ALL, I JUST WANT TO CLARIFY

5    THERE IS NO RULE THAT SAYS THAT THE ENTIRE CONTEXT HAS

6    TO BE TAKEN INTO ACCOUNT IF THERE IS EXPLICIT EARNINGS

7    CLAIMS.  SO WE HAVE THAT IN OUR BRIEF REGARDING THE FACT

8    THAT IF THERE IS EXPLICIT EARNINGS CLAIMS, THEY ARE

9    MATERIAL.  WHEN SOMEBODY WANTS TO BUY A PRODUCT THAT IS

10   A BUSINESS OPPORTUNITY WHERE THE PURPOSE OF THE PRODUCT

11   IS FOR ME TO HAVE MONEY AND EARN AN INCOME, EARN A

12   PASSIVE INCOME, THESE CLAIMS ARE COMPLETELY ALL OVER THE

13   WEBSITE.  JUST THIS WEEK THE DEFENDANT POSTED MORE

14   YOUTUBE VIDEOS, AND I HAVE ADDITIONAL DECLARATIONS TO

15   SHOW THAT THIS IS STILL GOING ON.  HE POSTED ADDITIONAL

16   YOUTUBE VIDEOS AND ADDITIONAL ADS WHERE THEY SAY

17   EVERYWHERE $10,000 A MONTH, YOU CAN DO THIS, JUST PAY

18   US, YOU KNOW, 10, 25, $35,000 AND WE CAN DO THIS FOR

19   YOU.

20              SO I WANT TO JUST BE CLEAR THAT WE ARE

21   SAYING THAT IT IS A MATERIAL EXPRESS EARNINGS CLAIM.

22   THERE IS VERY FEW THINGS THAT ARE MORE MATERIAL TO

23   SOMEBODY WHO IS TRYING TO EARN INCOME THAN HOW MUCH

24   MONEY THEY CAN MAKE.

25              THE COURT:  BUT WE'VE MOVED FROM

1    MATERIALITY TO LIKELY TO MISLEAD.  SO YOU ARE GOING BACK

2    TO THE CASE LAW ON MATERIALITY, AND I WANT TO FOCUS IN

3    ON LIKELY TO MISLEAD.

4                    MS. GRIER:  I WANTED TO CLARIFY WHAT HE

5    WAS SAYING ABOUT THE CONTEXT.

6                    SO THE SECOND THING THAT YOU SAID WAS

7    DEFENDANTS HAD NOT HAD TIME.  THIS IS REALLY SIMPLE.

8    THEY NEED TO PROVIDE VALID SUBSTANTIATIONS FOR THE

9    CLAIMS THAT WERE MADE AT THE TIME THEY MADE THEM.  THIS

10    SHOULD ALREADY BE IN THEIR RECORDS.  UNDER THE BUSINESS

11    OPPORTUNITY RULE AND OTHER CASES, IF THEY DON'T HAVE THE

12    SUBSTANTIATION AT THE TIME THAT THE CLAIMS WERE MADE,

13    THEN THAT'S A LACK OF SUBSTANTIATION.  SO WE ARE SAYING

14    THAT THEY LACKED SUBSTANTIATION AND THAT THEY ARE FALSE.

15                    SO WHEN IT COMES TO LACK OF

16    SUBSTANTIATION, LIKE YOU SAID, THEY HAVE HAD -- YOU

17    KNOW, IT HAS BEEN SHORT, BUT AT THE SAME TIME THEY

18    SHOULD HAVE THIS READILY AVAILABLE FOR ANY CLIENT WHO

19    COMES TO THEM.  THIS SHOULD BE SOMETHING THAT IS

20    REGULARLY PROVIDED TO CLIENTS, AND THAT'S WHY THE

21    BUSINESS OPPORTUNITY RULE IS SO IMPORTANT.

22                    THE COURT:  WE ARE NOT TALKING ABOUT

23    BUSINESS OPPORTUNITY RULE YET.  WE HAVE NOT GOTTEN THERE

24    YET.  I AM JUST FOCUSING ON SECTION 5(A).  AS YOU HAVE

25    SEEN, I AM BEING VERY FOCUSED ON EVERY ELEMENT BECAUSE I

1       WANT THIS RECORD TO BE RIGHT.

2                   MS. GRIER:  I UNDERSTAND.

3                   UNDER SECTION 5 IT'S THE SAME, THAT THEY

4       NEED TO PROVIDE SUBSTANTIATION FOR THE CLAIMS THAT THEY

5       MADE AT THE TIME THAT THEY WERE MADE.  AND SO THEY HAVE

6       NOT PROVIDED THAT.  THE CONSUMER DECLARATIONS THEY

7       PROVIDED US EARLY THIS MORNING, THEY DO NOT SHOW THAT

8       THESE CONSUMERS ARE MAKING MONEY.  MANY OF THEM, AND I

9       CAN GO THROUGH THEM ONE BY ONE, BUT MR. CLARK SAYS HE

10      MADE -- HAD $30,000 IN REVENUE SINCE MAY 2022.  NOW,

11      THEY ARE SAYING THIS IS THE TOTAL REVENUE.  THERE IS NO

12      PROFIT AND LOSS SHEETS.  THERE IS NO DISCUSSION OF WHAT

13      THEIR BUSINESS EXPENSES ARE.  WHAT OUR EXPERT SAYS IS

14      THAT THEY DO NOT INCLUDE ANY OF THE COSTS AND RUNNING

15      THESE TYPES OF ECOMMERCE STORES ARE VERY EXPENSIVE

16      ADVERTISING.  IN DEFENDANT'S OWN WORDS, HE SAID THAT

17      THEY ARE $5 A CLICK, EVERY TIME SOMEBODY CLICKS ON AN

18      AD, THE CLIENTS -- THE EEB'S CLIENTS HAVE TO PAY $5 AN

19      AD.  SO WHEN YOU SEE CLICKS, THIS IS HOW MANY CLICKS WE

20      HAVE GOT, ISN'T THIS A GREAT CAMPAIGN.  TIMES THAT BY

21      FIVE AND THAT'S HOW MUCH THEY HAD TO PAY FOR THOSE

22      CLICKS.

23                  OUR EXPERT SAYS, HEY, LET'S BE

24      CONSERVATIVE.  I DID MY OWN ANALYSIS, BECAUSE I AM AN

25      EXPERT, AND I SAY, IT'S PROBABLY -- WITH THIS INDUSTRY

1      AND THIS KIND, IT'S PROBABLY SOMEWHERE BETWEEN TWO AND

2      THREE DOLLARS PER CLICK.  SO IF YOU ADD IN THE

3      ADVERTISING COST AND YOU SAY, HOW MANY CLICKS DID THEY

4      ADD AND WHAT ARE THE ADVERTISING COSTS THAT WERE

5      ASSOCIATED WITH THIS, THESE STORES ARE LOSING MONEY ON

6      AVERAGE, THEY ARE NOT EARNING MONEY.  SO TO HAVE

7      CONSUMER DECLARATIONS THAT ARE SAYING, I MADE $35,000 IN

8      TOTAL REVENUE SINCE MAY OF 2022, THAT'S MORE THAN TWO

9      YEARS, AND THEY HAVE ONLY MADE $30,000 IN REVENUE.

10                    THE COURT:  SO --

11                    MS. GRIER:  THESE ARE NOT CONSUMERS WHO

12     ARE MAKING MONEY.

13                    THE COURT:  SO WITH RESPECT TO YOUR

14     REFERENCE TO THE EXPERT, I'M NOT -- I DON'T HAVE AN

15     EXPERT HERE IN FRONT OF ME.  I DON'T KNOW WHETHER THERE

16     WAS AN EXPERT REPORT ATTACHED.  IF THERE WAS AN EXPERT

17     REPORT ATTACHED, HE OR SHE DID NOT LOOK AT THE CUSTOMER

18     STATEMENTS THAT WERE FILED BY DEFENDANT AT 3 O'CLOCK

19     THIS MORNING FOR SURE, SO I'M NOT GOING TO TAKE THAT

20     INTO ACCOUNT.

21                    BUT SHEARING YOUR ARGUMENT OF THAT

22     PARTICULAR COMPONENT, I AM GOING TO TURN TO DEFENDANT

23     AND ASK FOR A RESPONSE.

24                    MR. FREELAND:  YOUR HONOR, THE FTC SAYS

25     ITSELF IN ITS BRIEF, AND THIS IS ECF 4 AT PAGE 27,

1    TALKING ABOUT NET IMPRESSION, QUOTE, IN DETERMINING

2    WHETHER A REPRESENTATION IS LIKELY TO MISLEAD CONSUMERS,

3    COURTS CONSIDER THE OVERALL NET IMPRESSION IT CREATES,

4    END QUOTE.  NEXT SENTENCE, QUOTING AN AUTHORITY.  A

5    SOLICITATION MAY BE LIKELY TO MISLEAD BY VIRTUE OF THE

6    NET IMPRESSION IT CREATES EVEN THOUGH THE SOLICITATION

7    ALSO CONTAINS TRUTHFUL DISCLOSURES, CLOSE QUOTE.  THAT'S

8    FOOTNOTE 123, YOUR HONOR.  I AM NOT SURE WHAT CASE THAT

9    IS, BUT IT LOOKS LIKE IT'S CYBERSPACE.COM.

10                   AND AGAIN, COMING BACK TO THIS, AND I

11   KNOW I WILL HAVE LOTS TO SAY ABOUT THE BUS OPP STUFF

12   WHEN WE GET THERE, YOUR HONOR, I KNOW WE ARE NOT TALKING

13   ABOUT THAT NOW.

14                   COMING BACK TO IT.  YOU CANNOT REACH THE

15   LIKELIHOOD TO MISLEAD COMPONENT IF YOU DON'T KNOW WHAT

16   THE NET IMPRESSION IS.  AND WE DON'T KNOW WHAT THE NET

17   IMPRESSION IS FROM THE ADS AND THE SNIPPETS AND THE

18   LITTLE BIT A CLAIM HERE, A CLAIM THERE, A CLAIM HERE.

19   WE DON'T KNOW WHAT IT IS, YOUR HONOR, ON THIS RECORD.

20                   THE COURT:  SO I THINK THAT THERE IS A

21   FINE POINT TO BE MADE HERE ABOUT WHAT IS MEANT BY

22   OVERALL IMPRESSION OR NET IMPRESSION.  I THINK ONE IS,

23   IF YOU LOOK AT THE STATEMENT ITSELF AND YOU PARSE THE

24   LANGUAGE OF THE STATEMENT AND YOU SAY, IN THAT

25   STATEMENT, THE OVERALL IMPRESSION WITH RESPECT TO THAT

1    STATEMENT ITSELF STANDING ALONE IS THAT IT IS LIKELY TO

2    MISLEAD.

3              I THINK WHAT YOU ARE SAYING IS BECAUSE

4    SOME PEOPLE HAD ONE IMPRESSION AND SOME PEOPLE HAD A

5    DIFFERENT IMPRESSION THAT THAT'S WHAT WE ARE LOOKING FOR

6    IN AN OVERALL IMPRESSION.  I AM NOT SURE THAT'S WHAT THE

7    CASE LAW SAYS.

8              MR. FREELAND:  I BELIEVE IT'S BOTH, YOUR

9    HONOR.  SO WE CAN LOOK AT A CLAIM IN ISOLATION AND SAY,

10   WHAT IS THE NET IMPRESSION OF THIS CLAIM?  BUT YOU DON'T

11   KNOW WHAT THE NET IMPRESSION OF WHAT THE CONSUMER

12   RECEIVED UNLESS YOU LOOK AT EVERYTHING THAT IS

13   SURROUNDING IT.

14             THE COURT:  THAT'S YOUR CONTEXT ARGUMENT?

15             MR. FREELAND:  CORRECT.

16             THE COURT:  IN THE CONTEXT OF THIS TRO,

17   ON THE INFORMATION I HAVE RIGHT NOW, UNDERSTANDING THAT

18   ON THE PRELIMINARY INJUNCTION WE WOULD BE LOOKING FOR

19   MORE CONTEXT, AND THE DEFENDANT WILL BE ABLE TO PROVIDE

20   THAT CONTEXT, I FIND THAT THERE IS A LIKELY TO MISLEAD.

21   SO THEREFORE, AT LEAST ON THIS TRO, THE GOVERNMENT HAS

22   MET ITS BURDEN ON SECTION 5(A).

23             NOW, GIVEN WHAT I HAVE SAID ABOUT AMG AND

24   GIVEN THAT WITH RESPECT TO THE REQUEST FOR ASSET FREEZE,

25   MY ORDER WOULD CLEARLY STATE THAT IT IS ONLY FOR THE

1    MAINTAINING THE STATUS QUO, AND WHAT WAS THE OTHER ONE,

2    INSURING THAT THE ASSETS CAN BE LOCATED.

3              I AM NOT SURE THAT THERE IS A REASON TO

4    MOVE ON TO THE BUSINESS OPPORTUNITY RULE UNLESS THE

5    PLAINTIFFS CAN TELL ME OTHERWISE.

6              MS. GRIER:  YOUR HONOR, COULD I ASK A

7    CLARIFICATION QUESTION?

8              THE COURT:  YES.

9              MS. GRIER:  ARE WE JUST TALKING ABOUT THE

10    ASSETS FREEZE AND NOT THE ENTIRE TRO?  WE ARE ALSO

11    REQUESTING A RECEIVERSHIP.

12              THE COURT:  I KNOW.  I THINK THAT -- SO

13    IS IT YOUR VIEW THAT UNDER SECTION 5(A) ALL OF THOSE

14    OTHER THINGS THAT YOU REQUESTED COULD NOT HAPPEN, THEY

15    WOULD ONLY HAPPEN UNDER THE BUSINESS OPPORTUNITY RULE,

16    IS THAT WHAT YOU ARE SAYING?

17              I THINK IF YOU HAVE MET -- IF YOU PROVE

18    LIKELIHOOD OF SUCCESS ON 5(A), I THINK WE THEN GO TO

19    WHAT RELIEF IS APPROPRIATE.  AND IF THERE IS -- IF IN

20    YOUR VIEW THERE IS MORE POTENTIAL INJUNCTIVE RELIEF

21    UNDER THE BUSINESS OPPORTUNITY RULE THAN UNDER 5(A),

22    THEN WE NEED TO GO TO THE BUSINESS OPPORTUNITY RULE.

23    BUT IF YOU BELIEVE IT IS THE SAME, THEN WE DON'T NEED TO

24    DO THAT.

25              MR. MCAULIFFE:  YOUR HONOR, I THINK I CAN

1    ANSWER THAT.

2                SO WE DO BELIEVE THERE IS ADDITIONAL

3    INJUNCTIVE RELIEF UNDER THE BUSINESS OPPORTUNITY RULE.

4    SO WE HAVE ALLEGED THREE COUNTS.  TWO ARE VERY CLOSE TO

5    THE SECTION 5(A) COUNTS.  BOTH DEAL WITH EARNINGS.  ONE

6    DEALS WITH EARNINGS CLAIMS AND ONE DEALS WITH

7    MISREPRESENTATIONS TO CONSUMERS WHEN YOU ARE SELLING

8    BUSINESS OPPORTUNITIES.

9                WE WOULD SAY THAT IF THE INJUNCTIVE

10   RELIEF FOR THE TRO FOR THE SECTION 5, THAT THEY WOULD

11   LIKELY REACH THOSE TWO COUNTS.

12               THE COURT:  JUST VERY QUICKLY, TELL ME

13   THE TWO BUCKETS.

14               MR. MCAULIFFE:  YES.  SO THERE IS THREE,

15   WE HAVE ALLEGED THREE BUSINESS OPPORTUNITY RULE COUNTS.

16               THE COURT:  YES.

17               MR. MCAULIFFE:  ONE IS -- I CAN BE EXACT,

18   YOUR HONOR.  ONE IS MAKING MISREPRESENTATIONS REGARDING

19   INCOME AND PROFITS, AND THE OTHER IS USING DECEPTIVE

20   EARNINGS CLAIMS WHEN YOU ARE SELLING BUSINESS

21   OPPORTUNITIES.  AND ALL OF THE EVIDENCE THAT WE HAVE --

22               THE COURT:  THAT'S ONLY TWO.

23               MR. MCAULIFFE:  RIGHT, SORRY, YOUR HONOR.

24   AND THE LAST ONE IS THEY FAILED TO PROVIDE DISCLOSURE

25   DOCUMENTS, WHICH ARE REQUIRED UNDER THE RULE.

```
 1                    THE COURT:  OKAY.  SO WITH RESPECT TO THE

 2    MAKING MISREPS, THAT'S PRETTY MUCH A MIRROR OF THE 5(A),

 3    CORRECT?

 4                    MR. MCAULIFFE:  EXACTLY.

 5                    THE COURT:  WHAT ABOUT THE DECEPTIVE

 6    EARNINGS CLAIMS, IS THAT ALSO A MIRROR OF THE 5(A)?

 7                    MR. MCAULIFFE:  IT IS VERY CLOSE EXCEPT

 8    WITHIN THE BUSINESS OPPORTUNITY RULE, THERE IS ALSO A

 9    REQUIREMENT THAT THEY PROVIDE AN EARNINGS CLAIM

10    STATEMENT, AND THAT'S SPECIFIC -- I MEAN, IT'S IN THE

11    RULE ITSELF.

12                    THE COURT:  OKAY.

13                    MR. MCAULIFFE:  SO THAT WOULD BE AN

14    ADDITIONAL.

15                    THE COURT:  WHAT ABOUT FAILURE TO PROVIDE

16    DISCLOSURES, IS THAT SOMETHING THAT IS UNDER 5(A) OR

17    JUST UNDER THE BUSINESS OPPORTUNITY RULE?

18                    MR. MCAULIFFE:  THAT WOULD BE JUST UNDER

19    THE BUSINESS OPPORTUNITY RULE.

20                    THE COURT:  SO THEN ESSENTIALLY THE

21    QUESTION IS, IS ARE THERE ADDITIONAL INJUNCTIVE REMEDIES

22    UNDER THE TWO BUCKETS IN THE BUSINESS OPPORTUNITY RULE

23    WHICH ARE NOT IN 5(A), WHICH ARE THE DECEPTIVE EARNINGS

24    CLAIMS STATEMENT AND THE FAILURE TO PROVIDE DISCLOSURES.

25                    AND WE ARE JUST FOCUSING ON REMEDIES AT
```

1    THIS POINT.

2                    MR. MCAULIFFE:  SO WE WOULD SAY THAT THE

3    ASSET FREEZE THAT WE HAVE REQUESTED UNDER 19 WOULD REACH

4    THE BUSINESS OPPORTUNITY RULE VIOLATIONS.

5                    THE COURT:  BUT I WILL TELL YOU RIGHT NOW

6    THAT UNDER 5(A) I'M GOING TO DO AN ASSET FREEZE BUT NOT

7    -- BUT IN THE LIMITED WAY THAT I TALKED ABOUT,

8    REGARDLESS OF WHAT YOU DO ON BUSINESS OPPORTUNITY.

9                    SO GIVEN THAT, IS THERE -- THERE ARE

10   OTHER THINGS THAT ARE REQUESTED, AND WE CAN GO BACK TO

11   THEM.  SO IS THERE ANYTHING ABOUT THE BUSINESS

12   OPPORTUNITY BUCKETS THAT ARE NOT MENTIONED IN 5(A) THAT

13   YOU HAVE MENTIONED THAT WOULD -- WELL, YOU SAID -- I

14   THINK EVERYBODY AGREED UNDER 5(A) I COULD LIMIT

15   DISCOVERY, I COULD ORDER A SHOW CAUSE, I COULD TURN OVER

16   BUSINESS RECORDS, I CAN PROVIDE -- REQUIRE IMMEDIATE

17   ACCESS TO DEFENDANT'S BUSINESS PREMISES, AND I CAN

18   APPOINT A TEMPORARY RECEIVER.  SO EVERYBODY SAID I CAN

19   DO THAT UNDER 5(A), I THINK.  THEY DIDN'T SAY I SHOULD,

20   BUT THEY SAID I COULD, RIGHT?

21                    MR. FREELAND:  ASSUMING LIKELIHOOD ON THE

22   SUCCESS OF THE MERITS.

23                    THE COURT:  RIGHT.  AND I HAVE ALREADY

24   DECIDED THAT THERE IS A LIKELIHOOD OF SUCCESS ON THE

25   MERITS OF 5(A), RIGHT.

1                      SO ALL WE ARE TALKING ABOUT IS WHETHER

2      THE BUSINESS OPPORTUNITY RULE CHANGES THE EQUATION WITH

3      RESPECT TO ASSET FREEZE, BUT I ALREADY TOLD YOU THAT I

4      AM NOT -- WITH RESPECT TO ASSET FREEZE, I AM CAREFULLY

5      CABINING THAT.

6                      SO I SUPPOSE THE QUESTION STILL REMAINS,

7      GIVEN WHAT I HAVE JUST TOLD YOU, IS THERE ANY REASON WHY

8      WE SHOULD MOVE ON TO A DISCUSSION OF THE BUSINESS

9      OPPORTUNITY RULE?

10                     MR. MCAULIFFE:  COURT'S INDULGENCE.

11                     THE COURT:  GO AHEAD.

12                     (BRIEF PAUSE IN THE PROCEEDING.)

13                     MS. GRIER:  YOUR HONOR, WE AGREE WITH

14     YOUR ANALYSIS.

15                     MR. MCAULIFFE:  RIGHT.  WE ARE WORKING TO

16     MAKE SURE THAT WE ARE INFORMING THE COURT OF FTC LAW AND

17     THAT YOU UNDERSTAND THE WAY THAT THE SECTION 13(B) AND

18     THE SECTION 19 WORKS.  WE AGREE WITH YOUR ANALYSIS AND

19     DON'T SEE ANY HARM IN HAVING AN ASSET FREEZE THAT

20     MAINTAINS THE STATUS QUO.

21                     THE COURT:  WELL, REMEMBER, THIS IS ONLY

22     THE TRO CONTEXT.  THE WORLD COULD CHANGE IN THE

23     PRELIMINARY INJUNCTION.

24                     THEN I GO TO BALANCING THE EQUITIES AND

25     THE PUBLIC INTEREST.  BECAUSE THE BALANCE IS FOCUSED ON

1    THE PUBLIC INTEREST, THE PUBLIC INTEREST SHOULD RECEIVE

2    GREATER WEIGHT THAN PRIVATE ONES.  AND THAT'S WORLDWIDE

3    FACTORS LIMITED 88 F.2ND AT 346 TO 47.

4                    SO HERE, TELL ME ABOUT THE PUBLIC

5    INTEREST.

6                    AND I ASSUME THAT DEFENSE IS GOING TO

7    COUNTER THE PUBLIC INTEREST AND TELL ME ABOUT THE

8    PRIVATE INTEREST, CORRECT?

9                    MR. FREELAND:  CORRECT, YOUR HONOR.

10                   THE COURT:  TELL ME ABOUT THE PUBLIC

11   INTEREST.

12                   MR. MCAULIFFE:  YES, YOUR HONOR.

13                   IT'S CLEAR HERE, IT'S OUR POSITION THAT

14   IT IS CLEAR, THE PUBLIC INTEREST IN THIS CASE IS

15   COMPELLING.  IT'S HALTING, UNLAWFUL AND HARMFUL CONDUCT

16   IN PRESERVING ASSETS FOR POTENTIAL RESTITUTION TO

17   INJURED CONSUMERS AT THE CONCLUSION OF THIS LITIGATION.

18                   AND YOUR HONOR, IN CONTRAST, DEFENDANTS

19   HAVE NO LEGITIMATE INTEREST IN CONTINUING THEIR

20   FRAUDULENT SCHEME, AND THAT'S WHY A TEMPORARY

21   RESTRAINING ORDER WILL PREVENT THEM FROM FURTHER HARMING

22   THE PUBLIC.

23                   THE COURT:  OKAY.

24                   DEFENSE.

25                   MR. FREELAND:  THANK YOU, YOUR HONOR.

1                    AS I BELIEVE I SAID AT THE OUTSET, I WILL

2      SAY IT AGAIN.  WE AGREE TO AN ORDER THAT WOULD REQUIRE

3      US TO COMPLY WITH SECTION 5.  IN FACT, WE AGREE TO TAKE

4      THE CONSUMER FACING ADS DOWN IN ORDER TO THEN EFFECT

5      PENDING WHATEVER HEARING IS GOING TO COME AFTER THIS

6      ONE.

7                    WHERE WE HAVE AN ISSUE IS WITH RESPECT TO

8      THE 250 CUSTOMERS THAT ARE CURRENTLY BEING CONSULTED

9      SUCCESSFULLY BY THE DEFENDANTS AND THE PEOPLE THAT ARE

10     -- WE HAVE NOT EVEN TALKED ABOUT THE ENTIRE SOFTWARE

11     WING OF THIS COMPANY, OKAY.  WE HAVE BEEN TALKING ABOUT

12     THE EDUCATION, THE BUSINESS COACHING, BUSINESS

13     CONSULTING SIDE OF THINGS.

14                   THE COURT:  LET ME ASK YOU A QUESTION.

15     THE SOFTWARE WING, IS THAT A DIFFERENT DEPARTMENT, IS IT

16     ALL -- IS EVERYTHING INTERMINGLED OR IS THERE A CLEAR

17     SEPARATION?

18                   MR. FREELAND:  THERE MAY OR MAY NOT BE,

19     YOUR HONOR.  I HAVE NOT HAD ENOUGH TIME TO INVESTIGATE

20     IT.  BUT I DO KNOW THIS:  THERE ARE SOME PEOPLE WHO ARE

21     BEING SERVICED -- ACTUALLY, I DO KNOW THIS.  THERE ARE

22     SOME PEOPLE WHO ARE USING THE -- HOLD ON, YOUR HONOR,

23     LET ME MAKE SURE I GET THE NAME OF IT CORRECT.  THE

24     STOREFUNNELS.NET SOFTWARE, WHICH IS -- I THINK YOU CAN

25     CALL IT -- IT'S A SEPARATE DBA OF THE CORPORATE -- OF

1    THE LLC DEFENDANT IN THE CASE.  SO THE PEOPLE THAT ARE

2    ON STOREFUNNELS.NET, THINK OF IT LIKE A SHOPIFY

3    PLATFORM, RIGHT, YOUR HONOR.  LIKE, I HAVE GOT SOMETHING

4    I WANT TO SELL, I NEED AN ONLINE STORE FRONT, SOFTWARE,

5    THAT I CAN USE TO UPLOAD MY PRODUCT, TELL CONSUMERS

6    ABOUT IT, AND THEN THEY BUY OR THEY DON'T BUY.  THERE

7    ARE SOME PEOPLE THAT ARE ON THE STOREFUNNELS.NET

8    SOFTWARE WHO ARE ALSO RECEIVING THE BUSINESS AND

9    MARKETING CONSULTING SERVICES --

10             THE COURT:  THEY ARE WITHIN THAT 200,

11   IT'S A VENN DIAGRAM WITHIN THOSE 250 CUSTOMERS?

12             MR. FREELAND:  CORRECT.  THERE IS OVERLAP

13   BETWEEN THE TWO SIDES OF THE BUSINESS.  THERE ARE ALSO

14   PEOPLE, BUSINESSES, THAT ARE ON THE STOREFUNNELS.NET

15   SOFTWARE RUNNING THEIR STORES, MAKING PRODUCT SALES THAT

16   DID NOT GO THROUGH THE EDUCATION AND CONSULTING SERVICES

17   ON THAT SIDE OF THE BUSINESS.

18             SO OUR CONCERN IS THAT IF THE TRO IN ANY

19   WAY EVEN PUTS A SPEEDBUMP ON THOSE OPERATIONS, IT'S

20   GOING TO HAVE A DETRIMENTAL IMPACT ON THE PEOPLE THAT

21   ARE USING THIS SOFTWARE TO RUN THEIR BUSINESSES WHERE

22   THEY CAN LITERALLY BE SELLING THINGS 24 HOURS A DAY.

23   THOSE WOULD BE INCIDENT VICTIMS OF THE TRO WERE IT TO

24   REACH OUT TO THEM.  AND AGAIN, IT'S NOT LIKE IT'S JUST

25   MR. PRUSINOWSKI HERE THAT DOES THIS.  THERE IS A WHOLE

```
 1    TEAM OF SOFTWARE ENGINEERS, MARKETING SPECIALISTS, THERE
 2    ARE INDEPENDENT CONTRACTORS THAT MAKES THAT
 3    STOREFUNNELS.NET SOFTWARE HUM LIKE A MACHINE.  SO
 4    INTERRUPTING THAT, IT WOULD NOT JUST BE DISRUPTIVE, IT
 5    COULD BE POTENTIALLY DESTRUCTIVE TO A LOT OF THIRD-PARTY
 6    BUSINESSES.
 7                    THE COURT:  OKAY.  UNDERSTANDING THAT WE
 8    HAVE STILL NOT GOT TO THE APPROPRIATE INJUNCTIVE RELIEF,
 9    THAT IS THE FINAL STEP, I FIND THAT THE BALANCE OF
10    EQUITIES, HAVING HEARD THE PUBLIC INTEREST AND THE
11    PRIVATE ISSUES, ARE IN FAVOR OF THE GOVERNMENT.
12                    SO I DO NOT HAVE A PROPOSED ORDER FROM
13    THE GOVERNMENT.  MAYBE YOU FILED IT, I JUST DIDN'T SEE
14    IT.
15                    MS. GRIER:  YOUR HONOR, WE DID FILE A
16    PROPOSED ORDER AND THEN WE SENT A WORD VERSION TO YOUR
17    DEPUTY CLERK YESTERDAY.
18                    THE COURT:  OKAY.  CAN SOMEONE GET --
19                    MS. GRIER:  WE CAN MAKE THAT AVAILABLE TO
20    YOU IN ANY WAY THAT YOU WOULD LIKE.
21                    THE COURT:  IS IT HERE?
22                    (DISCUSSION OFF THE RECORD.)
23                    THE COURT:  I NEED SOMETHING UP HERE ON
24    THE BENCH, AND THEN WE CAN GO FROM THERE.
25                    MR. MCAULIFFE:  I HAVE A COPY.
```

1          THE COURT:  THIS IS A VERY LONG ORDER.

2          MR. MCAULIFFE:  I BELIEVE IT'S JUST THE

3     ORDER, YOUR HONOR.

4          THE COURT:  OKAY.  THIS WHOLE THING IS

5     THE ORDER?

6          MR. MCAULIFFE:  DO YOU MIND IF I TAKE A

7     SECOND LOOK, YOUR HONOR?  SOME PAPERS MAY HAVE GOTTEN

8     MIXED UP IN THERE.

9          THE COURT:  YOU ATTACHED IT AS

10    EXHIBIT 12.

11          MS. GRIER:  YES, YOUR HONOR.

12          THE COURT:  I DIDN'T SEE IT AS AN

13    EXHIBIT.  OKAY.

14          SO LET US LOOK AT WHAT YOU REQUEST.  AND

15    TO TELL YOU THE TRUTH, I AM GOING TO LEAVE YOU HERE ONCE

16    I TELL YOU MY THOUGHTS TO DISCUSS WHAT THIS ORDER IS

17    GOING TO LOOK LIKE.

18          THERE WILL BE AN ASSET FREEZE, BUT IT

19    WILL BE SPECIFICALLY PREMISED ON MAINTAINING THE STATUS

20    QUO AND INSURING THAT THE ASSETS CAN BE LOCATED AND NOT

21    ON THE PRESERVATION OF THE POSSIBILITY OF REDRESS.

22          I AM GOING TO ORDER TO SHOW CAUSE WHY A

23    PRELIMINARY INJUNCTION SHOULD NOT ISSUE, AND GIVEN THAT

24    WE HAVE GOT THE 20 DAYS, MY CALENDAR IS ON THE WEEK OF

25    OCTOBER THE 7TH.  I CAN GIVE YOU A DATE THEN.  AND YOU

```
1        TELL ME HOW LONG YOU WOULD NEED FOR THE PRELIMINARY

2        INJUNCTION HEARING.

3                     WITH RESPECT TO LIMITED DISCOVERY, WHAT

4        KIND OF LIMITED DISCOVERY WOULD YOU WANT?

5                     MS. GRIER:  YOUR HONOR, IT'S IN THE

6        ORDER, AND THE TYPE OF LIMITED DISCOVERY IS PROVIDING

7        ANY BUSINESS RECORDS.

8                     THE COURT:  WHERE DOES IT SPECIFICALLY

9        SAY IT IN THE ORDER?

10                    MS. GRIER:  IT WOULD BE IN SECTION 19.

11                    THE COURT:  WHICH IS PAGE WHAT?

12                    MS. GRIER:  ON PAGE 24.  AND THERE IS

13       ALSO AN IMMEDIATE ACCESS PROVISION ON PAGE 25.

14                    THE COURT:  WE ARE JUST TALKING ABOUT IT

15       BIT BY BIT.

16                    OKAY.  WHAT YOU ARE GOING TO DO IS LOOK

17       AT THIS, AND I AM CONCERNED ABOUT THOSE -- WELL, NO.  I

18       THINK YOU JUST LOOK AT THE PRODUCTION OF BUSINESS

19       RECORDS, TALK ABOUT IT.  YOU ARE GOING TO HAVE TO

20       PRODUCE SOME BUSINESS RECORDS.  I HAVE NOT -- I DON'T

21       KNOW HOW BROAD THIS IS, BUT I THINK YOU NEED TO TALK

22       ABOUT WHAT WOULD GET THE FDC WHAT IT NEEDS.  AND THERE

23       WILL BE A BATTLE, BUT I DON'T WANT THIS TO BE A BATTLE

24       WHERE NOBODY IS GIVING GROUND.  BECAUSE THEN I'M GOING

25       TO GET UPSET AND I ALREADY HAD A LONG AND TOUGH TRIAL,
```

1    AND I AM JUST NOT READY TO HAVE THAT KIND OF BATTLE

2    AGAIN TODAY.  SO YOU ARE GOING TO DISCUSS THAT.

3              MS. GRIER:  YOUR HONOR, BEFORE YOU GO ON,

4    MAY I ADDRESS A COUPLE OF --

5              THE COURT:  I HAVE NOT FINISHED.

6              MS. GRIER:  SORRY.

7              THE COURT:  BECAUSE WE ARE GOING TO NOW

8    GO TO -- SO WE HAVE GOT ASSET FREEZE IN THE WAY THAT I

9    HAVE DISCUSSED; WE HAVE GOT AN ORDER TO SHOW CAUSE BY A

10   PRELIMINARY INJUNCTION SHOULD ISSUE ON OCTOBER THE 7TH;

11   I THINK THERE IS SOMETHING IN THE ORDER WHICH TALKS

12   ABOUT SERVICE OF THE ORDER, TAKE A LOOK AT THAT

13   TOGETHER; CORRESPONDENCE AND SERVICE OF PLAINTIFF, TAKE

14   A LOOK AT THAT TOGETHER; PRELIMINARY INJUNCTION HEARING,

15   LOOK AT THAT TOGETHER; AND THE BRIEFS AND AFFIDAVITS,

16   TAKE A LOOK AT THAT TOGETHER.

17              YOU SAY IN THE DURATION OF THE ORDER IT

18   SHALL EXPIRE 14 DAYS FROM THE DATE OF THE ENTRY.  I

19   THINK THAT ALTHOUGH 65(B)(2) SAYS 14, I THINK THAT THE

20   RULE SAYS 20, RIGHT?  IF YOU LOOK AT THE TEMPORARY

21   RESTRAINING ORDER RULE, IT SAYS, IF A COMPLAINT IS NOT

22   FILED WITHIN -- UPON A PROPER SHOWING THAT, WEIGHING THE

23   EQUITIES AND CONSIDERING THE COMMISSION'S LIKELIHOOD OF

24   ULTIMATE SUCCESS, SUCH ACTION WOULD BE IN THE PUBLIC

25   INTEREST, AND AFTER NOTICE TO THE DEFENDANT, A TEMPORARY

1    RESTRAINING ORDER OR A PRELIMINARY INJUNCTION MAY BE

2    GRANTED WITHOUT BOND, PROVIDED, HOWEVER, THAT IF A

3    COMPLAINT IS NOT FILED WITHIN SUCH PERIOD, NOT EXCEEDING

4    20 DAYS, AFTER THE ISSUANCE OF THE TEMPORARY RESTRAINING

5    ORDER, THE ORDER SHALL BE DISSOLVED.

6            SO THAT SUGGESTS THAT DESPITE WHAT THE

7    FEDERAL RULES SAY, THAT 20 DAYS IS MORE APPROPRIATE

8    UNDER FTC, OR AM I READING THIS WRONG?

9            MS. GRIER:  YOUR HONOR, MY UNDERSTANDING

10   IS THAT IT IS 14 DAYS, BUT THE COURT CAN ALSO EXTENT TO

11   20 OR MORE, IF THE COURT SO CHOSES.

12           SO TYPICALLY THERE IS -- THE TRO IS

13   ENTERED --

14           THE COURT:  I KNOW THE TRO IS TYPICALLY

15   14, BUT I AM JUST SEEING THIS RULE WHERE IT SUGGESTS

16   THAT MAYBE 20 -- IT SAYS 20 -- OH, NOT EXCEEDING 20.

17   OKAY.

18           SO ANY OBJECTION TO ME -- I THINK OCTOBER

19   THE 7TH IS MAYBE 17.  ANY OBJECTION TO THAT?

20           MR. FREELAND:  AS LONG AS WE CAN WORK THE

21   DETAILS OUT ON THE REST OF THIS, NO, NO OBJECTION.

22           THE COURT:  OKAY.  SO YOU ARE GOING TO

23   WORK ON THAT.  IF YOU WANT IT EARLIER, I PRETTY MUCH

24   HAVE NO TIME.  WE CAN DO IT AT NIGHT, IF NECESSARY.  BUT

25   I AM KIND OF GIVING YOU MY BEST DATES POSSIBLE.

```
 1                    SO THEN THE LIMITED DISCOVERY WILL BE THE
 2     TURN OVER OF BUSINESS RECORDS THAT YOU DISCUSS, RIGHT,
 3     IT'S THE SAME THING?
 4                    MS. GRIER:  RIGHT.
 5                    THE COURT:  SO WHATEVER YOU NEED TO DO TO
 6     YOUR ORDER TO SAY, THE LIMITED DISCOVERY IS ONLY WHAT IS
 7     ORDERED.  UNLESS YOU WANT A DEPOSITION, IF YOU WANT A
 8     DEPOSITION.
 9                    MS. GRIER:  YOUR HONOR, EXPEDITED
10     DEPOSITIONS ARE INCLUDED, AND THAT'S WHAT WE ARE
11     REQUESTING AS WELL.
12                    THE COURT:  WHERE IS THAT IN THE ORDER?
13                    MS. GRIER:  IT'S UNDER PROVISION 22,
14     SECTION 22, EXPEDITED DISCOVERY.
15                    THE COURT:  WHICH IS PAGE WHAT?
16                    MS. GRIER:  PAGE 27.
17                    YOUR HONOR, I JUST WANT TO CLARIFY
18     SOMETHING.  WE ARE ASKING FOR RECEIVER.
19                    THE COURT:  I UNDERSTAND.  I HAVE NOT
20     GOTTEN THERE YET.
21                    MS. GRIER:  OKAY.
22                    THE COURT:  OKAY.  SO I AM FINE WITH
23     EXPEDITED DISCOVERY.  BUT I THINK BEFORE YOU GO INTO
24     EXPEDITED DISCOVERY, YOU ALSO HAVE TO TALK ABOUT -- YOU
25     MIGHT WANT TO INCLUDE IN THE TURN OVER DOCUMENTS WHAT
```

1    YOU WANT IN DISCOVERY, RIGHT, BECAUSE --

2                    MS. GRIER:  YES, UNDER THE EXPEDITED

3    DISCOVERY PROVISION, YOU WILL FIND THAT IT'S LIMITED.

4    SO IT'S LIMITED TO CERTAIN TOPICS UNDER THE EXPEDITED

5    DISCOVERY, SO IT'S NOT A WIDE-RANGING DEPOSITION, IT'S

6    LIMITED TO THESE PARTICULAR DEFENDANTS, EACH LOCATION

7    THAT THE DEFENDANT IS AT, IT'S NOT A COMPLETE DISCOVERY

8    REQUEST.

9                    THE COURT:  OKAY.

10                   MS. GRIER:  THAT'S WHY I MENTIONED THE

11    RECEIVER, IS BECAUSE --

12                   THE COURT:  WAIT.

13                   MS. GRIER:  -- OF THE TURN OVER TO THE

14    RECEIVER.

15                   THE COURT:  WAIT.

16                   SO I AM LOOKING AT THE EXPEDITED

17    DISCOVERY.  GIVEN THOSE LIMITATIONS, THAT SEEMS FINE TO

18    ME.  IT MIGHT BE FINE-TUNED, AND AGAIN, DON'T FIGHT TOO

19    HARD OVER THAT ONE.

20                   THEN I THINK WE ARE GOING INTO -- NOW

21    HERE IS THE TWO THAT I NEED SOME DISCUSSION ON, THE

22    APPOINTMENT OF A TEMPORARY RECEIVER AND IMMEDIATE ACCESS

23    TO THE DEFENDANT'S BUSINESS PREMISES.

24                   THE DEFENDANTS HAVE TOLD ME, AND IF YOU

25    WANT ME TO I CAN PUT THE FOUNDER ON THE STAND SO HE CAN

1    TELL US THAT, THAT THERE ARE 250 CUSTOMERS THAT ARE

2    WORKING WITH THE ENTITY.  AND THERE IS ALSO A -- SOME

3    SOFTWARE WING OF THE PARTY WHICH IS LIKE A SPOTIFY

4    PLATFORM, WHICH IS SERVICING NOT ONLY A VENN DIAGRAM

5    WITH RESPECT TO THOSE 250, BUT MAY ALSO BE SERVING

6    OTHERS.

7                    I AM NOT IN THE BUSINESS OF BRINGING

8    SMALL BUSINESSES TO THEIR KNEES.  AND RIGHT NOW, THERE

9    IS NO REASON TO SUPPOSE, PARTICULARLY GIVEN THE

10   STATEMENTS FROM THE CUSTOMERS THAT SOME PEOPLE ARE

11   SATISFIED, THAT THERE ARE NOT, IN FACT, 250 CUSTOMERS

12   THAT ARE SATISFIED, AND THERE IS NOT, IN FACT, ANOTHER

13   WING.

14                    SO I AM LOATHE AT THIS POINT TO APPOINT A

15   TEMPORARY RECEIVER, AND I AM ALSO LOATHE, PERHAPS LESS

16   LOATHE, TO ALLOW IMMEDIATE ACCESS TO DEFENDANT'S

17   BUSINESS PREMISES.

18                    SO I THINK WHAT THE GOVERNMENT HAS TO

19   PROVIDE ME WITH THEIR BEST CASE, LET'S START WITH THE

20   APPOINTMENT OF RECEIVER, BECAUSE I THINK A LOT OF THINGS

21   FLOW FROM THERE.

22                    MS. GRIER:  YES, YOUR HONOR.

23                    APPOINTMENT OF A RECEIVER IS ABSOLUTELY

24   NECESSARY IN THIS CASE AND PREVENTS THE DEFENDANT FROM

25   HIDING DOCUMENTS AND RAIDING THE BUSINESS.  ALSO, IT

1    ALLOWS FOR AN ORDERLY CONTINUATION OF THE BUSINESS

2    DURING THE TEMPORARY RESTRAINING ORDER.

3                SO I WANTED TO ADDRESS FIRST THE

4    STOREFUNNELS.NET.  WE ARE VERY WELL AWARE OF THAT, AND

5    WE ARE VERY CAREFUL, PERSONALLY AND IN PREVIOUS CASES

6    THAT I HAVE BROUGHT, OF MAKING SURE THAT IF THERE IS ANY

7    SORT OF LEGITIMATE BUSINESS OPERATION THAT IS CONTINUING

8    ON THAT WE ARE NOT INTERFERING WITH THAT.  SO THIS IS

9    SOMETHING THAT WE CAREFULLY CONSIDERED BEFORE WE BROUGHT

10   THIS CASE ABOUT THE STOREFUNNELS AND THE SOFTWARE THAT

11   WAS PROVIDED.

12                IN THAT SITUATION, THE RECEIVER WOULD NOT

13   GO IN AND STOP THE COMPANY FROM OPERATING.  THE COMPANY

14   WOULD -- THE RECEIVER'S JOB IS TO ENSURE THE COMPANY IS

15   OPERATING LAWFULLY AND PROPERLY.  IT'S NOT TO GO IN AND

16   SHUT IT DOWN.

17                SO IF THERE IS LEGITIMATE BUSINESS GOING

18   ON, I DON'T THINK THAT THERE IS, BUT IF THERE IS

19   LEGITIMATE BUSINESS GOING ON, THE RECEIVER CAN GO IN AND

20   ENSURE THAT THAT CONTINUES.  THE RECEIVER'S ROLE IS TO

21   ENSURE THAT THE BUSINESS IS NOT BEING, YOU KNOW, USED TO

22   PERPETUATE A FRAUD.  AND ALSO THAT THE RECEIVER CAN

23   LOCATE THE ASSETS IN A WAY THAT SOMEBODY WHO IS NOT

24   APPOINTED BY THE COURT COULD NOT.  THE RECEIVER IS ABLE

25   TO LOCATE BUSINESS RECORDS; THE RECEIVER WOULD BE ABLE

1    TO HAVE AN ORDERLY CONTINUATION OF THE BUSINESS DURING

2    THE TRO AND WOULD MAKE RECOMMENDATIONS TO THE COURT

3    ABOUT WHETHER OR NOT AND HOW BY WAY THE BUSINESS COULD

4    BE CONTINUED LAWFULLY AND PROPERLY.

5              SO IT'S VERY IMPORTANT IN A CASE LIKE

6    THAT, THIS WHERE IT'S COMPLETELY PERMEATED BY FRAUD,

7    THAT THE DEFENDANT NOT CONTINUE IN THE CLAIMS.  WE HAVE

8    ADDITIONAL DECLARATIONS THAT WE CAN SUBMIT TO THE COURT.

9    THIS HAS BEEN CONTINUING THIS WEEK, OF POSTING VIDEOS

10   AND CONTINUOUSLY MAKING THESE EARNINGS CLAIMS AND

11   CONTINUOUSLY MAKING THESE SALES PITCHES.

12             SO WITHOUT A RECEIVER IN PLACE, IT'S VERY

13   DIFFICULT TO ENSURE THAT THE FRAUD WILL NOT CONTINUE AND

14   BE PERPETUATED.  ALSO, THE SEVERANCE ENSURES THAT -- SO

15   WHEN THE RECEIVER TAKES OVER, ENSURES THAT BUSINESS

16   EXPENSES TO THE EXTENT THAT THEY ARE LEGITIMATE AND HAS

17   AN ORDERLY PAYMENT OF BUSINESS EXPENSES.

18             NOW, THE RECEIVER IS APPOINTED BY THE

19   COURT, SO I CANNOT MAKE REPRESENTATIONS ABOUT WHAT STEPS

20   THE RECEIVER IS GOING TO TAKE ONCE THE RECEIVER TAKES

21   OVER A BUSINESS.  BUT I CAN TELL YOU THAT THAT IS PART

22   OF THEIR ROLE IS ENSURING THAT CONSUMERS ARE NOT -- YOU

23   KNOW, CONTINUOUS VICTIMIZATION.  THAT'S A BIG PART OF A

24   RECEIVERSHIP IS TO MAKE SURE THAT THERE IS NOT ONGOING

25   VICTIMIZATION OF CONSUMERS.

1          NOW, WHEN IT COMES TO THE

2     STOREFUNNELS.NET, THE SOFTWARE PROGRAM THAT IS BEING

3     USED, IT'S CONNECTED TO THE ECOMMERCE STORES SO THAT

4     THEY CAN ACTUALLY HAVE TRANSACTIONS WITH THE BUSINESS.

5          SO THERE IS NOTHING IN THE ORDER THAT

6     WOULD PREVENT THAT FROM HAPPENING AND FROM THE

7     BUSINESSES TO CONTINUE UNDER THE ORDER.  SO THERE IS

8     NOTHING THERE THAT WOULD SAY THAT THEY HAVE TO HALT THE

9     CONSUMERS.  THE CLIENT STORES ARE INDEPENDENTLY SEPARATE

10    FROM THE SYSTEM, MEANING THAT THEY ARE UNDER THE LOGINS

11    AND NAMES OF THE INDIVIDUALS WHO SET UP THE STORES.  SO

12    THAT WOULD NOT HARM THEIR STORES EITHER.

13          SO OUR POSITION IS THAT A RECEIVERSHIP IS

14    EXTREMELY IMPORTANT TO HALTING THE CONTINUED FRAUD, BUT

15    ALSO TO ENSURE THAT THE CONSUMERS ARE NOT VICTIMIZED

16    FURTHER BY THE DEFENDANT.

17          THE COURT:  OKAY.  LET'S HEAR FROM

18    DEFENSE ON THAT.

19          MR. FREELAND:  THANK YOU, YOUR HONOR.

20          IT'S THE POINT THAT MS. GRIER ADMITTED,

21    WHICH IS SHE CANNOT SPEAK FOR WHAT THE RECEIVER IS GOING

22    TO DO.  THERE IS NO EVIDENCE THAT ANY OF THESE 250 ARE

23    DISPLEASED, ARE UNSATISFIED, AND THAT THE SOFTWARE IS

24    NOT WORKING FOR THEM AND THAT THE ONGOING CONSULTING

25    SERVICES THAT THEY ARE RECEIVING FROM THE DEFENDANTS,

```
 1    THEY ARE NOT BENEFITING FROM.
 2                  AS I SAID BEFORE, WE ARE WILLING -- AND
 3    THE ADS THAT SHE JUST REFERENCED, YOUR HONOR, BY THE
 4    WAY, THIS CASE WAS FILED WEDNESDAY AFTERNOON.  AN
 5    IMMEDIATE REACTION TO THAT AND WITHOUT ANY ADMISSION OF
 6    LIABILITY, JUST AS PRECAUTIONARY MEASURE, ALL OF THE
 7    CONSUMER-FACING ADS CAME DOWN.
 8                  THE COURT:  SO THERE'S NOTHING ON
 9    INSTAGRAM, NOTHING ON FACEBOOK, NOTHING ON X, NOTHING ON
10    YOUTUBE.
11                  MR. FREELAND:  SO THE WAY THAT SOCIAL
12    MEDIA WORKS, YOUR HONOR, IS YOU HAVE ACTIVE ADS AND THEN
13    EACH ADVERTISER HAS LIKE A LIBRARY THAT THE SOCIAL MEDIA
14    OUTLET STORES.  BUT YOU HAVE TO ACTUALLY GO AND LOOK TO
15    FIND THAT.  IT'S LIKE LOOKING UP A WORD IN THE
16    DICTIONARY.  IN TERMS OF WHAT WE WILL CALL ACTIVE
17    TRAFFIC, IN OTHER WORDS HERE IS THIS INSTAGRAM AD THAT
18    IS OFFERING BUSINESS COACHING AND CONSULTING AND IT'S
19    GOING TO POP UP ON SOMEONE'S INSTAGRAM FEED, THAT
20    STOPPED.  ALL OF THAT STOPPED.  AND WE HAVE AGREED TO
21    ENTER INTO AN ORDER, FOR AT LEAST THE TRO PURPOSES, THAT
22    WOULD KEEP THE ADS DOWN.  SO THE ISSUE -- SO THERE IS NO
23    ISSUE WITH THE RECEIVER ON THAT PART.
24                  THE REAL ISSUE WITH THE RECEIVER IS THIS
25    IS ALL VERY HIGHLY TECHNICAL STUFF.  AND IF THE RECEIVER
```

1    COMES IN AND JUST SAYS, I THINK ALL OF THIS IS UNLAWFUL,

2    IT'S ALL SWEPT IN.   NOW ALL OF THESE BUSINESSES ARE OUT,

3    BUSINESSES WHERE THERE HAS BEEN NO EVIDENCE OF ANY

4    DISSATISFACTION WHATSOEVER.

5                    THE COURT:   OKAY.  SO THIS IS WHERE YOUR

6    NEGOTIATING IS GOING TO TAKE PLACE, BECAUSE I THINK MOST

7    OF THE OTHER THINGS ARE JUST LIKE THIS IS THE ORDER,

8    THIS IS HOW IT'S GOING TO WORK.

9                    WITH THE RECEIVER, I WILL APPOINT A

10   RECEIVER, BUT MY MAIN CONCERN IS I DON'T WANT THOSE ADS

11   TO CONTINUE TO BE PLAYED ANYWHERE.  I DON'T KNOW HOW

12   THAT WORKS, HOW TO TAKE IT DOWN, BUT I DON'T KNOW WHAT

13   YOU ARE TALKING ABOUT WHEN YOU SAY THERE IS A LIBRARY.

14   BUT THERE SHOULD BE NO EFFORT WHATSOEVER TO CONTINUE TO

15   GET NEW CONSUMERS INTO THIS BUSINESS, AT LEAST UNTIL WE

16   GET TO THE PRELIMINARY INJUNCTION.  SO THAT WOULD BE THE

17   RECEIVER'S JOB.

18                    BUT THEN HOW YOU CARVE OUT CONTINUING TO

19   SERVICE THESE 250 CUSTOMERS, AND I ASSUME THAT DEFENSE

20   WOULD BE ABLE TO TELL THE GOVERNMENT WHO THESE 250

21   CUSTOMERS ARE AND WOULD ALSO BE ABLE TO TELL THE

22   GOVERNMENT WHICH CUSTOMERS IN ADDITION TO THOSE 250 ARE

23   USING THE SOFTWARE, THE STOVE -- WHATEVER IT IS

24   CALLED -- ARE USING THAT SOFTWARE.  I THINK THAT'S

25   SOMETHING THE RECEIVER SHOULD AND THE DEFENDANT SHOULD

1     ENGAGE -- WE NEED TO GET THAT INFORMATION ASAP, RIGHT?

2     THAT'S LIKE THE NUMBER ONE THING.  I THINK A COMPLIANCE

3     WITH SECTION 5 WOULD BE A GOOD THING TO INCLUDE IN

4     THERE.  I THINK TAKING DOWN CONSUMER-FACING ADS AND

5     MAKING SURE THAT THEY ARE NOT SHOWN ANYWHERE AND NOT

6     ACCESSIBLE ANYWHERE IS ANOTHER THING.

7               BUT I THINK THAT YOU HAVE TO WORK ON IT.

8     BECAUSE I'M NOT GOING TO JUST SIGN OFF ON EVERYTHING

9     THAT THE GOVERNMENT WANTS.  I THINK WE NEED TO HAVE IT

10    TAILORED TO THE BUSINESS NEEDS, UNDERSTANDING THAT HOW I

11    VIEW THE BUSINESS NEEDS, WHICH IS THIS VERY SMALL COHORT

12    OF EXISTING SATISFIED CUSTOMERS.

13              SO I AM GOING TO LEAVE YOU TO WORK ON IT.

14    YOU HAVE GOT THE WORD VERSION.  AND YOU CAN CONTACT MY

15    CHAMBERS.  I THINK YOU HAVE CHAMBERS NUMBER, YOU CAN

16    CALL.  ALSO NELSON IS THERE AND NELSON CAN GIVE YOU HIS

17    TELEPHONE NUMBER, SO YOU CAN CALL HIM, AND JUST WORK IT

18    OUT.

19              AS I SAID, IT IS NOT A TIME TO DO BATTLE.

20    IT IS A TIME TO UNDERSTAND HOW TO PROCEED, GIVEN THE

21    FACT THAT I HAVE GRANTED THE TRO, AND GIVEN EVERYTHING

22    THAT I HAVE SAID IN THIS HEARING, IT'S HOW BEST TO DO

23    IT, UNDERSTANDING THAT I DON'T WANT TO IMPOSE MY

24    UNEDUCATED VIEW ON THIS SITUATION BECAUSE, HAVING HAD

25    THIS HEARING, I AM NOT IN THE BEST POSITION TO IMPOSE

1    SOMETHING.  I UNDERSTAND THAT THE GOVERNMENT THINKS THAT

2    THEY ARE RIGHT AND THAT THEY SHOULD GET EVERYTHING THAT

3    THEY WANT.  I UNDERSTAND THAT THE DEFENDANT THINKS THAT

4    IT IS RUNNING A LEGITIMATE BUSINESS AND THEREFORE IT

5    SHOULD NOT HAVE THESE PROVISIONS IMPOSED ON IT.  BUT

6    THEY HAVE BEEN BECAUSE THE GOVERNMENT HAS MET ITS BURDEN

7    IN THIS TRO.  AND SO THEREFORE ANY NEGOTIATION HAS TO

8    RECOGNIZE THAT.

9                    OKAY?  THANK YOU.

10                   (RECESS TAKEN.)

11                   (CLERK OPENS COURT.)

12                   THE COURT:  YOU HAVE BEEN HARD AT WORK.

13   HAVE YOU COME UP WITH AN AGREEMENT?

14                   MS. GRIER:  NO, YOUR HONOR.

15                   YOUR HONOR, WE ATTEMPTED TO NEGOTIATE AN

16   AGREEMENT WITH DEFENSE COUNSEL, BUT WE ARE UNABLE TO DO

17   SO.  THERE SEEMS TO BE AN FUNDAMENTAL MISUNDERSTANDING

18   ABOUT THE COURT'S ORDER WITH RESPECT TO ASSET FREEZE AND

19   THE RECEIVERSHIP.  AND SO WE ARE LOOKING TO THE COURT'S

20   DIRECTION REGARDING THE ASSET FREEZE AND THE

21   RECEIVERSHIP.

22                   SO WE UNDERSTAND YOU DIDN'T HAVE AN

23   OPPORTUNITY TO REVIEW THE FULL ORDER BEFORE OUR

24   DISCUSSION.  IF I MISUNDERSTOOD, I AM SORRY.  BUT WE

25   ATTEMPTED TO HAVE SOME DISCUSSIONS ABOUT SOME OF THE

1    PROVISIONS OF THE ORDER.

2                    ONE THING THAT WE WERE ABLE TO OFFER IS

3    THAT IF THERE IS IMMEDIATE ACCESS TO THE BUSINESS, THERE

4    IS NO BUSINESS LOCATION IS WHAT THEY HAVE REPRESENTED.

5    AND WE ARE WILLING TO ACCEPT THEIR REPRESENTATION AT

6    THIS TIME BECAUSE OUR INVESTIGATION ON THE LOCATION

7    SEEMED TO CONFIRM THAT.

8                    THE COURT:  OKAY.

9                    MS. GRIER:  BUT WE ARE WILLING TO ADD

10   INTO THE COURT ORDER THAT THE RECEIVER WILL NOT ENTER

11   THE PERSONAL RESIDENCE OF THE INDIVIDUALS, AND THAT THE

12   RECEIVER WOULD RECEIVE THE TURN OVER OF THE BUSINESS

13   DOCUMENTS OR THE TURN OVER OUTSIDE OF THE DEFENDANT'S

14   PERSONAL RESIDENCE.  AND --

15                    THE COURT:  JUST TELL ME THE AREAS THAT

16   YOU CAN'T AGREE TO.

17                    MS. GRIER:  I AM NOT UNDERSTANDING -- I

18   HAVE TO SAY THAT WHAT THEY THINK THAT PRESERVING THE

19   STATUS QUO MY UNDERSTANDING IS IS THEY THINK THEY CAN

20   PRESERVE THE STATUS QUO OF THE ASSET FREEZE MEANS THAT

21   THE DEFENDANT CAN CONTINUE TO SPEND MONEY FOR LIVING

22   EXPENSES --

23                    THE COURT:  NO.

24                    MS. GRIER:  -- OR THE DEFENDANT CONTINUE

25   TO SPEND BUSINESS MONEY.

1          THE COURT:  NO.  ASSET FREEZE IS ASSET

2     FREEZE.

3          MS. GRIER:  RIGHT.  SO THAT'S A

4     FUNDAMENTAL PROBLEM THAT WE WERE HAVING.

5          THE COURT:  THAT PROBLEM IS RESOLVED.

6     ASSET FREEZE, NO MONEY.  IF THE RECEIVER COMES IN AND

7     DETERMINES THAT IT'S -- OR IS PERSUADED THAT THERE NEEDS

8     TO BE SOME ASSET OUTLAY ON PARTICULAR EXPENSES, THEN YOU

9     CAN COME BACK TO ME AND MAKE THAT RECOMMENDATION, OKAY.

10          IS THAT THE ONLY ISSUE?

11          MR. FREELAND:  IF I MAY, YOUR HONOR?

12          THE COURT:  GO AHEAD.

13          MR. FREELAND:  AGAIN, I AM VERY

14     EXHAUSTED.  WHAT I UNDERSTOOD THE COURT WAS DOING TODAY

15     WAS LOOKING AT THE REQUESTED INJUNCTIVE RELIEF THAT WE

16     TALKED ABOUT AT THE OUTSET THIS MORNING UNDER SECTION 5

17     AND AMG.  AND WHAT I THOUGHT I HEARD WAS THIS WAS A --

18     THIS WAS NOT GOING TO BE AN ORDINARY ASSET FREEZE BUT A

19     STATUS QUO ASSET FREEZE, AND I MUST JUST HAVE

20     MISINTERPRETED THAT WHAT MEANT.

21          THE COURT:  WHAT IT MEANS IS THAT THE

22     REASON UNDER PINNING THE ASSET FREEZE IS NOT IN ORDER TO

23     MAKE SURE THAT MONEY CAN BE MAINTAINED TO PAY OUT

24     INDIVIDUALS WHO MAY HAVE BEEN HARMED OR WHOSE MONEY IT

25     IS.  IT IS BECAUSE -- IT IS TO MAINTAIN THE STATUS QUO.

1    IT WAS SIMPLY A REASON FOR IMPOSING THE ASSET FREEZE, IT

2    WAS NOT A LIMITATION ON THE ASSET FREEZE.

3                    MR. FREELAND:  UNDERSTOOD, THANK YOU,

4    YOUR HONOR.

5                    JUST A COUPLE OF OTHER POINTS.  WE HAVE

6    RAISED THAT THERE IS REFERENCES TO THE BUSINESS

7    OPPORTUNITY RULE HERE, THERE IS FINDINGS IN HERE ABOUT

8    THAT, AND --

9                    THE COURT:  OKAY.  I FOUND NOTHING ON THE

10   BUSINESS OPPORTUNITY RULE, SO THAT SHOULD BE TAKEN OUT?

11                   MR. FREELAND:  SOME OF IT.  AND AGAIN, I

12   COULD BE WRONG, YOUR HONOR, BUT I THINK THAT WHAT I

13   HEARD YOU SAY WAS YOU HAVE NOT HEAD THE WHOLE ORDER BUT

14   YOU WERE NOT GOING TO ENTERED EXACTLY WHAT THEY PROVIDED

15   TO YOU.  SOME OF THEIR FINDINGS MAKE IT SOUND LIKE IT'S

16   LAW OF THE CASE.

17                   THE COURT:  LET ME SEE THE FINDINGS.

18   HAVE I GOT THIS THING?  YES, I DO.

19                   OKAY WHAT PAGE?

20                   MR. FREELAND:  SO YOUR HONOR, ON PAGE 1,

21   WE HAVE JUST ONE REFERENCE THAT YOUR HONOR CONSIDER OUR

22   OPPOSITION AND ARGUMENT BEFORE WE GET TO SUB A ON THE

23   FINDINGS.

24                   IN B, IT JUST SOUNDS LIKE --

25                   THE COURT:  IF YOU SAY SOMETHING, YOU

1    HAVE TO GIVE ME A PAGE NUMBER AND GIVE ME AN EXACT

2    REFERENCE.

3                    MR. FREELAND:  YES.  PAGE 2, SECTION B.

4                    THE COURT:  OKAY.

5                    MR. FREELAND:  AGAIN, THERE IS A -- THIS

6    SOUNDS LIKE --

7                    THE COURT:  TAKE ALL OF THE STUFF ABOUT

8    -- YOU JUST SAY, THE COURT HAVING AN OPEN COURT GRANTED

9    A TRO PURSUANT TO SECTION 5(A) OF THE FDC ACT, 15 U.S.C.

10   45(A) AND ALSO REFERS TO THE INJUNCTION PROVISION, THAT

11   IT'S NOT FINDINGS OF FACT.

12                    ANYTHING ELSE?

13                    MR. FREELAND:  SO I UNDERSTAND, YOUR

14   HONOR, ON THE ASSET FREEZE -- AND THANK YOU FOR THE

15   CLARIFICATION.  ON THE ROLE OF THE RECEIVER, OBVIOUSLY

16   THERE IS A COOPERATION CLAUSE IN THE TRO.

17                    THE COURT:  WHICH PAGE?

18                    MR. FREELAND:  I'M SORRY, YOUR HONOR, MY

19   APOLOGIES.  SO --

20                    MS. GRIER:  IF I MAY, YOUR HONOR, PAGE

21   21.

22                    THE COURT:  PAGE 21.

23                    MS. GRIER:  SECTION 15.

24                    THE COURT:  OKAY.

25                    MR. FREELAND:  SO WE JUST WANT TO -- AND

1    YOUR HONOR, THERE'S AN EARLIER PROVISION THAT -- BACK ON

2    PAGE 14.  I GUESS, YOUR HONOR -- I GUESS I HAVE A

3    REQUEST FOR THE COURT, WHICH IS WHAT IS IT THAT YOU WERE

4    ENVISIONING, LIKE, THE RECEIVER HAVING THE AUTHORITY TO

5    DO?  I KNOW THAT YOU SAID --

6              THE COURT:  OKAY.  SO I WAS HOPING YOU

7    WOULD BE -- YOU HAVE TO BE ABLE TO FIGURE OUT WHAT I

8    SAID, AND I THOUGHT IT WAS FAIRLY CLEAR.

9              THE RECEIVER HAS TO COME IN.  THE

10   RECEIVER SHOULD NOT COME IN AND SHUT EVERYTHING DOWN

11   NECESSARILY.  OBVIOUSLY WE HAVE GOT AN ASSET FREEZE.

12   THE RECEIVER SHOULD TAKE A LOOK AT EVERYTHING, SHOULD

13   LOOK AT THOSE 250, SHOULD LOOK AT THE SOFTWARE,

14   DETERMINE WHETHER THERE IS, IN HIS OR HER, A REAL

15   BUSINESS OPERATION GOING ON AND SHOULD MAKE A

16   RECOMMENDATION THROUGH -- TO THE COURT THROUGH WHATEVER

17   PROCESS IS IN THIS AGREEMENT, THAT I SHOULD AMEND THE

18   ORDER TO ALLOW WHATEVER IT IS THE RECEIVER SAYS TO MOVE

19   FORWARD WITH RESPECT TO THAT SMALL COHORT.

20              THE POINT WAS THAT I NEED TO HAVE AN OUT

21   SO THAT IF TO THE EXTENT THERE IS A LEGITIMATE BUSINESS

22   OPERATION, THAT LEGITIMATE BUSINESS OPERATION HAS TO GO

23   AHEAD, SO IT DOES NOT HARM THE CONSUMERS WHO MAY BE

24   LEGITIMATE CUSTOMERS.

25              SO REALLY THE WAY I SEE IT IS THAT YOU

1   APPOINT THE RECEIVER, THE RECEIVER IMMEDIATELY -- WELL,

2   FIRST OF ALL, THE ASSETS ARE FROZEN AND THEN IT IS THE

3   RECEIVER'S JOB VERY QUICKLY IS TO LOOK AT -- AND

4   DEFENDANT AS TO HELP THERE IS TO SORT OF LOOK AT WHAT

5   THE DEFENDANT'S SAYS ARE LEGITIMATE BUSINESS OPERATIONS.

6   AND WE ARE NOT GOING BEYOND NOW THE 250 PLUS THOSE

7   OTHERS THAT MAY BE ON THE SOFTWARE PLATFORM AND SAY,

8   LOOK, WHAT CAN WE DO TO ALLOW THE COMPANY TO CONTINUE TO

9   SERVICE THAT COHORT, THAT'S IT.  THAT IS THE ONLY CARVE

10  OUT.  EVERYTHING ELSE IS THE RECEIVER GOES IN AND DOES

11  WHAT THEY NEED TO DO, OKAY?

12              MR. FREELAND:  UNDERSTOOD, YOUR HONOR.

13              AND I KNOW THAT YOU JUST SAID -- MR.

14  PRUSINOWSKI HAS TWO SMALL CHILDREN, 2 AND 4.  ONE IS

15  HEARING DISABLED.  AS I UNDERSTAND YOUR HONOR'S ORDER,

16  HE CAN'T GO OUT AND BUY A GALLON OF MILK ON HIS WAY HOME

17  TODAY.

18              SO I WOULD ASK FOR SOME SORT OF INTERIM

19  RELIEF.

20              THE COURT:  BECAUSE WHAT?  HIS BUSINESS

21  ASSETS ARE NOT DIFFERENT FROM HIS PERSONAL ASSETS?

22              MR. FREELAND:  NO, HE HAS PERSONAL

23  ASSETS.  BUT IS YOUR ASSET FREEZE JUST GOING TO BE FOR

24  THE CORPORATE ASSETS?

25              THE COURT:  THAT'S ALL YOU ASKED FOR,

1    RIGHT?

2                    MS. GRIER:  WE ARE ASKING FOR AN ASSET

3    FREEZE FOR THE INDIVIDUAL ASSETS AND THE CORPORATE

4    ASSETS AS WELL.  BECAUSE HE HAS USED THE CORPORATE

5    ASSETS FOR HIS PERSONAL USE.  HE ALSO HAS INDIVIDUAL AND

6    PERSONAL KNOWLEDGE AND DIRECTLY PARTICIPATED, SO HE

7    PERSONALLY --

8                    THE COURT:  WHAT DO YOU NORMALLY DO?  I'M

9    SURE DO YOU THIS ALL THE TIME, RIGHT?

10                   MS. GRIER:  WE WOULD CONSENT TO A CERTAIN

11   AMOUNT OF MONEY THAT COULD BE RELEASED FROM THE ASSET

12   FREEZE.  TYPICALLY WHAT DEFENSE COUNSEL WOULD DO IS THEY

13   WOULD COME TO THE COURT AND ASK FOR A RELEASE OF CERTAIN

14   AMOUNT OF FUNDS.

15                   THE COURT:  SO IT SEEMS TO MAKE SENSE TO

16   VERY QUICKLY TALK ABOUT WHAT IT -- SO HOW MUCH IS THE

17   MORTGAGE PAYMENT; HOW MUCH IS THE CARS; HOW MUCH DOES HE

18   NEED TO BUY HIS GROCERIES.  AND COME UP WITH A SCHEDULE

19   WHICH THE -- AND I'M JUST SPIT BALLING HERE RIGHT NOW,

20   BECAUSE YOU HAVE DONE THIS BEFORE SO YOU KNOW HOW THIS

21   WORKS.  BUT ESSENTIALLY, HE IS GOT TO KEEP LIVING, HE

22   HAS TO KEEP FEEDING HIS FAMILY AND WHAT HAVE YOU.  BUT

23   ALSO TO THE EXTENT THAT YOU DON'T WANT, TO THE EXTENT

24   THAT HE HAS CO-MINGLED ASSETS AND TO THE EXTENT THAT HE

25   IS -- THERE IS ACTIVITY GOING ON WHICH WOULD BE

1    INAPPROPRIATE, YOU WANT TO PROTECT AGAINST THAT

2    HAPPENING AGAIN.

3         SO I AM SURE THIS HAS HAPPENED BEFORE,

4    RIGHT?

5         MS. GRIER:  YES.

6         SO THE NORMAL COURSE IS ABSENT THE ASSET

7    FREEZE AND THE TRO IS ENTERED, DEFENSE COUNSEL WOULD PUT

8    A MOTION BEFORE THE COURT ASKING FOR RELEASE OF CERTAIN

9    FUNDS AND JUSTIFYING WHY THEY WOULD NEED A RELEASE OF

10   CERTAIN FUNDS WHICH WOULD BE THINGS LIKE LIVING EXPENSES

11   OR FOR ATTORNEY'S FEES.  AND THAT'S USUALLY SOMETHING

12   THAT THE DEFENDANT WILL DETERMINE FOR THEMSELVES WHAT

13   THEY THINK IS APPROPRIATE AND THEY WOULD PUT THAT BEFORE

14   THE COURT.  AND THEN THE COURT WOULD MAKE A

15   DETERMINATION ON WHETHER THAT WAS AN APPROPRIATE REQUEST

16   AND RELEASE OF FUNDS.

17        THE COURT:  DOES THAT SOUND GOOD TO YOU?

18        OKAY.  HERE IS THE DEAL.  500 BUCKS.  500

19   BUCKS WHICH ARE OUTSIDE OF THE FREEZE FOR YOU TO DO

20   THINGS LIKE TO BUY THE MILK.

21        AND I AM ASSUMING THAT I WILL HAVE

22   PROBABLY FAIRLY EARLY ON BEGINNING OF NEXT WEEK SOME

23   KIND OF INDICATION AS TO WHAT THESE EXPENSES ARE AND I

24   AM ASSUMING YOU WOULD WORK TOGETHER SO IT WILL BE AN

25   UNOPPOSED MOTION.

1          MS. GRIER:  YOUR HONOR, I CAN TODAY, IF

2    THE COURT WANTS TO RELEASE 5,000 IN THE ORDER TO PROVIDE

3    FOR LIVING EXPENSES, WE CAN DO THAT AS WELL EVEN WITHOUT

4    A MOTION FROM DEFENSE COUNSEL.

5          THE COURT:  WORK ON THAT.

6          MS. GRIER:  WE CAN -- WE AGREED TO PUT

7    THAT IN THE ORDER.  IT WOULD BE UNDER THE ASSET FREEZE

8    AGREEMENT.  WE COULD DO IT WHERE TO COURT RELEASES THE

9    ORDER, OR WE CAN HAVE A MOTION.

10          THE COURT:  WHATEVER WORKS BEST.  IF IT'S

11    IN THE ORDER, YOU CAN PUT IT IN THE ORDER.  THAT MEANS I

12    ONLY HAVE TO SIGN ONE THING AND IT'S ONLY IN ONE PLACE.

13          AFTER THAT 5,000, IS IT A ONE-TIME

14    RELEASE?

15          MS. GRIER:  FOR THE PENDENCY OF THE TRO

16    AND THEN WE WOULD HAVE A PRELIMINARY INJUNCTION.  IT'S

17    TYPICALLY WHERE THE DEFENSE COUNSEL PUTS FORTH A REQUEST

18    TO THE COURT.  AND WHAT WE ARE SAYING IS WE WOULD NOT

19    CONTEST A REQUEST TO THE COURT FOR 5,000 IN LIVING

20    EXPENSES.

21          THE COURT:  I KNOW, BUT --

22          MS. GRIER:  IT'S EASIER, JUST WHEN WE ARE

23    PUTTING THE ASSET FREEZE IN PLACE TO HAVE THEM SEPARATE

24    SO TO HAVE THE TRO WITH THE ASSET FREEZE AND THEN HAVE

25    AN ADDITIONAL ORDER THAT IS SEPARATE FROM THE ASSET

1      FREEZE SAYING THAT THE FUNDS ARE RELEASED --

2                  THE COURT:  LET'S DO IT THIS WAY.  YOU

3      HAVE THE ORDER.  YOU ARE GOING TO HAVE AN ORDER WHICH I

4      WILL SIGN TODAY AND YOU GUYS ARE GOING TO DRAFT WHICH

5      SAYS 5,000 RELEASE NOW AND THEN YOU ARE GOING TO HAVE IN

6      THE -- EITHER IN A SEPARATE -- PROBABLY IN THE TRO ORDER

7      SAYING SOMETHING LIKE, THE DEFENDANTS ARE ENTITLED TO

8      PROVIDE TO THE RECEIVER LIVING -- A DETAILED ITEMIZATION

9      OF LIVING EXPENSES.  AND THAT SHALL BE PROVIDED TO THE

10     COURT IN THE FORM OF A MOTION AS SOON AS POSSIBLE.

11                 AND THEN ONCE THAT IS DONE, AND THIS WILL

12     NOT BE IN THE ORDER, BUT I WOULD EXPECT THE PARTIES

13     WOULD WORK TOGETHER SO THAT I DON'T HAVE TO EVALUATE

14     OPPOSITION TO THEIR MOTION.  OBVIOUSLY IF HE SAYS IT

15     COST A MILLION BUCKS A MONTH TO LIVE, THEN YOU ARE GOING

16     TO OPPOSE IT.

17                 I AM ASSUMING THAT YOU ARE GOING TO COME

18     UP WITH RATIONAL, REASONABLE EXPENSES PREMISED ON WHAT

19     HE NEEDS TO DO TO KEEP GOING.

20                 AND THEN YOU ARE GOING TO AGREE TO IT.

21                 MS. GRIER:  RIGHT.  AND I CAN SAY TODAY

22     THAT I HAVE AUTHORIZATION TO CONSENT TO 5,000 --

23                 THE COURT:  OKAY.

24                 MS. GRIER:  -- RELEASE.

25                 THE COURT:  OKAY.

```
 1                    MR. FREELAND:  AND -- SORRY.

 2                    MS. GRIER:  SORRY.

 3                    AND, YOUR HONOR, JUST SO I AM CLEAR

 4      WITHIN THE TRO, SO WE WOULD HAVE THE TRO WITH THE

 5      PROVISION -- ASSET FREEZE PROVISION AS IT STANDS, AND

 6      THEN WE WILL PROVIDE A PROPOSED ORDER FOR RELEASE THAT

 7      IS SEPARATE FROM THE TRO.

 8                    THE COURT:  AS IT STANDS, AS YOU HAVE

 9      NEGOTIATED, RIGHT?  THEN YOU ARE GOING TO HAVE THAT

10      SEPARATE ORDER, WHICH IS THE RELEASE.

11                    MS. GRIER:  RIGHT.

12                    THE COURT:  AND I WILL SIGN ONE FIRST AND

13      THEN -- WELL, WE WILL DOCKET IT.  SO WILL I SIGN THE TRO

14      ORDER FIRST AND THEN THE RELEASE SECOND.

15                    MS. GRIER:  OKAY.

16                    THE COURT:  ANYTHING ELSE?

17                    MR. FREELAND:  I DON'T THINK SO, YOUR

18      HONOR.

19                    THE COURT:  OKAY.  IN 25 MINUTES I AM

20      GOING INTO FINAL PRETRIAL CONFERENCE.  IF YOU NEED ME TO

21      BREAK INTO THAT BECAUSE YOU HAVE AN AGREEMENT AND YOU

22      WOULD LIKE ME TO SIGN IT BECAUSE I THINK IT'S IMPORTANT

23      WE GET THIS ON THE DOCKET TODAY.  THE FEDERAL COURT

24      FOLKS DON'T STAY.

25                    WHEN DO WE THINK WE WILL HAVE THIS READY
```

1    TO GO?

2                    MS. GRIER:  YOU KNOW, YOUR HONOR, I THINK

3    I CAN DRAFT THE PROPOSED ORDER BASED ON WHAT HAS JUST

4    BEEN SAID WITHIN 30 MINUTES.

5                    THE COURT:  OKAY.

6                    MS. GRIER:  THE ONLY THING IS I JUST NEED

7    TO MAKE SURE I HAVE THE CORRECT LANGUAGE FOR THE ASSET

8    FREEZE RELEASE.  I DON'T SEE WHY WE CAN'T HAVE IT WITHIN

9    30 MINUTES.

10                    THE COURT:  OKAY.  AS SOON AS YOU HAVE IT

11    AND YOU BOTH AGREED, ASK THAT I COME BACK INTO THE

12    COURTROOM AND WE WILL GET IT DONE THEN.

13                    (DISCUSSION OFF THE RECORD.)

14                    MR. FREELAND:  YOUR HONOR, AT THE RISK OF

15    STATING THE OBVIOUS, I WANT TO MAKE SURE THE RECORD IS

16    CLEAR.

17                    WHILE WE WILL, OF COURSE, WORK WITH FTC

18    COUNSEL TO COME TO AGREEMENT ON WHAT YOUR HONOR'S RULING

19    ENCOMPASSES, WE OBVIOUSLY PRESERVE OUR APPEAL AND OBJECT

20    TO IT AND ALL OF THAT.  I WANT TO MAKE SURE THE RECORD

21    IS CLEAR.

22                    THE COURT:  THAT'S WHAT YOU ARE GOING TO

23    DO WHEN WE GET BACK ON THE RECORD, YOU ARE GOING TO TELL

24    ME EXACTLY WHAT WE DID AND TELL ME WHY YOU DID IT AND

25    THEN YOU ARE GOING TO SAY, I ASSUME THAT IN YOUR

1    PRELIMINARY INJUNCTION HEARING, YOU ARE GOING TO

2    CHALLENGE EVERYTHING THAT HAS BEEN AGREED TO.

3                    MR. FREELAND:  THAT IS CORRECT, YOUR

4    HONOR.

5                    THE COURT:  YOU CAN HAVE A SEAT AND

6    CONTINUE WORKING.

7                    (IN RECESS.)

8                    THE COURT:  HAVE A SEAT.

9                    OKAY.  WHERE ARE WE?

10                   MR. FREELAND:  YOUR HONOR, I THINK WE

11   ACTUALLY AGREED ON SOMETHING.

12                   THE COURT:  AWESOME.

13                   MS. GRIER:  THEY WERE YOUR WORDS.

14                   MR. FREELAND:  WE KIND OF --

15                   MS. GRIER:  WE WERE FAITHFUL TO YOUR

16   WORDS.

17                   THE COURT:  SO DO YOU NEED TO PUT

18   ANYTHING -- WELL, AS I UNDERSTAND IT, YOU HAVE AN ORDER

19   THAT YOU HAVE NEGOTIATED THAT YOU ARE READY FOR ME TO

20   SIGN?

21                   MS. GRIER:  YES, YOUR HONOR.

22                   THE COURT:  AND WE ALSO HAVE A SECONDARY

23   ORDER THAT CONCERNS USE OF SOME COMPONENTS OF THE

24   DEFENDANT'S ASSETS?

25                   MS. GRIER:  THAT'S CORRECT.

1          THE COURT:  AS WE UNDERSTAND IT, I AM

2     GOING TO SIGN THE TRO ORDER FIRST TO FILE THAT FIRST,

3     AND THEN FILE THE SECOND ORDER.

4          MS. GRIER:  YES, YOUR HONOR.

5          THE COURT:  OKAY.  I DO NEED TO SEE THOSE

6     ORDERS.

7          MS. GRIER:  YOUR HONOR, WE HAVE E-MAILED

8     THEM TO YOUR COURT CLERK, NELSON.

9          THE COURT:  HE WILL GO GET THEM.

10          IN THE MEANTIME, I ASSUME THERE ARE

11     THINGS THAT FOLKS WANT TO PUT ON THE RECORD WITH RESPECT

12     TO THE NEGOTIATIONS?

13          MR. FREELAND:  YES, THANK YOU, YOUR

14     HONOR.

15          AS I NOTED EARLIER, WHILE WE HAVE WORKED

16     WITH COUNSEL THROUGH -- THE FTC TO MEMORIALIZE AN ORDER

17     THAT CAPTURES YOUR HONOR'S RULINGS, THE DEFENDANT'S

18     OBVIOUSLY OBJECT TO THE ENTRY OF THE TEMPORARY

19     RESTRAINING ORDER.  WE RESERVE ALL RIGHTS TO COME BACK

20     AND TO MODIFY IT, IF NECESSARY, AND OBVIOUSLY PRESERVE

21     ALL RIGHTS WITH RESPECT TO CHALLENGING ALL OF THE

22     PROVISIONS OF IT AS WELL AS THE FTC'S ALLEGATIONS AND

23     EVIDENCE AT THE PRELIMINARY INJUNCTION HEARING.

24          THE COURT:  OKAY.  ANYTHING FROM THE FTC?

25          MS. GRIER:  NO, YOUR HONOR.

1          THE COURT:  OKAY.  WHILE WE ARE -- I JUST

2    HAVE TO WAIT FOR IT BECAUSE I DON'T HAVE ANY

3    ELECTRONICS.  THIS IS NOT MY COURTROOM.  I DON'T ANY

4    ABILITY TO READ ANYTHING.

5          MS. GRIER:  I WILL GIVE YOU A

6    PRELIMINARY.  IT INCLUDES A RED LINE SO WHAT I SENT TO

7    YOUR CLERK WAS A RED LINE OF THE ORIGINAL PROPOSED ORDER

8    SO THAT YOU COULD IMMEDIATELY SEE THAT.  AND THEN WE

9    SENT A CLEAN VERSION THAT HAS NO RED LINES AS WELL.  AND

10   THEN ALSO THE ASSET FREEZE, THERE ARE NO RED LINES

11   BECAUSE THAT'S JUST SOMETHING WE HAVE AGREED TO DO.

12          THE COURT:  HE IS GOING TO PRINT IT FOR

13   ME.  WE DON'T HAVE A COLOR PRINTER IN THE BUILDING.  SO

14   IT'S NOT GOING TO -- IT'S GOING TO BE INTERESTING TO

15   LOOK AT.

16          (OFF THE RECORD DISCUSSION.)

17          THE COURT:  SO WHAT IS THE COMPLAINT

18   NUMBER?

19          MS. GRIER:  ONE.

20          THE COURT:  AND THEN THE ORDER TO SHOW --

21   THE TRO MOTION, TWO?

22          MS. GRIER:  TWO.  I DID CHANGE IT.  IF

23   YOU ARE LOOKING AT THE RED LINE, I DID ADD THAT IN.

24          THE COURT:  OKAY.  I SEE IT.  YEAH.

25          WHY DO WE NEED THE IMMEDIATE IRREPARABLE

```
 1    HARM LANGUAGE?

 2              MS. GRIER:  I BELIEVE THAT WAS SUPPOSED

 3    TO BE TAKEN OUT.

 4              THE COURT:  WHAT WAS TAKEN OUT WAS

 5    BUSINESS OPPORTUNITY RULE AND THE CRFA, E AND F.  I SEE

 6    NO -- IT'S STILL THERE.

 7              MS. GRIER:  I'M SORRY, YOUR HONOR.  I

 8    SENT THE WRONG VERSION OF THE CLEAN VERSION.  THE RED

 9    LINE IS CORRECT.

10              THE COURT:  I AM LOOKING AT THE RED LINE.

11    IF I LOOK AT D AT E, THERE IS GOOD CAUSE TO BELIEVE THAT

12    IMMEDIATE IRREPARABLE HARM WILL RESULT.

13              LET ME SEE.  TAKE OUT THE WORD "PROPOSED"

14    AS WELL AT THE TOP AND PUT IN THE CASE NUMBER.  I WILL

15    JUST TELL YOU WHAT THE EDITS ARE AND YOU CAN DO IT.

16              SO 24-4949, PUT IN THE CASE NUMBER AT THE

17    TOP.  AND THEN IN THE UNITED STATES DISTRICT COURT, YOU

18    ARE GOING TO CAPITALIZE THAT.

19              MS. GRIER:  I'M SORRY, YOUR HONOR, I AM

20    EXPERIENCING SLOWNESS.

21              THE COURT:  OKAY.

22              MS. GRIER:  OKAY.  I HAVE THE CASE

23    NUMBER.

24              AND NEXT?

25              THE COURT:  YOU ARE GOING TO TAKE OUT THE
```

FTC000558

1       WORD "PROPOSED."

2                       MS. GRIER:  RIGHT.

3                       THE COURT:  ADD IN THAT FIRST FINDINGS OF

4       FACT, THE COURT HAVING CONSIDERED THE COMPLAINT FOR

5       MOTION FOR TEMPORARY RESTRAINING ORDER, DECLARATIONS,

6       EXHIBITS AND THE MEMORANDUM POINTS AND AUTHORITIES FILED

7       IN SUPPORT THEREOF, AND HAVING HELD A HEARING ON THIS

8       MATTER WHICH WAS ATTENDED BY BOTH -- IN WHICH ATTORNEYS

9       FOR PLAINTIFF AND DEFENDANTS BOTH ARGUED.  AND YOU ARE

10      REPLACING, AND BEING OTHERWISE ADVISED WITH THAT

11      LANGUAGE.

12                      SO IT IS AFTER, FILED IN SUPPORT THEREOF,

13      HAVING HELD A HEARING ON THIS MATTER IN WHICH ATTORNEYS

14      FROM PLAINTIFF AND DEFENDANT BOTH ARGUED FINDS THAT --

15      AND MOVE ON.

16                      MS. GRIER:  YES.

17                      THE COURT:  OKAY.  SO WE HAVE THAT

18      IMMEDIATE IRREPARABLE DAMAGE LANGUAGE IN E AND F, WHICH

19      I THOUGHT WE AGREED WAS NOT THE STANDARD.

20                      MS. GRIER:  I AM TAKING THAT OUT, YOUR

21      HONOR.

22                      THE COURT:  OKAY.

23                      MS. GRIER:  YOUR HONOR, THAT IS MY FAULT.

24      I AM SO SORRY ABOUT THAT.

25                      THE COURT:  THAT'S OKAY.

```
1              SO I THINK WHAT YOU NEED TO DO IS TO PUT

2   IN, HAVING WEIGHED THE EQUITY AND CONSIDERED THE

3   COMMISSION'S LIKELIHOOD OF ULTIMATE SUCCESS, YOU NEED TO

4   PUT IN THAT STANDARD, RIGHT, THE FTC STANDARD?    SO

5   INSTEAD EACH TIME YOU SAY, "IMMEDIATE AND IRREPARABLE

6   HARM," JUST SAY --

7              MS. GRIER:  SO IT WOULD BE THE A, THE

8   COURT HAS JURISDICTION OVER THE SUBJECT MATTER.  A IS

9   FINE, C, THERE IS GOOD CAUSE TO BELIEVE THAT DEFENDANTS

10  HAVE ENGAGE IN --

11             THE COURT:  FINE C FINE, D FINE.  AND

12  THEN E AND F HAVE THE INJUNCTIVE LANGUAGE FROM NORMAL

13  INJUNCTION.  SO WE NEED TO REPLACE THAT WITH -- WE COULD

14  SAY, HAVING GOOD CAUSE TO BELIEVE THAT THE STANDARDS FOR

15  A TEMPORARY RESTRAINING ORDER UNDER THE FTC HAVE BEEN

16  MET, YOU KNOW.  AND IF YOU --

17             MR. FREELAND:  YOUR HONOR ,I AM NOT SURE

18  THAT WE HAVE THE RIGHT VERSION.

19             MS. GRIER:  THAT'S WHAT I'M SAYING IS

20  THAT I APOLOGIZE, I SENT THE WRONG VERSION.  AND WHAT WE

21  HAD UNDERSTOOD YOUR ORDER TO BE WAS THAT THERE WAS NONE

22  OF THIS LANGUAGE AT ALL, AND THAT THERE WAS A FINDING.

23  I APOLOGIZE, YOUR HONOR.  I CAN RESEND THAT.  THAT IS

24  COMPLETELY MY FAULT.  IT LOOKS LIKE I DRAGGED AND

25  DROPPED THE WRONG DOCUMENT.
```

1            THE COURT:  WHY DON'T YOU SEND THAT

2    AGAIN, AND I WILL LOOK AT THE NEXT ORDER.

3            MS. GRIER:  I AM SO SORRY, YOUR HONOR.

4            THE COURT:  NO PROBLEM.

5            MS. GRIER:  I AM SO SORRY.

6            MR. FREELAND:  I'M GLAD WE CAUGHT IT.

7            I THOUGHT WE WERE GOING TO TAKE OUT AFTER

8    C ON -- LIKE YOUR HONOR SAID, THE FTC SATISFIES ITS

9    BURDEN.  AND THEN D, E, F AND G -- I'M SORRY D, E, F ARE

10   GOING TO COME OUT.  AND THEN G AND H WOULD BECOME THE

11   NEW D.  THAT'S WHAT I THOUGHT WE WERE GOING TO DO.

12           MS. GRIER:  I SEE.  THE CLEAN VERSION IS

13   THE CORRECT VERSION.

14           THE COURT:  NOT MINE.

15           MS. GRIER:  IT STARTS WITH WHAT WE HAD

16   AGREED ON, SO IT SAYS, FINDINGS OF FACT, IT SAYS A.  AND

17   THEN IT SAYS THE COURT FINDS THAT THE FTC HAS SATISFIED

18   ENSURING TO OBTAIN A TEMPORARY RESTRAINING ORDER

19   PURSUANT TO SECTION 5 OF THE FTC ACT.

20           THE COURT:  OKAY.  AND THEN IT HAS E AND

21   F, WHICH ARE THE IMMEDIATE IRREPARABLE HARM THING.

22           MS. GRIER:  CORRECT.

23           THE COURT:  BUT THAT'S --

24           MS. GRIER:   WOULD YOU LIKE ME TO DELETE

25   THAT AS WELL?

1          THE COURT:  YES, BECAUSE THAT'S NOT THE

2     STANDARD THAT I USED, RIGHT?

3          MS. GRIER:  RIGHT.  THAT CAN BE DELETED

4     AS WELL.

5          THE COURT:  AND ALSO IT REFERS TO THE

6     BUSINESS OPPORTUNITY RULE AND THE CRFA, WHICH I DID NOT

7     DETERMINE THEM.

8          MS. GRIER:  SO I'M GOING TO DELETE ALL OF

9     THOSE, WHAT IS IN THE CLEAN VERSION AS D, E, F.

10          THE COURT:  I MEAN, I THINK IT'S MUCH

11     EASIER INSTEAD OF ALL THIS WEIGHING THE EQUITY, JUST

12     SAY, HAVING DETERMINED AT A HEARING ON THE RECORD --

13     AFTER AN ARGUMENT ON THE RECORDS THAT A TEMPORARY

14     RESTRAINING ORDER IS WARRANTED UNDER THE CIRCUMSTANCES.

15     THEN ALL OF THIS STUFF OF WHETHER OR NOT IT'S RIGHT CAN

16     BE DONE WITH --

17          MS. GRIER:  SO I'M DELETING ALL OF THE

18     SECTIONS.

19          THE COURT:  WHILE YOU KEEP DOING THAT,

20     I'M GOING TO READ.

21          MS. GRIER:  AND WOULD YOU LIKE TO READ TO

22     ME WHAT YOU WOULD LIKE ME TO SAY?

23          THE COURT:  LET'S SEE.  AFTER HEARING

24     THIS DAY ON THE RECORD DURING WHICH ATTORNEYS FOR THE

25     PLAINTIFFS AND FOR THE DEFENDANTS PRESENTED ARGUMENT.

```
1      THE COURT DETERMINED THAT A TEMPORARY RESTRAINING ORDER

2      IS WARRANTED, AND SO ORDERED, AND ORDERED IS IN BOLD AND

3      CAPS.  AND YOU CAN EVEN SAY, THE TERMS OF THE TRO ARE

4      SET FORTH HEREIN.

5                   MS. GRIER:  YES.

6                   THE COURT:  OKAY.

7                   MS. GRIER:  DOES THE COURT WANT TO LEAVE

8      THE A, THE COURT HAS JURISDICTION.

9                   THE COURT:  YES.

10                  MS. GRIER:  SO IT WOULD BE A AND THEN B

11     WOULD BEGIN WITH WHAT YOU JUST DICTATED TO ME.

12                  THE COURT:  YES.

13                  MS. GRIER:  OKAY.

14                  THE COURT:  ACTUALLY, YOU COULD MODIFY C

15     TO INCLUDE THE REFERENCE THAT HERE BECAUSE THAT'S

16     REALLY -- THAT'S REALLY WHAT I DID, RIGHT?  THE COURT

17     FINDS THAT THE FTC HAS SATISFIED ITS BURDEN TO OBTAIN

18     TEMPORARY RESTRAINING ORDER PURSUANT TO SECTION 5(A) OF

19     THE FTC ACT.

20                  SO I THINK WHAT IT SAYS RIGHT NOW IS,

21     AFTER A HEARING, THE COURT HAS DETERMINED THAT -- AND

22     THE PARTIES HAVE -- THEY ARE ABLE TO ARGUE.  SO

23     ESSENTIALLY IF YOU INCLUDE THIS REFERENCE TO SATISFY

24     BURDEN TO OBTAIN A TEMPORARY RESTRAINING ORDER PURSUANT

25     TO SECTION 5(A) OF THE FTC ACT, 15 U.S.C. 45(A)
```

1      INCORPORATING THE LANGUAGE THAT I GAVE YOU, THAT REALLY

2      SAYS IT BEST.

3                      MS. GRIER:  OKAY.  GOT IT.  ON PAGE 10

4      UNDER 5, FINANCIAL DISCLOSURES, IT SAYS, IT IS FURTHER

5      ORDERED THAT EACH DEFENDANT WITHIN FIVE DAYS OF SERVICE

6      OF THIS ORDER SHALL PREPARE AND DELIVER.

7                      SO GIVEN THE FACT THAT I THINK THIS

8      ASSUMED THAT WE WERE GOING TO HAVE AN EX PARTE TRO

9      HEARING.  AND SO YOU STILL WANT SERVICE OF THIS THING?

10                     MS. GRIER:  IS THIS ON -- SORRY, WHICH

11     SECTION?

12                     THE COURT:  IT'S AT SECTION 5, FINANCIAL

13     DISCLOSURES IT'S AT THE VERY BEGINNING.  AND ALSO IT IS

14     FOREIGN ASSET WOULD BE REPATRIATION.  IT'S JUST LANGUAGE

15     ABOUT SERVING THIS ORDER.  WHICH IS FINE, BUT IT SEEMS

16     LIKE THERE'S A CASE, THEY ARE GOING TO GET IT ON THE

17     DOCKET, THEY ARE GOING TO HAVE IT.  THIS IS PUTTING A

18     BURDEN ON SOMEONE TO ACTUALLY SERVE IT, WHICH IS BEYOND

19     WHICH I THINK NEEDS TO BE DONE IN THIS CONTEXT.

20                     MS. GRIER:  YOU ARE CORRECT, YOUR HONOR.

21     CAN WE DO WITHIN FIVE DAYS OF THIS ORDER?

22                     THE COURT:  OKAY.

23                     MS. GRIER:  AND DELETE THE SERVICE.

24                     THE COURT:  ARE YOU OKAY WITH THAT?

25                     MR. FREELAND:  YES, YOUR HONOR.

1           THE COURT:  OKAY.  SO YOU SHOULD DELETE

2      THAT IN FINANCIAL DISCLOSURES AND ALSO FOREIGN ASSET

3      REPATRIATION, WHICH I WILL CHECK IF THERE IS ANYTHING

4      ELSE.

5           ON PAGE 24 UNDER 20, WHICH IS IMMEDIATE

6      ACCESS TO BUSINESS PREMISES AND RECORDS, WE JUST NEED TO

7      BOLD THE WORDS, IT IS FURTHER ORDERED THAT.

8           MS. GRIER:  YES, YOUR HONOR.

9           THE COURT:  SO PAGE 27, SERVICE OF THIS

10     ORDER, WHICH IS 23, IT TALKS ABOUT SERVICE ON DEFENDANTS

11     AS WELL AS ON OTHER ENTITIES.  BUT I THINK IT SHOULD BE

12     NOW PROBABLY, SHORT OF THE REFERENCE TO SERVICE ON

13     DEFENDANT, GIVEN THAT THEY ARE HERE.  UNLESS THE FTC

14     THINKS THERE IS SOME REASON TO INCLUDE THAT LANGUAGE?

15          MS. GRIER:  NO.

16          THE COURT:  OKAY.

17          MS. GRIER:  I AM DELETING, UPON SERVICE

18     OF THIS ORDER, IN ORDER TO PREVENT THE DESTRUCTION OF

19     DATA OR ELECTRONIC STORAGE --

20          THE COURT:  WHERE ARE YOU LOOKING AT?

21          MS. GRIER:  THERE'S ANOTHER PART.

22          THE COURT:  WELL, SO IF YOU FIND ANYTHING

23     -- GO THROUGH THE DOCUMENT AND TO THE EXTENT THAT THERE

24     IS ANYTHING WHICH REQUIRES SERVICE ON THE DEFENDANT,

25     TALK TO THE DEFENDANT AND TELL HIM AND ASK HIM WHETHER

1    THEY ARE OKAY WITH REMOVING IT.

2              MS. GRIER:  ON PAGE 23, IN ORDER TO

3    PREVENT THE DESTRUCTION OF COMPUTER DATA UPON SERVICE OF

4    THIS ORDER.

5              THE COURT:  YES.

6              MS. GRIER:  WE WOULD REMOVE THAT.

7              THE COURT:  DO A CONTROL F ON "SERVICE"

8    AND JUST MAKE SURE THAT IT'S RIGHT.  OKAY.

9              (DISCUSSION OFF THE RECORD.)

10             THE COURT:  TYPE IN, 7TH DAY OF OCTOBER,

11   2024, AT 10 A.M.  GIVEN THE FACT THAT YOU ARE ALL FROM

12   WASHINGTON, DO YOU WANT -- IS 10 A.M. TOO EARLY, 10:30?

13             MR. FREELAND:  THAT'S FINE US WITH, YOUR

14   HONOR.

15             THE COURT:  THAT'S OKAY WITH YOU?

16             MS. GRIER:  YES.  THAT'S FINE OR AN

17   AFTERNOON IS FINE, TOO.  BUT 10:30 I THINK MAKES MORE

18   SENSE.

19             THE COURT:  BY THE WAY, IF I AM RIGHT, I

20   DON'T HAVE TO PRO HAC YOU IN BECAUSE --

21             MS. GRIER:  THAT'S MY UNDERSTANDING.

22             THE COURT:  YOU ARE A GOVERNMENT

23   ATTORNEY, BUT YOU HAVE TO.

24             MR. FREELAND:  I THINK YOUR HONOR GRANTED

25   OURS.

1           THE COURT:  I DID?

2           MR. FREELAND:  YES.

3           THE COURT:  OKAY.  IT SAYS, FURTHER

4    ORDERED, THIS ORDER SHALL EXPIRE 14 DAYS FROM THE DATE

5    OF ENTRY.  LETS MAKE SURE THAT THAT WORKS.  THIS IS THE

6    LAST PAGE.  SO IF WE ARE GOING ON THE 7TH, WE HAVE TO

7    ADD 14 DAYS TO TODAY, 30 DAYS IN SEPTEMBER.  SO THAT'S

8    TEN, PLUS FOUR.  WE HAVE TO HAVE A DIFFERENT TIME,

9    BECAUSE OTHERWISE IT'S GOING TO EXPIRE.

10          MS. GRIER:  WE CAN HAVE IT EXPIRE ON

11   OCTOBER 7TH, THE DATE OF THE HEARING OR THE DAY AFTER.

12          THE COURT:  LET'S DO THE DAY AFTER, JUST

13   IN CASE.

14          MR. FREELAND:  THAT'S FINE WITH US.

15          THE COURT:  EXPIRE OCTOBER 8TH.

16          I TOO HAVE HAD A LONG DAY.

17          SO YOU ARE GOING TO TYPE IN, THIS ORDER

18   SHALL EXPIRE OCTOBER 8, 2024.

19          MS. GRIER:  YES.

20          THE COURT:  AND KEEP THAT, UNLESS WITHIN

21   SUCH TIME LANGUAGE.

22          OKAY.  AND THEN RETENTION OF

23   JURISDICTION.  I WILL TELL YOU THIS IS THE VERY FIRST

24   TIME I HAVE EVER RETAINED JURISDICTION OVER SOMETHING

25   LIKE THIS.  I NORMALLY DON'T DO IT, BUT THE LANGUAGE,

1    NOW SO ORDERED IN BOLD, AND YOU ARE GOING TO PUT IN THE

2    DAY AND THE TIME.  AND LET US PUT 4:30 AS THE TIME,

3    4:30 P.M. AS THE TIME AND TYPE IN MY NAME ABOVE, UNITED

4    STATES DISTRICT JUDGE WENDY BEETLESTONE, J.

5              OKAY.  SO NOW WE SHOULD HAVE THE DOCUMENT

6    THAT EVERYONE AGREES TO, RIGHT?

7              MR. FREELAND:  YOUR HONOR, I WAS CONFUSED

8    WITH THE VERSIONS WE WERE STARTING WITH.  IF WE CAN GO

9    BACK.  I CAN DO THIS THIS WITH MS. GRIER.  I WANT TO

10   MAKE SURE THAT THE LANGUAGE THAT WE ADDED LOOKED AT

11   EVERYTHING, WE HELD A HEARING TODAY.

12             THE COURT:  JUST TAKE A LOOK AT THAT

13   LANGUAGE AND MAKE SURE IT IS OKAY.  I WANT TO STAY HERE,

14   BECAUSE I WANT TO GET THIS THING FILED.  AS LONG AS I AM

15   HERE, THEY ARE GOING TO WAIT.  SO WE -- AND IT'S BECAUSE

16   IT'S FRIDAY AND IT'S THE GOVERNMENT THEY ARE THINKING

17   ABOUT LEAVING RIGHT NOW.

18             MR. FREELAND:  YES, YOUR HONOR.

19             MS. GRIER:  YOUR HONOR, THE FINDINGS OF

20   FACT STATES, THE COURT HAVING CONSIDERED THE COMPLAINT,

21   THE MOTION FOR TEMPORARY RESTRAINING ORDER, DECLARATION,

22   EXHIBIT, AND MEMORANDUM OF POINT AND AUTHORITIES FILED

23   IN SUPPORT THEREOF AND BEING OTHERWISE ADVISED THAT.

24             THE COURT:  I THINK THE OTHERWISE IS --

25   "AND AFTER A HEARING ON THE RECORD" INSTEAD OF

1        "OTHERWISE ADVISED THAT."

2                    MS. GRIER:  WHAT I HAVE FOR THE -- AFTER

3        A HEARING ON THE RECORD WAS IN PART C.

4                    THE COURT:  OKAY.  I JUST DON'T KNOW WHAT

5        "OTHER ADVISED" MEANS.

6                    MS. GRIER:  I CAN TAKE THAT OUT.

7                    THE RECEIVER SHALL NOT ENTER THE PERSONAL

8        RESIDENCE OF THE PRUSINOWSKI'S.

9                    MR. MCAULIFFE:  THE RECEIVER IS DIRECTED

10       TO PRIORITIZE THE PROTECTION OF LEGITIMATE BUSINESS

11       OPERATIONS, IF ANY.

12                   MR. FREELAND:  PERFECT.

13                   THE COURT:  OKAY.  SO I THINK YOU SHOULD

14       BOTH HAVE A COPY OF THE ORDER.  JUST BECAUSE I WANT TO

15       MAKE SURE YOU GET IT.  AS SOON AS I SIGN, IT'S SIGNED.

16       IT'S JUST THAT I DON'T KNOW WHETHER IT'S GOING TO GET ON

17       THE DOCKET TODAY.  AND THEREFORE, IT WOULD NOT BE ON THE

18       RECORD UNTIL THIS WEEKEND.

19                   SO I AM GOING TO GO BACK AND SEND IT TO

20       US AND I AM GOING TO PRINT IT UP.  WE ARE GOING TO BRING

21       BACK A COPY FOR EACH OF YOU AND HOPEFULLY WE WILL GET IT

22       DOCKETED ANYWAY IN THE NEXT FEW MINUTES.

23                   ANYTHING ELSE?

24                   MR. FREELAND:  JUST THE SAME RESERVATIONS

25       OF RIGHTS THAT I TALKED ABOUT EARLIER, YOUR HONOR.  I

1    WANT TO MAKE SURE THE RECORD IS CLEAR.

2                    THE COURT:  THE RECORD IS CLEAR.

3                    MR. FREELAND:  THANK YOU, YOUR HONOR.

4                    THE COURT:  THANK YOU, VERY MUCH.

5                    (COURT ADJOURNED.)

6

7

8

9

10                   I CERTIFY THAT THE FOREGOING IS A

11   CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

12   ABOVE-ENTITLED MATTER.

13       9-25-24                    *Lynn Gligor*

14       DATE                 OFFICIAL COURT REPORTER

15                            LYNN GLIGOR, RMR

16

17

18

19

20

21

22

23

24

25

**$**

**$10,000** [3] - 25:25, 35:2, 35:17
**$12,000** [1] - 29:7
**$14** [1] - 14:10
**$30,000** [2] - 37:10, 38:9
**$35,000** [2] - 35:18, 38:7
**$50,000** [1] - 25:25

**1**

**1** [2] - 32:9, 66:20
**1.27** [1] - 22:4
**10** [4] - 35:18, 85:3, 87:11, 87:12
**100,000** [1] - 26:6
**100K** [1] - 26:6
**10:30** [2] - 87:12, 87:17
**10B** [1] - 1:9
**1196** [1] - 24:18
**12** [1] - 50:10
**1201** [1] - 24:19
**123** [1] - 39:8
**13** [1] - 23:16
**13(B** [10] - 4:18, 6:4, 6:18, 6:22, 7:25, 8:2, 8:3, 21:14, 22:14, 45:17
**1331** [1] - 5:9
**14** [7] - 52:18, 52:19, 53:10, 53:15, 68:2, 88:4, 88:7
**15** [10] - 4:13, 4:15, 4:18, 4:19, 5:3, 5:5, 24:6, 67:9, 67:23, 84:25
**16** [2] - 4:14, 5:4
**17** [1] - 53:19
**18** [1] - 24:11
**19** [15] - 4:18, 8:1, 8:4, 8:7, 8:10, 8:19, 11:7, 11:8, 11:23, 13:1, 13:7, 19:24, 44:3, 45:18, 51:10
**19(A** [1] - 11:23
**19106** [2] - 1:9, 1:22
**193** [1] - 6:10
**197** [2] - 6:10, 6:25
**1976** [1] - 24:12

**2**

**2** [4] - 30:19, 32:10, 67:3, 69:14
**20** [12] - 1:8, 15:4, 27:24, 50:24, 52:20,

53:4, 53:7, 53:11, 53:16, 86:5
**200** [1] - 48:10
**20007** [1] - 2:7
**2006** [1] - 24:19
**2019** [1] - 6:11
**2021** [2] - 7:14, 31:16
**2022** [3] - 31:16, 37:10, 38:8
**2024** [3] - 1:8, 87:11, 88:18
**20580** [1] - 1:18
**21** [2] - 67:21, 67:22
**22** [2] - 54:13, 54:14
**22314** [1] - 2:3
**23** [2] - 86:10, 87:2
**24** [3] - 48:22, 51:12, 86:5
**24-4949** [1] - 79:16
**24-CV-4949** [1] - 1:5
**25** [3] - 35:18, 51:13, 74:19
**250** [11] - 47:8, 48:11, 56:1, 56:5, 56:11, 59:22, 61:19, 61:20, 61:22, 68:13, 69:6
**2609** [1] - 1:21
**27** [3] - 38:25, 54:16, 86:9
**277** [1] - 2:3
**28** [1] - 5:8

**3**

**3** [1] - 38:18
**3(B** [1] - 6:18
**30** [4] - 25:20, 75:4, 75:9, 88:7
**3050** [1] - 2:7
**344** [1] - 6:15
**346** [3] - 6:16, 7:4, 46:3
**36** [1] - 31:17
**3RD** [2] - 6:10, 24:11

**4**

**4** [2] - 38:25, 69:14
**400** [1] - 2:7
**437** [1] - 4:14
**45(A** [4] - 4:13, 5:3, 67:10, 84:25
**45(A)** [1] - 24:6
**45(B** [1] - 5:6
**45(B)** [1] - 4:15
**453** [1] - 24:18
**47** [3] - 6:16, 7:4, 46:3
**4:30** [2] - 89:2, 89:3

**5**

**5** [25] - 7:16, 11:5, 11:13, 11:21, 12:18, 12:23, 12:24, 13:5, 23:2, 23:9, 23:16, 23:21, 23:22, 23:24, 33:20, 37:3, 37:17, 37:18, 42:10, 47:3, 62:3, 65:16, 82:19, 85:4, 85:12
**5(A** [21] - 4:12, 5:3, 22:2, 24:4, 24:7, 41:13, 41:18, 41:21, 42:5, 43:2, 43:6, 43:16, 43:23, 44:6, 44:12, 44:14, 44:19, 44:25, 67:9, 84:18, 84:25
**5(A)** [2] - 36:24, 40:22
**5,000** [5] - 72:2, 72:13, 72:19, 73:5, 73:22
**500** [2] - 71:18
**53(B** [1] - 4:19
**537** [1] - 5:4
**542** [1] - 24:10
**550** [1] - 2:3
**57(B)(B** [1] - 4:19
**593** [1] - 7:14

**6**

**600** [1] - 1:17
**601** [1] - 1:22
**611** [1] - 24:11
**617** [1] - 24:11
**65(B)(2** [1] - 52:19
**67** [1] - 7:14
**681** [1] - 25:3
**695** [1] - 25:3

**7**

**7TH** [6] - 50:25, 52:10, 53:19, 87:10, 88:6, 88:11

**8**

**8** [1] - 88:18
**82** [1] - 7:14
**856)649-4774** [1] - 1:23
**88** [1] - 46:3
**882** [1] - 6:15
**8TH** [1] - 88:15

**9**

**90** [1] - 25:22

**914** [1] - 6:10
**9TH** [1] - 6:15

**A**

**A.M** [2] - 87:11, 87:12
**ABILITY** [2] - 8:6, 78:4
**ABLE** [13] - 11:8, 13:9, 18:3, 23:13, 27:16, 40:19, 57:24, 57:25, 61:20, 61:21, 64:2, 68:7, 84:22
**ABOUT** [60] - 4:2, 7:23, 9:24, 10:10, 10:20, 11:16, 11:20, 15:9, 15:12, 16:5, 18:25, 19:4, 19:19, 20:8, 20:15, 21:18, 22:17, 30:20, 33:19, 34:18, 36:5, 36:22, 39:1, 39:11, 39:13, 39:21, 40:23, 41:9, 43:5, 43:15, 44:7, 44:11, 45:1, 46:4, 46:7, 46:10, 47:10, 47:11, 48:6, 51:14, 51:17, 51:19, 51:22, 52:12, 54:24, 57:10, 58:3, 58:19, 61:13, 63:18, 63:25, 65:16, 66:7, 67:7, 70:16, 80:24, 85:15, 86:10, 89:17, 90:25
**ABOVE** [3] - 29:23, 89:3, 91:12
**ABOVE-ENTITLED** [1] - 91:12
**ABSENT** [1] - 71:6
**ABSOLUTELY** [2] - 20:10, 56:23
**ACCEPT** [1] - 64:5
**ACCESS** [9] - 4:23, 9:17, 15:20, 44:17, 51:13, 55:22, 56:16, 64:3, 86:6
**ACCESSIBLE** [1] - 62:6
**ACCOUNT** [3] - 29:9, 35:6, 38:20
**ACT** [13] - 4:13, 4:15, 4:18, 5:3, 5:5, 21:15, 22:2, 22:10, 24:7, 67:9, 82:19, 84:19, 84:25
**ACTED** [1] - 28:3
**ACTING** [2] - 24:9, 29:18
**ACTION** [2] - 6:8, 52:24
**ACTIONS** [1] - 8:6

**ACTIVE** [2] - 60:12, 60:16
**ACTIVITY** [1] - 70:25
**ACTS** [1] - 24:5
**ACTUALLY** [8] - 29:5, 32:4, 47:21, 59:4, 60:14, 76:11, 84:14, 85:18
**AD** [9] - 29:9, 33:2, 33:6, 33:12, 37:18, 37:19, 60:17
**ADAM** [1] - 1:15
**ADD** [6] - 38:2, 38:4, 64:9, 78:23, 80:3, 88:7
**ADDED** [1] - 89:10
**ADDING** [1] - 30:15
**ADDITION** [2] - 24:21, 61:22
**ADDITIONAL** [12] - 27:12, 29:13, 31:24, 33:14, 35:14, 35:15, 35:16, 42:2, 43:14, 43:21, 58:8, 72:25
**ADDITIONALLY** [2] - 6:17, 28:19
**ADDRESS** [3] - 11:3, 52:4, 57:3
**ADDRESSES** [2] - 22:23, 23:4
**ADEQUATE** [1] - 27:1
**ADHESION** [1] - 14:4
**ADJOURNED** [1] - 91:5
**ADMISSION** [2] - 24:8, 60:5
**ADMITS** [1] - 27:7
**ADMITTED** [1] - 59:20
**ADMITTEDLY** [1] - 12:11
**ADS** [9] - 35:16, 39:17, 47:4, 60:3, 60:7, 60:12, 60:22, 61:10, 62:4
**ADVERTISEMENT** [1] - 26:24
**ADVERTISEMENTS** [1] - 29:2
**ADVERTISER** [1] - 60:13
**ADVERTISING** [6] - 5:4, 11:22, 26:10, 37:16, 38:3, 38:4
**ADVISED** [4] - 80:10, 89:23, 90:1, 90:5
**AFFIDAVITS** [2] - 31:19, 52:15
**AFTER** [17] - 11:11, 11:23, 22:2, 29:7, 47:5, 52:25, 53:4,

72:13, 80:12, 82:7, 83:13, 83:23, 84:21, 88:11, 88:12, 89:25, 90:2

**AFTERNOON** [2] - 60:4, 87:17

**AGAIN** [20] - 11:2, 12:21, 15:25, 16:15, 19:21, 26:16, 27:12, 31:24, 32:16, 33:1, 39:10, 47:2, 48:24, 52:2, 55:18, 65:13, 66:11, 67:5, 71:2, 82:2

**AGAINST** [3] - 4:7, 21:17, 71:1

**AGREE** [10] - 5:11, 5:21, 7:5, 14:3, 45:13, 45:18, 47:2, 47:3, 64:16, 73:20

**AGREED** [9] - 44:14, 60:20, 72:6, 75:11, 76:2, 76:11, 78:11, 80:19, 82:16

**AGREEMENT** [6] - 63:13, 63:16, 68:17, 72:8, 74:21, 75:18

**AGREES** [1] - 89:6

**AHEAD** [3] - 45:11, 65:12, 68:23

**AIDED** [1] - 1:25

**AL** [1] - 1:6

**ALEXANDRIA** [1] - 2:3

**ALIGNS** [1] - 6:20

**ALL** [38] - 11:19, 13:10, 14:11, 14:12, 16:5, 17:11, 18:25, 19:1, 22:7, 27:16, 28:16, 29:8, 35:4, 35:12, 41:13, 42:21, 45:1, 47:16, 60:6, 60:20, 60:25, 61:1, 61:2, 67:7, 69:2, 69:25, 70:9, 75:20, 77:19, 77:21, 81:22, 83:8, 83:11, 83:15, 83:17, 87:11

**ALLEGATIONS** [2] - 13:18, 77:22

**ALLEGED** [4] - 4:21, 14:10, 42:4, 42:15

**ALLOW** [3] - 56:16, 68:18, 69:8

**ALLOWS** [1] - 57:1

**ALONE** [1] - 40:1

**ALREADY** [4] - 36:10, 44:23, 45:3, 51:25

**ALSO** [37] - 3:18, 8:2, 8:16, 9:20, 17:10, 17:22, 23:9, 23:17,

24:21, 26:2, 29:24, 39:7, 41:10, 43:6, 43:8, 48:8, 48:13, 51:13, 53:10, 54:24, 56:2, 56:5, 56:15, 56:25, 57:22, 58:14, 59:15, 61:21, 62:16, 67:10, 70:5, 70:23, 76:22, 78:10, 83:5, 85:13, 86:2

**ALTHOUGH** [1] - 52:19

**AM** [69] - 3:8, 3:10, 3:20, 7:22, 10:19, 11:18, 12:11, 13:25, 16:15, 18:10, 18:22, 18:23, 19:1, 19:25, 20:2, 20:4, 20:17, 20:22, 21:8, 27:23, 30:6, 34:7, 36:24, 36:25, 37:24, 38:22, 39:8, 40:6, 41:3, 45:4, 50:15, 50:22, 51:17, 52:1, 53:8, 53:15, 53:25, 54:22, 55:16, 56:7, 56:14, 56:15, 62:13, 62:25, 63:24, 64:17, 65:13, 71:3, 71:21, 71:24, 73:17, 74:3, 74:19, 77:1, 79:10, 79:19, 80:20, 80:24, 81:17, 82:3, 82:5, 86:17, 87:19, 89:14, 90:19, 90:20

**AMANDA** [2] - 1:15, 3:8

**AMENABLE** [1] - 18:9

**AMEND** [1] - 68:17

**AMERICAN** [1] - 25:2

**AMG** [32] - 4:2, 7:10, 7:13, 7:19, 7:23, 8:1, 8:5, 8:7, 10:10, 12:14, 12:19, 14:23, 15:7, 15:15, 15:22, 16:7, 18:18, 19:5, 19:17, 20:24, 21:2, 21:4, 21:11, 21:13, 21:25, 22:7, 23:2, 40:23, 65:17

**AMOUNT** [2] - 70:11, 70:14

**AN** [70] - 4:16, 4:22, 4:25, 8:15, 9:8, 10:2, 10:20, 11:5, 11:9, 12:25, 13:9, 14:8, 14:17, 14:24, 16:8, 17:11, 17:22, 18:15, 21:9, 23:1, 23:3, 23:10, 23:13, 24:7,

35:11, 37:17, 37:18, 37:24, 38:14, 38:16, 39:4, 40:6, 43:9, 43:13, 44:6, 45:19, 47:2, 47:7, 48:4, 50:12, 50:18, 51:13, 52:9, 57:1, 58:1, 58:17, 60:4, 60:21, 63:13, 63:15, 63:17, 63:22, 65:18, 67:1, 67:8, 68:1, 68:11, 68:20, 70:2, 71:15, 71:24, 72:25, 73:3, 74:21, 76:18, 77:16, 83:13, 85:8, 87:16

**ANALYSIS** [4] - 23:1, 37:24, 45:14, 45:18

**ANALYZE** [1] - 21:11

**AND** [449] - 3:10, 3:18, 3:19, 3:21, 4:1, 4:3, 4:7, 4:14, 4:18, 4:19, 4:21, 4:25, 5:5, 5:10, 5:15, 5:20, 6:1, 6:6, 6:9, 6:24, 7:3, 7:13, 7:15, 7:19, 7:25, 8:1, 8:4, 8:7, 8:8, 8:9, 8:10, 8:16, 8:23, 9:7, 9:12, 9:16, 9:20, 9:24, 10:4, 10:10, 10:11, 10:12, 10:13, 10:19, 11:2, 11:4, 11:6, 11:12, 11:23, 11:25, 12:1, 12:5, 12:9, 12:11, 12:14, 12:16, 12:19, 12:20, 13:2, 13:5, 13:10, 13:13, 13:22, 13:23, 14:21, 15:19, 15:25, 16:5, 16:7, 16:12, 16:13, 16:15, 16:18, 17:8, 17:21, 17:24, 18:5, 18:6, 18:14, 19:11, 20:8, 20:19, 20:23, 20:25, 21:21, 21:23, 22:5, 22:6, 22:10, 22:13, 22:17, 22:21, 22:22, 23:8, 23:11, 23:13, 23:16, 23:19, 24:2, 24:15, 24:17, 24:20, 24:21, 25:1, 25:2, 25:5, 25:9, 25:12, 25:16, 25:20, 25:22, 25:23, 25:25, 26:1, 26:4, 26:9, 26:21, 26:22, 26:24, 27:1, 27:8, 27:10, 27:11, 27:13, 27:21, 27:22, 28:5, 28:9, 28:10, 28:15, 28:22, 29:1, 29:3, 29:4, 29:6, 29:8,

29:10, 29:12, 29:15, 29:18, 29:24, 30:3, 30:16, 31:2, 31:16, 31:17, 31:21, 31:24, 32:3, 32:6, 32:11, 32:12, 32:15, 32:20, 33:1, 33:2, 33:4, 33:5, 33:7, 33:24, 34:3, 34:23, 34:24, 34:25, 35:1, 35:3, 35:11, 35:14, 35:16, 35:18, 36:2, 36:11, 36:14, 36:20, 37:5, 37:8, 37:12, 37:14, 37:21, 37:25, 38:1, 38:3, 38:4, 38:9, 38:23, 38:25, 39:10, 39:16, 39:17, 39:23, 39:24, 40:4, 40:9, 40:19, 40:23, 41:1, 41:10, 41:19, 42:6, 42:19, 42:21, 42:24, 43:10, 43:24, 43:25, 44:10, 44:17, 44:23, 45:16, 45:17, 45:18, 45:24, 46:2, 46:6, 46:7, 46:15, 46:18, 46:20, 47:9, 48:6, 48:8, 48:16, 48:24, 49:10, 49:16, 49:24, 50:14, 50:20, 50:23, 50:25, 51:6, 51:12, 51:17, 51:22, 51:25, 52:1, 52:13, 52:15, 52:23, 52:25, 54:10, 55:18, 55:22, 55:24, 56:2, 56:8, 56:12, 56:15, 56:24, 56:25, 57:4, 57:5, 57:10, 57:13, 57:15, 57:19, 57:22, 58:2, 58:3, 58:4, 58:10, 58:13, 58:16, 59:6, 59:11, 59:23, 59:24, 60:2, 60:5, 60:12, 60:14, 60:18, 60:20, 60:25, 61:1, 61:19, 61:21, 61:25, 62:4, 62:5, 62:14, 62:16, 62:17, 62:21, 63:2, 63:4, 63:7, 63:18, 63:19, 63:20, 64:5, 64:11, 64:14, 65:6, 65:9, 65:17, 65:19, 66:8, 66:11, 66:22, 67:1, 67:10, 67:14, 67:25, 68:8, 68:10, 68:15, 69:2, 69:3, 69:6, 69:7, 69:10, 69:13, 69:14, 69:16, 70:3, 70:5, 70:6, 70:13,

70:18, 70:19, 70:22, 70:24, 71:7, 71:9, 71:11, 71:13, 71:14, 71:16, 71:21, 71:23, 72:12, 72:16, 72:18, 72:24, 73:4, 73:5, 73:9, 73:11, 73:20, 73:21, 74:1, 74:3, 74:5, 74:12, 74:14, 74:21, 75:11, 75:12, 75:19, 75:20, 75:24, 76:5, 76:22, 77:3, 77:20, 77:22, 78:8, 78:9, 78:20, 79:5, 79:14, 79:15, 79:17, 79:24, 80:6, 80:7, 80:9, 80:10, 80:14, 80:15, 80:18, 81:2, 81:5, 81:11, 81:12, 81:16, 81:20, 81:22, 81:24, 82:2, 82:9, 82:10, 82:16, 82:20, 83:5, 83:6, 83:21, 83:25, 84:2, 84:3, 84:10, 84:21, 85:6, 85:9, 85:13, 85:23, 86:2, 86:6, 86:23, 86:25, 87:8, 88:20, 88:22, 89:1, 89:2, 89:3, 89:13, 89:15, 89:16, 89:22, 89:23, 89:25, 90:17, 90:19, 90:20, 90:21

**ANOTHER** [5] - 28:15, 29:3, 56:12, 62:6, 86:21

**ANSWER** [1] - 42:1

**ANSWERED** [1] - 9:1

**ANY** [24] - 13:23, 15:6, 15:15, 21:17, 21:18, 30:3, 30:5, 36:18, 37:14, 45:7, 45:19, 48:18, 49:20, 51:7, 53:18, 53:19, 57:6, 59:22, 60:5, 61:3, 63:7, 78:2, 78:3, 90:11

**ANYTHING** [11] - 17:21, 44:11, 67:12, 74:16, 76:18, 77:24, 78:4, 86:3, 86:22, 86:24, 90:23

**ANYWAY** [3] - 16:20, 27:24, 90:22

**ANYWHERE** [3] - 61:11, 62:5, 62:6

**APART** [1] - 17:4

**APOLOGIES** [1] - 67:19

**APOLOGIZE** [3] -

12:21, 81:20, 81:23
**APPEAL** [1] - 75:19
**APPEALS** [1] - 6:21
**APPEARANCES** [2] -
1:14, 2:1
**APPOINT** [4] - 44:18,
56:14, 61:9, 69:1
**APPOINTED** [4] -
4:22, 33:20, 57:24,
58:18
**APPOINTMENT** [5] -
9:21, 15:25, 55:22,
56:20, 56:23
**APPROPRIATE** [9] -
10:3, 12:16, 23:8,
23:11, 41:19, 49:8,
53:7, 71:13, 71:15
**ARE** [244] - 3:18, 3:22,
3:23, 3:24, 3:25, 4:1,
4:3, 5:2, 5:25, 6:2,
7:9, 7:11, 7:20, 7:25,
8:2, 8:12, 8:13, 8:15,
8:16, 8:20, 8:21,
8:22, 8:23, 9:3, 9:7,
9:12, 9:16, 9:20,
10:8, 10:10, 10:14,
10:15, 10:16, 10:23,
11:8, 11:19, 12:4,
12:5, 12:6, 12:7,
13:8, 14:24, 15:8,
15:14, 15:22, 16:4,
16:6, 16:7, 17:8,
17:9, 17:23, 17:24,
18:3, 18:25, 20:1,
20:2, 20:6, 20:16,
20:18, 21:9, 21:10,
22:24, 23:19, 24:20,
25:10, 25:12, 26:4,
27:4, 28:4, 29:11,
29:16, 29:17, 29:23,
30:3, 30:8, 30:9,
30:21, 30:25, 31:2,
31:3, 32:4, 32:11,
32:12, 32:13, 32:14,
32:15, 32:25, 33:10,
34:4, 34:8, 34:14,
34:19, 35:8, 35:12,
35:20, 35:22, 36:1,
36:13, 36:14, 36:22,
37:8, 37:11, 37:13,
37:15, 37:17, 38:4,
38:5, 38:6, 38:7,
38:11, 38:12, 39:12,
40:3, 40:5, 41:9,
41:10, 41:16, 42:4,
42:7, 42:20, 42:25,
43:21, 43:23, 43:25,
44:9, 44:10, 44:12,
45:1, 45:15, 45:16,
47:8, 47:9, 47:20,

47:21, 47:22, 48:1,
48:7, 48:8, 48:10,
48:13, 48:14, 48:21,
49:2, 49:11, 51:14,
51:16, 51:19, 52:2,
52:7, 53:22, 54:10,
54:18, 55:20, 56:1,
56:10, 56:11, 56:12,
57:4, 57:5, 57:8,
58:16, 58:22, 59:9,
59:10, 59:15, 59:22,
59:23, 59:25, 60:1,
60:2, 61:2, 61:7,
61:13, 61:21, 61:22,
61:24, 62:5, 63:2,
63:16, 63:19, 64:5,
64:9, 69:2, 69:5,
69:6, 69:21, 70:2,
71:19, 71:23, 72:18,
72:22, 73:1, 73:3,
73:4, 73:5, 73:7,
73:15, 73:17, 73:20,
74:9, 75:22, 75:23,
75:25, 76:1, 76:9,
76:19, 77:10, 78:1,
78:10, 78:23, 79:15,
79:18, 79:25, 80:9,
82:9, 82:21, 84:3,
84:22, 85:16, 85:17,
85:20, 85:24, 86:13,
86:20, 87:1, 87:11,
87:22, 88:6, 88:17,
89:1, 89:15, 89:16,
90:20
**AREAS** [1] - 64:15
**AREN'T** [1] - 26:13
**ARGUE** [1] - 84:22
**ARGUED** [2] - 80:9,
80:14
**ARGUING** [2] - 7:12,
7:18
**ARGUMENT** [11] -
15:14, 15:22, 23:13,
23:14, 34:3, 34:7,
38:21, 40:14, 66:22,
83:13, 83:25
**ARRIVED** [1] - 29:5
**AS** [56] - 3:11, 6:14,
7:11, 8:19, 8:24,
10:18, 13:2, 14:17,
21:22, 22:1, 25:20,
27:16, 30:5, 36:24,
47:1, 50:9, 50:12,
53:20, 54:11, 60:2,
60:6, 62:19, 69:4,
69:15, 70:4, 71:23,
72:3, 73:10, 74:5,
74:8, 75:10, 76:18,
77:1, 77:15, 77:22,
78:9, 79:14, 82:25,

83:4, 83:9, 86:11,
89:2, 89:3, 89:14,
90:15
**ASAP** [1] - 62:1
**ASIDE** [4] - 14:8,
18:22, 20:4, 20:22
**ASK** [9] - 8:10, 10:19,
38:23, 41:6, 47:14,
69:18, 70:13, 75:11,
86:25
**ASKED** [2] - 22:8,
69:25
**ASKING** [24] - 8:2,
8:13, 8:15, 8:16,
8:20, 8:21, 8:22,
8:23, 9:3, 9:7, 9:12,
9:16, 9:20, 9:22,
9:25, 10:15, 10:17,
20:1, 20:22, 54:18,
70:2, 71:8
**ASSERTING** [3] -
4:12, 24:25, 30:14
**ASSESSMENT** [1] -
6:20
**ASSET** [62] - 4:22,
8:15, 8:22, 9:24,
10:2, 10:20, 10:24,
11:5, 11:9, 12:25,
13:9, 13:10, 14:18,
16:5, 16:6, 16:8,
17:11, 17:22, 18:4,
18:12, 18:15, 19:4,
19:12, 19:14, 20:7,
20:9, 40:24, 44:3,
44:6, 45:3, 45:4,
45:19, 50:18, 52:8,
63:18, 63:20, 64:20,
65:1, 65:6, 65:8,
65:18, 65:19, 65:22,
66:1, 66:2, 67:14,
68:11, 69:23, 70:2,
70:11, 71:6, 72:7,
72:23, 72:24, 72:25,
74:5, 75:7, 78:10,
85:14, 86:2
**ASSETS** [29] - 16:18,
16:20, 16:25, 17:4,
17:8, 17:14, 17:23,
18:5, 19:7, 19:10,
19:23, 20:13, 20:24,
20:25, 41:2, 41:10,
46:16, 50:20, 57:23,
69:2, 69:21, 69:23,
69:24, 70:3, 70:4,
70:5, 70:24, 76:24
**ASSOCIATED** [1] -
38:5
**ASSUME** [5] - 11:1,
46:6, 61:19, 75:25,
77:10

**ASSUMED** [1] - 85:8
**ASSUMES** [1] - 24:20
**ASSUMING** [5] - 18:2,
44:21, 71:21, 71:24,
73:17
**AT** [84] - 3:22, 4:4,
4:11, 6:25, 7:4, 8:13,
8:17, 9:3, 11:9,
12:24, 14:15, 16:7,
16:19, 17:18, 21:9,
21:13, 22:13, 23:8,
23:22, 26:21, 27:21,
29:22, 30:18, 30:22,
31:2, 31:13, 36:9,
36:12, 36:17, 37:5,
38:17, 38:18, 38:25,
39:23, 40:9, 40:12,
40:21, 43:25, 46:3,
46:17, 47:1, 50:14,
51:17, 51:18, 52:12,
52:14, 52:15, 52:16,
52:20, 53:24, 55:7,
55:16, 56:14, 60:21,
61:15, 63:12, 64:5,
65:15, 65:16, 68:12,
68:13, 69:3, 69:4,
75:14, 77:23, 78:15,
78:23, 79:10, 79:11,
79:14, 79:16, 81:22,
82:2, 83:12, 85:12,
85:13, 86:20, 87:11,
89:10, 89:12
**ATTACHED** [7] -
25:12, 26:18, 26:24,
31:18, 38:16, 38:17,
50:9
**ATTEMPTED** [2] -
63:15, 63:25
**ATTENDED** [1] - 80:8
**ATTORNEY** [1] -
87:23
**ATTORNEY'S** [1] -
71:11
**ATTORNEYS** [3] -
80:8, 80:13, 83:24
**AUTHORITIES** [2] -
80:6, 89:22
**AUTHORITY** [4] -
4:17, 7:16, 39:4,
68:4
**AUTHORIZATION** [1]
- 73:22
**AUTHORIZED** [1] -
19:17
**AUTHORIZES** [2] -
21:15, 21:21
**AVAILABLE** [5] -
17:18, 17:20, 17:23,
36:18, 49:19
**AVE** [1] - 1:17

**AVERAGE** [1] - 38:6
**AWARD** [1] - 21:21
**AWARE** [1] - 57:4
**AWAY** [2] - 17:10,
35:3
**AWESOME** [1] - 76:12

---

**B**

---

**BACK** [17] - 19:22,
27:13, 31:10, 32:7,
32:16, 36:1, 39:10,
39:14, 44:10, 65:9,
68:1, 75:11, 75:23,
77:19, 89:9, 90:19,
90:21
**BALANCE** [3] - 7:1,
45:25, 49:9
**BALANCING** [1] -
45:24
**BALLING** [1] - 70:19
**BANNED** [1] - 29:9
**BAR** [2] - 23:2, 23:3
**BASED** [1] - 75:3
**BASICALLY** [1] - 14:4
**BASIS** [2] - 24:25,
30:14
**BATTLE** [4] - 51:23,
52:1, 62:19
**BE** [113] - 4:22, 6:8,
7:18, 10:13, 10:17,
12:24, 13:9, 14:17,
15:3, 15:5, 15:6,
15:13, 16:20, 16:24,
17:11, 17:14, 17:19,
18:5, 18:7, 18:8,
18:9, 18:15, 18:17,
19:6, 19:7, 19:12,
19:14, 19:24, 20:13,
20:25, 24:17, 24:22,
25:21, 27:16, 27:18,
30:11, 32:19, 32:22,
32:24, 33:9, 34:25,
35:6, 35:20, 36:10,
36:19, 37:1, 37:23,
39:5, 39:21, 40:18,
40:19, 41:2, 42:17,
43:13, 43:18, 47:18,
48:22, 48:23, 49:4,
49:5, 50:18, 50:19,
50:20, 51:10, 51:23,
52:24, 53:1, 53:5,
54:1, 55:18, 56:5,
57:25, 58:4, 58:14,
61:11, 61:14, 61:16,
61:20, 61:21, 62:3,
63:17, 65:8, 65:18,
65:23, 66:10, 66:12,
68:7, 68:23, 69:7,
69:23, 70:11, 70:25,

71:10, 71:24, 72:7, 73:9, 73:12, 78:14, 79:3, 81:7, 81:21, 83:3, 83:16, 84:10, 85:14, 85:19, 86:11, 90:17

**BECAUSE** [57] - 3:24, 4:4, 5:9, 5:17, 5:19, 7:1, 7:13, 10:8, 12:6, 12:7, 12:25, 13:9, 13:16, 16:6, 16:24, 18:19, 20:2, 21:9, 23:12, 25:10, 26:18, 28:3, 28:16, 30:16, 32:24, 33:19, 34:4, 34:19, 36:25, 37:24, 40:3, 45:25, 51:24, 52:7, 55:1, 55:11, 56:20, 61:6, 62:8, 62:24, 63:6, 64:6, 65:25, 69:20, 70:4, 70:20, 74:21, 74:22, 78:2, 78:11, 83:1, 84:15, 87:20, 88:9, 89:14, 89:15, 90:14

**BECOME** [3] - 32:25, 33:11, 82:10

**BECOMES** [1] - 23:1

**BEEN** [17] - 8:7, 8:11, 10:14, 13:22, 13:23, 17:20, 23:13, 36:17, 47:11, 58:9, 61:3, 63:6, 63:12, 65:24, 75:4, 76:2, 81:15

**BEETLESTONE** [2] - 1:11, 89:4

**BEFORE** [17] - 1:11, 30:10, 30:22, 31:10, 33:12, 34:20, 52:3, 54:23, 57:9, 60:2, 63:23, 66:22, 70:20, 71:3, 71:8, 71:13

**BEGIN** [2] - 23:22, 84:11

**BEGINNING** [2] - 71:22, 85:13

**BEGINS** [1] - 21:13

**BEHALF** [1] - 3:14

**BEING** [8] - 31:5, 36:25, 47:8, 47:21, 57:21, 59:2, 80:10, 89:23

**BELIEVE** [12] - 14:17, 18:20, 21:2, 40:8, 41:23, 42:2, 47:1, 50:2, 79:2, 79:11, 81:9, 81:14

**BELIEVES** [1] - 21:18

**BELLS** [1] - 30:16

**BENCH** [1] - 49:24

**BENEFICIAL** [1] - 24:10

**BENEFIT** [3] - 26:16, 27:12, 31:24

**BENEFITING** [1] - 60:1

**BEST** [9] - 12:10, 12:12, 27:11, 53:25, 56:19, 62:22, 62:25, 72:10, 85:2

**BETWEEN** [4] - 16:13, 22:6, 38:1, 48:13

**BEYOND** [2] - 69:6, 85:18

**BIG** [1] - 58:23

**BILLION** [2] - 10:13, 22:4

**BIT** [3] - 39:18, 51:15

**BITES** [1] - 26:22

**BLOOD** [1] - 14:1

**BOLD** [3] - 84:2, 86:7, 89:1

**BOND** [1] - 53:2

**BOTH** [8] - 8:8, 40:8, 42:5, 75:11, 80:8, 80:9, 80:14, 90:14

**BOTTOM** [1] - 29:22

**BOUGHT** [1] - 28:25

**BOX** [1] - 28:17

**BRAIN** [1] - 12:11

**BREAK** [1] - 74:21

**BREYER** [2] - 21:13, 22:22

**BRIEF** [4] - 29:25, 35:7, 38:25, 45:12

**BRIEFS** [1] - 52:15

**BRING** [2] - 8:6, 90:20

**BRINGING** [2] - 5:9, 56:7

**BROAD** [1] - 51:21

**BROUGHT** [5] - 5:2, 8:8, 28:25, 57:6, 57:9

**BUCKETS** [4] - 20:9, 42:13, 43:22, 44:12

**BUCKING** [2] - 20:1, 20:2

**BUCKS** [3] - 71:18, 71:19, 73:15

**BUILDING** [2] - 32:5, 78:13

**BURDEN** [7] - 7:22, 40:22, 63:6, 82:9, 84:17, 84:24, 85:18

**BUS** [1] - 39:11

**BUSINESS** [93] - 4:13, 4:23, 4:24, 5:4, 5:17, 9:13, 9:17, 11:24, 13:4, 14:14, 15:13, 15:16, 15:20, 23:10,

23:17, 23:23, 25:9, 28:9, 28:14, 28:17, 30:6, 32:6, 34:24, 35:1, 35:10, 36:10, 36:21, 36:23, 37:13, 41:4, 41:15, 41:21, 41:22, 42:3, 42:8, 42:15, 42:20, 43:8, 43:17, 43:19, 43:22, 44:4, 44:8, 44:11, 44:16, 44:17, 45:2, 45:8, 47:12, 48:8, 48:13, 48:17, 51:7, 51:18, 51:20, 54:2, 55:23, 56:7, 56:17, 56:25, 57:1, 57:7, 57:17, 57:19, 57:21, 57:25, 58:1, 58:3, 58:15, 58:17, 58:21, 59:4, 60:18, 61:15, 62:10, 62:11, 63:4, 64:3, 64:4, 64:12, 64:25, 66:6, 66:10, 68:15, 68:21, 68:22, 69:5, 69:20, 79:5, 83:6, 86:6, 90:10

**BUSINESSES** [10] - 26:1, 26:3, 26:4, 48:14, 48:21, 49:6, 56:8, 59:7, 61:2, 61:3

**BUT** [74] - 4:11, 6:23, 8:25, 10:7, 10:9, 11:5, 12:12, 13:22, 14:8, 15:2, 15:14, 15:21, 16:7, 19:2, 19:4, 19:6, 20:7, 20:15, 20:18, 23:3, 27:4, 27:16, 30:7, 32:16, 32:19, 34:15, 35:25, 36:17, 37:9, 38:21, 39:9, 40:10, 41:23, 44:5, 44:6, 44:7, 44:20, 45:3, 47:20, 50:18, 51:21, 51:23, 53:10, 53:15, 53:24, 54:23, 56:5, 57:18, 58:21, 59:14, 60:14, 61:10, 61:12, 61:14, 61:18, 62:7, 63:5, 63:16, 63:24, 64:9, 65:18, 66:12, 66:13, 69:23, 70:21, 70:22, 72:21, 73:12, 82:23, 85:15, 86:11, 87:17, 87:23, 88:25

**BUY** [6] - 35:9, 48:6, 69:16, 70:18, 71:20

**BY** [31] - 1:24, 1:25, 6:6, 8:11, 9:8, 13:18, 14:4, 14:5, 21:14,

26:17, 30:1, 32:11, 33:6, 34:8, 37:9, 37:20, 38:18, 39:5, 39:21, 47:9, 51:15, 52:9, 57:24, 58:3, 58:6, 58:18, 59:16, 60:3, 80:8, 87:19

---

# C

**C.E.O** [1] - 5:19

**CABINING** [1] - 45:5

**CALENDAR** [1] - 50:24

**CALL** [5] - 24:10, 47:25, 60:16, 62:16, 62:17

**CALLED** [1] - 61:24

**CAME** [2] - 31:15, 60:7

**CAMPAIGN** [1] - 37:20

**CAN** [81] - 3:5, 4:3, 6:13, 12:19, 14:17, 16:9, 17:10, 17:14, 18:5, 18:20, 19:7, 19:12, 20:10, 20:13, 20:25, 21:12, 23:15, 23:24, 24:17, 30:11, 31:24, 33:13, 34:23, 35:17, 35:18, 35:24, 37:9, 40:9, 41:2, 41:5, 41:25, 42:17, 44:10, 44:16, 44:17, 44:18, 47:24, 48:5, 48:22, 49:18, 49:19, 49:24, 50:20, 50:25, 53:10, 53:20, 53:24, 55:25, 57:19, 57:22, 58:8, 58:21, 59:4, 62:14, 62:15, 62:16, 62:17, 64:19, 64:21, 65:9, 65:23, 69:8, 72:1, 72:3, 72:6, 72:9, 72:11, 73:21, 75:3, 76:5, 79:15, 81:23, 83:3, 83:15, 84:3, 85:21, 88:10, 89:8, 89:9, 90:6

**CAN'T** [7] - 11:4, 19:19, 31:8, 32:15, 64:16, 69:16, 75:8

**CANCEL** [1] - 29:11

**CANNOT** [7] - 12:24, 19:10, 20:24, 32:24, 39:14, 58:19, 59:21

**CAPITAL** [1] - 7:13

**CAPITALIZE** [1] - 79:18

**CAPS** [1] - 84:3

**CAPTURES** [3] - 34:21, 77:17

**CAREFUL** [1] - 57:5

**CAREFULLY** [2] - 45:4, 57:9

**CARS** [1] - 70:17

**CARVE** [2] - 61:18, 69:9

**CASE** [34] - 1:3, 6:13, 6:15, 7:4, 7:15, 7:19, 8:1, 8:17, 10:3, 13:17, 13:18, 14:7, 14:11, 22:6, 22:20, 34:17, 34:19, 36:2, 39:8, 40:7, 46:14, 48:1, 56:19, 56:24, 57:10, 58:5, 60:4, 66:16, 79:14, 79:16, 79:22, 85:16, 88:13

**CASES** [6] - 6:5, 8:7, 21:16, 26:19, 36:11, 57:5

**CASH** [1] - 25:23

**CAUGHT** [1] - 82:6

**CAUSE** [3] - 4:25, 9:8, 14:10, 14:25, 15:3, 15:4, 15:6, 44:15, 50:22, 52:9, 79:11, 81:9, 81:14

**CAVEAT** [1] - 13:16

**CAVEATS** [3] - 15:19, 16:2, 27:17

**CC-8543** [1] - 1:17

**CEASE** [6] - 11:6, 11:12, 11:23, 12:1, 12:19, 13:5

**CENTER** [2] - 6:10, 6:25

**CERTAIN** [6] - 27:3, 55:4, 70:10, 70:13, 71:8, 71:10

**CERTAINLY** [3] - 12:12, 20:19, 31:25

**CERTIFY** [1] - 91:10

**CFR** [2] - 4:14, 5:4

**CFRA** [2] - 13:16, 14:17

**CHALLENGE** [1] - 76:2

**CHALLENGED** [1] - 32:11

**CHALLENGING** [1] - 77:21

**CHAMBERS** [2] - 62:15

**CHANGE** [3] - 30:1, 45:22, 78:22

**CHANGES** [1] - 45:2

**CHECK** [1] - 86:3

**CHILDREN** [1] - 69:14

**CHOICE** [2] - 23:23, 24:16

CHOSES [1] - 53:11
CIRCUIT [4] - 6:11,
6:15, 24:11, 24:19
CIRCUMSTANCES [4]
- 24:10, 28:3, 29:19,
83:14
CITE [1] - 7:15
CITED [1] - 6:14
CITES [1] - 6:16
CIVIL [1] - 1:3
CLAIM [20] - 5:9,
13:16, 14:2, 14:9,
25:24, 26:21, 27:9,
27:10, 31:9, 33:6,
35:21, 39:18, 40:9,
40:10, 43:9
CLAIMED [2] - 26:2,
26:3
CLAIMS [33] - 5:2,
11:22, 12:2, 13:14,
14:13, 14:14, 25:8,
25:15, 25:18, 26:14,
26:17, 27:4, 27:18,
29:16, 30:2, 30:8,
31:11, 32:10, 34:20,
34:23, 35:7, 35:8,
35:12, 36:9, 36:12,
37:4, 42:6, 42:20,
43:6, 43:24, 58:7,
58:10
CLAIR [2] - 2:2, 3:19
CLARIFICATION [2] -
41:7, 67:15
CLARIFY [4] - 16:16,
35:4, 36:4, 54:17
CLARITY [1] - 4:3
CLARK [1] - 37:9
CLASSIC [1] - 4:4
CLAUSE [2] - 14:16,
67:16
CLEAN [4] - 78:9,
79:8, 82:12, 83:9
CLEAR [10] - 35:20,
46:13, 46:14, 47:16,
68:8, 74:3, 75:16,
75:21, 91:1, 91:2
CLEARLY [3] - 16:14,
25:10, 40:25
CLERK [5] - 3:1,
49:17, 63:11, 77:8,
78:7
CLICK [2] - 37:17,
38:2
CLICKS [5] - 37:17,
37:19, 37:22, 38:3
CLIENT [4] - 31:16,
31:23, 36:18, 59:9
CLIENTS [3] - 36:20,
37:18
CLOSE [3] - 39:7,

42:4, 43:7
CO [1] - 70:24
CO-MINGLED [1] -
70:24
COACHING [2] -
47:12, 60:18
COHORT [3] - 62:11,
68:19, 69:9
COLLEGE [4] - 28:18,
32:22, 33:9, 33:10
COLOR [1] - 18:13
COME [17] - 10:21,
14:23, 31:17, 32:16,
33:10, 47:5, 63:13,
65:9, 68:9, 68:10,
70:13, 70:18, 73:17,
75:11, 75:18, 77:19,
82:10
COMES [7] - 12:18,
31:8, 36:15, 36:19,
59:1, 61:1, 65:6
COMING [4] - 19:22,
32:7, 39:10, 39:14
COMMENT [1] - 26:6
COMMERCE [1] - 24:6
COMMISSION [15] -
1:3, 1:16, 3:4, 3:11,
4:6, 6:9, 7:16, 21:15,
21:19, 21:21, 22:8,
22:18, 22:25, 23:6
COMMISSION'S [3] -
6:7, 52:23, 81:3
COMMITTING [1] -
22:10
COMMUNICATIONS
[1] - 28:20
COMPANY [5] - 47:11,
57:13, 57:14, 69:8
COMPELLING [1] -
46:15
COMPLAINED [3] -
28:9, 28:15, 28:22
COMPLAINT [9] -
14:12, 25:13, 25:16,
31:15, 52:21, 53:3,
78:17, 80:4, 89:20
COMPLETE [2] -
34:24, 55:7
COMPLETELY [3] -
35:12, 58:6, 81:24
COMPLIANCE [1] -
62:2
COMPLICATED [1] -
28:10
COMPLY [2] - 12:23,
47:3
COMPONENT [2] -
38:22, 39:15
COMPONENTS [1] -
76:23

COMPUTER [3] - 1:24,
1:25, 87:3
COMPUTER-AIDED
[1] - 1:25
CONCERN [2] - 48:18,
61:10
CONCERNED [2] -
21:25, 51:17
CONCERNING [1] -
8:1
CONCERNS [1] -
76:23
CONCLUDE [1] -
21:23
CONCLUDED [1] -
6:21
CONCLUSION [1] -
46:17
CONDUCT [5] - 12:20,
12:22, 13:6, 24:16,
46:15
CONFERENCE [1] -
74:20
CONFIRM [2] - 29:20,
64:7
CONFIRMED [1] -
29:16
CONFUSED [1] - 89:7
CONNECTED [1] -
59:3
CONNED [1] - 29:11
CONSENT [2] - 70:10,
73:22
CONSERVATIVE [1] -
37:24
CONSIDER [4] - 20:7,
22:16, 39:3, 66:21
CONSIDERED [4] -
57:9, 80:4, 81:2,
89:20
CONSIDERING [2] -
6:6, 52:23
CONSULTED [1] -
47:8
CONSULTING [7] -
32:3, 32:6, 47:13,
48:9, 48:16, 59:24,
60:18
CONSUMER [23] -
4:15, 5:5, 10:4, 10:5,
14:6, 14:11, 17:8,
27:2, 27:5, 28:12,
28:15, 28:24, 29:3,
29:6, 29:18, 31:2,
31:4, 37:6, 38:7,
40:11, 47:4, 60:7,
62:4
CONSUMER'S [1] -
27:18
CONSUMER-

FACING [2] - 60:7,
62:4
CONSUMERS [37] -
10:6, 13:1, 13:11,
14:5, 16:9, 16:21,
17:5, 17:18, 17:20,
19:23, 24:9, 24:15,
24:23, 25:10, 25:19,
25:25, 26:5, 28:2,
28:6, 28:7, 28:19,
29:10, 30:8, 30:12,
34:16, 37:8, 38:11,
39:2, 42:7, 46:17,
48:5, 58:22, 58:25,
59:9, 59:15, 61:15,
68:23
CONTACT [1] - 62:14
CONTAINS [1] - 39:7
CONTEST [1] - 72:19
CONTEXT [22] - 4:1,
7:6, 7:12, 26:23,
27:5, 31:11, 33:2,
33:3, 33:5, 33:11,
33:19, 34:3, 34:15,
34:19, 35:5, 36:5,
40:14, 40:16, 40:19,
40:20, 45:22, 85:19
CONTINUATION [2] -
57:1, 58:1
CONTINUE [9] - 58:7,
58:13, 59:7, 61:11,
61:14, 64:21, 64:24,
69:8, 76:6
CONTINUED [3] - 2:1,
58:4, 59:14
CONTINUES [1] -
57:20
CONTINUING [5] -
22:21, 46:19, 57:7,
58:9, 61:18
CONTINUOUS [2] -
30:2, 58:23
CONTINUOUSLY [2] -
58:10, 58:11
CONTRACT [6] - 5:6,
12:2, 13:14, 14:3,
14:4, 14:15
CONTRACTORS [1] -
49:2
CONTRAST [1] -
46:18
CONTROL [1] - 87:7
CONVERSATION [1] -
34:18
CONVEYED [4] -
24:24, 30:13, 31:2,
32:18
COOPERATION [1] -
67:16
COPY [3] - 49:25,

90:14, 90:21
CORP [1] - 25:3
CORPORATE [4] -
47:25, 69:24, 70:3,
70:4
CORPORATION [1] -
21:17
CORRECT [31] - 7:6,
9:5, 9:10, 9:14, 9:18,
10:23, 11:7, 12:3,
13:15, 15:11, 15:16,
15:17, 15:23, 16:10,
17:15, 19:21, 40:15,
43:3, 46:8, 46:9,
47:23, 48:12, 75:7,
76:3, 76:25, 79:9,
82:13, 82:22, 85:20,
91:11
CORRESPONDENC
E [1] - 52:13
COST [2] - 38:3, 73:15
COSTS [2] - 37:14,
38:4
COULD [26] - 11:6,
11:22, 11:25, 19:1,
19:2, 25:11, 26:7,
26:16, 27:13, 32:19,
41:6, 41:14, 44:14,
44:15, 44:20, 45:22,
49:5, 57:24, 58:3,
66:12, 70:11, 72:8,
78:8, 81:13, 84:14
COUNSEL [11] - 1:19,
2:4, 2:8, 3:6, 63:16,
70:12, 71:7, 72:4,
72:17, 75:18, 77:16
COUNTER [1] - 46:7
COUNTS [4] - 42:4,
42:5, 42:11, 42:15
COUPLE [3] - 31:7,
52:4, 66:5
COURSE [3] - 28:13,
71:6, 75:17
COURT [263] - 1:1,
1:21, 3:1, 3:2, 3:12,
3:17, 3:20, 4:10,
4:20, 5:8, 5:15, 5:16,
5:18, 5:25, 6:21, 7:9,
8:5, 8:12, 8:25, 9:7,
9:12, 9:16, 9:20,
9:24, 10:7, 10:12,
11:1, 11:11, 11:15,
11:18, 12:4, 12:13,
13:13, 13:21, 14:19,
15:3, 15:9, 15:12,
15:19, 15:25, 16:4,
16:12, 17:1, 17:13,
17:16, 17:21, 17:25,
18:2, 18:16, 18:22,
19:15, 19:18, 19:25,

21:4, 21:8, 21:16,
21:21, 22:3, 22:8,
22:10, 22:14, 22:15,
22:22, 24:1, 24:20,
25:12, 25:17, 26:11,
27:20, 30:10, 31:20,
32:17, 33:12, 33:17,
33:24, 34:2, 34:21,
35:25, 36:22, 38:10,
38:13, 39:20, 40:14,
40:16, 41:8, 41:12,
42:12, 42:16, 42:22,
43:1, 43:5, 43:12,
43:15, 43:20, 44:5,
44:23, 45:11, 45:16,
45:21, 46:10, 46:23,
47:14, 48:10, 49:7,
49:18, 49:21, 49:23,
50:1, 50:4, 50:9,
50:12, 51:8, 51:11,
51:14, 52:5, 52:7,
53:10, 53:11, 53:14,
53:22, 54:5, 54:12,
54:15, 54:19, 54:22,
55:9, 55:12, 55:15,
57:24, 58:2, 58:8,
58:19, 59:17, 60:8,
61:5, 63:11, 63:12,
64:8, 64:10, 64:15,
64:23, 65:1, 65:5,
65:12, 65:14, 65:21,
66:9, 66:17, 66:25,
67:4, 67:7, 67:8,
67:17, 67:22, 67:24,
68:3, 68:6, 68:16,
69:20, 69:25, 70:8,
70:13, 70:15, 71:8,
71:14, 71:17, 72:2,
72:5, 72:8, 72:10,
72:18, 72:19, 72:21,
73:2, 73:10, 73:23,
73:25, 74:8, 74:12,
74:16, 74:19, 74:23,
75:5, 75:10, 75:22,
76:5, 76:8, 76:12,
76:17, 76:22, 77:1,
77:5, 77:8, 77:9,
77:24, 78:1, 78:12,
78:17, 78:20, 78:24,
79:4, 79:10, 79:17,
79:21, 79:25, 80:3,
80:4, 80:17, 80:22,
80:25, 81:8, 81:11,
82:1, 82:4, 82:14,
82:17, 82:20, 82:23,
83:1, 83:5, 83:10,
83:19, 83:23, 84:1,
84:6, 84:7, 84:8,
84:9, 84:12, 84:14,
84:16, 84:21, 85:12,
85:22, 85:24, 86:1,

86:9, 86:16, 86:20,
86:22, 87:5, 87:7,
87:10, 87:15, 87:19,
87:22, 88:1, 88:3,
88:12, 88:15, 88:20,
89:12, 89:20, 89:24,
90:4, 90:13, 91:2,
91:4, 91:5, 91:14
**COURT'S** [3] - 45:10,
63:18, 63:19
**COURTHOUSE** [1] -
1:21
**COURTROOM** [3] -
1:9, 75:12, 78:3
**COURTS** [4] - 8:11,
25:1, 34:12, 39:3
**CREATED** [1] - 30:1
**CREATES** [2] - 39:3,
39:6
**CREATING** [1] - 26:3
**CRFA** [6] - 12:1,
13:14, 14:2, 23:12,
79:5, 83:6
**CURRENTLY** [1] -
47:8
**CUSTOMER** [1] -
38:17
**CUSTOMERS** [12] -
34:5, 34:8, 47:8,
48:11, 56:1, 56:10,
56:11, 61:19, 61:21,
61:22, 62:12, 68:24
**CYBERSPACE.COM**
[2] - 24:18, 39:9

# D

**D.C** [1] - 2:7
**DAMAGE** [2] - 14:11,
80:18
**DAMAGES** [2] - 13:12,
16:16
**DATA** [2] - 86:19, 87:3
**DATE** [5] - 50:25,
52:18, 88:4, 88:11,
91:14
**DATES** [1] - 53:25
**DAY** [7] - 48:22, 83:24,
87:10, 88:11, 88:12,
88:16, 89:2
**DAYS** [12] - 25:20,
27:24, 50:24, 52:18,
53:4, 53:7, 53:10,
85:5, 85:21, 88:4,
88:7
**DAYS'** [1] - 15:4
**DBA** [1] - 47:25
**DC** [1] - 1:18
**DEAL** [2] - 42:5, 71:18
**DEALS** [1] - 42:6

**DECEPTIVE** [9] - 24:5,
24:7, 30:1, 34:14,
34:15, 34:16, 42:19,
43:5, 43:23
**DECIDE** [1] - 4:5
**DECIDED** [1] - 44:24
**DECISION** [1] - 23:12
**DECLARATION** [4] -
28:5, 32:8, 32:13,
89:21
**DECLARATIONS** [7] -
31:16, 31:23, 35:14,
37:6, 38:7, 58:8,
80:5
**DEFENDANT** [35] -
2:4, 2:8, 5:19, 12:5,
12:23, 22:4, 22:9,
22:12, 22:21, 24:25,
30:13, 30:20, 31:1,
34:24, 35:13, 38:18,
38:22, 40:19, 48:1,
52:25, 55:7, 56:24,
58:7, 59:16, 61:25,
63:3, 64:21, 64:24,
69:4, 71:12, 80:14,
85:5, 86:13, 86:24,
86:25
**DEFENDANT'S** [15] -
4:23, 9:17, 15:20,
26:5, 28:8, 29:15,
30:2, 37:16, 44:17,
55:23, 56:16, 64:13,
69:5, 76:24, 77:17
**DEFENDANTS** [21] -
1:7, 3:15, 3:16, 7:11,
25:6, 25:8, 29:12,
32:3, 32:6, 33:18,
36:7, 46:18, 47:9,
55:6, 55:24, 59:25,
73:7, 80:9, 81:9,
83:25, 86:10
**DEFENDANTS'** [1] -
4:21
**DEFENSE** [17] - 3:12,
10:19, 11:2, 11:4,
18:8, 18:16, 23:13,
30:10, 46:6, 46:24,
59:18, 61:19, 63:16,
70:12, 71:7, 72:4,
72:17
**DEFINITELY** [1] - 8:18
**DEFRAUDED** [1] -
17:5
**DELETE** [4] - 82:24,
83:8, 85:23, 86:1
**DELETED** [1] - 83:3
**DELETING** [2] - 83:17,
86:17
**DELIVER** [1] - 85:6
**DEMONSTRATE** [2] -

31:25, 32:1
**DENSE** [1] - 28:16
**DEPARTMENT** [1] -
47:15
**DEPOSITION** [3] -
54:7, 54:8, 55:5
**DEPOSITIONS** [1] -
54:10
**DEPUTY** [1] - 49:17
**DESCRIBED** [1] -
28:11
**DESIST** [6] - 11:6,
11:12, 11:24, 12:1,
12:19, 13:6
**DESPITE** [1] - 53:6
**DESTRUCTION** [2] -
86:18, 87:3
**DESTRUCTIVE** [1] -
49:5
**DETAIL** [1] - 22:14
**DETAILED** [1] - 73:8
**DETAILS** [3] - 15:2,
15:6, 53:21
**DETERMINATION** [1]
- 71:15
**DETERMINE** [5] - 6:7,
33:6, 68:14, 71:12,
83:7
**DETERMINED** [4] -
34:12, 83:12, 84:1,
84:21
**DETERMINES** [3] -
22:25, 23:6, 65:7
**DETERMINING** [1] -
39:1
**DETRIMENTAL** [1] -
48:20
**DEVIL'S** [1] - 15:1
**DIAGRAM** [2] - 48:11,
56:4
**DICTATED** [1] - 84:11
**DICTIONARY** [1] -
60:16
**DID** [17] - 8:5, 14:21,
22:14, 27:11, 29:25,
37:24, 38:3, 38:17,
48:16, 49:15, 75:24,
78:22, 78:23, 83:6,
84:16, 88:1
**DIDN'T** [5] - 32:4,
44:19, 49:13, 50:12,
63:22
**DIFFERENT** [6] - 6:4,
6:22, 40:5, 47:15,
69:21, 88:8
**DIFFERS** [2] - 6:18,
6:19
**DIFFICULT** [1] - 58:13
**DIRECT** [1] - 20:20
**DIRECTED** [1] - 90:9

**DIRECTING** [1] -
22:12
**DIRECTION** [1] -
63:20
**DIRECTLY** [2] - 9:1,
70:6
**DISABLED** [1] - 69:15
**DISCLAIMER** [3] -
27:15, 29:21, 34:13
**DISCLOSURE** [2] -
5:5, 42:24
**DISCLOSURES** [6] -
39:7, 43:16, 43:24,
85:4, 85:13, 86:2
**DISCOVERY** [17] -
4:24, 9:4, 15:9,
44:15, 51:3, 51:4,
51:6, 54:1, 54:6,
54:14, 54:23, 54:24,
55:1, 55:3, 55:5,
55:7, 55:17
**DISCUSS** [3] - 50:16,
52:2, 54:2
**DISCUSSED** [1] - 52:9
**DISCUSSION** [9] - 4:2,
37:12, 45:8, 49:22,
55:21, 63:24, 75:13,
78:16, 87:9
**DISCUSSIONS** [1] -
63:25
**DISGORGED** [1] -
10:13
**DISGORGEMENT** [5]
- 10:22, 20:21,
21:23, 22:1, 22:5
**DISPARAGING** [2] -
14:7, 14:16
**DISPLEASED** [1] -
59:23
**DISPUTE** [1] - 19:4
**DISRUPTIVE** [1] - 49:4
**DISSATISFACTION**
[1] - 61:4
**DISSIPATED** [1] - 17:9
**DISSOLVED** [1] - 53:5
**DISTINCTION** [1] -
16:13
**DISTINCTIONS** [1] -
22:6
**DISTRICT** [4] - 1:1,
1:2, 79:17, 89:4
**DIVISION** [1] - 1:16
**DO** [65] - 3:21, 5:11,
5:21, 7:5, 12:10,
14:20, 14:21, 19:1,
19:2, 19:19, 20:7,
20:10, 20:11, 20:12,
23:24, 27:16, 30:19,
35:17, 35:18, 37:7,
37:14, 41:24, 42:2,

44:6, 44:8, 44:19,
47:20, 47:21, 49:12,
50:6, 51:16, 53:24,
54:5, 59:22, 62:19,
62:22, 63:16, 66:18,
68:5, 69:8, 69:11,
70:8, 70:9, 70:12,
71:19, 72:3, 72:8,
73:2, 73:19, 74:25,
75:23, 76:17, 77:5,
78:11, 78:25, 79:15,
81:1, 82:11, 85:21,
87:7, 87:12, 88:12,
88:25, 89:9
DOCKET [4] - 74:13,
74:23, 85:17, 90:17
DOCKETED [1] -
90:22
DOCUMENT [3] -
81:25, 86:23, 89:5
DOCUMENTS [5] -
30:5, 42:25, 54:25,
56:25, 64:13
DOES [19] - 6:12,
7:16, 7:19, 10:20,
15:15, 16:7, 21:23,
23:2, 23:3, 30:18,
30:19, 32:16, 48:25,
51:8, 68:23, 69:10,
70:17, 71:17, 84:7
DOING [6] - 10:8,
15:7, 20:17, 65:14,
83:19
DOLLAR [2] - 26:3,
26:4
DOLLARS [4] - 29:2,
34:23, 35:2, 38:2
DON'T [51] - 8:25,
11:25, 12:13, 14:16,
16:24, 18:10, 18:19,
19:16, 20:5, 20:14,
21:2, 21:6, 25:4,
27:7, 30:21, 33:3,
33:9, 33:15, 34:17,
36:11, 38:14, 38:15,
39:15, 39:16, 39:19,
40:10, 41:23, 45:19,
48:6, 51:20, 51:23,
55:18, 57:18, 61:10,
61:11, 61:12, 62:23,
70:23, 73:13, 74:17,
74:24, 75:8, 78:2,
78:3, 78:13, 82:1,
87:20, 88:25, 90:4,
90:16
DONE [6] - 32:5,
70:20, 73:11, 75:12,
83:16, 85:19
DOWN [10] - 12:8,
13:24, 27:13, 47:4,

57:16, 60:7, 60:22,
61:12, 62:4, 68:10
DRAFT [2] - 73:4, 75:3
DRAGGED [1] - 81:24
DRAW [1] - 18:23
DRILL [1] - 12:8
DRIVE [2] - 13:17
DROPPED [1] - 81:25
DRYE [1] - 2:6
DURATION [1] - 52:17
DURING [4] - 17:19,
57:2, 58:1, 83:24

## E

E-MAILED [1] - 77:7
EACH [7] - 26:23,
33:12, 55:6, 60:13,
81:5, 85:5, 90:21
EARLIER [6] - 13:2,
31:18, 53:23, 68:1,
77:15, 90:25
EARLY [4] - 13:23,
37:7, 71:22, 87:12
EARN [5] - 25:11,
35:2, 35:11, 35:23
EARNING [1] - 38:6
EARNINGS [16] -
14:13, 25:15, 27:18,
34:20, 35:6, 35:8,
35:21, 42:5, 42:6,
42:20, 43:6, 43:9,
43:23, 58:10
EASIER [5] - 6:23,
72:22, 83:11
EASTERN [1] - 1:2
EASY [1] - 9:4
ECF [1] - 38:25
ECOMMERCE [5] -
25:20, 26:1, 28:17,
37:15, 59:3
EDITS [1] - 79:15
EDUCATION [3] -
32:2, 47:12, 48:16
EEB [3] - 4:7, 5:16,
5:20
EEB'S [1] - 37:18
EFFECT [2] - 24:16,
47:4
EFFECTING [1] - 24:6
EFFORT [1] - 61:14
EGREGIOUS [1] -
34:22
EITHER [4] - 12:6,
34:9, 59:12, 73:6
ELECTRONIC [1] -
86:19
ELECTRONICS [1] -
78:3
ELEMENT [5] - 27:20,

30:23, 31:9, 33:16,
36:25
ELEMENTS [5] - 4:1,
6:1, 23:20, 24:4,
24:13
ELSE [8] - 16:19,
17:21, 32:19, 67:12,
69:10, 74:16, 86:4,
90:23
EMERGENCY [1] -
4:16
EMPIRE [3] - 1:6, 3:4,
4:7
ENCOMPASSES [1] -
75:19
END [1] - 39:4
ENFORCE [1] - 11:22
ENFORCES [1] -
21:19
ENGAGE [2] - 62:1,
81:10
ENGINEERS [1] - 49:1
ENJOIN [1] - 4:20
ENOUGH [1] - 47:19
ENSURE [10] - 17:8,
17:10, 17:14, 17:23,
18:4, 57:14, 57:20,
57:21, 58:13, 59:15
ENSURES [2] - 58:14,
58:15
ENSURING [6] - 19:6,
19:11, 20:13, 20:25,
58:22, 82:18
ENTER [3] - 60:21,
64:10, 90:7
ENTERED [3] - 53:13,
66:14, 71:7
ENTIRE [8] - 26:23,
27:2, 27:4, 33:5,
34:15, 35:5, 41:10,
47:10
ENTIRETY [2] - 27:14
ENTITIES [1] - 86:11
ENTITLED [3] - 29:14,
73:7, 91:12
ENTITY [1] - 56:2
ENTRY [3] - 52:18,
77:18, 88:5
ENVISIONING [1] -
68:4
EQUATION [1] - 45:2
EQUITABLE [8] -
7:17, 8:10, 8:13,
8:24, 10:5, 21:22,
21:25, 23:2
EQUITIES [5] - 6:6,
13:8, 45:24, 49:10,
52:23
EQUITY [3] - 6:19,
81:2, 83:11

ESQUIRE [4] - 1:15,
1:15, 2:2, 2:6
ESSENTIALLY [4] -
16:4, 43:20, 70:21,
84:23
ET [1] - 1:6
EVALUATE [2] -
23:14, 73:13
EVEN [13] - 11:1, 11:4,
12:22, 19:19, 29:5,
29:6, 34:12, 35:3,
39:6, 47:10, 48:19,
72:3, 84:3
EVENING [1] - 33:23
EVER [1] - 88:24
EVERY [3] - 32:24,
36:25, 37:17
EVERYBODY [2] -
44:14, 44:18
EVERYONE [2] -
18:25, 89:6
EVERYTHING [10] -
40:12, 47:16, 62:8,
62:21, 63:2, 68:10,
68:12, 69:10, 76:2,
89:11
EVERYWHERE [2] -
33:4, 35:17
EVIDENCE [5] - 30:22,
42:21, 59:22, 61:3,
77:23
EX [1] - 85:8
EXACT [2] - 42:17,
67:1
EXACTLY [3] - 43:4,
66:14, 75:24
EXAMPLE [7] - 28:7,
28:12, 28:24, 29:20,
30:6, 32:21, 34:22
EXAMPLES [1] -
25:15
EXCEEDING [2] -
53:3, 53:16
EXCEPT [1] - 43:7
EXCUSE [1] - 28:25
EXHAUSTED [2] -
12:11, 65:14
EXHIBIT [5] - 32:9,
32:10, 50:10, 50:13,
89:22
EXHIBITS [1] - 80:6
EXISTING [1] - 62:12
EXPECT [2] - 33:9,
73:12
EXPEDITED [7] - 54:9,
54:14, 54:23, 54:24,
55:2, 55:4, 55:16
EXPENSES [11] -
37:13, 58:16, 58:17,
64:22, 65:8, 71:10,

71:23, 72:3, 72:20,
73:9, 73:18
EXPENSIVE [1] -
37:15
EXPERIENCING [1] -
79:20
EXPERT [7] - 37:13,
37:23, 37:25, 38:14,
38:15, 38:16
EXPERT'S [1] - 28:5
EXPIRE [6] - 52:18,
88:4, 88:9, 88:10,
88:15, 88:18
EXPLANATIONS [1] -
28:20
EXPLICIT [5] - 24:20,
34:9, 34:20, 35:6,
35:8
EXPRESS [2] - 32:17,
35:21
EXPRESSED [3] -
24:24, 30:12, 31:1
EXTENT [5] - 53:10,
58:16, 68:21, 70:23,
70:24, 86:23
EXTREMELY [1] -
59:14

## F

F.2ND [4] - 6:15,
24:11, 25:3, 46:3
F.3RD [2] - 6:10, 24:18
FACE [1] - 34:14
FACEBOOK [2] -
29:9, 60:9
FACING [3] - 47:4,
60:7, 62:4
FACT [16] - 7:6, 7:19,
13:22, 14:14, 21:9,
35:7, 47:3, 56:11,
56:12, 62:21, 67:11,
80:4, 82:16, 85:7,
87:11, 89:20
FACTORS [4] - 6:14,
7:2, 7:4, 46:3
FAILED [1] - 42:24
FAILURE [2] - 43:15,
43:24
FAIRLY [2] - 68:8,
71:22
FAIRNESS [2] - 4:15,
5:5
FAITHFUL [1] - 76:15
FALSE [13] - 5:3,
11:21, 24:24, 28:4,
28:5, 30:9, 30:13,
32:12, 32:14, 32:15,
32:18, 34:9, 36:14
FAMILY [1] - 70:22

FASHION [1] - 14:21
FAULT [2] - 80:23, 81:24
FAVOR [1] - 49:11
FDC [3] - 24:10, 51:22, 67:9
FEDERAL [13] - 1:3, 1:16, 3:3, 3:10, 4:6, 5:8, 5:10, 6:9, 21:14, 21:16, 22:7, 53:7, 74:23
FEED [1] - 60:19
FEEDING [1] - 70:22
FEES [1] - 71:11
FELT [1] - 28:16
FEW [2] - 35:22, 90:22
FIGHT [1] - 55:18
FIGURE [2] - 26:7, 27:1, 68:7
FIGURES [3] - 25:25, 29:22, 29:23
FILE [3] - 49:15, 77:2, 77:3
FILED [13] - 4:6, 13:2, 22:2, 31:18, 38:18, 49:13, 52:22, 53:3, 60:4, 80:6, 80:12, 89:14, 89:22
FILING [1] - 7:25
FINAL [2] - 49:9, 74:20
FINANCIAL [3] - 85:4, 85:12, 86:2
FIND [6] - 23:7, 40:20, 49:9, 55:3, 60:15, 86:22
FINDING [1] - 81:22
FINDINGS [8] - 66:7, 66:15, 66:17, 66:23, 67:11, 80:3, 82:16, 89:19
FINDS [3] - 80:14, 82:17, 84:17
FINE [13] - 39:21, 54:22, 55:17, 55:18, 81:9, 81:11, 85:15, 87:13, 87:16, 87:17, 88:14
FINE-TUNED [1] - 55:18
FINISHED [1] - 52:5
FIRST [17] - 7:22, 11:6, 22:7, 23:23, 29:13, 31:7, 31:11, 33:7, 35:4, 57:3, 69:2, 74:12, 74:14, 77:2, 80:3, 88:23
FIVE [6] - 23:22, 32:23, 33:8, 37:21, 85:5, 85:21
FLOW [2] - 25:23,
56:21
FLOWING [1] - 14:1
FOCUS [3] - 3:21, 10:8, 36:2
FOCUSED [3] - 7:1, 36:25, 45:25
FOCUSES [1] - 22:15
FOCUSING [3] - 30:25, 36:24, 43:25
FOLKS [3] - 32:1, 74:24, 77:11
FOOTNOTE [1] - 39:8
FOR [115] - 1:2, 1:19, 2:4, 2:8, 3:24, 5:7, 6:19, 6:24, 7:6, 7:15, 8:2, 8:10, 8:13, 8:15, 8:16, 8:18, 8:20, 8:21, 8:22, 8:23, 9:3, 9:7, 9:16, 9:20, 9:22, 9:25, 10:15, 10:18, 11:2, 11:13, 12:18, 12:25, 13:1, 13:10, 13:11, 13:14, 14:17, 14:18, 17:1, 19:24, 20:9, 21:25, 22:11, 23:15, 24:25, 25:25, 27:21, 28:7, 28:12, 28:17, 28:20, 28:24, 29:20, 30:5, 30:14, 31:7, 31:20, 33:14, 34:22, 35:11, 35:18, 36:8, 36:18, 37:4, 37:21, 38:19, 38:23, 40:5, 40:18, 40:24, 40:25, 42:10, 46:16, 51:1, 54:18, 57:1, 59:21, 59:24, 60:21, 64:21, 66:1, 67:14, 68:3, 69:18, 69:23, 69:25, 70:2, 70:3, 70:5, 70:13, 71:8, 71:11, 71:12, 71:19, 72:3, 72:15, 72:19, 74:6, 75:7, 76:19, 78:2, 78:12, 80:4, 80:5, 80:9, 81:14, 83:24, 83:25, 89:21, 90:2, 90:21
FORECLOSE [1] - 8:6
FOREGOING [1] - 91:10
FOREIGN [2] - 85:14, 86:2
FORGOT [1] - 13:19
FORM [2] - 14:3, 73:10
FORMER [4] - 31:15, 30:20, 72:17, 84:4
FORWARD [1] - 68:19
FOUND [3] - 24:18, 24:21, 66:9
FOUNDER [1] - 55:25
FOUR [2] - 6:3, 88:8
FOUR-PART [1] - 6:3
FRAMEWORK [1] - 19:3
FRAUD [4] - 57:22, 58:6, 58:13, 59:14
FRAUDULENT [1] - 46:20
FREELAND [75] - 2:6, 3:13, 3:14, 3:18, 4:9, 5:13, 5:23, 7:8, 12:10, 12:15, 13:15, 13:25, 15:1, 15:8, 15:11, 15:17, 15:23, 16:2, 16:10, 16:23, 18:17, 18:19, 19:13, 19:16, 19:21, 21:2, 21:6, 26:15, 31:6, 31:22, 32:20, 33:22, 34:1, 38:24, 40:8, 40:15, 44:21, 46:9, 46:25, 47:18, 48:12, 53:20, 59:19, 60:11, 65:11, 65:13, 66:3, 66:11, 66:20, 67:3, 67:5, 67:13, 67:18, 67:25, 69:12, 69:22, 74:1, 74:17, 75:14, 76:3, 76:10, 76:14, 77:13, 81:17, 82:6, 85:25, 87:13, 87:24, 88:2, 88:14, 89:7, 89:18, 90:12, 90:24, 91:3
FREEZE [64] - 4:22, 8:16, 8:22, 9:25, 10:3, 10:20, 10:24, 11:5, 11:9, 12:25, 13:9, 13:10, 14:18, 16:5, 16:6, 16:8, 16:18, 16:25, 17:12, 17:22, 18:4, 18:13, 18:15, 19:4, 19:10, 19:14, 20:8, 20:9, 20:24, 40:24, 41:10, 44:3, 44:6, 45:3, 45:4, 45:19, 50:18, 52:8, 63:18, 63:20, 64:20, 65:1, 65:2, 65:6, 65:18, 65:19, 65:22, 66:1, 66:2, 67:14, 68:11, 69:23, 70:3, 70:12, 71:7, 71:19, 72:7, 72:23, 72:24, 73:1, 74:5, 75:8, 78:10
FREEZING [1] - 17:3
FRIDAY [2] - 33:24, 89:16
FROM [54] - 3:5, 3:12, 4:3, 6:18, 6:19, 6:23, 14:6, 14:20, 17:4, 22:9, 22:24, 23:5, 23:13, 27:9, 27:10, 28:5, 31:16, 32:3, 32:8, 32:23, 33:4, 33:8, 34:4, 34:5, 34:21, 35:25, 39:17, 46:21, 49:12, 49:24, 52:18, 56:10, 56:21, 56:24, 57:13, 59:6, 59:10, 59:17, 59:25, 60:1, 69:21, 70:11, 72:4, 72:25, 74:7, 77:24, 80:14, 81:12, 87:11, 88:4, 91:11
FRONT [2] - 38:15, 48:4
FROZEN [3] - 16:20, 19:23, 69:2
FTC [43] - 3:8, 4:1, 4:13, 4:16, 4:18, 4:20, 5:3, 5:9, 6:3, 6:12, 6:14, 7:14, 7:18, 8:6, 8:8, 11:21, 12:22, 12:25, 17:1, 18:15, 22:20, 24:18, 25:3, 26:20, 27:6, 30:15, 31:13, 32:11, 38:24, 45:16, 53:8, 75:17, 77:16, 77:24, 81:4, 81:15, 82:8, 82:17, 82:19, 84:17, 84:19, 84:25, 86:13
FTC'S [3] - 13:18, 14:11, 77:22
FULL [1] - 63:23
FUNDAMENTAL [2] - 63:17, 65:4
FUNDS [5] - 70:14, 71:9, 71:10, 71:16, 73:1
FUNNEL [1] - 26:7
FURTHER [6] - 26:5, 46:21, 59:16, 85:4, 86:7, 88:3
FUTURE [3] - 10:9, 10:18, 22:10

──── G ────

GALLON [1] - 69:16
GAVE [2] - 25:24, 85:1
GENERAL [1] - 27:16
GENERALLY [2] - 13:21, 24:6
GENERATED [1] -
28:23
GET [32] - 4:3, 11:5, 11:18, 11:22, 11:25, 12:19, 16:7, 27:11, 30:7, 30:21, 31:25, 32:12, 33:13, 39:12, 47:23, 49:18, 51:22, 51:25, 61:15, 61:16, 62:1, 63:2, 66:22, 74:23, 75:12, 75:23, 77:9, 85:16, 89:14, 90:15, 90:16, 90:21
GETS [1] - 13:1
GIVE [7] - 12:17, 16:9, 50:25, 62:16, 67:1, 78:5
GIVEN [22] - 7:21, 13:22, 17:13, 18:8, 18:18, 19:4, 19:9, 21:8, 31:4, 34:15, 40:23, 40:24, 44:9, 45:7, 50:23, 55:17, 56:9, 62:20, 62:21, 85:7, 86:13, 87:11
GIVING [2] - 51:24, 53:25
GLAD [1] - 82:6
GLIGOR [2] - 1:20, 91:15
GO [37] - 3:23, 7:9, 10:9, 17:1, 23:20, 23:22, 24:2, 25:4, 25:5, 25:11, 27:1, 27:13, 28:17, 33:6, 37:9, 41:18, 41:22, 44:10, 45:11, 45:24, 48:16, 49:24, 52:3, 52:8, 54:23, 57:13, 57:15, 57:19, 60:14, 65:12, 68:22, 69:16, 75:1, 77:9, 86:23, 89:8, 90:19
GOES [5] - 31:10, 32:9, 32:10, 32:25, 69:10
GOING [92] - 3:20, 3:23, 4:2, 4:3, 5:25, 7:9, 7:22, 10:19, 12:4, 16:15, 18:10, 19:2, 20:6, 21:8, 21:10, 23:11, 23:20, 27:23, 30:21, 32:25, 33:10, 35:1, 35:3, 35:15, 36:1, 38:19, 38:22, 44:6, 46:6, 47:5, 48:20, 50:15, 50:17, 50:22, 51:16, 51:19, 51:24, 52:2, 52:7, 53:22, 55:20, 57:17, 57:19, 58:20,

59:21, 60:19, 61:6, 61:8, 62:8, 62:13, 65:18, 66:14, 68:15, 69:6, 69:23, 70:25, 73:3, 73:4, 73:5, 73:15, 73:17, 73:19, 73:20, 74:9, 74:20, 75:22, 75:23, 75:25, 76:1, 77:2, 78:12, 78:14, 79:18, 79:25, 82:7, 82:10, 82:11, 83:8, 83:20, 85:8, 85:16, 85:17, 88:6, 88:9, 88:17, 89:1, 89:15, 90:16, 90:19, 90:20

**GONE** [1] - 26:16

**GOOD** [7] - 3:2, 3:13, 62:3, 71:17, 79:11, 81:9, 81:14

**GORDON** [2] - 2:2, 3:14

**GOT** [24] - 11:6, 11:11, 20:4, 20:5, 20:11, 27:9, 29:8, 30:21, 31:10, 31:20, 31:22, 33:4, 33:20, 37:20, 48:3, 49:8, 50:24, 52:8, 52:9, 62:14, 66:18, 68:11, 70:21, 85:3

**GOTTEN** [3] - 36:23, 50:7, 54:20

**GOVERNMENT** [14] - 7:22, 30:23, 33:17, 40:21, 49:11, 49:13, 56:18, 61:20, 61:22, 62:9, 63:1, 63:6, 87:22, 89:16

**GOVERNMENT'S** [1] - 7:21

**GRADUATE** [1] - 33:8

**GRADUATED** [1] - 32:23

**GRANTED** [6] - 8:11, 22:11, 53:2, 62:21, 67:8, 87:24

**GREAT** [2] - 22:14, 37:20

**GREATER** [2] - 7:3, 46:2

**GRIER** [123] - 1:15, 3:7, 3:8, 5:14, 5:24, 7:7, 7:24, 8:15, 9:6, 9:11, 9:15, 9:19, 9:23, 10:2, 10:23, 11:8, 11:17, 12:3, 17:6, 17:15, 17:17, 17:22, 18:1, 18:12, 34:10, 36:4, 37:2,

38:11, 41:6, 41:9, 45:13, 49:15, 49:19, 50:11, 51:5, 51:10, 51:12, 52:3, 52:6, 53:9, 54:4, 54:9, 54:13, 54:16, 54:21, 55:2, 55:10, 55:13, 56:22, 59:20, 63:14, 64:9, 64:17, 64:24, 65:3, 67:20, 67:23, 70:2, 70:10, 71:5, 72:1, 72:6, 72:15, 72:22, 73:21, 73:24, 74:2, 74:11, 74:15, 75:2, 75:6, 76:13, 76:15, 76:21, 76:25, 77:4, 77:7, 77:25, 78:5, 78:19, 78:22, 79:2, 79:7, 79:19, 79:22, 80:2, 80:16, 80:20, 80:23, 81:7, 81:19, 82:3, 82:5, 82:12, 82:15, 82:22, 82:24, 83:3, 83:8, 83:17, 83:21, 84:5, 84:7, 84:10, 84:13, 85:3, 85:10, 85:20, 85:23, 86:8, 86:15, 86:17, 86:21, 87:2, 87:6, 87:16, 87:21, 88:10, 88:19, 89:9, 89:19, 90:2, 90:6

**GROCERIES** [1] - 70:18

**GROUND** [1] - 51:24

**GROUP** [2] - 1:6, 3:4

**GROUPS** [1] - 4:7

**GUESS** [2] - 68:2

**GUYS** [1] - 73:4

# H

**HAC** [1] - 87:20

**HAD** [24] - 13:23, 22:8, 22:11, 26:25, 29:1, 31:3, 31:13, 33:8, 33:19, 34:5, 34:9, 34:12, 34:13, 34:17, 34:20, 35:7, 35:11, 35:14, 36:11, 36:16, 36:18, 36:23, 36:24, 37:5, 37:18, 37:20, 38:6, 38:9, 38:14, 39:11, 40:17, 40:23, 41:17, 42:4, 42:15, 42:21, 44:3, 44:13, 44:23, 45:7, 46:19, 47:7, 47:10, 47:11, 47:19, 48:3, 48:20, 49:8, 49:12, 49:25, 50:7, 50:24, 51:19, 51:20, 52:1, 52:5,

**HAPPENING** [2] - 59:6, 71:2

**HAPPENS** [1] - 13:16

**HAPPY** [1] - 13:25

**HARD** [2] - 55:19, 63:12

**HARM** [8] - 6:13, 45:19, 59:12, 68:23, 79:1, 79:12, 81:6, 82:21

**HARMED** [3] - 10:14, 17:20, 65:24

**HARMFUL** [1] - 46:15

**HARMING** [1] - 46:21

**HAS** [42] - 4:6, 5:8, 5:16, 8:8, 8:11, 14:5, 18:25, 19:24, 20:11, 22:18, 30:23, 31:13, 32:22, 34:22, 35:5, 36:17, 40:21, 56:18, 58:9, 58:16, 60:13, 61:3, 63:6, 63:7, 68:9, 68:22, 69:4, 69:22, 70:4, 70:5, 70:22, 70:24, 71:3, 75:3, 76:2, 78:9, 81:8, 82:17, 82:20, 84:8, 84:17, 84:21

**HAVE** [194] - 3:2, 3:5, 4:2, 5:11, 5:18, 5:21, 6:21, 8:7, 10:4, 10:5, 10:14, 11:2, 11:11, 12:5, 12:7, 12:21, 13:22, 15:7, 16:21, 17:13, 17:20, 20:4, 20:5, 20:7, 20:8, 21:6, 21:10, 21:12, 23:13, 26:16, 26:18, 26:19, 26:21, 26:24, 26:25, 27:7, 27:9, 27:22, 27:23, 30:4, 31:8, 31:10, 31:17, 32:5, 32:8, 32:21, 33:3, 33:4, 33:5, 33:15, 33:19, 34:5, 34:12, 34:13, 34:17, 34:20, 35:7, 35:11, 35:14, 36:11, 36:16, 36:18, 36:23, 36:24, 37:5, 37:18, 37:20, 38:6, 38:9, 38:14, 39:11, 40:17, 40:23, 41:17, 42:4, 42:15, 42:21, 44:3, 44:13, 44:23, 45:7, 46:19, 47:7, 47:9, 78:12

**HEAD** [1] - 66:13

**HEAR** [2] - 3:12, 59:17

**HEARD** [5] - 23:12, 32:11, 49:10, 65:17, 66:13

**HEARING** [21] - 1:13, 27:22, 27:24, 47:5, 51:2, 52:14, 62:22, 62:25, 69:15, 76:1, 77:23, 80:7, 80:13, 83:12, 83:23, 84:21, 85:9, 88:11, 89:11, 89:25, 90:3

**HELD** [3] - 80:7, 80:13, 89:11

52:8, 52:9, 53:24, 54:19, 54:24, 55:24, 57:6, 58:1, 58:7, 59:4, 59:8, 60:12, 60:14, 60:20, 62:7, 62:9, 62:14, 62:15, 62:21, 62:22, 63:5, 63:6, 63:12, 63:13, 63:22, 63:25, 64:4, 64:18, 65:19, 65:24, 66:5, 66:13, 66:18, 66:21, 67:1, 68:2, 68:7, 68:11, 68:20, 70:20, 70:22, 71:21, 72:9, 72:12, 72:16, 72:23, 72:24, 73:3, 73:5, 73:13, 73:22, 74:4, 74:8, 74:9, 74:21, 74:25, 75:7, 75:8, 75:10, 76:5, 76:8, 76:18, 76:19, 76:22, 77:7, 77:15, 78:2, 78:11, 78:13, 79:22, 80:17, 81:10, 81:12, 81:15, 81:18, 84:22, 85:8, 85:17, 87:20, 87:23, 88:6, 88:8, 88:10, 88:16, 88:24, 89:5, 90:2, 90:14

**HAVING** [14] - 15:22, 45:19, 49:10, 62:24, 65:4, 67:8, 68:4, 80:4, 80:7, 80:13, 81:2, 81:14, 83:12, 89:20

**HE** [28] - 5:19, 26:2, 26:4, 26:5, 29:1, 29:4, 29:8, 34:10, 35:15, 36:4, 37:9, 37:16, 38:17, 55:25, 69:16, 69:22, 70:4, 70:5, 70:6, 70:17, 70:21, 70:24, 73:14, 73:19, 77:9, 78:12

**HELP** [3] - 28:13, 32:6, 69:4

**HENCE** [1] - 24:15

**HER** [1] - 68:14

**HERE** [42] - 3:21, 13:1, 14:22, 16:16, 18:23, 20:5, 27:1, 27:9, 27:10, 27:13, 27:14, 31:5, 32:8, 33:1, 33:3, 33:4, 33:18, 38:15, 39:18, 39:21, 46:4, 46:13, 48:25, 49:21, 49:23, 50:15, 55:21, 60:17, 66:7, 70:19, 71:18, 84:15, 86:13, 89:13, 89:15

**HEREIN** [1] - 84:4

**HERSHEY** [2] - 6:10, 6:25

**HEY** [1] - 37:23

**HIDDEN** [1] - 17:9

**HIDING** [1] - 56:25

**HIGHLY** [1] - 60:25

**HIM** [3] - 62:17, 86:25

**HIMSELF** [1] - 26:2

**HIS** [10] - 28:24, 29:7, 62:16, 68:14, 69:16, 69:20, 69:21, 70:5, 70:18, 70:22

**HIT** [1] - 12:16

**HITTING** [1] - 25:25

**HOLD** [1] - 47:22

**HOLDING** [1] - 4:7

**HOLDINGS** [1] - 1:6, 3:4

**HOME** [2] - 25:3, 69:16

**HONOR** [129] - 3:7, 3:9, 3:13, 4:9, 5:13, 5:14, 5:23, 5:24, 7:7, 7:8, 7:24, 9:6, 9:11, 9:15, 9:23, 10:23, 12:3, 12:11, 12:20, 13:11, 13:15, 13:19, 14:2, 14:9, 15:2, 15:8, 15:11, 15:18, 15:24, 16:3, 16:11, 16:23, 17:6, 18:12, 19:22, 21:7, 23:25, 25:7, 25:14, 25:19, 26:9, 26:15, 27:12, 28:1, 28:4, 28:23, 29:6, 29:10, 29:15, 31:6, 31:19, 31:23, 32:16, 32:20, 33:15, 33:23, 38:24, 39:8, 39:12, 39:19, 40:9, 41:6, 41:25, 42:18, 42:23, 45:13, 46:9, 46:12, 46:18, 46:25,

**HALT** [1] - 59:8

**HALTING** [2] - 46:15, 59:14

**HAND** [1] - 34:24

**HANDED** [1] - 35:1

**HANDS** [1] - 25:22

**HAPPEN** [2] - 41:14, 41:15

**HAPPENED** [1] - 71:3

47:19, 47:22, 48:3,
49:15, 50:3, 50:7,
50:11, 51:5, 52:3,
53:9, 54:9, 54:17,
56:22, 59:19, 60:3,
60:12, 63:14, 63:15,
65:11, 66:4, 66:12,
66:20, 66:21, 67:14,
67:18, 67:20, 68:1,
68:2, 69:12, 72:1,
74:3, 74:18, 75:2,
75:14, 76:4, 76:10,
76:21, 77:4, 77:7,
77:14, 77:25, 79:7,
79:19, 80:21, 80:23,
81:17, 81:23, 82:3,
82:8, 85:20, 85:25,
86:8, 87:14, 87:24,
89:7, 89:18, 89:19,
90:25, 91:3
**HONOR'S** [4] - 12:15,
69:15, 75:18, 77:17
**HONORABLE** [1] -
1:11
**HOOPS** [1] - 29:13
**HOPEFULLY** [1] -
90:21
**HOPING** [1] - 68:6
**HOURS** [2] - 31:17,
48:22
**HOW** [19] - 18:10,
35:23, 37:19, 37:21,
38:3, 51:1, 51:21,
58:3, 61:8, 61:11,
61:12, 61:18, 62:10,
62:20, 62:22, 70:16,
70:17, 70:20
**HOWEVER** [4] - 6:3,
12:24, 14:9, 53:2
**HUM** [1] - 49:3
**HYPOTHETICAL** [2] -
20:1, 20:2

## I

**I'M** [25] - 3:23, 11:15,
15:6, 16:15, 16:16,
19:2, 23:11, 32:9,
34:10, 38:14, 38:19,
44:6, 51:24, 62:8,
67:18, 70:8, 70:19,
79:7, 79:19, 81:19,
82:6, 82:9, 83:8,
83:17, 83:20
**I.E** [1] - 13:11
**IF** [71] - 9:2, 11:1,
11:4, 11:6, 12:19,
13:8, 13:19, 13:23,
16:14, 18:2, 18:13,
19:4, 19:10, 19:19,

19:22, 20:7, 24:7,
24:14, 24:23, 30:12,
32:15, 32:17, 35:6,
35:8, 36:11, 38:2,
38:16, 39:15, 39:23,
41:17, 41:19, 41:23,
42:9, 48:18, 50:6,
52:20, 52:21, 53:2,
53:11, 53:23, 53:24,
54:7, 55:24, 57:6,
57:17, 57:18, 60:25,
63:24, 64:3, 65:6,
65:11, 66:25, 67:20,
68:21, 72:1, 72:10,
73:14, 74:20, 77:20,
78:22, 79:11, 81:16,
84:23, 86:3, 86:22,
87:19, 88:6, 89:8,
90:11
**ILLEGAL** [4] - 4:21,
5:6, 12:2, 13:14
**IMMEDIATE** [15] -
4:23, 9:17, 15:20,
44:16, 51:13, 55:22,
56:16, 60:5, 64:3,
78:25, 79:12, 80:18,
81:5, 82:21, 86:5
**IMMEDIATELY** [3] -
10:20, 69:1, 78:8
**IMPACT** [1] - 48:20
**IMPASSE** [1] - 21:9
**IMPLIED** [7] - 24:24,
30:12, 31:1, 32:18,
32:19, 34:9, 34:13
**IMPORTANT** [5] -
24:15, 36:21, 58:5,
59:14, 74:22
**IMPORTANTLY** [1] -
28:22
**IMPOSE** [2] - 62:23,
62:25
**IMPOSED** [2] - 18:14,
63:5
**IMPOSING** [1] - 66:1
**IMPRESSION** [19] -
25:2, 30:1, 33:7,
34:12, 34:16, 34:18,
39:1, 39:3, 39:6,
39:16, 39:17, 39:22,
39:25, 40:4, 40:5,
40:6, 40:10, 40:11
**IMPROPER** [1] - 21:16
**IN** [202] - 1:1, 3:21,
4:1, 5:17, 6:4, 6:8,
6:13, 6:18, 7:5, 7:6,
7:12, 7:19, 8:5, 8:7,
8:8, 8:14, 10:3, 10:4,
10:6, 10:9, 10:18,
11:19, 12:21, 13:2,
13:18, 14:5, 14:7,

14:10, 14:11, 14:16,
14:20, 15:1, 15:4,
15:21, 18:6, 18:14,
20:12, 21:4, 21:16,
22:4, 22:11, 22:13,
22:14, 22:20, 24:5,
24:18, 24:21, 25:15,
25:20, 25:21, 26:10,
26:19, 26:20, 27:7,
27:22, 27:24, 28:17,
28:25, 29:16, 29:20,
29:21, 29:25, 30:18,
30:25, 31:17, 32:5,
32:21, 33:5, 33:22,
34:5, 34:17, 34:19,
35:7, 36:2, 36:10,
37:10, 37:16, 38:2,
38:7, 38:9, 38:15,
38:25, 39:1, 39:24,
40:6, 40:9, 40:16,
41:19, 43:10, 43:22,
43:23, 44:7, 44:12,
45:12, 45:19, 45:22,
46:14, 46:16, 46:18,
46:19, 47:3, 47:4,
48:1, 48:18, 49:11,
49:20, 50:8, 51:5,
51:9, 51:10, 52:8,
52:11, 52:17, 52:24,
54:12, 54:25, 55:1,
56:7, 56:11, 56:12,
56:24, 57:5, 57:12,
57:13, 57:15, 57:19,
57:23, 58:5, 58:7,
58:12, 59:5, 60:15,
60:16, 60:17, 61:1,
61:2, 61:22, 62:3,
62:22, 62:25, 63:7,
65:6, 65:22, 66:7,
66:24, 67:16, 68:9,
68:10, 68:14, 68:17,
69:10, 72:2, 72:7,
72:11, 72:12, 72:19,
72:23, 73:5, 73:6,
73:10, 73:12, 74:19,
75:25, 76:7, 77:10,
78:13, 78:23, 79:14,
79:16, 79:17, 80:3,
80:7, 80:8, 80:12,
80:13, 80:18, 81:2,
81:4, 81:10, 83:9,
84:2, 85:19, 86:2,
86:18, 87:2, 87:10,
87:20, 88:7, 88:13,
88:17, 89:1, 89:3,
89:23, 90:3, 90:22,
91:11
**INAPPROPRIATE** [2] -
7:12, 71:1
**INCIDENT** [1] - 48:23
**INCLUDE** [9] - 20:3,

25:15, 29:25, 37:14,
54:25, 62:3, 84:15,
84:23, 86:14
**INCLUDED** [1] - 54:10
**INCLUDES** [1] - 78:6
**INCOME** [6] - 25:11,
25:22, 35:11, 35:12,
35:23, 42:19
**INCORPORATING** [1]
- 85:1
**INDEPENDENT** [1] -
49:2
**INDEPENDENTLY** [1]
- 59:9
**INDICATED** [2] -
16:14, 22:15
**INDICATION** [1] -
71:23
**INDIVIDUAL** [4] -
3:15, 5:19, 70:3,
70:5
**INDIVIDUALS** [3] -
59:11, 64:11, 65:24
**INDULGENCE** [1] -
45:10
**INDUSTRY** [1] - 37:25
**INFORMATION** [3] -
24:15, 40:17, 62:1
**INFORMING** [1] -
45:16
**INJUNCTION** [27] -
4:25, 8:17, 9:8,
12:22, 13:6, 14:25,
15:4, 16:13, 21:16,
22:9, 22:11, 23:3,
23:11, 27:23, 40:18,
45:23, 50:23, 51:2,
52:10, 52:14, 53:1,
61:16, 67:10, 72:16,
76:1, 77:23, 81:13
**INJUNCTIONS** [1] -
6:2
**INJUNCTIVE** [18] -
6:5, 6:20, 6:24, 8:3,
8:19, 8:21, 12:20,
16:16, 18:24, 22:19,
23:16, 41:20, 42:3,
42:9, 43:21, 49:8,
65:15, 81:12
**INJURED** [1] - 46:17
**INSTAGRAM** [3] -
60:9, 60:17, 60:19
**INSTEAD** [3] - 81:5,
83:11, 89:25
**INSURING** [2] - 41:2,
50:20
**INTENSIVE** [1] - 28:10
**INTEREST** [15] - 6:8,
6:17, 7:2, 45:25,
46:1, 46:5, 46:7,

46:8, 46:11, 46:14,
46:19, 49:10, 52:25
**INTERESTING** [1] -
78:14
**INTERFERING** [1] -
57:8
**INTERIM** [1] - 69:18
**INTERMINGLED** [1] -
47:16
**INTERRUPTING** [1] -
49:4
**INTO** [10] - 35:6,
38:20, 54:23, 55:20,
60:21, 61:15, 64:10,
74:20, 74:21, 75:11
**INTRODUCTIONS** [1]
- 3:5
**INVESTIGATE** [1] -
47:19
**INVESTIGATION** [1] -
64:6
**INVESTIGATORS** [1] -
30:4
**INVITED** [1] - 26:5
**INVOLVES** [2] - 24:8,
24:14
**IRREPARABLE** [6] -
6:13, 78:25, 79:12,
80:18, 81:5, 82:21
**IS** [380] - 3:3, 3:7, 3:10,
3:15, 3:21, 3:24,
3:25, 4:8, 4:13, 4:14,
4:18, 5:9, 5:17, 5:19,
6:4, 6:5, 6:9, 6:15,
6:22, 6:24, 7:1, 7:3,
7:5, 7:12, 7:13, 7:14,
7:19, 7:21, 8:4, 8:18,
9:2, 9:4, 9:10, 9:13,
9:18, 9:21, 9:22,
9:25, 10:3, 10:13,
10:16, 10:24, 11:4,
12:2, 12:11, 12:14,
12:19, 13:1, 13:5,
13:11, 13:19, 14:4,
14:20, 16:6, 16:8,
16:12, 17:4, 17:7,
17:18, 17:24, 18:4,
18:6, 18:13, 18:25,
19:5, 19:7, 19:17,
19:23, 20:9, 20:14,
20:15, 20:19, 20:20,
21:18, 21:20, 22:16,
22:17, 22:20, 22:21,
23:7, 23:10, 23:11,
23:18, 24:6, 24:7,
24:8, 24:14, 24:15,
24:21, 24:23, 24:24,
24:13, 25:22, 26:18,
26:21, 27:1, 27:6,
27:7, 27:9, 27:10,

27:13, 27:14, 27:15,
27:20, 28:13, 30:8,
30:11, 30:13, 30:25,
31:1, 31:4, 31:7,
31:9, 31:13, 32:18,
33:2, 33:7, 33:18,
33:24, 34:3, 34:4,
34:11, 34:16, 35:1,
35:5, 35:6, 35:8,
35:9, 35:11, 35:15,
35:21, 35:22, 35:23,
36:7, 36:19, 36:21,
37:11, 37:12, 37:13,
37:19, 38:25, 39:2,
39:9, 39:16, 39:17,
39:19, 39:20, 39:21,
39:22, 40:1, 40:3,
40:10, 40:12, 40:20,
40:25, 41:3, 41:13,
41:16, 41:19, 41:20,
41:23, 42:2, 42:14,
42:17, 42:18, 42:19,
42:24, 43:6, 43:7,
43:8, 43:16, 43:21,
44:9, 44:11, 44:24,
45:1, 45:7, 45:21,
45:25, 46:6, 46:14,
47:5, 47:7, 47:15,
47:16, 47:24, 48:12,
48:18, 48:25, 49:9,
49:21, 50:1, 50:4,
50:16, 50:24, 51:6,
51:11, 51:12, 51:16,
51:21, 51:24, 52:11,
52:21, 53:3, 53:7,
53:10, 53:12, 53:14,
53:19, 54:6, 54:12,
54:15, 55:7, 55:11,
55:21, 56:2, 56:3,
56:4, 56:9, 56:12,
56:23, 57:6, 57:7,
57:8, 57:14, 57:17,
57:18, 57:20, 57:21,
57:23, 57:24, 58:18,
58:20, 58:21, 58:22,
58:24, 59:2, 59:5,
59:7, 59:13, 59:21,
59:22, 59:23, 60:12,
60:17, 60:18, 60:22,
60:24, 60:25, 61:1,
61:5, 61:6, 61:7,
61:8, 61:10, 61:13,
61:23, 62:6, 62:11,
62:16, 62:19, 62:20,
63:4, 64:2, 64:3,
64:4, 64:19, 65:1,
65:5, 65:7, 65:10,
65:21, 65:22, 65:25,
66:6, 66:7, 67:5,
67:16, 68:3, 68:14,
68:17, 68:18, 68:21,

68:25, 69:2, 69:3,
69:4, 69:9, 69:10,
69:14, 69:23, 70:12,
70:16, 70:17, 70:21,
70:25, 71:6, 71:7,
71:13, 71:18, 72:13,
72:18, 72:25, 73:11,
74:7, 74:10, 75:6,
75:15, 75:21, 76:3,
78:3, 78:12, 78:17,
79:9, 79:11, 80:12,
80:23, 81:1, 81:8,
81:9, 81:19, 81:23,
82:12, 83:9, 83:14,
84:2, 84:20, 85:4,
85:10, 85:13, 85:15,
85:17, 85:18, 86:3,
86:5, 86:7, 86:10,
86:14, 86:24, 87:12,
87:17, 88:5, 88:23,
89:13, 89:24, 90:9,
91:1, 91:2, 91:10
**ISN'T** [2] - 10:10,
37:20
**ISOLATION** [1] - 40:9
**ISSUANCE** [1] - 53:4
**ISSUE** [16] - 3:22,
3:23, 5:1, 9:9, 14:25,
15:5, 16:15, 22:8,
23:8, 47:7, 50:23,
52:10, 60:22, 60:23,
60:24, 65:10
**ISSUES** [4] - 4:5, 28:8,
29:1, 49:11
**IT** [194] - 4:8, 4:11,
7:11, 7:21, 9:2, 9:21,
9:25, 10:13, 10:16,
12:6, 12:18, 13:5,
13:16, 13:19, 14:5,
14:16, 14:20, 14:24,
15:6, 15:7, 16:7,
16:22, 19:2, 19:19,
20:4, 20:16, 21:4,
21:6, 21:9, 21:17,
21:23, 22:2, 23:3,
23:7, 23:10, 24:7,
24:14, 24:22, 25:5,
28:15, 28:25, 30:16,
31:8, 31:10, 32:16,
32:19, 32:22, 32:23,
33:13, 33:22, 35:1,
35:21, 36:15, 36:17,
39:3, 39:6, 39:9,
39:14, 39:19, 40:1,
40:13, 40:25, 41:13,
41:23, 43:7, 46:14,
47:2, 47:15, 47:20,
47:23, 47:25, 48:2,
48:6, 48:23, 49:4,
49:13, 49:14, 49:21,

50:9, 50:12, 50:18,
51:8, 51:9, 51:10,
51:14, 51:19, 51:22,
52:17, 52:21, 53:10,
53:15, 53:16, 53:23,
53:24, 55:18, 56:25,
57:16, 59:1, 61:12,
61:23, 62:7, 62:9,
62:13, 62:17, 62:19,
62:20, 62:23, 63:4,
63:5, 65:21, 65:24,
65:25, 66:1, 66:11,
66:15, 66:24, 68:3,
68:8, 68:18, 68:23,
68:25, 69:2, 69:9,
70:15, 70:16, 71:24,
72:7, 72:8, 72:11,
72:13, 73:2, 73:14,
73:16, 73:20, 74:5,
74:8, 74:13, 74:22,
75:8, 75:10, 75:12,
75:20, 75:24, 76:18,
77:1, 77:20, 77:22,
78:2, 78:6, 78:12,
78:22, 78:24, 79:15,
80:12, 81:7, 81:24,
82:6, 82:15, 82:16,
82:17, 82:20, 83:5,
84:10, 84:20, 85:2,
85:3, 85:4, 85:13,
85:15, 85:16, 85:17,
85:18, 86:7, 86:10,
86:11, 87:1, 88:3,
88:10, 88:25, 89:13,
90:15, 90:17, 90:19,
90:20, 90:21
**IT'S** [73] - 4:4, 10:2,
13:10, 13:17, 14:4,
14:12, 14:14, 17:10,
19:19, 28:4, 32:9,
33:1, 33:7, 33:10,
34:11, 37:3, 37:25,
38:1, 39:9, 40:8,
43:10, 46:13, 46:15,
47:25, 48:11, 48:19,
48:24, 50:2, 51:5,
54:3, 54:13, 55:3,
55:4, 55:5, 55:7,
57:15, 58:5, 58:6,
58:12, 59:3, 59:20,
60:15, 60:18, 61:2,
61:8, 62:22, 65:7,
66:15, 67:11, 72:10,
72:12, 72:16, 72:22,
74:22, 78:14, 79:6,
83:10, 83:15, 85:12,
85:13, 85:14, 87:8,
88:9, 89:15, 89:16,
90:15, 90:16
**ITEMIZATION** [1] -
73:8

**ITS** [9] - 4:17, 5:17,
8:17, 27:7, 38:25,
40:22, 63:6, 82:8,
84:17
**ITSELF** [6] - 8:1,
19:14, 38:25, 39:23,
40:1, 43:11

## J

**JOB** [3] - 57:14, 61:17,
69:3
**JUDGE** [1] - 89:4
**JUDGEMENT** [1] -
6:21
**JUDGES** [1] - 20:17
**JUDGMENT** [2] -
10:12, 22:3
**JUMP** [1] - 29:12
**JUNCTURE** [2] -
12:24, 30:18
**JURISDICTION** [12] -
3:25, 5:7, 5:8, 5:12,
5:16, 5:18, 5:22,
81:8, 84:8, 88:23,
88:24
**JUST** [72] - 4:2, 4:5,
6:13, 10:7, 10:15,
11:18, 12:13, 15:6,
15:22, 18:23, 20:11,
20:17, 26:22, 31:20,
31:25, 32:4, 33:3,
35:4, 35:13, 35:17,
35:20, 36:24, 41:9,
42:12, 43:17, 43:18,
43:25, 45:7, 48:24,
49:4, 49:13, 50:2,
51:14, 51:18, 52:1,
53:15, 54:17, 60:3,
60:6, 61:1, 61:7,
62:8, 62:17, 64:15,
65:19, 66:5, 66:21,
66:24, 67:8, 67:25,
69:13, 69:23, 70:19,
72:22, 74:3, 75:3,
75:6, 78:1, 78:11,
79:15, 81:6, 83:11,
84:11, 85:14, 86:6,
87:8, 88:12, 89:12,
90:4, 90:14, 90:16,
90:24
**JUSTICE** [1] - 21:13
**JUSTIFYING** [1] - 71:9

## K

**KEEP** [8] - 10:16,
14:1, 60:22, 70:21,
70:22, 73:19, 83:19,
88:20

**KELLEY** [1] - 2:6
**KIND** [6] - 38:1, 51:4,
52:1, 53:25, 71:23,
76:14
**KISS** [1] - 12:17
**KNEES** [1] - 56:8
**KNOW** [36] - 11:19,
16:24, 17:24, 18:10,
20:5, 20:14, 26:15,
28:4, 30:7, 31:9,
35:18, 36:17, 38:15,
39:11, 39:12, 39:15,
39:16, 39:19, 40:11,
41:12, 47:20, 47:21,
51:21, 53:14, 57:21,
58:23, 61:11, 61:12,
68:5, 69:13, 70:20,
72:21, 75:2, 81:16,
90:4, 90:16
**KNOWLEDGE** [1] -
70:6

## L

**LABOR** [1] - 28:10
**LACK** [3] - 28:19,
36:13, 36:15
**LACKED** [3] - 24:25,
30:13, 36:14
**LACKING** [1] - 28:13
**LANGUAGE** [17] -
14:5, 21:20, 22:13,
39:24, 75:7, 79:1,
80:11, 80:18, 81:12,
81:22, 85:1, 85:14,
86:14, 88:21, 88:25,
89:10, 89:13
**LAST** [2] - 42:24, 88:6
**LASTLY** [2] - 29:6,
29:15
**LATE** [1] - 33:22
**LAUNCH** [1] - 28:14
**LAUREATE** [2] - 33:1,
33:9
**LAUREATES** [1] -
32:23, 33:8, 33:11
**LAW** [5] - 21:19, 36:2,
40:7, 45:16, 66:16
**LAWFULLY** [2] -
57:15, 58:4
**LAWFULNESS** [2] -
22:25, 23:6
**LEAST** [6] - 23:8,
27:21, 31:14, 40:21,
60:21, 61:15
**LEAVE** [3] - 50:15,
62:13, 84:7
**LEAVING** [1] - 89:17
**LEGITIMATE** [11] -
46:19, 57:7, 57:17,

57:19, 58:16, 63:4, 68:21, 68:22, 68:24, 69:5, 90:10

**LESS** [2] - 31:17, 56:15

**LET** [8] - 18:16, 24:1, 47:14, 47:23, 50:14, 66:17, 79:13, 89:2

**LET'S** [13] - 3:12, 9:3, 10:7, 11:1, 14:20, 17:1, 26:11, 37:23, 56:19, 59:17, 73:2, 83:23, 88:12

**LETS** [1] - 88:5

**LETTER** [5] - 11:6, 11:12, 11:24, 12:1, 13:6

**LIABILITY** [1] - 60:6

**LIBRARY** [2] - 60:13, 61:13

**LIKE** [38] - 12:17, 21:9, 23:21, 23:22, 25:19, 32:22, 32:24, 33:8, 36:16, 39:9, 48:2, 48:3, 48:24, 49:3, 49:20, 50:17, 56:3, 58:5, 60:13, 60:15, 61:7, 62:2, 66:15, 66:24, 67:6, 68:4, 71:10, 71:20, 73:7, 74:22, 81:24, 82:8, 82:24, 83:21, 83:22, 85:16, 88:25

**LIKELIHOOD** [15] - 6:7, 13:3, 13:7, 18:20, 23:19, 23:20, 31:8, 33:13, 33:15, 39:15, 41:18, 44:21, 44:24, 52:23, 81:3

**LIKELY** [21] - 5:18, 24:9, 24:16, 24:22, 24:23, 25:5, 27:25, 28:2, 29:18, 30:8, 30:11, 30:23, 31:5, 36:1, 36:3, 39:2, 39:5, 40:1, 40:20, 42:11

**LIMIT** [1] - 44:14

**LIMITATION** [1] - 66:2

**LIMITATIONS** [1] - 55:17

**LIMITED** [15] - 4:24, 6:14, 7:19, 9:4, 15:9, 44:7, 46:3, 51:3, 51:4, 51:6, 54:1, 54:6, 55:3, 55:4, 55:6

**LINE** [6] - 20:21, 78:6, 78:7, 78:23, 79:9, 79:10

**LINES** [3] - 18:23, 78:9, 78:10

**LISTENED** [1] - 32:2

**LITERALLY** [1] - 48:22

**LITIGATION** [2] - 8:9, 46:17

**LITTLE** [2] - 25:20, 39:18

**LIVE** [1] - 73:15

**LIVING** [7] - 64:21, 70:21, 71:10, 72:3, 72:19, 73:8, 73:9

**LLC** [6] - 1:6, 3:4, 4:7, 7:13, 24:18, 48:1

**LLP** [1] - 2:6

**LOATHE** [3] - 56:14, 56:15, 56:16

**LOCATE** [2] - 57:23, 57:25

**LOCATED** [9] - 17:11, 17:14, 18:5, 19:7, 19:12, 20:13, 20:25, 41:2, 50:20

**LOCATION** [3] - 55:6, 64:4, 64:6

**LOGINS** [1] - 59:10

**LONG** [6] - 50:1, 51:1, 51:25, 53:20, 88:16, 89:14

**LOOK** [31] - 6:1, 9:2, 16:7, 19:6, 25:1, 26:21, 38:17, 39:23, 40:9, 40:12, 50:7, 50:14, 50:17, 51:16, 51:18, 52:12, 52:14, 52:15, 52:16, 52:20, 60:4, 68:12, 68:13, 69:3, 69:4, 69:8, 78:15, 79:11, 82:2, 89:12

**LOOKED** [1] - 89:10

**LOOKING** [12] - 21:13, 22:13, 31:2, 40:5, 40:18, 55:16, 60:15, 63:19, 65:15, 78:23, 79:10, 86:20

**LOOKS** [2] - 39:9, 81:24

**LOSING** [1] - 38:5

**LOSS** [1] - 37:12

**LOT** [5] - 20:15, 20:17, 32:10, 49:5, 56:20

**LOTS** [1] - 39:11

**LOWER** [1] - 22:3

**LYNN** [2] - 1:20, 91:15

## M

**MACHINE** [1] - 49:3

**MADE** [12] - 25:8, 25:18, 29:12, 36:9, 36:12, 37:5, 37:10, 38:7, 38:9, 39:21

**MAILED** [1] - 77:7

**MAILSTOP** [1] - 1:17

**MAIN** [3] - 13:17, 61:10

**MAINTAIN** [5] - 10:24, 18:5, 19:9, 19:13, 65:25

**MAINTAINED** [2] - 17:24, 65:23

**MAINTAINING** [11] - 8:12, 17:25, 18:1, 19:8, 19:11, 19:20, 20:10, 20:12, 20:25, 41:1, 50:19

**MAINTAINS** [1] - 45:20

**MAKE** [25] - 23:8, 23:11, 34:23, 35:24, 45:16, 47:23, 49:19, 58:2, 58:19, 58:24, 65:9, 65:23, 66:15, 68:15, 70:15, 71:14, 75:7, 75:15, 75:20, 87:8, 88:5, 89:10, 89:13, 90:15, 91:1

**MAKES** [2] - 49:2, 87:17

**MAKING** [12] - 7:20, 15:15, 17:4, 37:8, 38:12, 42:18, 43:2, 48:15, 57:6, 58:10, 58:11, 62:5

**MANAGEMENT** [1] - 7:13

**MANY** [7] - 8:7, 28:25, 34:21, 37:8, 37:19, 38:3

**MARKET** [1] - 1:22

**MARKETING** [5] - 1:16, 29:17, 29:21, 48:9, 49:1

**MATERIAL** [12] - 24:8, 24:14, 24:20, 25:10, 26:14, 27:4, 27:18, 34:19, 35:9, 35:21, 35:22

**MATERIALITY** [7] - 24:14, 24:22, 25:4, 26:12, 26:13, 36:1, 36:2

**MATERIALS** [1] - 29:21

**MATTER** [8] - 3:3, 5:7, 5:12, 27:17, 80:8, 80:13, 81:8, 91:12

**MATTERS** [1] - 33:2

**MAY** [20] - 10:17, 13:24, 15:13, 15:14, 19:6, 22:18, 37:10, 38:8, 39:5, 47:18, 50:7, 52:4, 53:1, 56:5, 65:11, 65:24, 67:20, 68:23, 69:7

**MAYBE** [3] - 49:13, 53:16, 53:19

**MCAULIFFE** [26] - 1:15, 3:9, 3:10, 11:13, 23:24, 25:7, 25:14, 25:18, 28:1, 32:11, 41:25, 42:14, 42:17, 42:23, 43:4, 43:7, 43:13, 43:18, 44:2, 45:10, 45:15, 46:12, 49:25, 50:2, 50:6, 90:9

**ME** [45] - 3:15, 3:18, 7:23, 10:19, 12:6, 12:7, 12:9, 12:14, 17:14, 18:16, 20:23, 24:1, 28:25, 30:22, 35:11, 38:15, 41:5, 42:12, 46:4, 46:7, 46:10, 47:14, 47:23, 51:1, 53:18, 55:18, 55:24, 55:25, 56:19, 64:15, 65:9, 66:17, 67:1, 74:20, 74:22, 75:24, 76:19, 78:13, 79:13, 82:24, 83:22, 84:11

**MEAN** [3] - 19:25, 43:10, 83:10

**MEANING** [1] - 59:10

**MEANS** [4] - 64:20, 65:21, 72:11, 90:5

**MEANT** [2] - 39:21, 65:20

**MEANTIME** [1] - 77:10

**MEASURE** [1] - 60:6

**MEDIA** [2] - 60:12, 60:13

**MEDICAL** [2] - 6:10, 6:25

**MEET** [1] - 30:18

**MEMORANDUM** [2] - 80:6, 89:22

**MEMORIALIZE** [1] - 77:16

**MENTIONED** [3] - 44:12, 44:13, 55:10

**MERITS** [7] - 13:4, 13:8, 18:21, 23:19, 23:21, 44:22, 44:25

**MESSAGE** [6] - 24:24, 25:1, 27:2, 30:13, 30:14, 32:18

**MESSAGED** [1] - 27:5

**MESSAGES** [2] - 31:1, 34:9

**MET** [6] - 30:23, 31:5, 40:22, 41:17, 63:6, 81:16

**MIGHT** [4] - 13:9, 15:21, 54:25, 55:18

**MILITARY** [1] - 29:7

**MILK** [2] - 69:16, 71:20

**MILLION** [6] - 14:10, 26:3, 26:4, 34:23, 35:3, 73:15

**MILLION-DOLLAR** [2] - 26:3, 26:4

**MILLIONS** [1] - 35:2

**MIND** [2] - 10:21, 50:6

**MINE** [1] - 82:14

**MINGLED** [1] - 70:24

**MINUTES** [4] - 74:19, 75:4, 75:9, 90:22

**MIRROR** [2] - 43:2, 43:6

**MISINTERPRETED** [1] - 65:20

**MISLEAD** [25] - 24:9, 24:22, 24:23, 25:5, 27:25, 28:2, 29:18, 30:8, 30:11, 30:12, 30:24, 31:5, 31:8, 32:1, 32:16, 33:13, 33:16, 34:8, 36:1, 36:3, 39:2, 39:5, 39:15, 40:2, 40:20

**MISLEADING** [2] - 26:10, 29:18

**MISREPRESENTATIONS** [2] - 42:7, 42:18

**MISREPS** [1] - 43:2

**MISUNDERSTANDING** [1] - 63:17

**MISUNDERSTOOD** [1] - 63:24

**MIXED** [1] - 50:8

**MODIFY** [2] - 77:20, 84:14

**MONETARY** [17] - 7:17, 8:3, 8:10, 8:13, 8:18, 9:5, 9:10, 9:13, 9:18, 9:22, 9:25, 10:5, 11:22, 11:25, 21:22, 22:1, 23:3

**MONEY** [19] - 13:1, 13:6, 16:9, 17:4, 17:18, 20:11, 22:12, 35:11, 35:24, 37:8, 38:5, 38:6, 38:12, 64:21, 64:25, 65:6, 65:23, 65:24, 70:11

MONTH [3] - 35:2, 35:17, 73:15

MONTHS [1] - 31:14

MORE [13] - 14:20, 25:23, 26:16, 28:10, 31:25, 35:13, 35:22, 38:8, 40:19, 41:20, 53:7, 53:11, 87:17

MORNING [8] - 3:2, 3:13, 13:3, 31:19, 33:24, 37:7, 38:19, 65:16

MORTGAGE [1] - 70:17

MOST [4] - 28:22, 33:2, 34:22, 61:6

MOTION [18] - 10:12, 13:11, 14:12, 25:16, 26:18, 26:25, 27:7, 27:8, 31:15, 71:8, 71:25, 72:4, 72:9, 73:10, 73:14, 78:21, 80:5, 89:21

MOVE [7] - 21:10, 23:18, 27:25, 41:4, 45:8, 68:18, 80:15

MOVED [1] - 35:25

MR [103] - 3:9, 3:13, 3:16, 3:18, 4:9, 5:13, 5:23, 7:8, 11:13, 12:10, 12:15, 13:15, 13:25, 15:1, 15:8, 15:11, 15:17, 15:23, 16:2, 16:10, 16:23, 18:17, 18:19, 19:13, 19:16, 19:21, 21:2, 21:6, 23:24, 25:7, 25:14, 25:18, 26:15, 28:1, 31:6, 31:22, 32:8, 32:11, 32:12, 32:20, 33:22, 34:1, 37:9, 38:24, 40:8, 40:15, 41:25, 42:14, 42:17, 42:23, 43:4, 43:7, 43:13, 43:18, 44:2, 44:21, 45:10, 45:15, 46:9, 46:12, 46:25, 47:18, 48:12, 48:25, 49:25, 50:2, 50:6, 53:20, 59:19, 60:11, 65:11, 65:13, 66:3, 66:11, 66:20, 67:3, 67:5, 67:13, 67:18, 67:25, 69:12, 69:13, 69:22, 74:1, 74:17, 75:14, 76:3, 76:10, 76:14, 77:13, 81:17, 82:6, 85:25, 87:13, 87:24, 88:2, 88:14, 89:7, 89:18,

90:9, 90:12, 90:24, 91:3

MS [121] - 3:7, 5:14, 5:24, 7:7, 7:24, 8:15, 9:6, 9:11, 9:15, 9:19, 9:23, 10:2, 10:23, 11:8, 11:17, 12:3, 17:6, 17:15, 17:17, 17:22, 18:1, 18:12, 34:10, 36:4, 37:2, 38:11, 41:6, 41:9, 45:13, 49:15, 49:19, 50:11, 51:5, 51:10, 51:12, 52:3, 52:6, 53:9, 54:4, 54:9, 54:13, 54:16, 54:21, 55:2, 55:10, 55:13, 56:22, 59:20, 63:14, 64:9, 64:17, 64:24, 65:3, 67:20, 67:23, 70:2, 70:10, 71:5, 72:1, 72:6, 72:15, 72:22, 73:21, 73:24, 74:2, 74:11, 74:15, 75:2, 75:6, 76:13, 76:15, 76:21, 76:25, 77:4, 77:7, 77:25, 78:5, 78:19, 78:22, 79:2, 79:7, 79:19, 79:22, 80:2, 80:16, 80:20, 80:23, 81:7, 81:19, 82:3, 82:5, 82:12, 82:15, 82:22, 82:24, 83:3, 83:8, 83:17, 83:21, 84:5, 84:7, 84:10, 84:13, 85:3, 85:10, 85:20, 85:23, 86:8, 86:15, 86:17, 86:21, 87:2, 87:6, 87:16, 87:21, 88:10, 88:19, 89:9, 89:19, 90:2, 90:6

MUCH [10] - 14:20, 35:23, 37:21, 43:2, 53:23, 70:16, 70:17, 83:10, 91:4

MUSH [1] - 12:11

MUST [2] - 24:22, 65:19

MUTUAL [1] - 14:8

MY [28] - 3:7, 3:9, 3:18, 9:1, 10:2, 10:21, 12:10, 12:11, 12:12, 18:2, 29:23, 37:24, 40:25, 48:5, 50:16, 50:24, 53:9, 53:25, 61:10, 62:14, 62:23, 64:19, 67:18, 78:3, 80:23, 81:24, 87:21, 89:3

N

NAME [4] - 3:7, 3:9, 47:23, 89:3

NAMELY [2] - 22:23, 23:4

NAMES [1] - 59:11

NECESSARILY [1] - 68:11

NECESSARY [3] - 53:24, 56:24, 77:20

NEED [35] - 6:12, 11:25, 14:19, 18:3, 20:6, 24:2, 27:4, 31:11, 33:11, 34:17, 36:8, 37:4, 41:22, 41:23, 48:4, 49:23, 51:1, 51:21, 54:5, 55:21, 62:1, 62:9, 68:20, 69:11, 70:18, 71:9, 74:20, 75:6, 76:17, 77:5, 78:25, 81:1, 81:3, 81:13, 86:6

NEEDS [6] - 51:22, 62:10, 62:11, 65:7, 73:19, 85:19

NEGATE [1] - 34:6

NEGATIVE [1] - 14:6

NEGOTIATE [1] - 63:15

NEGOTIATED [2] - 74:9, 76:19

NEGOTIATING [1] - 61:6

NEGOTIATION [1] - 63:7

NEGOTIATIONS [1] - 77:12

NEITHER [2] - 19:7, 30:19

NELSON [3] - 62:16, 77:8

NET [11] - 34:11, 34:16, 34:18, 39:1, 39:3, 39:6, 39:16, 39:22, 40:10, 40:11

NEVER [6] - 28:23, 28:24, 28:25, 29:4, 29:5, 30:3

NEW [2] - 61:15, 82:11

NEXT [7] - 3:15, 30:7, 39:4, 71:22, 79:24, 82:2, 90:22

NHS [1] - 24:21

NIGHT [1] - 53:24

NINTH [1] - 24:19

NO [38] - 9:6, 9:11, 9:15, 9:19, 9:23, 12:19, 13:5, 13:6,

16:19, 16:21, 18:6, 29:8, 33:22, 35:5, 37:11, 37:12, 46:19, 51:17, 53:21, 53:24, 56:9, 59:22, 60:22, 61:3, 61:14, 63:14, 64:4, 64:23, 65:1, 65:6, 69:22, 77:25, 78:9, 78:10, 79:6, 82:4, 86:15

NOBEL [5] - 32:23, 33:1, 33:8, 33:9, 33:11

NOBODY [1] - 51:24

NON [1] - 14:16

NON-DISPARAGING [1] - 14:16

NONE [1] - 81:21

NORMAL [2] - 71:6, 81:12

NORMALLY [2] - 70:8, 88:25

NOT [152] - 3:22, 5:1, 6:12, 6:22, 7:16, 7:20, 8:5, 9:5, 9:9, 9:10, 9:13, 9:18, 10:14, 10:20, 13:17, 13:23, 14:10, 14:14, 14:24, 14:25, 15:6, 15:8, 15:14, 15:16, 15:21, 16:7, 16:15, 17:8, 17:9, 17:10, 19:1, 19:7, 20:3, 20:17, 21:10, 21:24, 22:16, 22:17, 23:3, 23:11, 23:13, 26:25, 28:17, 29:17, 29:24, 30:3, 30:5, 30:16, 30:17, 30:18, 30:23, 31:5, 31:25, 32:1, 32:13, 32:14, 32:15, 33:5, 33:19, 34:7, 34:10, 34:14, 36:7, 36:22, 36:23, 37:6, 37:7, 37:14, 38:6, 38:11, 38:14, 38:17, 38:19, 39:8, 39:12, 40:6, 41:3, 41:10, 41:14, 43:23, 44:6, 44:12, 45:4, 47:10, 47:18, 47:19, 48:16, 48:24, 49:4, 49:8, 49:12, 50:20, 50:23, 51:20, 52:1, 52:5, 52:21, 53:3, 53:16, 54:19, 55:5, 55:7, 56:4, 56:7, 56:11, 56:12, 57:8, 57:12, 57:15, 57:21, 57:23, 57:24, 58:3, 58:7,

58:13, 58:22, 58:24, 59:12, 59:15, 59:24, 60:1, 62:5, 62:8, 62:19, 62:25, 63:5, 64:10, 64:17, 65:18, 65:22, 66:2, 66:13, 66:14, 67:11, 68:10, 68:23, 69:6, 69:21, 72:18, 73:12, 78:3, 78:14, 80:19, 81:17, 82:14, 83:1, 83:6, 83:15, 90:7, 90:17

NOTED [1] - 77:15

NOTHING [10] - 16:19, 20:11, 29:25, 59:5, 59:8, 60:8, 60:9, 66:9

NOTICE [1] - 52:25

NOW [32] - 4:16, 5:25, 7:9, 10:8, 10:10, 10:18, 11:2, 12:4, 15:15, 15:22, 18:11, 20:18, 21:10, 37:10, 39:13, 40:17, 40:23, 44:5, 52:7, 55:20, 56:8, 58:18, 59:1, 61:2, 69:6, 70:19, 73:5, 84:20, 86:12, 89:1, 89:5, 89:17

NUMBER [13] - 1:3, 17:23, 26:24, 31:12, 31:13, 62:2, 62:15, 62:17, 67:1, 78:18, 79:14, 79:16, 79:23

NUMEROUS [1] - 28:8

NW [1] - 1:17, 2:7

O

O'CLOCK [2] - 33:20, 38:18

OBJECT [2] - 75:19, 77:18

OBJECTION [3] - 53:18, 53:19, 53:21

OBTAIN [6] - 7:17, 13:9, 21:15, 82:18, 84:17, 84:24

OBVIOUS [1] - 75:15

OBVIOUSLY [7] - 26:25, 67:15, 68:11, 73:14, 75:19, 77:18, 77:20

OCTOBER [7] - 50:25, 52:10, 53:18, 87:10, 88:11, 88:15, 88:18

OF [281] - 1:2, 1:16, 3:3, 3:14, 3:15, 4:1, 4:12, 4:13, 4:18, 5:3, 5:17, 5:20, 6:1, 6:5,

6:7, 6:21, 7:13, 8:6,
8:21, 9:21, 10:4,
10:14, 10:17, 10:21,
10:24, 11:21, 12:14,
12:17, 13:3, 13:7,
13:17, 13:18, 14:4,
14:10, 14:15, 14:23,
15:12, 15:15, 15:16,
15:22, 15:25, 17:3,
17:7, 17:11, 17:17,
17:19, 17:23, 18:7,
18:18, 18:20, 19:1,
19:5, 19:22, 20:3,
20:14, 20:15, 20:17,
20:20, 20:22, 20:23,
21:14, 21:19, 22:2,
22:7, 22:10, 22:14,
23:1, 23:5, 23:19,
23:20, 24:4, 25:2,
25:15, 25:23, 26:16,
26:17, 26:19, 26:22,
26:23, 26:24, 27:3,
27:5, 27:12, 27:14,
27:16, 27:17, 27:21,
28:19, 29:1, 29:7,
29:22, 30:2, 30:21,
30:23, 31:7, 31:11,
31:24, 32:4, 32:6,
32:10, 33:2, 33:11,
33:12, 33:13, 34:15,
34:16, 34:20, 34:22,
34:23, 35:2, 35:4,
35:10, 36:13, 36:15,
37:8, 37:12, 37:14,
37:15, 38:8, 38:15,
38:21, 39:5, 39:24,
40:10, 40:11, 40:16,
41:13, 41:18, 42:21,
43:2, 43:6, 44:8,
44:22, 44:24, 44:25,
45:8, 45:16, 46:17,
47:11, 47:13, 47:23,
47:25, 48:2, 48:13,
48:17, 48:23, 49:1,
49:5, 49:9, 49:11,
50:21, 50:24, 51:4,
51:6, 51:18, 52:1,
52:4, 52:12, 52:13,
52:17, 52:18, 52:23,
53:4, 53:21, 53:25,
54:2, 55:13, 55:22,
56:3, 56:7, 56:20,
56:23, 57:1, 57:4,
57:6, 57:7, 58:1,
58:9, 58:17, 58:22,
58:23, 58:25, 59:11,
59:22, 60:5, 60:6,
60:16, 60:20, 61:1,
61:2, 61:3, 61:7,
62:12, 63:25, 64:1,
64:11, 64:12, 64:13,

64:20, 66:5, 66:11,
66:15, 66:16, 67:7,
67:9, 67:11, 67:15,
69:2, 69:4, 69:16,
69:18, 70:11, 70:13,
70:14, 71:8, 71:9,
71:16, 71:19, 71:22,
71:23, 72:15, 73:9,
73:10, 75:14, 75:17,
75:20, 76:14, 76:23,
77:18, 77:21, 77:22,
78:7, 79:8, 80:3,
81:3, 81:22, 82:16,
82:19, 83:8, 83:11,
83:15, 83:17, 84:3,
84:18, 84:25, 85:5,
85:6, 85:9, 85:21,
86:9, 86:12, 86:18,
87:3, 87:10, 88:5,
88:11, 88:22, 89:19,
89:22, 89:25, 90:8,
90:10, 90:14, 90:21,
90:25, 91:11

OFF [9] - 12:13, 16:20,
17:4, 25:22, 49:22,
62:8, 75:13, 78:16,
87:9

OFFER [1] - 64:2
OFFERING [1] - 60:18
OFFICIAL [2] - 1:21,
91:14

OH [1] - 53:16
OKAY [75] - 3:17,
3:20, 5:25, 8:25,
13:19, 14:19, 16:4,
16:6, 17:1, 17:13,
17:21, 18:17, 19:18,
24:1, 25:17, 33:17,
43:1, 43:12, 46:23,
47:11, 49:7, 49:18,
50:4, 50:13, 51:16,
53:17, 53:22, 54:21,
54:22, 55:9, 59:17,
61:5, 63:9, 64:8,
65:9, 66:9, 66:19,
67:4, 67:24, 68:6,
69:11, 71:18, 73:23,
73:25, 74:15, 74:19,
75:5, 75:10, 76:9,
77:5, 77:24, 78:1,
78:24, 79:21, 79:22,
80:17, 80:22, 80:25,
82:20, 84:6, 84:13,
85:3, 85:22, 85:24,
86:1, 86:16, 87:1,
87:8, 87:15, 88:3,
88:22, 89:5, 89:13,
90:4, 90:13

ON [131] - 3:14, 3:21,
3:24, 4:3, 7:1, 10:8,

12:8, 12:16, 13:4,
13:7, 13:16, 13:22,
14:2, 14:9, 14:23,
15:7, 18:20, 21:10,
23:15, 23:19, 23:21,
24:1, 26:2, 26:6,
27:25, 29:2, 30:25,
31:1, 34:14, 35:15,
36:2, 36:3, 36:24,
36:25, 37:17, 38:5,
39:19, 40:17, 40:18,
40:21, 40:22, 41:4,
41:18, 43:25, 44:8,
44:21, 44:24, 45:8,
45:25, 47:22, 48:2,
48:7, 48:14, 48:17,
48:19, 48:20, 49:23,
50:19, 50:21, 50:24,
51:12, 51:13, 52:3,
52:10, 53:21, 53:23,
55:21, 55:25, 57:8,
57:18, 57:19, 59:18,
60:8, 60:9, 60:19,
60:23, 62:7, 62:8,
62:13, 62:24, 63:5,
64:6, 65:8, 66:2,
66:9, 66:20, 66:22,
67:14, 67:15, 68:1,
68:15, 69:7, 69:16,
70:25, 71:15, 71:22,
72:5, 73:18, 74:23,
75:3, 75:18, 75:23,
76:11, 77:11, 80:7,
80:13, 80:15, 82:8,
82:16, 83:12, 83:13,
83:24, 85:3, 85:10,
85:16, 85:18, 86:5,
86:10, 86:11, 86:12,
86:24, 87:2, 87:7,
88:6, 88:10, 89:25,
90:3, 90:16, 90:17

ONCE [3] - 50:15,
58:20, 73:11

ONE [41] - 3:15, 10:13,
13:16, 14:7, 16:16,
17:14, 17:16, 18:4,
20:9, 28:12, 28:24,
29:4, 29:8, 29:22,
30:12, 31:12, 31:16,
33:18, 34:3, 34:22,
37:9, 39:22, 40:4,
41:1, 42:5, 42:6,
42:17, 42:18, 42:24,
47:6, 55:19, 62:2,
64:2, 66:21, 69:14,
72:12, 72:13, 74:12,
78:19

ONE-TIME [1] - 72:13
ONES [3] - 7:3, 9:4,
46:2

ONGOING [2] - 58:24,
59:24
ONLINE [3] - 26:4,
32:5, 48:4
ONLY [22] - 6:22,
11:11, 11:23, 12:25,
13:6, 13:9, 16:14,
16:18, 33:20, 38:9,
40:25, 41:15, 42:22,
45:21, 54:6, 56:4,
65:10, 69:9, 72:12,
75:6

OPEN [1] - 67:8
OPENS [2] - 3:1,
63:11
OPERATING [3] -
19:3, 57:13, 57:15
OPERATION [4] -
57:7, 68:15, 68:22
OPERATIONS [3] -
48:19, 69:5, 90:11
OPINION [1] - 21:14
OPINIONS [1] - 20:15
OPP [1] - 39:11
OPPORTUNITIES [3] -
25:9, 42:8, 42:21
OPPORTUNITY [34] -
4:14, 5:4, 11:3,
11:24, 13:4, 14:14,
23:10, 23:17, 23:23,
30:6, 35:10, 36:11,
36:21, 36:23, 41:4,
41:15, 41:21, 41:22,
42:3, 42:15, 43:8,
43:17, 43:19, 43:22,
44:4, 44:8, 44:12,
45:2, 45:9, 63:23,
66:7, 66:10, 79:5,
83:6
OPPOSE [1] - 73:16
OPPOSITION [4] -
31:18, 32:22, 66:22,
73:14
OR [54] - 9:2, 10:21,
12:7, 16:16, 17:9,
20:9, 21:17, 21:18,
21:22, 22:1, 22:3,
23:22, 24:5, 24:7,
24:8, 24:16, 24:24,
26:6, 26:14, 28:20,
29:13, 30:12, 30:13,
31:1, 32:17, 33:9,
34:6, 34:9, 34:13,
34:14, 34:18, 38:17,
39:22, 43:16, 47:16,
47:18, 48:6, 53:1,
53:8, 53:11, 58:3,
64:13, 64:24, 65:7,
65:24, 68:14, 71:11,
72:9, 83:15, 86:19,

87:16, 88:11
ORDER [97] - 1:13,
4:17, 4:21, 4:22,
4:25, 9:8, 10:3, 10:4,
10:6, 14:24, 15:5,
19:10, 23:9, 26:20,
29:4, 33:6, 40:25,
44:15, 46:21, 47:2,
47:4, 49:12, 49:16,
50:1, 50:3, 50:5,
50:16, 50:22, 51:6,
51:9, 52:9, 52:11,
52:12, 52:17, 52:21,
53:1, 53:5, 54:6,
54:12, 57:2, 59:5,
59:7, 60:21, 61:7,
63:18, 63:23, 64:1,
64:10, 65:22, 66:13,
68:18, 69:15, 72:2,
72:7, 72:9, 72:11,
72:25, 73:3, 73:6,
73:12, 74:6, 74:10,
74:14, 75:3, 76:18,
76:23, 77:2, 77:3,
77:16, 77:19, 78:7,
78:20, 80:5, 81:15,
81:21, 82:2, 82:18,
83:14, 84:1, 84:18,
84:24, 85:6, 85:15,
85:21, 86:10, 86:18,
87:2, 87:4, 88:4,
88:17, 89:21, 90:14
ORDERED [9] - 10:12,
22:4, 54:7, 84:2,
85:5, 86:7, 88:4,
89:1
ORDERLY [3] - 57:1,
58:1, 58:17
ORDERS [4] - 20:16,
77:6
ORDINARY [1] - 65:18
ORIGINAL [1] - 78:7
OTHER [21] - 6:21,
8:4, 8:9, 8:23, 15:13,
16:24, 17:16, 19:1,
29:25, 34:4, 34:8,
36:11, 41:1, 41:14,
42:19, 44:10, 60:17,
61:7, 66:5, 86:11,
90:5
OTHERS [2] - 56:6,
69:7
OTHERWISE [6] -
41:5, 80:10, 88:9,
89:23, 89:24, 90:1
OUR [19] - 8:17, 12:21,
13:2, 27:11, 28:5,
30:4, 31:18, 32:21,
33:10, 35:7, 37:13,
37:23, 46:13, 48:18,

59:13, 63:23, 64:6, 66:21, 75:19
OURS [1] - 87:25
OUT [25] - 13:2, 14:23, 20:19, 25:24, 27:1, 30:21, 48:24, 53:21, 61:2, 61:18, 62:18, 65:23, 66:10, 68:7, 68:20, 69:10, 69:16, 79:3, 79:4, 79:13, 79:25, 80:20, 82:7, 82:10, 90:6
OUTLAY [1] - 65:8
OUTLET [1] - 60:14
OUTSET [2] - 47:1, 65:16
OUTSIDE [2] - 64:13, 71:19
OUTWEIGH [1] - 34:6
OVER [25] - 4:24, 5:16, 5:19, 9:13, 13:10, 14:11, 14:12, 15:16, 25:6, 27:9, 27:10, 34:25, 35:1, 35:12, 44:15, 54:2, 54:25, 55:13, 55:19, 58:15, 58:21, 64:12, 64:13, 81:8, 88:24
OVERALL [10] - 25:1, 27:6, 31:9, 33:7, 34:18, 34:19, 39:3, 39:22, 39:25, 40:6
OVERLAP [1] - 48:12
OWN [5] - 25:21, 29:15, 32:5, 37:16, 37:24
OWNER [1] - 5:20

P

P.I [1] - 8:9
P.M [1] - 89:3
PA [2] - 1:9, 1:22
PACES [1] - 20:18
PAGE [20] - 29:22, 38:25, 51:11, 51:12, 51:13, 54:15, 54:16, 66:19, 66:20, 67:1, 67:3, 67:17, 67:20, 67:22, 68:2, 85:3, 86:5, 86:9, 87:2, 88:6
PAID [2] - 10:14, 28:17
PAPER [3] - 12:21, 13:2, 14:12
PAPERS [2] - 31:14, 50:7
PARSE [1] - 39:23
PART [9] - 4:14, 5:4, 6:3, 33:13, 58:21,

58:23, 60:23, 86:21, 90:3
PARTE [1] - 85:8
PARTICIPATED [1] - 70:6
PARTICULAR [3] - 38:22, 55:6, 65:8
PARTICULARLY [1] - 56:9
PARTIES [7] - 3:23, 3:25, 5:11, 5:21, 7:5, 73:12, 84:22
PARTNERS [1] - 3:19
PARTNERSHIP [1] - 21:17
PARTY [2] - 49:5, 56:3
PASSIVE [1] - 35:12
PAUSE [1] - 45:12
PAY [8] - 16:20, 17:4, 22:4, 22:12, 35:17, 37:18, 37:21, 65:23
PAYMENT [2] - 58:17, 70:17
PENDENCY [2] - 17:19, 72:15
PENDING [1] - 47:5
PENN [2] - 6:9, 6:24
PENNSYLVANIA [3] - 1:2, 1:17, 5:18
PEOPLE [11] - 34:23, 40:4, 47:9, 47:20, 47:22, 48:1, 48:7, 48:14, 48:20, 56:10
PER [1] - 38:2
PERCENT [1] - 25:22
PERFECT [1] - 90:12
PERHAPS [1] - 56:15
PERIOD [1] - 53:3
PERMANENT [4] - 16:13, 21:16, 22:9, 22:11
PERMEATED [1] - 58:6
PERMITS [1] - 21:3
PERPETUATE [1] - 57:22
PERPETUATED [1] - 58:14
PERSON [1] - 21:17
PERSONAL [10] - 5:15, 5:21, 29:23, 64:11, 64:14, 69:21, 69:22, 70:5, 70:6, 90:7
PERSONALLY [2] - 57:5, 70:7
PERSUADED [1] - 67:6
PETER [1] - 4:7
PHILADELPHIA [2] -

1:9, 1:22
PINNING [1] - 65:22
PINPOINT [4] - 6:15, 7:14, 24:11, 24:19
PITCHES [1] - 58:11
PLACE [9] - 5:17, 11:19, 18:14, 22:25, 23:6, 58:12, 61:6, 72:12, 72:23
PLACED [1] - 29:5
PLAINTIFF [5] - 1:4, 1:19, 52:13, 80:9, 80:14
PLAINTIFFS [5] - 3:5, 12:7, 14:21, 41:5, 83:25
PLATFORM [3] - 48:3, 56:4, 69:7
PLAYED [1] - 61:11
PLEAD [1] - 8:9
PLEASE [1] - 29:23
PLENTY [1] - 20:14
PLUS [2] - 69:6, 88:8
POINT [15] - 4:4, 4:11, 8:13, 10:13, 16:19, 19:22, 21:4, 30:22, 32:21, 39:21, 44:1, 56:14, 59:20, 68:20, 89:22
POINTS [5] - 11:3, 12:16, 33:18, 66:5, 80:6
POOR [1] - 28:20
POP [1] - 60:19
POSITION [5] - 18:8, 21:10, 46:13, 59:13, 62:25
POSSIBILITY [9] - 10:4, 17:7, 17:17, 18:7, 19:5, 20:3, 20:20, 20:23, 50:21
POSSIBLE [3] - 20:8, 53:25, 73:10
POSTED [2] - 35:13, 35:15
POSTING [2] - 14:6, 58:9
POSTS [1] - 26:6
POSTURE [1] - 22:7
POTEET [1] - 3:19
POTENTIAL [3] - 25:11, 41:20, 46:16
POTENTIALLY [2] - 13:8, 49:5
PRACTICE [2] - 24:7, 34:15
PRACTICES [5] - 1:16, 4:21, 22:24, 23:5, 24:5
PRECAUTIONARY [1]

- 60:6
PREDICTABLE [1] - 25:23
PRELIMINARY [20] - 4:25, 6:2, 6:5, 8:17, 9:8, 14:25, 15:4, 27:23, 40:18, 45:23, 50:23, 51:1, 52:10, 52:14, 53:1, 61:16, 72:16, 76:1, 77:23, 78:6
PREMISED [2] - 50:19, 73:18
PREMISES [7] - 4:24, 9:17, 15:20, 44:17, 55:23, 56:17, 86:6
PREPARE [2] - 31:14, 85:6
PRESENT [1] - 18:6
PRESENTED [2] - 21:20, 83:25
PRESERVATION [1] - 50:21
PRESERVE [7] - 10:3, 17:7, 17:17, 18:13, 64:20, 75:19, 77:20
PRESERVED [1] - 18:14
PRESERVING [5] - 20:3, 20:19, 20:23, 46:16, 64:18
PRETRIAL [1] - 74:20
PRETTY [3] - 28:16, 43:2, 53:23
PREVENT [5] - 22:9, 46:21, 59:6, 86:18, 87:3
PREVENTS [1] - 56:24
PREVIOUS [1] - 57:5
PRIMARY [2] - 17:7, 17:11
PRINCIPLE [1] - 5:17
PRINCIPLES [1] - 12:18
PRINT [2] - 78:12, 90:20
PRINTER [1] - 78:13
PRIORITIZE [1] - 90:10
PRIVATE [4] - 7:3, 46:2, 46:8, 49:11
PRO [1] - 87:20
PROBABLY [6] - 4:10, 37:25, 38:1, 71:22, 73:6, 86:12
PROBLEM [6] - 16:21, 22:23, 23:4, 65:4, 65:5, 82:4
PROBLEMATIC [3] - 19:6, 19:7, 19:8

PROBLEMS [1] - 31:3
PROCEED [2] - 23:15, 62:20
PROCEEDING [1] - 45:12
PROCEEDINGS [2] - 1:24, 91:11
PROCESS [2] - 10:11, 68:17
PRODUCE [1] - 51:20
PRODUCED [1] - 1:25
PRODUCT [5] - 24:17, 35:9, 35:10, 48:5, 48:15
PRODUCTION [1] - 51:18
PRODUCTS [2] - 25:3, 26:8
PROFIT [2] - 29:8, 37:12
PROFITABLE [2] - 25:20, 34:25
PROFITS [1] - 42:19
PROGRAM [2] - 34:6, 59:2
PROGRAMS [1] - 25:10
PROHIBIT [2] - 7:20, 15:16
PROHIBITS [4] - 14:3, 14:6, 14:24, 24:5
PRONG [1] - 31:4
PROPER [1] - 52:22
PROPERLY [2] - 57:15, 58:4
PROPOSED [7] - 49:12, 49:16, 74:6, 75:3, 78:7, 79:13, 80:1
PROPOSITION [1] - 7:15
PROSPECTIVE [2] - 8:4, 22:16
PROTECT [1] - 71:1
PROTECTION [1] - 90:10
PROUD [1] - 32:4
PROVE [7] - 6:12, 18:3, 20:6, 29:13, 41:17
PROVIDE [14] - 25:19, 34:24, 36:8, 37:4, 40:19, 42:24, 43:9, 43:15, 43:24, 44:16, 56:19, 72:2, 73:8, 74:6
PROVIDED [8] - 30:3, 36:20, 37:6, 37:7, 53:2, 57:11, 66:14, 73:9

PROVIDING [1] - 51:6
PROVISION [10] -
21:19, 22:15, 22:23,
51:13, 54:13, 55:3,
67:10, 68:1, 74:5
PROVISIONS [3] -
63:5, 64:1, 77:22
PRUSINOWSKI [10] -
3:16, 4:8, 4:9, 4:10,
4:11, 26:1, 32:8,
32:12, 48:25, 69:14
PRUSINOWSKI'S [1] -
90:8
PUBLIC [14] - 6:8,
6:17, 7:2, 45:25,
46:1, 46:4, 46:7,
46:10, 46:14, 46:22,
49:10, 52:24
PURCHASE [1] -
14:15
PURCHASES [1] -
27:19
PURPORTED [1] -
29:21
PURPOSE [8] - 10:24,
13:10, 16:24, 17:3,
17:7, 17:11, 19:22,
35:10
PURPOSES [3] - 8:20,
27:21, 60:21
PURSUANT [7] - 4:17,
5:9, 6:4, 67:9, 82:19,
84:18, 84:24
PUT [17] - 20:22, 24:1,
33:12, 34:20, 55:25,
71:7, 71:13, 72:6,
72:11, 76:17, 77:11,
79:14, 79:16, 81:1,
81:4, 89:1, 89:2
PUTS [2] - 48:19,
72:17
PUTTING [5] - 18:22,
20:4, 20:18, 72:23,
85:17

**Q**

QUESTION [10] - 5:8,
9:1, 20:8, 21:20,
23:1, 23:18, 41:7,
43:21, 45:6, 47:14
QUESTIONS [2] - 6:5,
12:16
QUICKLY [3] - 42:12,
69:3, 70:16
QUITE [1] - 23:12
QUO [22] - 10:16,
10:25, 17:24, 17:25,
18:1, 18:6, 18:13,
18:14, 19:8, 19:11,

19:14, 19:20, 20:10,
20:12, 21:1, 41:1,
45:20, 50:20, 64:19,
64:20, 65:19, 65:25
QUOTE [3] - 39:1,
39:4, 39:7
QUOTING [1] - 39:4

**R**

RAIDING [1] - 56:25
RAISED [1] - 66:6
RANGING [1] - 55:5
RATHER [5] - 3:22,
6:18, 11:23, 16:17,
23:4
RATIONAL [1] - 73:18
REACH [4] - 39:14,
42:11, 44:3, 48:24
REACTION [1] - 60:5
READ [4] - 31:21,
78:4, 83:20, 83:21
READILY [1] - 36:18
READING [3] - 15:7,
15:15, 53:8
READY [4] - 34:25,
52:1, 74:25, 76:19
REAL [2] - 60:24,
68:14
REALIZED [1] - 29:11
REALLY [11] - 3:21,
10:7, 13:23, 16:8,
31:2, 34:7, 36:7,
68:25, 84:16, 85:1
REASON [11] - 14:18,
30:7, 31:12, 31:13,
33:14, 41:3, 45:7,
56:9, 65:22, 66:1,
86:14
REASONABLE [4] -
24:25, 30:14, 30:17,
73:18
REASONABLY [3] -
24:9, 28:3, 29:19
REASONS [3] - 15:13,
20:9, 31:7
RECEIVE [3] - 7:3,
46:1, 64:12
RECEIVED [3] - 27:2,
29:4, 40:12
RECEIVER [44] - 4:23,
8:23, 9:21, 16:1,
44:18, 54:18, 55:11,
55:14, 55:22, 56:15,
56:20, 56:23, 57:12,
57:19, 57:22, 57:24,
57:25, 58:12, 58:15,
58:20, 59:21,
60:23, 60:24, 60:25,
61:9, 61:10, 61:25,

64:10, 64:12, 65:6,
67:15, 68:4, 68:9,
68:10, 68:12, 68:18,
69:1, 69:10, 73:8,
90:7, 90:9
RECEIVER'S [4] -
57:14, 57:20, 61:17,
69:3
RECEIVERSHIP [6] -
8:16, 41:11, 58:24,
59:13, 63:19, 63:21
RECEIVING [2] - 48:8,
59:25
RECESS [2] - 63:10,
76:7
RECOGNIZE [1] - 63:8
RECOMMENDATION
[2] - 65:9, 68:16
RECOMMENDATION
S [1] - 58:2
RECORD [21] - 3:24,
24:2, 31:20, 37:1,
39:19, 49:22, 75:13,
75:15, 75:20, 75:23,
77:11, 78:16, 83:12,
83:24, 87:9, 89:25,
90:3, 90:18, 91:1,
91:2, 91:11
RECORDED [1] - 1:24
RECORDS [13] - 4:24,
9:13, 15:13, 15:16,
36:10, 44:16, 51:7,
51:19, 51:20, 54:2,
57:25, 83:13, 86:6
RED [7] - 78:6, 78:7,
78:9, 78:10, 78:23,
79:8, 79:10
REDRESS [13] - 10:4,
10:5, 10:6, 13:11,
17:8, 17:18, 18:7,
19:6, 19:23, 20:4,
20:20, 20:23, 50:21
REES [2] - 2:2, 3:14
REFERENCE [7] -
18:6, 38:14, 66:21,
67:2, 84:15, 84:23,
86:12
REFERENCED [1] -
60:3
REFERENCES [1] -
66:6
REFERRING [1] -
34:11
REFERS [2] - 67:10,
83:5
REFLECT [1] - 22:22
REFUND [1] - 29:14
REFUNDS [1] - 29:12
REGARDING [6] -
24:16, 24:17, 35:7,

42:18, 63:20
REGARDLESS [3] -
10:17, 14:23, 44:8
REGULARLY [1] -
36:20
RELEASE [12] - 70:13,
71:8, 71:9, 71:16,
72:2, 72:14, 73:5,
73:24, 74:6, 74:10,
74:14, 75:8
RELEASED [2] -
70:11, 73:1
RELEASES [1] - 72:8
RELIEF [40] - 6:5,
6:20, 6:24, 7:17, 8:2,
8:3, 8:4, 8:10, 8:13,
8:18, 8:19, 8:21,
8:24, 9:5, 9:10, 9:14,
9:18, 9:22, 10:1,
10:6, 11:23, 11:25,
12:20, 16:17, 18:24,
21:22, 22:1, 22:16,
22:19, 23:3, 23:16,
41:19, 41:20, 42:3,
42:10, 49:8, 65:15,
69:19
REMAINS [1] - 45:6
REMEDIES [2] -
43:21, 43:25
REMEMBER [1] -
45:21
REMOVE [1] - 87:6
REMOVING [1] - 87:1
REPATRIATION [2] -
85:14, 86:3
REPEATEDLY [2] -
25:24, 26:9
REPLACE [1] - 81:13
REPLACING [1] -
80:10
REPORT [2] - 38:16,
38:17
REPORTED [4] - 28:8,
28:12, 28:19, 29:7
REPORTER [2] - 1:21,
91:14
REPORTS [3] - 28:5,
31:3, 31:4
REPRESENTATION
[7] - 24:8, 24:14,
24:23, 26:14, 30:11,
39:2, 64:5
REPRESENTATIONS
[2] - 25:2, 58:19
REPRESENTED [1] -
64:4
REPRESENTING [2] -
3:8, 3:10
REQUEST [16] - 7:20,
11:9, 18:24, 21:25,

22:11, 22:19, 23:8,
23:15, 29:12, 40:24,
50:14, 55:8, 68:3,
71:15, 72:17, 72:19
REQUESTED [4] -
41:14, 44:3, 44:10,
65:15
REQUESTING [2] -
41:11, 54:11
REQUESTS [1] - 4:20
REQUIRE [2] - 12:23,
44:16, 47:2
REQUIRED [2] - 30:5,
42:25
REQUIREMENT [1] -
43:9
REQUIRES [2] - 13:3,
86:24
RESEND [1] - 81:23
RESERVATIONS [1] -
90:24
RESERVE [1] - 77:19
RESERVING [1] - 19:5
RESIDENCE [3] -
64:11, 64:14, 90:8
RESOLVED [2] - 6:6,
65:5
RESPECT [17] - 5:15,
18:23, 24:13, 27:3,
38:13, 39:25, 40:24,
43:1, 45:3, 45:4,
47:7, 51:3, 56:5,
63:18, 68:19, 77:11,
77:21
RESPECTFULLY [1] -
4:19
RESPOND [2] - 26:13,
33:17
RESPONSE [1] -
38:23
REST [1] - 53:21
RESTITUTION [6] -
10:21, 20:21, 21:22,
22:1, 22:5, 46:16
RESTRAINING [17] -
1:13, 4:17, 23:9,
46:21, 52:21, 53:1,
53:4, 57:2, 77:19,
80:5, 81:15, 82:18,
83:14, 84:1, 84:18,
84:24, 89:21
RESULT [1] - 79:12
RESULTS [2] - 29:24,
30:3
RETAINED [1] - 88:24
RETENTION [1] -
88:22
RETIREMENT [1] -
29:8
RETROSPECTIVE [2]

- 22:16, 23:2
**REVENUE** [4] - 37:10, 37:11, 38:8, 38:9
**REVIEW** [3] - 4:15, 5:5, 63:23
**REVIEWS** [1] - 14:6
**RIGHT** [59] - 10:7, 10:8, 10:10, 10:18, 11:4, 11:12, 11:25, 12:2, 15:10, 15:15, 15:22, 17:14, 18:11, 18:12, 19:5, 20:13, 20:16, 23:19, 25:13, 31:9, 32:20, 33:25, 35:3, 37:1, 40:17, 42:23, 44:5, 44:20, 44:23, 44:25, 45:15, 48:3, 52:20, 54:2, 54:4, 55:1, 56:8, 62:1, 63:2, 65:3, 70:1, 70:9, 70:19, 71:4, 73:21, 74:9, 74:11, 80:2, 81:4, 81:18, 83:2, 83:3, 83:15, 84:16, 84:20, 87:8, 87:19, 89:6, 89:17
**RIGHTS** [3] - 77:19, 77:21, 90:25
**RIGOROUS** [1] - 14:20
**RISK** [1] - 75:14
**RMR** [2] - 1:20, 91:15
**ROLE** [3] - 57:20, 58:22, 67:15
**ROOM** [1] - 1:21
**RULE** [36] - 4:14, 5:4, 5:10, 11:24, 13:5, 18:10, 23:10, 23:17, 23:23, 30:6, 35:5, 36:11, 36:21, 36:23, 41:4, 41:15, 41:21, 41:22, 42:3, 42:15, 42:25, 43:8, 43:11, 43:17, 43:19, 43:22, 44:4, 45:2, 45:9, 52:20, 52:21, 53:15, 66:7, 66:10, 79:5, 83:6
**RULES** [1] - 53:7
**RULING** [1] - 75:18
**RULINGS** [1] - 77:17
**RUN** [2] - 7:16, 48:21
**RUNNING** [3] - 37:14, 48:15, 63:4
**RYAN** [3] - 1:15, 3:10, 3:19

**S**

**SAID** [21] - 19:1, 19:11, 27:15, 27:22, 30:15, 36:6, 36:16, 37:16, 40:23, 44:13, 44:18, 44:20, 47:1, 60:2, 62:19, 62:22, 68:5, 68:8, 69:13, 75:4, 82:8
**SALE** [1] - 29:8
**SALES** [6] - 28:23, 28:25, 29:22, 29:23, 48:15, 58:11
**SALIENT** [1] - 33:18
**SAME** [11] - 12:1, 13:13, 15:10, 15:19, 16:1, 16:2, 36:17, 37:3, 41:23, 54:3, 90:24
**SATISFIED** [7] - 18:15, 33:15, 56:11, 56:12, 62:12, 82:17, 84:17
**SATISFIES** [1] - 82:8
**SATISFY** [3] - 6:23, 18:20, 84:23
**SAY** [40] - 4:11, 13:13, 19:19, 20:20, 22:4, 26:20, 27:8, 27:17, 32:12, 32:24, 34:8, 35:16, 37:25, 38:3, 39:11, 39:24, 40:9, 42:9, 44:2, 44:19, 47:2, 51:9, 52:17, 53:7, 54:6, 59:8, 61:13, 64:18, 66:13, 66:25, 67:8, 69:7, 73:21, 75:25, 81:5, 81:6, 81:14, 83:12, 83:22, 84:3
**SAYING** [29] - 10:15, 14:7, 14:24, 16:6, 16:7, 16:15, 19:1, 19:25, 20:2, 20:4, 21:14, 22:20, 30:20, 31:3, 31:10, 32:13, 32:22, 32:24, 35:21, 36:5, 36:13, 37:11, 38:7, 40:3, 41:16, 72:18, 73:1, 73:7, 81:19
**SAYS** [25] - 21:4, 21:23, 22:22, 35:5, 37:9, 37:13, 37:23, 38:24, 40:7, 52:19, 52:20, 52:21, 53:16, 61:1, 68:18, 69:5, 73:5, 73:14, 82:16, 82:17, 84:20, 85:2,

85:4, 88:3
**SCHEDULE** [1] - 70:18
**SCHEME** [1] - 46:20
**SCOPE** [1] - 12:14
**SCREENSHOT** [1] - 26:23
**SEAT** [4] - 3:2, 21:12, 76:5, 76:8
**SEATED** [1] - 13:20
**SECOND** [5] - 31:4, 36:6, 50:7, 74:14, 77:3
**SECONDARY** [2] - 25:22, 76:22
**SECRETED** [1] - 17:10
**SECTION** [58] - 4:12, 4:15, 5:3, 6:18, 6:22, 7:16, 7:25, 8:1, 8:2, 8:4, 8:7, 8:9, 8:19, 11:5, 11:7, 11:8, 11:13, 11:21, 12:18, 12:23, 12:24, 13:1, 13:5, 13:7, 19:24, 21:14, 22:2, 23:2, 23:9, 23:16, 23:21, 23:22, 23:24, 24:4, 24:7, 30:19, 36:24, 37:3, 40:22, 41:13, 42:5, 42:10, 45:17, 45:18, 47:3, 51:10, 54:14, 62:3, 65:16, 67:3, 67:9, 67:23, 82:19, 84:18, 84:25, 85:11, 85:12
**SECTIONS** [2] - 4:18, 83:18
**SEE** [17] - 6:13, 13:5, 34:16, 37:19, 45:19, 49:13, 50:12, 66:17, 68:25, 75:8, 77:5, 78:8, 78:24, 79:5, 79:13, 82:12, 83:23
**SEEING** [1] - 53:15
**SEEK** [1] - 21:21
**SEEKS** [2] - 4:16, 6:3
**SEEMED** [1] - 64:7
**SEEMINGLY** [2] - 22:24, 23:5
**SEEMS** [6] - 12:6, 21:9, 55:17, 63:17, 70:15, 85:15
**SEEN** [3] - 26:19, 30:5, 36:25
**SELF** [1] - 25:9
**SELF-STUDY** [1] - 25:9
**SELL** [1] - 48:4
**SELLING** [5] - 25:9, 26:8, 42:7, 42:20,

48:22
**SEND** [2] - 82:1, 90:19
**SENSE** [2] - 70:15, 87:18
**SENT** [5] - 49:16, 78:6, 78:9, 79:8, 81:20
**SENTENCE** [1] - 39:4
**SEPARATE** [7] - 47:25, 59:9, 72:23, 72:25, 73:6, 74:7, 74:10
**SEPARATION** [1] - 47:17
**SEPTEMBER** [2] - 1:8, 88:7
**SERVE** [1] - 85:18
**SERVES** [1] - 17:22
**SERVICE** [14] - 52:12, 52:13, 61:19, 69:9, 85:5, 85:9, 85:23, 86:9, 86:10, 86:12, 86:17, 86:24, 87:3, 87:7
**SERVICED** [1] - 47:21
**SERVICES** [5] - 28:8, 29:12, 48:9, 48:16, 59:25
**SERVICING** [1] - 56:4
**SERVING** [2] - 56:5, 85:15
**SET** [3] - 30:20, 59:11, 84:4
**SETTING** [2] - 8:9, 22:18
**SEVEN** [2] - 25:25, 26:7
**SEVEN-FIGURE** [1] - 26:7
**SEVERAL** [1] - 31:14
**SEVERANCE** [1] - 58:14
**SHALL** [7] - 52:18, 53:5, 73:9, 85:6, 88:4, 88:18, 90:7
**SHE** [3] - 38:17, 59:21, 60:3
**SHEARING** [1] - 38:21
**SHEETS** [1] - 37:12
**SHIPPING** [1] - 29:1
**SHOPIFY** [1] - 48:2
**SHORT** [2] - 36:17, 86:12
**SHOULD** [32] - 5:1, 7:2, 9:9, 14:25, 15:5, 22:4, 34:6, 36:10, 36:18, 36:19, 44:19, 45:8, 46:1, 50:23, 52:10, 61:14, 61:25, 63:2, 63:5, 66:10, 68:10, 68:12, 68:13,

68:15, 68:17, 86:1, 86:11, 89:5, 90:13
**SHOW** [14] - 4:25, 9:8, 13:3, 14:24, 15:3, 15:6, 24:2, 35:15, 37:7, 44:15, 50:22, 52:9, 78:20
**SHOWING** [1] - 52:22
**SHOWN** [1] - 62:5
**SHUT** [2] - 57:16, 68:10
**SIDE** [2] - 47:13, 48:17
**SIDES** [1] - 48:13
**SIGN** [9] - 62:8, 72:12, 73:4, 74:12, 74:13, 74:22, 76:20, 77:2, 90:15
**SIGNED** [4] - 14:3, 14:5, 14:15, 90:15
**SIMILAR** [2] - 32:21, 33:1
**SIMPLE** [3] - 26:4, 28:4, 36:7
**SIMPLY** [2] - 23:12, 66:1
**SINCE** [3] - 8:7, 37:10, 38:8
**SIT** [1] - 13:24
**SITUATION** [3] - 20:5, 57:12, 62:24
**SIX** [1] - 31:17
**SLEEP** [1] - 13:23
**SLOWNESS** [1] - 79:20
**SMALL** [4] - 56:8, 62:11, 68:19, 69:14
**SNIPPET** [2] - 26:17
**SNIPPETS** [4] - 26:22, 31:11, 33:4, 39:17
**SO** [185] - 3:20, 3:23, 4:2, 4:6, 6:12, 8:2, 8:5, 8:17, 8:20, 9:2, 10:17, 11:1, 11:18, 11:19, 11:21, 12:8, 12:15, 13:5, 14:16, 16:4, 16:8, 16:13, 18:2, 18:13, 18:16, 19:9, 19:16, 19:18, 20:16, 21:4, 23:7, 23:15, 23:18, 25:4, 25:8, 26:6, 27:20, 27:25, 29:17, 30:25, 31:11, 32:15, 32:18, 33:14, 33:17, 34:1, 34:2, 34:3, 34:17, 35:4, 35:7, 35:20, 36:1, 36:6, 36:13, 36:15, 36:21, 37:5, 37:19, 38:2, 38:6, 38:10, 38:13, 38:19,

39:20, 40:9, 40:21, 41:12, 42:2, 42:4, 42:14, 43:1, 43:13, 43:20, 44:2, 44:9, 44:11, 44:18, 45:1, 45:6, 46:4, 48:1, 48:18, 49:3, 49:12, 50:14, 52:2, 52:8, 53:6, 53:11, 53:12, 53:18, 53:22, 54:1, 54:5, 54:22, 55:4, 55:5, 55:16, 55:25, 56:14, 56:18, 57:3, 57:8, 57:17, 58:5, 58:12, 58:14, 58:19, 59:3, 59:5, 59:7, 59:11, 59:13, 60:8, 60:11, 60:22, 61:5, 61:16, 62:13, 62:17, 63:7, 63:17, 63:19, 63:22, 65:3, 66:10, 66:20, 67:13, 67:19, 67:25, 68:6, 68:21, 68:23, 68:25, 69:18, 70:6, 70:15, 70:16, 70:20, 71:3, 71:6, 71:24, 72:24, 73:13, 74:3, 74:4, 74:13, 74:17, 76:17, 78:6, 78:8, 78:13, 78:17, 79:16, 80:12, 80:17, 80:24, 81:1, 81:4, 81:7, 81:13, 82:3, 82:5, 82:16, 83:8, 83:17, 84:2, 84:10, 84:20, 84:22, 85:7, 85:9, 86:1, 86:9, 86:22, 88:6, 88:7, 88:17, 89:1, 89:5, 89:15, 90:13, 90:19
**SOCIAL** [2] - 60:11, 60:13
**SOFTWARE** [17] - 47:10, 47:15, 47:24, 48:4, 48:8, 48:15, 48:21, 49:1, 49:3, 56:3, 57:10, 59:2, 59:23, 61:23, 61:24, 68:13, 69:7
**SOLE** [1] - 5:20
**SOLICITATION** [2] - 39:5, 39:6
**SOME** [26] - 4:11, 10:14, 15:13, 19:3, 27:17, 30:15, 34:12, 40:4, 47:20, 47:22, 48:7, 50:7, 51:20, 55:21, 56:2, 56:10, 63:25, 65:8, 66:11, 66:15, 69:18, 71:22,

76:23, 86:14
**SOMEBODY** [4] - 35:9, 35:23, 37:17, 57:23
**SOMEONE** [3] - 14:15, 49:18, 85:18
**SOMEONE'S** [1] - 60:19
**SOMETHING** [19] - 18:7, 18:9, 32:19, 33:8, 36:19, 43:16, 48:3, 49:23, 52:11, 54:18, 57:9, 61:25, 63:1, 66:25, 71:11, 73:7, 76:11, 78:11, 88:24
**SOMEWHERE** [1] - 38:1
**SOON** [3] - 73:10, 75:10, 90:15
**SORRY** [16] - 11:17, 21:7, 32:9, 42:23, 52:6, 63:24, 67:18, 74:1, 74:2, 79:7, 79:19, 80:24, 82:3, 82:5, 82:9, 85:10
**SORT** [6] - 12:17, 20:22, 26:17, 57:7, 69:4, 69:18
**SOUND** [3] - 26:22, 66:15, 71:17
**SOUNDS** [2] - 66:24, 67:6
**SOURCE** [1] - 25:23
**SPEAK** [1] - 59:21
**SPECIALISTS** [1] - 49:1
**SPECIFIC** [3] - 22:23, 23:4, 43:10
**SPECIFICALLY** [7] - 5:2, 18:3, 19:11, 19:19, 22:8, 50:19, 51:8
**SPEEDBUMP** [1] - 48:19
**SPELL** [1] - 13:2
**SPEND** [3] - 29:1, 64:21, 64:25
**SPENDING** [1] - 29:7
**SPIT** [1] - 70:19
**SPOTIFY** [1] - 56:3
**ST** [1] - 2:3
**STAGE** [2] - 8:18, 11:10
**STAND** [3] - 13:21, 13:25, 55:25
**STANDARD** [10] - 6:4, 6:18, 6:19, 6:22, 7:6, 34:10, 80:19, 81:4, 83:2

**STANDARDS** [2] - 6:24, 81:14
**STANDING** [1] - 40:1
**STANDS** [2] - 74:5, 74:8
**START** [7] - 9:4, 12:13, 26:7, 26:8, 26:11, 35:3, 56:19
**STARTING** [1] - 26:2, 89:8
**STARTS** [1] - 82:15
**STATE** [4] - 6:9, 6:24, 29:22, 40:25
**STATED** [5] - 12:6, 18:4, 28:24, 29:3, 29:23
**STATEMENT** [6] - 39:23, 39:24, 39:25, 40:1, 43:10, 43:24
**STATEMENTS** [10] - 29:16, 29:25, 30:19, 30:20, 34:4, 34:13, 34:14, 38:18, 56:10
**STATES** [4] - 1:1, 79:17, 89:4, 89:20
**STATING** [1] - 75:15
**STATUS** [22] - 10:16, 10:25, 17:24, 17:25, 18:1, 18:5, 18:13, 18:14, 19:8, 19:11, 19:14, 19:20, 20:10, 20:12, 21:1, 41:1, 45:20, 50:19, 64:19, 64:20, 65:19, 65:25
**STATUTE** [3] - 5:10, 14:3, 24:5
**STATUTORY** [1] - 21:20
**STAY** [3] - 13:19, 74:24, 89:13
**STENOTYPE** [1] - 1:24
**STENOTYPE-COMPUTER** [1] - 1:24
**STEP** [1] - 49:9
**STEPHEN** [2] - 2:6, 3:14
**STEPS** [1] - 58:19
**STILL** [7] - 19:9, 27:23, 35:15, 45:6, 49:8, 79:6, 85:9
**STIPULATED** [1] - 12:22
**STOP** [2] - 10:15, 57:13
**STOPPED** [2] - 60:20
**STOPPING** [2] - 22:24, 23:5
**STORAGE** [1] - 86:19

**STORE** [3] - 28:24, 29:4, 48:4
**STOREFUNNELS** [1] - 57:10
**STOREFUNNELS. NET** [7] - 47:24, 48:2, 48:7, 48:14, 49:3, 57:4, 59:2
**STORES** [12] - 25:20, 25:21, 28:21, 28:23, 37:15, 38:5, 48:15, 59:3, 59:9, 59:11, 59:12, 60:14
**STORIES** [2] - 32:7, 34:5
**STOVE** [1] - 61:23
**STRATEGIES** [1] - 28:9
**STRATEGY** [1] - 26:5
**STREAM** [1] - 25:22
**STREET** [2] - 1:22, 2:7
**STRUCTURE** [1] - 22:14
**STUDENT** [1] - 32:25
**STUDENTS** [1] - 28:14
**STUDY** [1] - 25:9
**STUFF** [6] - 19:1, 28:16, 39:11, 60:25, 67:7, 83:15
**SUB** [1] - 66:22
**SUBJECT** [4] - 5:7, 5:11, 6:2, 81:8
**SUBMIT** [1] - 58:8
**SUBMITTED** [1] - 32:13
**SUBSTANTIATION** [7] - 30:4, 30:5, 36:12, 36:13, 36:14, 36:16, 37:4
**SUBSTANTIATIONS** [1] - 36:8
**SUCCEED** [1] - 32:4
**SUCCEEDED** [1] - 32:3
**SUCCESS** [14] - 6:7, 13:4, 13:7, 18:20, 23:19, 23:21, 32:7, 34:4, 34:5, 41:18, 44:22, 44:24, 52:24, 81:3
**SUCCESSFULLY** [1] - 8:8, 47:9
**SUCH** [7] - 6:8, 21:22, 22:1, 23:10, 52:24, 53:3, 88:21
**SUGGESTS** [4] - 20:16, 32:18, 53:6, 53:15
**SUIT** [1] - 4:7
**SUITE** [2] - 2:3, 2:7

**SUMMARY** [2] - 10:12, 22:3
**SUPPORT** [4] - 28:13, 80:7, 80:12, 89:23
**SUPPOSE** [3] - 11:5, 45:6, 56:9
**SUPPOSED** [2] - 25:21, 79:2
**SUPREME** [1] - 8:5
**SURE** [26] - 17:4, 30:6, 34:7, 34:10, 38:19, 39:8, 40:6, 41:3, 45:16, 47:23, 57:6, 58:24, 62:5, 65:23, 70:9, 71:3, 75:7, 75:15, 75:20, 81:17, 87:8, 88:5, 89:10, 89:13, 90:15, 91:1
**SURROUNDING** [1] - 40:13
**SUSPECT** [1] - 34:11
**SWEPT** [1] - 61:2
**SYSTEM** [4] - 24:21, 28:13, 30:22, 59:10

___

**T**

**TACTICS** [1] - 28:10
**TAILORED** [1] - 62:10
**TAKE** [17] - 26:22, 38:19, 47:3, 50:6, 52:12, 52:13, 52:16, 58:20, 61:6, 61:12, 67:7, 68:12, 79:13, 79:25, 82:7, 89:12, 90:6
**TAKEAWAY** [1] - 27:6
**TAKEN** [5] - 35:6, 63:10, 66:10, 79:3, 79:4
**TAKES** [2] - 58:15, 58:20
**TAKING** [4] - 22:24, 23:5, 62:4, 80:20
**TALK** [6] - 33:19, 51:19, 51:21, 54:24, 70:16, 86:25
**TALKED** [5] - 20:8, 44:7, 47:10, 65:16, 90:25
**TALKING** [14] - 10:10, 11:15, 11:19, 16:5, 18:25, 20:15, 36:22, 39:1, 39:12, 41:9, 45:1, 47:11, 51:14, 61:13
**TALKS** [2] - 52:11, 86:10
**TAXONOMY** [1] - 11:19

**TEAM** [1] - 49:1

**TECHNICAL** [1] - 60:25

**TELEPHONE** [1] - 62:17

**TELL** [25] - 7:23, 10:19, 12:9, 12:14, 20:23, 41:5, 42:12, 44:5, 46:4, 46:7, 46:10, 48:5, 50:15, 50:16, 51:1, 56:1, 58:21, 61:20, 61:21, 64:15, 75:23, 75:24, 79:15, 86:25, 88:23

**TEMPLATE** [1] - 26:7

**TEMPORARILY** [1] - 10:25

**TEMPORARY** [27] - 1:13, 4:16, 4:22, 8:21, 8:22, 8:23, 9:21, 11:9, 16:1, 23:9, 44:18, 46:20, 52:20, 52:25, 53:4, 55:22, 56:15, 57:2, 77:18, 80:5, 81:15, 82:18, 83:13, 84:1, 84:18, 84:24, 89:21

**TEN** [1] - 88:8

**TENS** [1] - 35:2

**TERMS** [4] - 13:18, 15:21, 60:16, 84:3

**TEST** [4] - 6:3, 27:7, 27:8, 29:4

**TESTIMONIALS** [1] - 26:10

**TESTIMONY** [1] - 27:15

**THAN** [9] - 3:22, 6:23, 7:3, 28:10, 31:17, 35:23, 38:8, 41:21, 46:2

**THANK** [9] - 31:6, 46:25, 59:19, 63:9, 66:3, 67:14, 77:13, 91:3, 91:4

**THAT** [527] - 3:21, 3:22, 4:2, 4:3, 4:4, 4:20, 4:22, 5:11, 5:21, 6:9, 6:13, 6:22, 6:24, 7:3, 7:5, 7:12, 7:13, 7:15, 7:16, 7:18, 7:19, 7:20, 7:21, 8:10, 8:12, 9:4, 9:10, 9:13, 9:17, 9:22, 9:25, 10:2, 10:15, 12:5, 12:6, 12:7, 12:8, 12:22, 13:3, 13:22, 14:3, 14:4, 14:5, 14:9, 14:15, 14:17, 14:18,

14:24, 15:4, 15:5, 15:7, 15:14, 15:21, 16:6, 16:8, 16:14, 16:20, 17:2, 17:8, 17:9, 17:10, 17:14, 17:18, 17:19, 17:23, 18:4, 18:7, 18:8, 18:9, 18:14, 18:15, 18:17, 18:22, 19:2, 19:3, 19:4, 19:6, 19:9, 19:10, 19:12, 19:16, 19:18, 19:22, 19:24, 20:2, 20:10, 20:11, 20:13, 20:15, 20:16, 20:22, 21:3, 21:5, 21:9, 21:17, 21:19, 21:23, 22:11, 22:15, 22:16, 22:20, 22:22, 23:4, 23:5, 23:7, 23:14, 24:3, 24:8, 24:15, 24:17, 24:20, 24:21, 24:25, 25:8, 25:11, 25:13, 25:22, 25:24, 26:2, 26:3, 26:17, 27:2, 27:3, 27:7, 27:14, 27:15, 27:17, 27:20, 28:9, 28:12, 28:15, 28:23, 28:24, 29:3, 29:4, 29:7, 29:13, 29:16, 29:22, 29:25, 30:2, 30:8, 30:18, 30:20, 30:23, 31:3, 31:4, 31:25, 32:1, 32:9, 32:10, 32:13, 32:18, 32:19, 32:21, 32:23, 32:24, 32:25, 33:3, 33:5, 33:12, 33:14, 33:18, 34:4, 34:6, 34:7, 34:11, 34:12, 34:13, 34:23, 34:25, 35:1, 35:5, 35:7, 35:8, 35:9, 35:15, 35:20, 35:21, 35:22, 36:6, 36:9, 36:12, 36:14, 36:19, 37:3, 37:4, 37:5, 37:6, 37:7, 37:14, 37:16, 37:20, 38:4, 38:7, 38:18, 38:19, 38:21, 39:8, 39:13, 39:20, 39:24, 39:25, 40:1, 40:5, 40:12, 40:17, 40:20, 40:24, 40:25, 41:2, 41:3, 41:12, 41:13, 41:14, 41:16, 41:24, 42:1, 42:9, 42:10, 42:21, 43:6, 43:9, 43:13, 43:16, 43:18, 44:2, 44:3, 44:6, 44:7,

44:9, 44:10, 44:12, 44:13, 44:19, 44:24, 45:3, 45:5, 45:16, 45:17, 45:19, 46:6, 46:13, 47:2, 47:8, 47:9, 47:15, 48:1, 48:5, 48:7, 48:10, 48:14, 48:15, 48:17, 48:18, 48:20, 48:25, 49:2, 49:4, 49:7, 49:9, 49:19, 49:20, 50:20, 50:23, 52:1, 52:2, 52:8, 52:12, 52:14, 52:15, 52:16, 52:19, 52:22, 53:2, 53:6, 53:7, 53:10, 53:16, 53:19, 53:23, 54:2, 54:12, 55:3, 55:7, 55:17, 55:19, 55:21, 56:1, 56:10, 56:11, 56:12, 57:4, 57:6, 57:7, 57:8, 57:9, 57:10, 57:12, 57:18, 57:20, 57:21, 57:22, 57:23, 58:6, 58:7, 58:8, 58:13, 58:14, 58:15, 58:16, 58:21, 58:22, 58:24, 59:2, 59:3, 59:5, 59:6, 59:8, 59:10, 59:12, 59:13, 59:15, 59:18, 59:20, 59:22, 59:23, 59:24, 59:25, 60:3, 60:5, 60:11, 60:13, 60:15, 60:17, 60:19, 60:20, 60:21, 60:23, 61:12, 61:16, 61:19, 61:24, 62:1, 62:5, 62:7, 62:9, 62:10, 62:21, 62:22, 62:23, 63:1, 63:2, 63:3, 63:8, 64:2, 64:3, 64:7, 64:10, 64:11, 64:15, 64:18, 64:20, 65:4, 65:5, 65:7, 65:9, 65:10, 65:15, 65:20, 65:21, 65:23, 66:6, 66:8, 66:10, 66:12, 66:21, 67:10, 68:1, 68:3, 68:5, 68:17, 68:19, 68:20, 68:21, 68:22, 68:25, 69:7, 69:9, 69:13, 70:11, 70:23, 70:24, 71:1, 71:12, 71:13, 71:15, 71:17, 71:21, 72:3, 72:5, 72:7, 72:11, 72:13, 72:25, 73:1, 73:9, 73:11, 73:13, 73:17, 73:22, 74:6, 74:9,

74:21, 75:11, 75:20, 75:25, 76:2, 76:3, 76:19, 76:23, 77:2, 77:11, 77:17, 78:8, 78:9, 78:23, 79:2, 79:11, 79:18, 80:3, 80:10, 80:14, 80:17, 80:20, 80:23, 80:24, 81:4, 81:9, 81:13, 81:14, 81:18, 81:20, 81:21, 81:22, 81:23, 82:1, 82:17, 82:25, 83:2, 83:3, 83:13, 83:19, 84:1, 84:15, 84:17, 84:21, 85:1, 85:5, 85:7, 85:8, 85:24, 86:2, 86:7, 86:13, 86:14, 86:23, 87:6, 87:8, 87:11, 88:5, 88:20, 89:6, 89:10, 89:12, 89:23, 90:1, 90:6, 90:16, 90:25, 91:10

**THAT'S** [62] - 6:10, 11:15, 12:3, 14:8, 14:10, 15:10, 15:17, 15:23, 16:10, 17:6, 17:11, 17:14, 17:15, 20:11, 20:12, 24:10, 24:11, 24:19, 25:2, 27:8, 30:7, 31:12, 35:3, 36:13, 36:20, 37:21, 38:8, 39:7, 40:5, 40:6, 40:14, 42:22, 43:2, 43:10, 46:2, 46:20, 54:10, 55:10, 58:23, 61:24, 62:2, 65:3, 69:9, 69:25, 71:11, 75:22, 76:25, 78:11, 80:25, 81:19, 82:11, 82:23, 83:1, 84:15, 84:16, 87:13, 87:15, 87:16, 87:21, 88:7, 88:14

**THE** [1167] - 1:1, 1:2, 1:11, 1:19, 2:4, 2:8, 3:2, 3:3, 3:8, 3:10, 3:12, 3:14, 3:15, 3:17, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:6, 4:10, 4:13, 4:14, 4:16, 4:18, 4:20, 4:21, 5:2, 5:3, 5:7, 5:9, 5:11, 5:15, 5:16, 5:18, 5:19, 5:21, 5:25, 6:1, 6:2, 6:3, 6:4, 6:5, 6:6, 6:8, 6:12, 6:13, 6:17, 6:19, 6:20, 6:22, 6:23, 7:1, 7:2, 7:4, 7:5, 7:9, 7:11,

7:15, 7:16, 7:18, 7:20, 7:22, 8:1, 8:5, 8:6, 8:8, 8:12, 8:14, 8:17, 8:20, 8:25, 9:4, 9:7, 9:12, 9:16, 9:20, 9:21, 9:24, 10:3, 10:7, 10:9, 10:12, 10:16, 10:18, 10:24, 11:1, 11:11, 11:13, 11:15, 11:18, 11:19, 11:21, 11:24, 12:1, 12:2, 12:4, 12:13, 12:14, 12:16, 12:17, 12:21, 12:23, 12:24, 12:25, 13:4, 13:5, 13:7, 13:8, 13:9, 13:10, 13:13, 13:14, 13:16, 13:17, 13:18, 13:21, 13:22, 14:1, 14:2, 14:6, 14:7, 14:10, 14:11, 14:12, 14:13, 14:14, 14:15, 14:17, 14:19, 14:21, 14:23, 15:1, 15:3, 15:5, 15:9, 15:10, 15:12, 15:16, 15:19, 15:22, 15:25, 16:4, 16:5, 16:6, 16:9, 16:12, 16:14, 16:18, 16:20, 16:24, 16:25, 17:1, 17:3, 17:6, 17:7, 17:11, 17:13, 17:16, 17:17, 17:19, 17:21, 17:23, 17:25, 18:1, 18:2, 18:4, 18:5, 18:6, 18:12, 18:13, 18:14, 18:15, 18:16, 18:20, 18:21, 18:22, 18:23, 18:24, 19:1, 19:2, 19:4, 19:5, 19:6, 19:8, 19:10, 19:12, 19:13, 19:14, 19:15, 19:18, 19:20, 19:22, 19:23, 20:3, 20:9, 20:10, 20:12, 20:13, 20:19, 20:20, 20:23, 20:24, 20:25, 21:1, 21:4, 21:8, 21:13, 21:14, 21:15, 21:19, 21:21, 22:2, 22:3, 22:4, 22:6, 22:7, 22:8, 22:9, 22:10, 22:12, 22:13, 22:14, 22:15, 22:17, 22:18, 22:20, 22:22, 22:23, 22:25, 23:1, 23:6, 23:8, 23:10, 23:12, 23:15, 23:17, 23:18, 23:19, 23:20, 23:21, 23:22,

23:23, 24:1, 24:4,
24:9, 24:13, 24:17,
24:19, 24:21, 24:22,
24:23, 24:24, 25:1,
25:2, 25:6, 25:8,
25:12, 25:15, 25:16,
25:17, 26:6, 26:11,
26:14, 26:16, 26:17,
26:19, 26:20, 26:21,
26:23, 27:1, 27:2,
27:4, 27:5, 27:6,
27:7, 27:8, 27:12,
27:13, 27:14, 27:17,
27:20, 27:21, 28:3,
28:13, 28:14, 29:16,
29:17, 29:19, 29:22,
30:1, 30:2, 30:6,
30:7, 30:8, 30:10,
30:12, 30:13, 30:14,
30:15, 30:19, 30:20,
30:21, 30:22, 31:1,
31:7, 31:8, 31:9,
31:11, 31:13, 31:20,
31:24, 32:2, 32:3,
32:6, 32:7, 32:10,
32:11, 32:13, 32:17,
33:1, 33:2, 33:3,
33:5, 33:7, 33:11,
33:12, 33:13, 33:15,
33:17, 33:18, 33:22,
33:24, 34:2, 34:3,
34:7, 34:11, 34:15,
34:16, 34:18, 34:20,
34:22, 34:24, 35:5,
35:7, 35:10, 35:12,
35:13, 35:25, 36:2,
36:5, 36:6, 36:8,
36:9, 36:10, 36:11,
36:12, 36:17, 36:20,
36:22, 37:3, 37:4,
37:5, 37:6, 37:11,
37:14, 37:18, 38:2,
38:4, 38:10, 38:13,
38:14, 38:17, 38:24,
39:3, 39:5, 39:6,
39:11, 39:14, 39:16,
39:17, 39:20, 39:23,
39:24, 39:25, 40:6,
40:10, 40:11, 40:14,
40:16, 40:17, 40:18,
40:19, 40:21, 40:24,
40:25, 41:1, 41:2,
41:4, 41:8, 41:9,
41:10, 41:12, 41:15,
41:21, 41:22, 41:23,
42:3, 42:5, 42:9,
42:10, 42:12, 42:13,
42:16, 42:19, 42:21,
42:22, 42:24, 42:25,
43:1, 43:2, 43:5,
43:6, 43:8, 43:10,

43:12, 43:15, 43:17,
43:19, 43:20, 43:22,
43:23, 43:24, 44:2,
44:4, 44:5, 44:7,
44:11, 44:21, 44:22,
44:23, 44:24, 45:2,
45:6, 45:8, 45:11,
45:12, 45:16, 45:17,
45:18, 45:20, 45:21,
45:22, 45:24, 45:25,
46:1, 46:4, 46:7,
46:10, 46:14, 46:17,
46:22, 46:23, 47:1,
47:4, 47:8, 47:9,
47:10, 47:12, 47:14,
47:15, 47:22, 47:23,
47:25, 48:1, 48:7,
48:8, 48:10, 48:13,
48:14, 48:16, 48:17,
48:18, 48:20, 48:23,
49:7, 49:8, 49:9,
49:10, 49:11, 49:13,
49:18, 49:21, 49:22,
49:23, 49:24, 50:1,
50:2, 50:4, 50:5,
50:9, 50:12, 50:15,
50:19, 50:20, 50:21,
50:24, 50:25, 51:1,
51:5, 51:6, 51:8,
51:9, 51:11, 51:14,
51:18, 51:22, 52:5,
52:7, 52:8, 52:10,
52:11, 52:12, 52:15,
52:17, 52:18, 52:19,
52:20, 52:22, 52:23,
52:24, 52:25, 53:4,
53:5, 53:6, 53:10,
53:11, 53:12, 53:14,
53:19, 53:20, 53:21,
53:22, 54:1, 54:3,
54:5, 54:6, 54:12,
54:15, 54:19, 54:22,
54:25, 55:2, 55:4,
55:7, 55:9, 55:10,
55:12, 55:13, 55:15,
55:16, 55:21, 55:23,
55:24, 55:25, 56:2,
56:3, 56:7, 56:9,
56:10, 56:18, 56:19,
56:24, 56:25, 57:1,
57:2, 57:3, 57:10,
57:12, 57:13, 57:14,
57:19, 57:20, 57:21,
57:22, 57:23, 57:24,
57:25, 58:1, 58:2,
58:3, 58:7, 58:8,
58:13, 58:14, 58:15,
58:16, 58:18, 58:20,
59:1, 59:2, 59:3,
59:4, 59:5, 59:6,
59:7, 59:8, 59:9,

59:10, 59:11, 59:14,
59:15, 59:16, 59:17,
59:20, 59:21, 59:23,
59:24, 59:25, 60:3,
60:6, 60:8, 60:11,
60:13, 60:15, 60:21,
60:22, 60:23, 60:24,
60:25, 61:5, 61:7,
61:9, 61:16, 61:20,
61:21, 61:23, 61:25,
62:2, 62:9, 62:10,
62:11, 62:14, 62:20,
62:21, 62:25, 63:1,
63:3, 63:6, 63:12,
63:18, 63:19, 63:20,
63:23, 63:25, 64:1,
64:3, 64:6, 64:8,
64:10, 64:11, 64:12,
64:13, 64:15, 64:18,
64:20, 64:21, 64:23,
64:24, 65:1, 65:5,
65:6, 65:10, 65:12,
65:14, 65:15, 65:16,
65:21, 65:22, 65:25,
66:1, 66:2, 66:6,
66:9, 66:13, 66:16,
66:17, 66:22, 66:25,
67:4, 67:7, 67:8,
67:9, 67:10, 67:14,
67:15, 67:16, 67:17,
67:22, 67:24, 68:3,
68:4, 68:6, 68:9,
68:12, 68:13, 68:16,
68:17, 68:18, 68:20,
68:21, 68:23, 68:25,
69:1, 69:2, 69:5,
69:6, 69:7, 69:8,
69:9, 69:10, 69:20,
69:24, 69:25, 70:3,
70:4, 70:8, 70:9,
70:11, 70:13, 70:15,
70:16, 70:17, 70:19,
70:23, 70:24, 71:6,
71:7, 71:8, 71:12,
71:14, 71:17, 71:18,
71:19, 71:20, 72:2,
72:5, 72:7, 72:8,
72:10, 72:11, 72:15,
72:17, 72:18, 72:19,
72:21, 72:23, 72:24,
72:25, 73:1, 73:2,
73:3, 73:6, 73:7,
73:8, 73:9, 73:10,
73:12, 73:23, 73:25,
74:4, 74:7, 74:8,
74:10, 74:12, 74:13,
74:14, 74:16, 74:19,
74:23, 75:3, 75:5,
75:6, 75:7, 75:10,
75:11, 75:13, 75:14,
75:15, 75:20, 75:22,

75:23, 76:5, 76:8,
76:12, 76:17, 76:22,
76:23, 77:1, 77:2,
77:3, 77:5, 77:9,
77:10, 77:11, 77:12,
77:16, 77:17, 77:18,
77:21, 77:22, 77:23,
77:24, 78:1, 78:7,
78:10, 78:12, 78:13,
78:16, 78:17, 78:20,
78:21, 78:23, 78:24,
78:25, 79:4, 79:5,
79:8, 79:10, 79:13,
79:14, 79:15, 79:16,
79:17, 79:21, 79:22,
79:25, 80:3, 80:4,
80:6, 80:17, 80:19,
80:22, 80:25, 81:2,
81:4, 81:7, 81:8,
81:11, 81:12, 81:14,
81:15, 81:18, 81:20,
81:25, 82:1, 82:2,
82:4, 82:8, 82:10,
82:12, 82:13, 82:14,
82:17, 82:19, 82:20,
82:21, 82:23, 83:1,
83:5, 83:6, 83:9,
83:10, 83:11, 83:12,
83:13, 83:14, 83:17,
83:19, 83:23, 83:24,
83:25, 84:1, 84:3,
84:6, 84:7, 84:8,
84:9, 84:12, 84:14,
84:15, 84:16, 84:17,
84:19, 84:21, 84:22,
84:25, 85:1, 85:7,
85:12, 85:13, 85:16,
85:22, 85:23, 85:24,
86:1, 86:7, 86:9,
86:12, 86:13, 86:16,
86:18, 86:20, 86:22,
86:23, 86:24, 86:25,
87:3, 87:5, 87:7,
87:9, 87:10, 87:11,
87:15, 87:19, 87:22,
88:1, 88:3, 88:4,
88:5, 88:6, 88:11,
88:12, 88:15, 88:20,
88:23, 88:25, 89:1,
89:2, 89:3, 89:5,
89:8, 89:10, 89:12,
89:16, 89:19, 89:20,
89:21, 89:24, 89:25,
90:2, 90:3, 90:4,
90:7, 90:8, 90:9,
90:10, 90:13, 90:14,
90:17, 90:22, 90:24,
91:1, 91:2, 91:4,
91:10, 91:11

**THEIR** [37] – 11:2,
13:10, 14:12, 22:25,

23:6, 24:16, 25:9,
25:21, 26:1, 26:10,
26:18, 26:25, 27:8,
28:9, 28:20, 28:23,
29:3, 29:11, 29:20,
31:14, 31:15, 32:5,
34:14, 34:21, 36:10,
37:13, 46:19, 48:15,
48:21, 56:8, 56:19,
58:22, 59:12, 64:5,
66:15, 73:14

**THEM** [19] – 9:12,
13:3, 26:24, 27:11,
29:12, 29:13, 31:18,
36:9, 36:19, 37:8,
37:9, 44:11, 46:21,
48:24, 59:24, 72:23,
77:8, 77:9, 83:7

**THEMSELVES** [3] –
28:7, 30:9, 71:12

**THEN** [64] – 4:1, 4:3,
9:7, 9:16, 9:24,
10:12, 13:8, 20:7,
20:13, 20:19, 22:13,
23:1, 23:18, 24:2,
25:5, 26:5, 26:21,
27:8, 29:10, 29:24,
36:13, 41:18, 41:22,
41:23, 43:20, 45:24,
47:4, 48:6, 49:16,
49:24, 50:25, 51:24,
54:1, 55:20, 60:12,
61:18, 65:8, 69:2,
71:14, 72:16, 72:24,
73:5, 73:11, 73:15,
73:20, 74:6, 74:9,
74:13, 74:14, 75:12,
75:25, 77:3, 78:8,
78:10, 78:20, 79:17,
81:12, 82:9, 82:10,
82:17, 82:20, 83:15,
84:10, 88:22

**THEORETICALLY** [1]
– 16:21

**THERE** [111] – 4:4, 8:7,
10:11, 12:5, 12:19,
13:8, 15:5, 15:13,
16:12, 16:14, 17:4,
17:18, 17:24, 18:6,
18:13, 19:3, 20:14,
20:15, 20:19, 27:15,
32:25, 33:4, 34:4,
34:7, 34:8, 34:19,
35:5, 35:6, 35:8,
35:22, 36:23, 37:11,
37:12, 38:15, 38:16,
39:12, 39:18, 39:20,
40:20, 41:3, 41:19,
41:20, 42:2, 42:14,
43:8, 43:21, 44:9,

44:11, 44:24, 45:7, 47:16, 47:18, 47:20, 47:21, 48:6, 48:12, 48:13, 48:25, 49:1, 49:24, 50:8, 50:18, 51:12, 51:22, 52:11, 53:12, 54:20, 56:1, 56:2, 56:8, 56:11, 56:12, 56:21, 57:6, 57:17, 57:18, 58:24, 59:5, 59:7, 59:8, 59:22, 60:22, 61:3, 61:13, 61:14, 62:4, 62:16, 63:17, 64:3, 65:7, 66:6, 66:7, 67:5, 67:16, 68:14, 68:21, 69:4, 70:25, 77:10, 78:10, 79:6, 79:11, 81:9, 81:21, 81:22, 86:3, 86:14, 86:23

**THERE'S** [7] - 14:2, 20:14, 20:17, 60:8, 68:1, 85:16, 86:21

**THEREFORE** [7] - 7:19, 23:7, 29:17, 40:21, 63:4, 63:7, 90:17

**THEREOF** [3] - 80:7, 80:12, 89:23

**THESE** [26] - 4:5, 11:3, 12:18, 22:22, 25:12, 25:15, 25:21, 26:13, 26:19, 30:2, 31:19, 32:1, 35:12, 37:8, 37:15, 38:5, 38:11, 55:6, 58:10, 58:11, 59:22, 61:2, 61:19, 61:20, 63:5, 71:23

**THEY** [133] - 7:15, 7:20, 7:23, 10:16, 12:6, 12:7, 12:19, 16:6, 16:8, 16:9, 17:9, 17:10, 18:20, 18:24, 19:3, 20:6, 20:7, 20:18, 22:23, 25:10, 25:11, 25:18, 25:19, 25:23, 25:24, 26:7, 26:9, 26:18, 26:22, 26:24, 27:4, 27:8, 28:2, 28:3, 28:4, 28:9, 28:22, 29:11, 29:14, 29:16, 29:17, 29:20, 29:21, 29:24, 30:3, 30:7, 31:3, 31:15, 31:25, 32:1, 32:2, 32:3, 32:4, 32:5, 32:12, 32:13, 32:14, 32:15, 32:24, 32:25, 33:12,

33:15, 33:19, 34:8, 34:14, 35:8, 35:16, 35:24, 36:8, 36:9, 36:11, 36:14, 36:16, 36:17, 37:3, 37:4, 37:5, 37:6, 37:7, 37:11, 37:14, 37:17, 37:21, 38:3, 38:6, 38:9, 41:14, 42:10, 42:24, 43:9, 44:19, 44:20, 48:6, 48:10, 48:22, 58:16, 59:4, 59:8, 59:10, 59:25, 60:1, 62:5, 63:2, 63:3, 63:6, 64:4, 64:18, 64:19, 66:14, 69:11, 70:12, 71:9, 71:13, 76:13, 84:22, 85:16, 85:17, 86:13, 87:1, 89:15, 89:16

**THING** [16] - 15:10, 16:1, 33:20, 36:6, 50:4, 54:3, 62:2, 62:3, 62:6, 64:2, 66:18, 72:12, 75:6, 82:21, 85:9, 89:14

**THINGS** [19] - 3:21, 3:22, 10:15, 12:5, 12:8, 12:18, 14:7, 24:20, 27:16, 35:22, 41:14, 44:10, 47:13, 48:22, 56:20, 61:7, 71:10, 71:20, 77:11

**THINK** [74] - 4:4, 7:21, 7:23, 8:25, 10:20, 10:21, 12:9, 12:14, 12:15, 12:20, 14:19, 16:5, 16:12, 19:16, 19:18, 20:24, 27:3, 27:20, 30:15, 30:21, 32:8, 32:21, 33:15, 34:1, 34:2, 39:20, 39:22, 40:3, 41:12, 41:17, 41:18, 41:25, 44:14, 44:19, 47:24, 48:2, 51:18, 51:21, 52:11, 52:19, 53:18, 54:23, 55:20, 56:18, 56:20, 57:18, 61:1, 61:6, 61:24, 62:2, 62:4, 62:7, 62:9, 62:15, 64:18, 64:19, 66:12, 71:13, 74:17, 74:22, 74:25, 75:2, 76:10, 81:1, 83:10, 84:20, 85:7, 85:19, 86:11, 87:17, 87:24, 89:24, 90:13

**THINKING** [1] - 89:16

**THINKS** [4] - 32:25,

63:1, 63:3, 86:14

**THIRD** [2] - 20:19, 49:5

**THIRD-PARTY** [1] - 49:5

**THIS** [141] - 3:3, 3:24, 5:9, 6:20, 7:6, 7:12, 8:13, 10:10, 10:20, 11:10, 12:20, 12:24, 13:2, 13:17, 13:18, 13:19, 14:7, 14:11, 15:14, 16:19, 20:7, 21:20, 22:6, 22:20, 26:7, 26:18, 26:22, 30:18, 30:22, 31:18, 32:22, 33:20, 34:5, 34:17, 34:19, 35:13, 35:15, 35:17, 35:18, 36:7, 36:9, 36:18, 36:19, 37:1, 37:7, 37:11, 37:19, 37:20, 37:25, 38:1, 38:5, 38:19, 38:25, 39:10, 39:19, 40:10, 40:16, 40:21, 44:1, 45:21, 46:14, 46:17, 47:5, 47:11, 47:20, 47:21, 48:21, 48:25, 50:1, 50:4, 50:16, 51:17, 51:21, 51:23, 53:8, 53:15, 53:21, 56:14, 56:24, 57:8, 57:10, 58:6, 58:9, 60:4, 60:17, 60:24, 61:1, 61:5, 61:7, 61:8, 61:15, 62:11, 62:22, 62:24, 62:25, 63:7, 64:6, 65:16, 65:17, 65:18, 66:18, 67:5, 68:17, 70:9, 70:20, 71:3, 73:2, 73:11, 74:23, 74:25, 78:3, 80:7, 80:13, 81:22, 83:11, 83:15, 83:24, 84:23, 85:6, 85:7, 85:9, 85:10, 85:15, 85:17, 85:19, 85:21, 86:9, 86:18, 87:4, 88:4, 88:5, 88:17, 88:23, 88:25, 89:9, 89:14, 90:18

**THOSE** [24] - 6:4, 10:14, 12:8, 27:16, 27:17, 31:2, 31:3, 31:4, 31:23, 37:21, 41:13, 42:11, 48:11, 48:19, 48:23, 51:17, 55:17, 56:5, 61:10, 61:22, 68:13, 69:6, 77:5, 83:9

**THOUGH** [1] - 39:6

**THOUGHT** [5] - 65:17, 68:8, 80:19, 82:7, 82:11

**THOUGHTS** [1] - 50:16

**THOUSANDS** [1] - 29:1

**THREE** [7] - 20:8, 20:9, 31:15, 38:2, 42:4, 42:14, 42:15

**THROUGH** [22] - 3:23, 10:11, 13:1, 20:18, 23:16, 23:20, 24:2, 25:4, 25:5, 26:17, 27:1, 27:11, 29:13, 32:2, 32:9, 32:10, 37:9, 48:16, 68:16, 77:16, 86:23

**TIKTOK** [2] - 26:2, 26:6

**TIME** [27] - 14:15, 15:4, 26:16, 27:1, 27:12, 31:24, 33:19, 36:7, 36:9, 36:12, 36:17, 37:5, 37:17, 47:19, 53:24, 62:19, 62:20, 64:6, 70:9, 72:13, 81:5, 88:8, 88:21, 88:24, 89:2, 89:3

**TIMES** [1] - 37:20

**TO** [566] - 3:15, 3:20, 3:23, 4:2, 4:17, 4:23, 4:25, 5:9, 5:15, 5:25, 6:1, 6:2, 6:4, 6:7, 6:12, 6:16, 6:23, 7:4, 7:9, 7:15, 7:16, 7:18, 7:22, 8:6, 9:8, 9:12, 9:17, 10:3, 10:4, 10:5, 10:6, 10:9, 10:13, 10:14, 10:19, 10:21, 10:24, 11:3, 11:9, 11:18, 12:4, 12:6, 12:8, 12:17, 12:18, 12:22, 12:23, 13:3, 13:9, 13:24, 13:25, 14:24, 15:20, 16:7, 16:9, 16:15, 16:16, 16:20, 16:24, 17:1, 17:4, 17:7, 17:8, 17:10, 17:18, 17:20, 17:23, 18:3, 18:4, 18:5, 18:6, 18:9, 18:10, 18:13, 18:16, 18:23, 19:2, 19:22, 19:23, 19:24, 20:1, 20:6, 20:7, 20:11, 20:21, 20:22, 21:8, 21:10, 21:15,

21:18, 21:21, 22:4, 22:8, 22:9, 22:12, 22:17, 22:21, 23:8, 23:11, 23:13, 23:18, 23:20, 23:21, 23:22, 23:23, 24:2, 24:9, 24:11, 24:13, 24:15, 24:16, 24:21, 24:22, 24:23, 25:1, 25:5, 25:6, 25:10, 25:11, 25:12, 25:21, 25:24, 26:6, 26:8, 26:13, 26:18, 26:20, 26:21, 26:25, 27:1, 27:3, 27:5, 27:11, 27:13, 27:16, 27:18, 27:23, 27:25, 28:2, 28:13, 28:17, 29:1, 29:11, 29:13, 29:14, 29:18, 29:25, 30:4, 30:7, 30:8, 30:10, 30:11, 30:12, 30:21, 30:23, 31:5, 31:8, 31:10, 31:14, 31:18, 32:2, 32:7, 32:16, 32:20, 32:25, 33:5, 33:6, 33:9, 33:10, 33:13, 33:16, 33:18, 33:19, 34:11, 34:17, 34:25, 35:1, 35:3, 35:4, 35:6, 35:9, 35:11, 35:14, 35:20, 35:22, 35:23, 36:1, 36:2, 36:3, 36:4, 36:8, 36:15, 36:19, 36:20, 37:1, 37:4, 37:18, 37:21, 38:6, 38:13, 38:14, 38:19, 38:22, 39:2, 39:5, 39:10, 39:11, 39:14, 39:15, 39:21, 39:25, 40:1, 40:19, 40:20, 40:24, 41:3, 41:4, 41:18, 41:22, 41:23, 42:4, 42:7, 42:24, 43:1, 43:15, 43:24, 44:6, 44:10, 44:17, 45:3, 45:4, 45:8, 45:15, 45:24, 46:3, 46:6, 46:16, 47:2, 47:3, 47:4, 47:5, 47:7, 47:19, 48:4, 48:5, 48:20, 48:21, 48:23, 48:24, 49:5, 49:8, 49:16, 49:19, 50:15, 50:16, 50:17, 50:22, 51:3, 51:16, 51:19, 51:21, 51:23, 51:25, 52:1, 52:2, 52:7, 52:8, 52:9, 52:25, 53:10, 53:18, 53:19,

53:22, 54:5, 54:6,
54:17, 54:24, 54:25,
55:4, 55:6, 55:13,
55:17, 55:23, 55:25,
56:5, 56:8, 56:9,
56:14, 56:16, 56:18,
57:3, 57:14, 57:15,
57:20, 57:21, 57:25,
58:1, 58:2, 58:8,
58:13, 58:16, 58:20,
58:24, 59:1, 59:3,
59:7, 59:8, 59:14,
59:15, 59:22, 60:5,
60:14, 60:19, 60:20,
61:6, 61:8, 61:11,
61:12, 61:14, 61:16,
61:18, 61:20, 61:21,
61:22, 62:1, 62:3,
62:7, 62:8, 62:9,
62:10, 62:13, 62:19,
62:20, 62:22, 62:23,
62:25, 63:7, 63:15,
63:16, 63:17, 63:18,
63:19, 63:23, 63:25,
64:2, 64:3, 64:5,
64:7, 64:9, 64:16,
64:18, 64:21, 64:25,
65:8, 65:9, 65:18,
65:22, 65:23, 65:25,
66:6, 66:14, 66:15,
66:22, 67:1, 67:9,
67:10, 67:25, 68:4,
68:7, 68:9, 68:16,
68:18, 68:19, 68:20,
68:21, 68:22, 69:3,
69:4, 69:8, 69:11,
69:23, 70:10, 70:13,
70:15, 70:18, 70:21,
70:22, 70:23, 70:24,
71:1, 71:17, 71:19,
71:20, 71:23, 72:2,
72:6, 72:8, 72:12,
72:18, 72:19, 72:23,
72:24, 73:3, 73:4,
73:5, 73:7, 73:8,
73:9, 73:13, 73:14,
73:15, 73:16, 73:17,
73:19, 73:20, 73:22,
74:9, 74:20, 74:22,
75:1, 75:7, 75:15,
75:18, 75:20, 75:22,
75:23, 75:25, 76:1,
76:2, 76:15, 76:17,
76:19, 77:2, 77:5,
77:8, 77:11, 77:12,
77:16, 77:18, 77:19,
77:20, 77:21, 78:2,
78:4, 78:6, 78:11,
78:12, 78:14, 78:20,
79:3, 79:11, 79:18,
79:25, 81:1, 81:3,

81:9, 81:13, 81:14,
81:21, 82:7, 82:10,
82:11, 82:18, 82:19,
82:24, 83:5, 83:8,
83:20, 83:21, 83:22,
84:7, 84:11, 84:15,
84:17, 84:18, 84:22,
84:23, 84:24, 84:25,
85:8, 85:16, 85:17,
85:18, 85:19, 86:6,
86:12, 86:14, 86:18,
86:23, 86:25, 87:2,
87:20, 87:23, 88:6,
88:7, 88:8, 88:9,
88:17, 89:1, 89:6,
89:9, 89:13, 89:14,
89:15, 90:10, 90:14,
90:16, 90:19, 90:20,
91:1
**TODAY** [14] - 8:21,
26:3, 26:8, 33:24,
52:2, 65:14, 69:17,
72:1, 73:4, 73:21,
74:23, 88:7, 89:11,
90:17
**TOGETHER** [6] -
52:13, 52:14, 52:15,
52:16, 71:24, 73:13
**TOLD** [5] - 12:7,
12:21, 45:3, 45:7,
55:24
**TOO** [5] - 34:2, 55:18,
87:12, 87:17, 88:16
**TOP** [2] - 79:14, 79:17
**TOPICS** [1] - 55:4
**TOTAL** [2] - 37:11,
38:8
**TOUGH** [1] - 51:25
**TRACK** [1] - 27:13
**TRADE** [8] - 1:3, 1:16,
3:3, 3:11, 4:6, 6:9,
21:14, 22:7
**TRADITIONAL** [3] -
6:2, 6:19, 6:23
**TRAFFIC** [1] - 60:17
**TRAIN** [1] - 13:22
**TRANSACTIONS** [1] -
59:4
**TRANSCRIPT** [2] -
1:25, 91:11
**TRANSCRIPTION** [1] -
1:25
**TRIAL** [2] - 22:3, 51:25
**TRIED** [1] - 29:11
**TRO** [50] - 3:24, 4:1,
6:1, 6:3, 7:6, 7:12,
8:8, 8:14, 10:10,
16:13, 16:14, 16:15,
16:18, 17:19, 18:2,
18:6, 18:14, 20:5,

20:12, 23:4, 25:16,
27:21, 27:22, 40:16,
40:21, 41:10, 42:10,
45:22, 48:18, 48:23,
53:12, 53:14, 58:2,
60:21, 62:21, 63:7,
67:9, 67:16, 71:7,
72:15, 72:24, 73:6,
74:4, 74:7, 74:13,
77:2, 78:21, 84:3,
85:8
**TROPHIES** [1] - 25:24
**TROS** [1] - 6:1
**TROUBLED** [1] -
28:16
**TRUE** [3] - 25:1,
30:14, 32:19
**TRUTH** [1] - 50:15
**TRUTHFUL** [1] - 39:7
**TRY** [3] - 3:21, 12:12,
27:13
**TRYING** [4] - 11:18,
16:16, 18:23, 35:23
**TUNED** [1] - 55:18
**TURN** [15] - 4:24, 7:22,
9:13, 12:4, 15:16,
18:16, 25:5, 30:10,
38:22, 44:15, 54:2,
54:25, 55:13, 64:12,
64:13
**TURNOVER** [1] -
15:12
**TWO** [18] - 18:5,
24:17, 30:13, 31:13,
31:16, 33:18, 38:1,
38:8, 42:4, 42:11,
42:13, 42:22, 43:22,
48:13, 55:21, 69:14,
78:21, 78:22
**TYPE** [4] - 51:6, 87:10,
88:17, 89:3
**TYPES** [1] - 37:15
**TYPICAL** [5] - 26:19,
29:17, 29:24, 30:3,
30:16
**TYPICALLY** [4] -
53:12, 53:14, 70:12,
72:17

## U

**U.S** [1] - 7:14
**U.S.C** [10] - 4:13, 4:15,
4:18, 4:19, 5:3, 5:5,
5:8, 24:6, 67:9,
84:25
**ULTIMATE** [3] - 6:7,
52:24, 81:3
**UNABLE** [1] - 63:16
**UNDER** [60] - 4:17,

5:8, 7:25, 8:3, 8:4,
8:6, 8:18, 11:5, 11:6,
11:8, 11:23, 11:24,
12:1, 12:19, 13:4,
15:7, 15:14, 15:15,
19:10, 19:17, 20:24,
20:25, 22:2, 23:9,
23:10, 23:12, 23:16,
24:7, 24:9, 28:3,
29:19, 36:10, 37:3,
41:13, 41:15, 41:21,
42:3, 42:25, 43:16,
43:17, 43:18, 43:22,
44:3, 44:6, 44:14,
44:19, 53:8, 54:13,
55:2, 55:4, 59:7,
59:10, 65:16, 65:22,
72:7, 81:15, 83:14,
85:4, 86:5
**UNDERCOVER** [1] -
30:4
**UNDERPERFORMIN
G** [1] - 28:21
**UNDERSTAND** [18] -
7:11, 7:18, 10:9,
10:18, 26:20, 27:6,
29:24, 37:2, 45:17,
54:19, 62:20, 63:1,
63:3, 63:22, 67:13,
69:15, 76:18, 77:1
**UNDERSTANDING**
[14] - 15:21, 16:19,
18:10, 18:18, 27:21,
27:22, 40:17, 49:7,
53:9, 62:10, 62:23,
64:17, 64:19, 87:21
**UNDERSTOOD** [4] -
65:14, 66:3, 69:12,
81:21
**UNEDUCATED** [1] -
62:24
**UNFAIR** [2] - 22:24,
23:5
**UNITED** [3] - 1:1,
79:17, 89:3
**UNLAWFUL** [2] -
46:15, 61:1
**UNLESS** [5] - 40:12,
41:4, 54:7, 86:13,
88:20
**UNOPPOSED** [1] -
71:25
**UNSATISFIED** [1] -
59:23
**UNTIL** [1] - 31:9,
61:15, 90:18
**UP** [13] - 13:23, 31:15,
31:17, 32:12, 49:23,
50:8, 59:11, 60:15,
60:19, 63:13, 70:18,

73:18, 90:20
**UPLOAD** [1] - 48:5
**UPON** [4] - 22:15,
52:22, 86:17, 87:3
**UPSET** [1] - 51:25
**US** [9] - 35:18, 37:7,
47:3, 50:14, 56:1,
87:13, 88:14, 89:2,
90:20
**USE** [4] - 30:2, 48:5,
70:5, 76:23
**USED** [8] - 14:17,
16:20, 26:4, 26:9,
57:21, 59:3, 70:4,
83:2
**USING** [7] - 26:7,
29:16, 42:19, 47:22,
48:21, 61:23, 61:24
**USUALLY** [2] - 6:1,
71:11

## V

**VA** [1] - 2:3
**VALID** [1] - 36:8
**VARIOUS** [1] - 12:5
**VEHICLE** [3] - 12:25,
14:17, 19:23
**VENN** [2] - 48:11, 56:4
**VERSION** [10] - 49:16,
62:14, 78:9, 79:8,
81:18, 81:20, 82:12,
82:13, 83:9
**VERSIONS** [1] - 89:8
**VERSUS** [7] - 1:5, 3:4,
6:9, 6:14, 7:14,
24:18, 25:3
**VERY** [20] - 26:19,
35:22, 36:25, 37:15,
42:4, 42:12, 43:7,
50:1, 57:4, 57:5,
58:5, 58:12, 60:25,
62:11, 65:13, 69:3,
70:16, 85:13, 88:23,
91:4
**VICTIMIZATION** [2] -
58:23, 58:25
**VICTIMIZED** [1] -
59:15
**VICTIMS** [1] - 48:23
**VIDEO** [2] - 27:14,
34:21
**VIDEOS** [3] - 35:14,
35:16, 58:9
**VIEW** [4] - 9:2, 9:25,
10:2, 19:5, 41:13,
41:20, 62:11, 62:24
**VIEWPOINT** [1] - 9:22
**VIOLATE** [3] - 21:18,
22:17, 22:21

FTC000592

**VIOLATED** [1] - 22:18
**VIOLATING** [3] -
21:18, 22:17, 22:21
**VIOLATIONS** [4] -
4:12, 11:14, 22:10,
44:4
**VIRTUE** [1] - 39:5
**VS** [1] - 24:10

# W

**WAIT** [4] - 55:12,
55:15, 78:2, 89:15
**WANT** [37] - 10:9,
12:8, 13:23, 15:14,
15:21, 16:8, 35:4,
35:20, 36:2, 37:1,
48:4, 51:4, 51:23,
53:23, 54:7, 54:17,
54:25, 55:1, 55:25,
61:10, 62:23, 63:3,
67:25, 70:23, 71:1,
75:15, 75:20, 77:11,
84:7, 85:9, 87:12,
89:9, 89:13, 89:14,
90:14, 91:1
**WANTED** [2] - 36:4,
57:3
**WANTS** [3] - 35:9,
62:9, 72:2
**WARRANTED** [2] -
83:14, 84:2
**WARREN** [1] - 2:6
**WAS** [52] - 8:1, 10:11,
12:21, 14:7, 16:14,
16:18, 17:16, 18:13,
19:3, 22:2, 22:7,
25:1, 27:5, 28:16,
29:8, 30:14, 30:16,
30:17, 31:10, 33:22,
34:7, 36:5, 36:6,
38:16, 41:1, 57:11,
60:4, 65:14, 65:15,
65:17, 65:18, 66:1,
66:2, 66:13, 68:6,
68:8, 68:20, 71:15,
78:7, 79:2, 79:4,
80:8, 80:19, 81:21,
81:22, 89:7, 90:3
**WASHINGTON** [4] -
1:18, 2:3, 2:7, 87:12
**WAY** [19] - 12:7, 12:8,
12:25, 13:5, 13:19,
14:23, 44:7, 45:17,
48:19, 49:20, 52:8,
57:23, 58:3, 60:4,
60:11, 68:25, 69:16,
73:2, 87:19
**WE** [222] - 3:24, 4:1,
4:2, 4:3, 5:25, 7:9,

7:25, 8:2, 8:9, 8:10,
8:15, 8:16, 8:20,
8:21, 8:22, 8:23,
10:8, 10:9, 11:8,
11:19, 12:4, 12:13,
12:21, 12:22, 13:2,
13:19, 14:3, 14:16,
15:14, 15:22, 16:4,
18:19, 18:25, 20:4,
20:5, 20:8, 21:9,
21:23, 23:15, 23:18,
23:19, 24:2, 25:5,
25:14, 26:16, 26:25,
27:4, 27:7, 27:8,
27:11, 27:13, 27:15,
28:4, 28:16, 30:4,
30:7, 31:8, 31:9,
31:10, 31:11, 31:17,
31:24, 32:7, 32:21,
33:2, 33:3, 33:4,
33:8, 34:17, 34:20,
35:7, 35:18, 35:20,
36:13, 36:22, 36:23,
37:19, 39:12, 39:16,
39:19, 40:5, 40:9,
40:18, 41:9, 41:10,
41:18, 41:22, 41:23,
42:2, 42:4, 42:9,
42:15, 42:21, 43:25,
44:2, 44:3, 44:10,
45:1, 45:8, 45:13,
45:15, 45:16, 45:18,
47:2, 47:3, 47:7,
47:10, 47:11, 49:7,
49:15, 49:16, 49:19,
49:24, 50:24, 51:14,
52:7, 52:8, 52:9,
53:20, 53:24, 54:10,
54:18, 55:20, 57:4,
57:5, 57:8, 57:9,
58:7, 58:8, 60:2,
60:16, 60:20, 61:15,
62:1, 62:9, 63:15,
63:16, 63:19, 63:22,
63:24, 64:2, 64:5,
64:9, 65:4, 65:15,
66:5, 66:21, 66:22,
67:25, 68:11, 69:6,
69:8, 70:2, 70:10,
72:3, 72:6, 72:8,
72:9, 72:16, 72:18,
72:22, 74:4, 74:6,
74:13, 74:23, 74:25,
75:8, 75:12, 75:17,
75:19, 75:23, 75:24,
76:9, 76:10, 76:14,
76:15, 76:22, 77:1,
77:7, 77:15, 77:19,
78:1, 78:8, 78:11,
78:13, 78:25, 80:17,
80:19, 81:13, 81:18,

81:20, 82:6, 82:7,
82:11, 82:15, 85:8,
85:21, 86:6, 87:6,
88:6, 88:8, 88:10,
89:5, 89:8, 89:10,
89:11, 89:15, 90:20,
90:21
**WE'VE** [1] - 35:25
**WEB** [1] - 29:22
**WEBSITE** [2] - 34:22,
35:13
**WEDNESDAY** [2] -
33:23, 60:4
**WEEK** [4] - 35:13,
50:24, 58:9, 71:22
**WEEKEND** [1] - 90:18
**WEIGHED** [1] - 81:2
**WEIGHING** [3] - 6:6,
52:22, 83:11
**WEIGHT** [2] - 7:3, 46:2
**WELL** [28] - 3:11,
6:14, 8:19, 8:24, 9:2,
14:20, 16:23, 17:13,
18:19, 32:12, 32:17,
44:13, 45:21, 51:17,
54:11, 57:4, 69:1,
70:4, 72:3, 74:13,
76:18, 77:22, 78:9,
79:14, 82:25, 83:4,
86:11, 86:22
**WENDY** [2] - 1:11,
89:4
**WENT** [2] - 10:11, 32:2
**WERE** [24] - 19:3,
25:21, 28:2, 28:10,
29:14, 32:1, 33:20,
34:8, 36:9, 36:12,
37:5, 38:4, 38:18,
48:23, 64:2, 65:4,
66:14, 68:3, 76:13,
76:15, 82:7, 82:11,
85:8, 89:8
**WHAT** [127] - 3:20,
3:25, 7:23, 9:3, 9:24,
10:8, 10:17, 10:19,
11:15, 11:19, 12:9,
12:14, 14:19, 14:21,
15:9, 15:12, 16:5,
16:8, 16:24, 17:3,
17:16, 18:3, 20:6,
20:12, 20:17, 24:2,
26:19, 26:20, 27:5,
27:6, 27:14, 27:22,
30:15, 30:21, 30:25,
31:9, 31:10, 32:5,
33:2, 33:6, 33:20,
34:7, 34:10, 34:16,
36:4, 37:12, 37:13,
38:4, 39:8, 39:15,
39:16, 39:19, 39:21,

40:3, 40:5, 40:6,
40:10, 40:11, 40:23,
41:1, 41:16, 41:19,
43:5, 43:15, 44:8,
45:7, 50:14, 50:16,
51:3, 51:11, 51:16,
51:22, 53:6, 54:6,
54:10, 54:15, 54:25,
56:18, 58:19, 59:21,
60:16, 61:12, 64:4,
64:18, 65:14, 65:17,
65:20, 65:21, 66:12,
66:14, 66:19, 68:3,
68:7, 69:4, 69:8,
69:11, 69:20, 70:8,
70:12, 70:16, 70:22,
71:12, 71:23, 72:18,
73:18, 75:3, 75:18,
75:22, 75:24, 78:6,
78:17, 79:4, 79:15,
81:1, 81:19, 81:20,
82:11, 82:15, 83:9,
83:22, 84:11, 84:16,
84:20, 90:2, 90:4
**WHATEVER** [8] -
10:13, 15:7, 47:5,
54:5, 61:23, 68:16,
68:18, 72:10
**WHATSOEVER** [2] -
61:4, 61:14
**WHEN** [19] - 6:3,
10:21, 12:18, 22:18,
25:9, 29:10, 34:25,
35:9, 36:15, 37:19,
39:12, 42:7, 42:20,
58:15, 59:1, 61:13,
72:22, 74:25, 75:23
**WHERE** [22] - 8:9,
10:9, 10:11, 10:15,
10:16, 21:4, 34:14,
35:10, 35:16, 47:7,
48:21, 51:8, 51:24,
53:15, 54:12, 58:6,
61:3, 61:5, 72:8,
72:17, 76:9, 86:20
**WHETHER** [16] - 6:8,
20:6, 20:14, 20:24,
21:20, 33:7, 33:10,
38:15, 39:2, 45:1,
58:3, 68:14, 71:15,
83:15, 86:25, 90:16
**WHICH** [52] - 4:13,
4:14, 4:18, 6:15,
6:21, 7:14, 8:8, 12:1,
16:8, 16:14, 20:20,
22:14, 24:6, 26:25,
27:6, 30:6, 42:25,
43:23, 47:24, 51:11,
52:11, 54:15, 56:3,
56:4, 59:21, 61:22,

62:11, 67:17, 68:3,
70:19, 70:25, 71:10,
71:19, 73:3, 73:4,
74:10, 80:8, 80:13,
80:18, 82:21, 83:6,
83:24, 85:10, 85:15,
85:18, 85:19, 86:3,
86:5, 86:10, 86:24
**WHILE** [6] - 22:25,
23:6, 75:17, 77:15,
78:1, 83:19
**WHISTLES** [1] - 30:16
**WHO** [18] - 3:23, 3:25,
10:14, 17:20, 28:2,
34:5, 34:8, 35:23,
36:18, 38:11, 47:20,
47:22, 48:8, 57:23,
59:11, 61:20, 65:24,
68:23
**WHOLE** [7] - 10:11,
26:20, 26:21, 33:11,
48:25, 50:4, 66:13
**WHOSE** [1] - 65:24
**WHY** [19] - 4:25,
12:13, 14:25, 15:13,
18:17, 25:4, 26:13,
31:3, 31:4, 36:20,
45:7, 46:20, 50:22,
55:10, 71:9, 75:8,
75:24, 78:25, 82:1
**WIDE** [1] - 55:5
**WIDE-RANGING** [1] -
55:5
**WILL** [45] - 4:10, 11:2,
12:10, 12:12, 14:21,
24:2, 25:5, 26:20,
26:22, 30:7, 34:24,
39:11, 40:19, 44:5,
46:21, 47:1, 50:18,
50:19, 51:23, 54:1,
55:3, 58:13, 60:16,
61:9, 64:10, 71:12,
71:21, 71:24, 73:4,
73:11, 74:6, 74:12,
74:13, 74:25, 75:12,
75:17, 77:9, 78:5,
79:12, 79:14, 82:2,
86:3, 88:23, 90:21
**WILLING** [4] - 34:25,
60:2, 64:5, 64:9
**WING** [4] - 47:11,
47:15, 56:3, 56:13
**WINNING** [1] - 26:8
**WISCHUSEN** [2] - 2:2,
3:19
**WITH** [85] - 3:18, 5:15,
6:20, 8:1, 8:3, 9:4,
12:14, 12:23, 13:15,
14:16, 14:21, 15:19,
16:19, 16:21, 18:15,

18:23, 20:11, 23:21, 23:22, 24:13, 25:19, 26:1, 26:11, 26:16, 27:3, 27:12, 27:17, 28:8, 30:22, 31:15, 31:17, 31:24, 32:6, 37:25, 38:5, 38:13, 39:25, 40:24, 42:5, 42:6, 43:1, 45:2, 45:4, 45:13, 45:18, 47:3, 47:7, 51:3, 54:22, 56:2, 56:5, 56:19, 57:8, 59:4, 60:23, 60:24, 61:9, 62:3, 63:13, 63:16, 63:18, 68:19, 70:18, 72:24, 73:18, 74:4, 75:17, 77:11, 77:16, 77:21, 80:10, 81:13, 82:15, 83:16, 84:11, 85:24, 87:1, 87:13, 87:15, 88:14, 89:8, 89:9

**WITHIN** [12] - 19:2, 43:8, 48:10, 48:11, 52:22, 53:3, 74:4, 75:4, 75:8, 85:5, 85:21, 88:20

**WITHOUT** [5] - 26:23, 53:2, 58:12, 60:5, 72:3

**WORD** [5] - 49:16, 60:15, 62:14, 79:13, 80:1

**WORDS** [8] - 22:17, 22:22, 25:21, 37:16, 60:17, 76:13, 76:16, 86:7

**WORK** [11] - 53:20, 53:23, 61:8, 62:7, 62:13, 62:17, 63:12, 71:24, 72:5, 73:13, 75:17

**WORKED** [1] - 77:15

**WORKING** [5] - 25:19, 45:15, 56:2, 59:24, 76:6

**WORKS** [6] - 45:18, 60:12, 61:12, 70:21, 72:10, 88:5

**WORLD** [1] - 45:22

**WORLDWIDE** [3] - 6:14, 7:4, 46:2

**WOULD** [94] - 5:18, 6:8, 12:16, 12:17, 12:23, 13:13, 13:21, 15:3, 15:5, 15:6, 16:20, 16:21, 16:23, 16:24, 17:3, 17:19, 18:7, 18:8, 18:9,

18:15, 19:9, 19:13, 20:3, 23:21, 23:22, 25:19, 27:15, 27:17, 27:18, 32:22, 32:23, 40:18, 40:25, 41:15, 42:9, 42:10, 43:13, 43:18, 44:2, 44:3, 44:13, 47:2, 48:23, 49:4, 49:20, 51:1, 51:4, 51:10, 51:22, 52:24, 57:12, 57:14, 57:25, 58:2, 59:6, 59:8, 59:12, 60:22, 61:16, 61:20, 61:21, 62:3, 64:12, 68:7, 69:18, 70:10, 70:12, 70:13, 70:25, 71:7, 71:9, 71:10, 71:13, 71:14, 71:24, 72:7, 72:16, 72:18, 73:12, 73:13, 74:4, 74:22, 81:7, 82:10, 82:24, 83:21, 83:22, 84:10, 84:11, 85:14, 87:6, 90:17

**WOULDN'T** [2] - 15:5, 18:17

**WRONG** [6] - 4:11, 53:8, 66:12, 79:8, 81:20, 81:25

## Y

**YEAH** [1] - 78:24

**YEARS** [1] - 38:9

**YES** [43] - 3:7, 3:9, 5:13, 5:14, 5:23, 5:24, 7:7, 7:8, 7:24, 11:10, 11:15, 11:17, 15:2, 16:2, 19:15, 25:7, 25:14, 28:1, 41:8, 42:14, 42:16, 46:12, 50:11, 55:2, 56:22, 66:18, 67:3, 71:5, 76:21, 77:4, 77:13, 80:16, 83:1, 84:5, 84:9, 84:12, 85:25, 86:8, 87:5, 87:16, 88:2, 88:19, 89:18

**YESTERDAY** [2] - 33:21, 49:17

**YET** [3] - 36:23, 36:24, 54:20

**YOU** [271] - 8:12, 8:25, 9:3, 9:7, 9:12, 9:16, 9:20, 10:5, 10:9, 10:11, 10:14, 10:15, 10:17, 10:18, 10:19, 10:23, 11:4, 11:5, 11:6, 11:11, 11:22,

11:24, 11:25, 12:8, 12:9, 12:14, 13:8, 13:13, 13:21, 13:22, 13:23, 13:24, 14:20, 14:24, 15:7, 15:8, 15:14, 15:21, 16:7, 16:21, 17:13, 17:24, 18:2, 18:3, 18:7, 18:9, 18:10, 19:9, 19:18, 20:1, 20:18, 20:20, 20:22, 20:24, 21:9, 21:12, 23:21, 23:22, 24:2, 25:4, 26:15, 26:21, 27:22, 28:16, 30:20, 30:21, 30:25, 31:2, 31:6, 31:22, 33:5, 33:10, 33:11, 33:13, 33:20, 34:25, 35:2, 35:17, 35:18, 35:19, 36:1, 36:6, 36:16, 36:24, 37:19, 38:2, 38:3, 39:14, 39:15, 39:23, 39:24, 40:3, 40:10, 40:12, 41:14, 41:16, 41:17, 41:23, 42:7, 42:20, 44:5, 44:8, 44:13, 45:3, 45:7, 45:17, 46:25, 47:14, 47:24, 49:13, 49:20, 50:6, 50:9, 50:14, 50:15, 50:16, 50:25, 51:1, 51:4, 51:16, 51:18, 51:19, 51:21, 52:2, 52:3, 52:17, 52:20, 53:22, 53:23, 53:25, 54:2, 54:5, 54:7, 54:23, 54:24, 55:1, 55:3, 55:24, 57:21, 58:21, 58:22, 59:19, 60:12, 60:14, 61:13, 61:18, 62:7, 62:13, 62:14, 62:15, 62:16, 62:17, 63:9, 63:12, 63:13, 63:22, 64:16, 65:8, 66:3, 66:13, 66:14, 66:15, 66:25, 67:8, 67:14, 68:3, 68:5, 68:6, 68:7, 68:25, 69:13, 69:25, 70:8, 70:9, 70:20, 70:22, 70:23, 71:1, 71:17, 71:19, 71:24, 72:11, 73:2, 73:3, 73:4, 73:5, 73:15, 73:17, 73:20, 74:8, 74:9, 74:20, 74:21, 75:2, 75:10, 75:11, 75:22, 75:23, 75:24, 75:25, 76:1, 76:5, 76:17, 76:18,

76:19, 77:13, 78:5, 78:8, 78:23, 79:15, 79:17, 79:25, 80:9, 81:1, 81:3, 81:5, 81:16, 82:1, 82:24, 83:19, 83:21, 83:22, 84:3, 84:11, 84:14, 84:23, 85:1, 85:9, 85:20, 85:24, 86:1, 86:20, 86:22, 87:11, 87:12, 87:15, 87:20, 87:22, 87:23, 88:17, 88:23, 89:1, 90:13, 90:15, 90:21, 91:3, 91:4

**YOUR** [160] - 3:7, 3:9, 3:13, 4:9, 5:13, 5:14, 5:23, 5:24, 7:7, 7:8, 7:24, 9:2, 9:6, 9:11, 9:15, 9:21, 9:23, 9:25, 10:23, 12:3, 12:10, 12:15, 12:20, 13:11, 13:15, 13:19, 14:2, 14:9, 15:2, 15:8, 15:11, 15:17, 15:23, 16:2, 16:10, 16:23, 17:6, 18:12, 18:18, 19:4, 19:21, 20:18, 21:6, 21:10, 23:23, 23:24, 25:7, 25:13, 25:14, 25:18, 26:9, 26:15, 27:12, 28:1, 28:4, 28:23, 29:6, 29:10, 29:15, 31:6, 31:19, 31:23, 32:16, 32:20, 33:9, 33:14, 33:23, 38:13, 38:21, 38:24, 39:8, 39:12, 39:19, 40:8, 40:14, 41:6, 41:13, 41:20, 41:25, 42:18, 42:23, 45:13, 45:14, 45:18, 46:9, 46:12, 46:18, 46:25, 47:19, 47:22, 48:3, 49:15, 49:16, 50:3, 50:7, 50:11, 51:5, 52:3, 53:9, 54:6, 54:9, 54:17, 56:22, 59:19, 60:3, 60:12, 61:5, 63:14, 63:15, 65:11, 66:4, 66:12, 66:20, 66:21, 67:13, 67:18, 67:20, 68:1, 68:2, 69:12, 69:15, 69:23, 72:1, 74:3, 74:17, 75:2, 75:14, 75:18, 75:25, 76:3, 76:10, 76:13, 76:15, 76:21, 77:4, 77:7, 77:8, 77:13, 77:17, 77:25,

78:7, 79:7, 79:19, 80:20, 80:23, 81:17, 81:21, 81:23, 82:3, 82:8, 85:20, 85:25, 86:8, 87:13, 87:24, 89:7, 89:18, 89:19, 90:25, 91:3

**YOUTUBE** [3] - 35:14, 35:16, 60:10