# PX 11

FTC000595

DECLARATION OF MARK A. JOYNER

PURSUANT To 28 U.S.C. § 1746

I, Mark A. Joyner, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify competently as follows:

1. I am a United States citizen over the age of 18 years old. I am employed as an Investigator with the Federal Trade Commission's ("FTC") Division of Marketing Practices. The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.

2. Below is a screenshot of Peter Pru's YouTube Channel on September 19, 2024:



3. On September 18, 2024, Peter Pru posted a video titled "This Video WILL DOUBLE Your Shopify Conversion Rates and Profits (Drop)" The video description had a hyperlink titled "Need Help Getting to $10k/Mo? Click here."



4. The hyperlink redirected to the following webpage:



5. The "Apply Now" redirected to a webpage with a video featuring Peter Pru and a link to book a call to learn more. The video contained an automatic transcription of Mr. Pru's presentation. I took screenshots of the video and transcription, which is **Attachment A**.



6. On September 19, 2024, I visited the Ecommerce Empire Builders ("EEB") Instagram page (ecommerce.empire.builders). The page lists 4,147 posts, and 116K followers.

7. On September 19, 2024, the EEB Instagram page contained a link at the top of the page labeled Business in Box.



8. Pursuant to the TRO, TD Bank produced documents to the FTC. According to TD Bank, Mr. Prusinowski and his wife maintain a joint checking account (X9904). Below is a summary of activity in the account from January-August, 2024:

| Summary of Joint TD Checking Account X9904 | | | | | |
|---|---|---|---|---|---|
| Month | E-Deposits | Deposits | E-Payments | Checks-Paid | Notes |
| January 2024 | 30,692.04 | | 36,984.81 | | |
| February 2024 | 40,374.37 | | 14,657.95 | 365.00 | |
| March 2024 | 17,719.51 | 301.26 | 38,970.33 | | |
| April 2024 | 23,568.01 | 75,000.00 | 90,956.98 | 285.00 | $75,000 check deposit from Precision Watches, Inc. |
| May 2024 | 13,287.26 | 3,345.00 | 13,720.12 | 180.00 | |
| June 2024 | 38,181.29 | 2,681.23 | 23,830.78 | | |
| July 2024 | 10,340.55 | 261.65 | 15,538.40 | 30,360.00 | $30,000 check to Moses Auto Group |
| August 2024 | 10,000.00 | | 12,147.62 | | |
| Subtotals | 184,163.03 | 81,589.14 | 246,806.99 | 31,190.00 | |
| Totals | 265,752.17 | | 277,996.99 | | |

   a. Mr. Prusinowski received $160,000 from Empire Holdings Group (X9912):

| Summary of Deposits | | |
|---|---|---|
| 1/29/2024 | Distribution from EHG Acct. X9912 | $30,000.00 |
| 2/28/2024 | Distribution from EHG Acct. X9912 | $10,000.00 |
| 3/8/2024 | Distribution from EHG Acct. X9912 | $25,000.00 |
| 3/26/2024 | Distribution from EHG Acct. X9912 | $15,000.00 |
| 4/19/2024 | Check from Precision Watches, Inc. | $75,000.00 |
| 4/25/2024 | Distribution from EHG Acct. X9912 | $15,000.00 |
| 5/28/2024 | Distribution from EHG Acct. X9912 | $10,000.00 |
| 6/26/2024 | Distribution from EHG Acct. X9912 | $10,000.00 |
| 7/3/2024 | Transfer From Schwab Acct.X58656 | $25,000.00 |
| 7/29/2024 | Distribution from EHG Acct. X9912 | $10,000.00 |
| 8/27/2024 | Distribution from EHG Acct. X9912 | $10,000.00 |
| Subtotal | | $235,000.00 |
| Other | | $30,752.17 |
| Total | | $265,752.17 |

   b. Mr. Prusinowski transferred $132,000 to a Schwab Brokerage account (X8785), $30,000 to Moses Auto, and $36,230.48 in mortgage payments to Penn Community.

| Summary of Payments | | |
|---|---|---|
| 4/23/2024 | Transfer to Schwab Brokerage Acct. No. X8785 | ($75,000.00) |
| 6/24/2024 | Transfer to Schwab Brokerage Acct. No. X8785 | ($7,000.00) |
| 1/30/2024 | Transfer to Schwab Brokerage Acct. No. X8785 | ($25,000.00) |
| 3/11/2024 | Transfer to Schwab Brokerage Acct. No. X8785 | ($25,000.00) |
| 7/22/2024 | Check to Moses Auto | ($30,000.00) |
| Monthly | Mortgage Payments (Penn Community) | ($36,230.48) |
| **Subtotal** | | **($198,230.48)** |
| **Other** | | **($79,766.51)** |
| **Total** | | **($277,996.99)** |

9. Pursuant to the TRO, Schwab produced documents to the FTC. According to Schwab:

   a. Atlas Fund Limited Partnership opened a brokerage account (X7019) in June 2021. Mr. Prusinowski and his wife are the sole signatories on the account and signed as general partners. The mailing address on the statements is Mr. Prusinowski's personal address. Limited Partner Atlas Fund Trust is not listed as a signatory on account.

   b. On July 5, 2024, Empire Holdings Group LLC (X6852) transferred $25,000 to Atlas Fund Limited Partnership (X7019).

   c. Atlas Fund Limited Partnership appears to have received additional funds from Empire Holdings Group LLC. For example, on January 29, 2024, there was a $30,000 transfer from Empire Holdings Group LLC (TD Bank X9912) to Mr. Prusinowski (TD Bank X9904). On January 30, 2024, Mr. Prusinowski transferred $25,000 from TD Bank X9904 to his Schwab Brokerage account X8785. On February 2, 2024, Mr. Prusinowski transferred $25,002.21 from his Schwab Brokerage account X8785 to an Atlas Fund Limited Partnership Schwab Brokerage account (X7019).

10. On September 25, 2024, the Court Appointed Receiver sent the FTC photos of a safe deposit box at TD Bank that belonged to Mr. Prusinowski. The box contained dozens of precious metal coins and bars.

11. On September 26, the Court Appointed Receiver provided the FTC a copy of a Belize registration certificate for Atlas Fund Trust recorded on April 28, 2021



12. September 25, 2024, Defendants' counsel produced to the FTC financial disclosure documents pursuant to the TRO. According to the disclosure:

   a. Atlas Fund Limited Partnership has the following address and ownership structure:

   Atlas Fund Limited Partnership
   8160 E Butherus Ste. 4, Scottsdale AZ 82858
   Type of Business: Limited Partnership
   Owner/Ownership:
   General Partner Peter Prusinowski (1%)
   General Partner Kellie Prusinowski (1%)
   Limited Partner Atlas Fund Trust (98%)

   b. On September 19, 2024, Atlas Fund Limited Partnership transferred $400,000 to Gordon Rees Scully Mansukhani, LLP as a legal retainer in this matter. The

    disclosure states the Defendants have incurred approximately $150,000 in legal fees to date.

  c. On September 19, 2024, Empire Holdings Group LLC, transferred $77,000 to Gordon Rees Scully Mansukhani, LLP. The disclosure states that these funds were for legal services rendered to date.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2024, in Washington, DC

                                                                             */s/ Mark* Joyner

                                                                             Mark Joyner

# Attachment A


































