IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:24-CV-4949<br>) |
| EMPIRE HOLDINGS GROUP LLC,<br>d/b/a ECOMMERCE EMPIRE BUILDERS<br>and STOREFUNNELS.NET, a limited liability<br>company, and PETER PRUSINOWSKI<br>Individually and as officer of<br>Empire Holdings Group LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**[PROPOSED] ORDER ON JOINT MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE PRELIMINARY INJUNCTION HEARING**

THIS MATTER having come before the Court on the Parties' Joint Motion to Extend Temporary Restraining Order and Continue Preliminary Injunction Hearing, and the Court having considered the matter, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the October 7, 2024 preliminary injunction hearing is hereby rescheduled to _____; and it is further

**ORDERED** that the Temporary Restraining Order shall remain in effect until _____ unless otherwise modified or rescinded by the Court.

**SO ORDERED.**

Dated: _____          _____
                                                                            WENDY BEETLESTONE, J.
                                                                            United States District Judge