# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br> Plaintiff, <br><br> v. <br><br> **EMPIRE HOLDINGS GROUP LLC,** <br> **PETER PRUSINOWSKI,** <br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 24CV4949 |

## O R D E R

**AND NOW**, this 3rd day of October, 2024, upon consideration of Defendants' Emergency Motion to Amend/Correct TRO Order (ECF No. 24) and all responses thereto (ECF No. 26, 27), **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**