# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Plaintiff,<br><br>v.<br><br>**EMPIRE HOLDINGS GROUP LLC,**<br>**PETER PRUSINOWSKI,**<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 24CV4949 |

## O R D E R

**AND NOW**, this 3rd day of October, 2024, upon consideration of the Parties' Joint Motion to Extend Temporary Restraining Order and Continue Preliminary Injunction Hearing (ECF No. 28), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the October 7, 2024 preliminary injunction hearing is rescheduled to November 1, 2024 at 2:00 p.m.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order (ECF No. 19) shall remain in effect until after the preliminary injunction hearing has concluded unless otherwise modified or rescinded by the Court.

BY THE COURT:


/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**