AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Pennsylvania

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No.　24-cv-04949-WB |
| EMPIRE HOLDINGS GROUP LLC, PETER PRUSINOWSKI | ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Amanda Grier
> Federal Trade Commission
> 600 Pennsylvania Avenue, NW
> Mailstop CC-8543
> Washington, DC 20580

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:　9/18/2024

s/*Stephen Gill*

*Signature of Clerk or Deputy Clerk*

**George Wylesol, Clerk of Court**
**U.S. District Court, Eastern District of PA**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    24-cv-04949-WB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Peter Prusinowski, aka Peter Pru, individually

was received by me on *(date)*    09/17/2024    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*    Kellie Prusinowski,
wife (female, white skin, 30-35 years,
160-180lbs., 5'4"-5'6", brown/blonde hair) , a person of suitable age and discretion who resides there,

on *(date)*    09/20/2024    , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Service address: 1935 Oakmont Court, Jamison, PA 18929


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date:    9/27/24

*Server's signature*

Brian Zavodnick, Process Server
*Printed name and title*

2800 Turnpike Drive, Suite 1
Hatboro, PA 19040
*Server's address*


Additional documents served:
Civil Cover Sheet; Complaint for Permanent Injunction, Monetary Judgment, and Other Relief; Designation Form; Plaintiff's Emergency Noticed Motion and Memorandum In Support for a Temporary Restraining Order with an Asset Freeze and Other Equitable Relief and for an Order to Show Cause Why a Preliminary Injunction Should Not Issue; Declaration of Randy A. Hlavac Pursuant to eCommerce Empire Builders; [Proposed] Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue; Rule 65 Certification and Declaration of Counsel in Support of FTC's Emergency Motion for a Temporary Restraining Order; Plaintiff's Recommendation for Temporary Receiver; Exhibits 1-9 (Binder)