**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |
|---|---|
| ) | |
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:24-CV-4949 |
| ) | |
| EMPIRE HOLDINGS GROUP LLC, ) | |
| d/b/a ECOMMERCE EMPIRE BUILDERS ) | |
| and STOREFUNNELS.NET, a limited liability ) | |
| company, and PETER PRUSINOWSKI ) | |
| Individually and as officer of ) | |
| Empire Holdings Group LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**[PROPOSED] ORDER ON MR. PRUSINOWSKI'S MOTION FOR FEES**
**INCURRED TO DATE, AND ADDITIONAL FEES TO CONTINUE TO DEFEND**
**OR, IN THE  ALTERNATIVE, TO WITHDRAW AS COUNSEL OF RECORD**

THIS MATTER comes before the Court on Defendant Prusinowski's Motion for Fees

Incurred to Date, and Additional Fees to Continue to Defend or, in the Alternative, to Withdraw

as Counsel of Record (the "Motion"), and the Court having considered the matter, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that $231,358.50 in funds held by defense counsel are unfrozen and may be

used to pay for fees and costs incurred to date; and it is further

**ORDERED** that an additional $150,000.00 in funds held by defense counsel are unfrozen

and may be used to pay for fees and costs to prepare for the preliminary injunction show cause

hearing presently set for November 12, 2024.

**SO ORDERED.**


Dated: _____          _____

                                                              WENDY BEETLESTONE, J.
                                                              United States District Judge