UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　Plaintiff,<br><br>　　v.<br><br>EMPIRE HOLDINGS GROUP LLC, also d/b/a ECOMMERCE EMPIRE BUILDERS and STOREFUNNELS.NET, a limited liability company, and<br><br>PETER PRUSINOWSKI, aka PETER PRU, individually and as an officer of Empire Holdings Group LLC,<br><br>　Defendants. | Case No. 2:24-CV-4949-WB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

　　Before the Court is the Defendants' Motion to Dismiss Complaint ("Motion"), Doc No 23, filed by Defendants Empire Holdings Group LLC, d/b/a E-Commerce Empire Builders and Storefunnels.net, and Peter Prusinowski a/k/a Peter Pru. The Court has reviewed and considered Defendants' Motion and Plaintiff's Opposition, Doc. No 36.

　　NOW THEREFORE, for good cause shown, Defendants' Motion is hereby **DENIED**.

　　**SO ORDERED**, this _____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WENDY BEETLESTONE, J.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE