AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-04949-WB |
| Empire Holdings Group LLC et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin Dooley Kent, Receiver    .

Date:    10/18/2024

*Attorney's signature*

Vanessa L. Huber, PA ID No. 329105
*Printed name and bar number*
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
*Address*

vhuber@clarkhill.com
*E-mail address*

(215) 422-4428
*Telephone number*

(215) 640-8501
*FAX number*