# Exhibit C

*FTC v. Empire Holdings Group LLC,*
*also d/b/a Ecommerce Empire Builders and Storefunnels.net, et al.*

**Case No. 24-CV-4949 (E.D.Pa.)**

**CONSUMER QUESTIONNAIRE**

Thank you for completing this brief questionnaire. Please review each page of this questionnaire before beginning to complete it. There are no right or wrong answers; we are only interested in your honest answers. On any question, if you don't know how to answer, it is fine to indicate that you don't know or aren't sure.

If you have documents to attach, you will be able to submit them with this questionnaire.

**Consumer Identification:**

Name: _____    Telephone No.: _____

E-Mail Address: _____

Current Address: _____

Are you represented by an attorney in connection with this matter? Y____  N____. If yes, provide your attorney's name and contact information:

_____

_____

*If any of the foregoing information changes, please notify us of the change. This information will be used to contact you.*

**Your Dealings with Empire Holdings Group LLC/Ecommerce Empire Builders/ Storefunnels.net ("EEB"):**

What is/are the name(s) of the package(s)/service(s) you purchased? _____

How much did you pay for your package(s)/service(s)? _____

How did you make payment for your package(s)/service(s) (check all that apply)?

　　Stripe　　Wave　　Paypal　　Storefunnels.net　　Wire　　Bank Transfer　　Other

　　　If Other, please describe your method of payment: _____

When did you purchase the package(s)/service(s)? _____

Set forth the end date of your package/services: _____

Did you sign a contract? Y _____ N _____. *If yes, please provide a copy with your questionnaire, if available.*

When you signed up for the package(s)/service(s), what did you expect that the package(s)/service(s) would provide to you? Please be as specific as possible. _____

_____

_____

_____

Describe the service(s) you have received from Defendants to date: _____

_____

_____

_____

Did EEB create an online store for you? Y _____ N _____.

How much money have you invested in your online store, apart from what you paid to Defendants? Please list all costs/expenses you have paid to run your online store to date, to the extent you can recall them. _____

_____

_____

_____

How much **income** have you earned from utilizing Defendants' services your online store (subtracting business expenses, costs, and amount paid to Defendants)? _____

Did you ever request a refund from Defendants or submit a complaint to Defendants? Did Defendants condition any refund on signing a Non-Disclosure Agreement, or any other action? If so, please describe your request and response, including the approximate date of your complaint:

*If you have any documentation or communications regarding the handling of your request for refund and/or complaint, please attach a copy of the relevant communications.*

**Your Online Store/StoreFunnels Page**

Please provide the link/web address for your Online Store/StoreFunnels page: _____

Please describe any additional costs you have incurred in connection with your Online Store/StoreFunnels page beyond what was paid to Defendants, including advertising costs:

Have you earned income from your Online Store/StoreFunnels page? Please describe the profit and loss history for your StoreFunnels page, from inception to the present: _____

*If you have any documentation regarding the financial performance of your Online Store/StoreFunnels page, please attach a copy of those performance metrics.*

Overall, do you feel that your experience with your Online Store/ StoreFunnels page aligns with what you expected when you purchased your package(s)/service(s) from Defendants? Please explain your response. _____

_____

_____

_____

If there is anything more you would like to share regarding you experience with Defendants, please do so here: _____

_____

_____

_____

**Federal Trade Commission**

Do we have permission to forward your Consumer Questionnaire and supporting documentation to the Federal Trade Commission? Y_____ N_____.

*If you wish to make a separate report to the Federal Trade Commission regarding your experience with Empire Holdings Group, LLC, you can do so at https://reportfraud.ftc.gov/. If you would like to give a statement to the FTC, you can contact Mark Joyner at Mjoyner@ftc.gov.*