# Exhibit D

**Empire Holdings Group LLC**
**Balance Sheet**
*As of October 20, 2024*

|  |  | Empire Holdings LLC | Empire Partners Network LLC | Atlas Entities[1] | Receivership Account | Total Receivership Balance |
|---|---|---:|---:|:---:|---:|---:|
| **Assets** | | | | | | |
| **Cash & Cash Equivalents** | | | | | | |
| Cash Accounts | | $ (1,909) | $ 8,462 | | $ 1,308,273 | $ 1,314,826 |
| PayPal | | (179) | - | | - | (179) |
| **Cash & Cash Equivalents Subtotal** | | **(2,088)** | **8,462** | | **1,308,273** | **1,314,647** |
| | | | | | | |
| Shareholder Loan | | 95,000 | - | | - | 95,000 |
| Other Current Assets | | 399 | - | | - | 399 |
| **Total Assets** | | $ **93,311** | $ **8,462** | TBD | $ **1,308,273** | $ **1,410,046** |
| | | | | | | |
| **Liabilities** | | | | | | |
| Accounts Payable | [2] | $ 2,462 | | | $ - | $ 2,462 |
| American Express | [3] | 172,867 | | | - | 172,867 |
| **Total Liabilities** | | **177,790** | TBD | | **-** | **177,730** |
| | | | | | | |
| **Equity** | | **(84,479)** | | | **1,308,273** | **1,232,316** |
| | | | | | | |
| **Total Liabilities and Equity** | | $ **93,311** | | | $ **1,308,273** | $ **1,410,046** |

**Notes:**

[1] Represents Atlas Fund Limited Partnership, Atlas Fund Trust, and Atlas Fund Land Trust.

[2] Represents amounts owed to Stripe and Simvoly of $1,157 and $1,305 respectively. Amounts owed to Simvoly are estimated as an average of the prior month's weekly invoices. Payable balances may differ as additional liabilities are uncovered.

[3] This balance includes two additional American Express credits cards that were not linked in QuickBooks with a total balance of $25,537 as of October 20, 2024 (x92003 and x93004).