# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | : |
| Plaintiff, | : Civil Action |
| v. | : |
| | : No. 2:24-cv-04949-WB |
| **EMPIRE HOLDINGS GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET and PETER PRUSINOWSKI,** | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Receiver Kevin Dooley Kent's First Written Report to be served upon counsel of record for all parties by electronic filing pursuant to Fed. R. Civ. P. 5(b).

Dated: October 22, 2024         */s/ Robin S. Weiss*
                                Robin S. Weiss, Esquire

                                *Attorney for Receiver, Kevin Dooley Kent*