UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>     v.<br><br>EMPIRE HOLDINGS GROUP LLC, also d/b/a ECOMMERCE EMPIRE BUILDERS and STOREFUNNELS.NET, a limited liability company, and<br><br>PETER PRUSINOWSKI, aka PETER PRU, individually and as an officer of Empire Holdings Group LLC,<br><br>  Defendants. | Case No. 2:24-CV-4949-WB<br><br>**[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTION FOR FEES INCURRED TO DATE, AND ADDITIONAL FEES TO CONTINUE TO DEFEND, OR IN THE ALTERNATIVE, TO WITHDRAW AS COUNSEL** |

     Before the Court is the Defendants' Motion to for Fees Incurred to Date, and Additional Fees to Continue to Defend or, in the Alternative, to Withdraw as Counsel of Record, filed by Defendants Empire Holdings Group LLC, d/b/a Ecommerce Empire Builders and Storefunnels.net, and Peter Prusinowksi a/k/a Peter Pru. The Court has reviewed and considered Defendants' Motion and Plaintiff's Opposition, Doc. No. 41. It is hereby

     **ORDERED** that the Motion is GRANTED in part and DENIED in part; and it is further

     **ORDERED** that Defendants' request for fees incurred to date and additional funds to pay for fees and costs to prepare for the preliminary injunction show cause hearing presently set for November 12, 2024, is DENIED; and it is further

     **ORDERED** that Defense Counsel's request to withdraw as counsel of record is GRANTED.

1

**SO ORDERED**, this _____ day of _____, 2024.

                                                            _____
                                                            WENDY BEETLESTONE, J.
                                                            UNITED STATES DISTRICT JUDGE