IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-CV-4949 |
| EMPIRE HOLDINGS GROUP LLC, d/b/a ECOMMERCE EMPIRE BUILDERS and STOREFUNNELS.NET, a limited liability company, and PETER PRUSINOWSKI Individually and as officer of Empire Holdings Group LLC, | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this 4th day of November, 2024, upon consideration of Defendant Prusinowski's Motion for Fees Incurred to Date, and Additional Fees to Continue to Defend or, in the Alternative, to Withdraw as Counsel of Record (ECF Nos. 35 & 42) and Plaintiff's response thereto (ECF 41), it is **HEREBY ORDERED** that the Motion for Fees is **GRANTED**.

It is **FURTHER ORDERED** that:

1. $231,358.50 in funds held by defense counsel are unfrozen and may be used to pay for fees and costs incurred to date; and that,

2. An additional $150,000.00 in funds held by defense counsel are unfrozen and may be used to pay for fees and costs to prepare for the preliminary injunction show cause hearing presently set for November 12, 2024.

**ACCORDINGLY**, the Motion in the alternative to Withdraw as Counsel is **DENIED**.

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**
**United States District Judge**