**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | Civil Action No. 24-4949 |
| *Plaintiff*, | : | |
| v. | : | |
| **EMPIRE HOLDINGS GROUP, LLC, ET AL.**, | : | |
| *Defendants*. | : | |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearances of Shawn McBrearty, Esquire and Gregory J. Christiansen, Esq. (*pro hac vice forthcoming*), as counsel on behalf of Defendants, Empire Holdings Group, LLC and Peter Prusinowski, in the above-captioned case.

Dated:  November 7, 2024

SIDKOFF, PINCUS & GREEN, P.C.

*/s/ Shawn McBrearty*
Shawn McBrearty, Esq.
1101 Market Street, Suite 2700
Philadelphia, PA  19107
(215) 574-0600
(215) 574-0310 (fax)
smcbrearty@sidkoffpincusgreen.com

GUARDIAN LAW

/s/ *Gregory Christiansen*
Gregory J. Christiansen, Esq.
833 E Pioneer Road, Suite 102
Draper, UT 84020
greg@guardianlaw.com
(*Pro hac vice forthcoming*)

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that all parties to this action are represented by counsel of record who should receive this electronic filing.

                                        **SIDKOFF, PINCUS & GREEN, P.C.**

Dated: November 7, 2024                 /s/ *Shawn McBrearty*
                                                  Shawn McBrearty, Esq.

                                                  *Counsel for Defendants*