UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>    v.<br><br>EMPIRE HOLDINGS GROUP LLC, also d/b/a ECOMMERCE EMPIRE BUILDERS and STOREFUNNELS.NET, a limited liability company, and<br><br>PETER PRUSINOWSKI, aka PETER PRU, individually and as an officer of Empire Holdings Group LLC,<br><br>  Defendants. | Case No. 2:24-CV-4949 |

**JOINT MOTION FOR ENTRY OF**
**<u>STIPULATED PRELIMINARY INJUNCTION</u>**

    Plaintiff Federal Trade Commission ("FTC" or "Plaintiff") and Defendants Empire Holding Group LLC d/b/a Ecommerce Empire Builders and storefunnels.net ("EEB") and Peter Prusinowski ("Prusinowski" collectively "Defendants") (Plaintiff and Defendants each, individually, a "Party," and collectively, the "Parties"), by counsel, jointly move this Court to enter the attached Proposed Stipulated Preliminary Injunction. Today, November 7, 2024, the Parties reached an agreement to stipulate to a preliminary injunction. The Proposed Preliminary Injunction is attached to this motion, and has been signed by counsel for all parties.

    Therefore, the parties respectfully request the Court's approval of the proposed stipulated preliminary injunction.

1

Dated: November 7, 2024

*/s/ Amanda Grier*
Amanda Grier (DC Bar No. 978573)
Ryan McAuliffe (MD Bar No. 2012170072)
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8543
Washington, DC 20580
Tel. (202) 326-3745
Fax: (202) 326-3044
agrier@ftc.gov
rmcauliffe@ftc.gov
*Attorneys for Plaintiff*
*Federal Trade Commission*

Respectfully Submitted,

*/s/ Greg Christiansen*
Greg Christiansen (*pro hac vice*)
Guardian Law
833 E. Pioneer Rd. Ste. 102
Draper, UT 84020
Tel. (844) 409-1122
greg@guardianlaw.com

Shawn McBrearty
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA  19107
(215) 574-0600
(215) 574-0310 (fax)
smcbrearty@sidkoffpincusgreen.com

Clair E. Wischusen (Bar No. 306752)
Ryan M. Poteet (*pro hac vice*)
Stephan Freeland (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550 Alexandria, Virginia 22314
Tel. (202) 399-1009
Fax. (202) 800-2999
cwischusen@grsm.com
rpoteet@grsm.com
sfreeland@grsm.com

Counsel for Defendants
Empire Holdings Group LLC and
Peter Prusinowski

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I caused a copy of the foregoing Consent Motion For Entry of Stipulated Preliminary Injunction and Memorandum In Support to be served on all counsel of record by Operation of the Court's electronic filing system.

/s/Amanda Grier
Amanda Grier