# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **EMPIRE HOLDINGS GROUP LLC,**<br>**PETER PRUSINOWSKI,**<br>Defendants. | **NO. 24CV4949** |

## O R D E R

**AND NOW**, this 8th day of November, 2024, it is **ORDERED** that a Show Cause Hearing has been scheduled in the above matter case on Tuesday, November 12, 2024, at 2:30 P.M., Courtroom 10-A, U.S. Courthouse, Philadelphia, PA.

**BY THE COURT:**

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**