IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| EMPIRE HOLDINGS GROUP, LLC, ET AL. | : | No.: 24-4949 |

ORDER

AND NOW, this 8th day of November 2024, it is hereby

ORDERED that the application of Gregory J. Christiansen_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

/s/ Wendy Beetlestone
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __24-4949__

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Gregory J. Christiansen, Esq.__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Nevada | 10/20/2004 | 8985 |
| Utah | 10/12/2005 | 10755 |
| Ohio | 10/23/2012 | 88947 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| United States Distr | 10/12/2005 | 10755 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __*Gregory Christiansen*__

Defendants

11/07/2024
(Date)

Name of Applicant's Firm: Guardian Law
Address: 833 E Pioneer Rd. Ste 102, Draper, UT 84020
Telephone Number: 844-409-1122
Email Address: greg@guardianlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/07/2024                      *Gregory Christiansen*
         (Date)                              (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Gregory J. Christiansen, Esq. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Shawn McBrearty, E | Shawn McBrearty (Digitally signed by Shawn McBrearty, Date: 2024.11.07 19:23:45 -05'00') | 04/25/2019 | 326661 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Sidkoff, Pincus & Green

1101 Market Street, Suite 2700, Philadelphia, PA 19107

(215)574-0600

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/01/2024
(Date)

Shawn McBrearty (Digitally signed by Shawn McBrearty, Date: 2024.11.07 19:23:27 -05'00')
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMIS | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| EMPIRE HOLDINGS GROU | : | No.: 24-4949 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Gregory J. Christiansen, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

ECF Notification to all counsel of record.

Shawn McBrearty
Digitally signed by Shawn McBrearty
Date: 2024.11.07 19:22:48 -05'00'
_____
(Signature of Attorney)

Shawn McBrearty, Esq.
_____
(Name of Attorney)

Gregory J. Christiansen
_____
(Name of Moving Party)

11/07/2024
_____
(Date)