**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

FEDERAL TRADE COMMISSION,                    )
                                             )
         Plaintiff,                          )
                                             )
    v.                                       )    Case No.  2:24-CV-4949
                                             )
EMPIRE HOLDINGS GROUP LLC, and               )
PETER PRUSINOWSKI Individually and as        )
officer of Empire Holdings Group LLC,        )
                                             )
         Defendants.                         )
_____ )

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

        PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(b) and because Defendants

are now represented by Sidkoff, Pincus, & Green, P.C. and Guardian Law, LLC (ECF No. 44, 48),

Gordon Rees Scully Mansukhani LLP hereby withdraws the appearance of Ryan M. Poteet, Stephen

R. Freeland, and Clair E. Wischusen as counsel for Defendants Empire Holdings Group LLC and

Peter Prusinowski.


Date:  November 8, 2024                    GORDON REES SCULLY MANSUKHANI LLP

                                           */s/ Ryan M. Poteet*
                                           Clair E. Wischusen (Bar No. 306752)
                                           Ryan M. Poteet (*pro hac vice*)
                                           Stephan R. Freeland (*pro hac vice*)
                                           GORDON REES SCULLY MANSUKHANI, LLP
                                           277 S. Washington Street, Suite 550
                                           Alexandria, Virginia 22314
                                           Tel. (202) 399-1009
                                           Fax. (202) 800-2999
                                           cwischusen@grsm.com
                                           rpoteet@grsm.com
                                           sfreeland@grsm.com
                                           *Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on this 8th day of November 2024, a true and accurate copy of the foregoing was electronically filed via the Court's ECF system pursuant to the agreement of the Parties, and was thereby served upon all counsel of record.


By:_____*/s/ Ryan M. Poteet*_____
Ryan M. Poteet