IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>              Plaintiff,<br><br>       v.<br><br>EMPIRE HOLDINGS GROUP LLC, PETER PRUSINOWSKI,<br>              Defendants. | CIVIL ACTION<br><br><br><br>NO.  24CV4949 |

## O R D E R

**AND NOW**, this 8th day of November, 2024, it is **ORDERED** that the Show Cause Hearing scheduled in the above matter case on Tuesday, November 12, 2024, at 2:30 P.M., is **CANCELED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**