IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** | : |
| **Plaintiff,** | : Civil Action |
| v. | : No. 2:24-cv-04949-WB |
| **EMPIRE HOLDINGS GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET and PETER PRUSINOWSKI,** | : |
| **Defendants.** | : |

## NOTICE OF RECEIVER'S ACCOUNTING

**PLEASE TAKE NOTICE** that the Receiver, Kevin Dooley Kent, hereby submits the Receiver's Accounting in follow-up to the Receiver's First Written Report to the Court (ECF No. 38) and pursuant to Section XII, Paragraph L of the Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, and Other Equitable Relief entered on September 20, 2024 ("TRO Order") (ECF No. 19) and Section XIII, Paragraph L of the Stipulated Preliminary Injunction entered on November 8, 2024 ("Stipulated PI") (ECF No. 49), both of which direct the Receiver to "[m]ake an accounting, as soon as practicable, of the Assets and financial condition of the receivership and file the accounting with the Court and deliver copies thereof to all parties[.]"  The Receiver's Accounting is reflected in the Declaration of Michael R. Shanahan, which is attached hereto as Exhibit A.

Respectfully Submitted,

Dated: November 15, 2024

*/s/ Robin S. Weiss*
**CLARK HILL PLC**
Robin S. Weiss, Esquire
Vanessa L. Huber, Esquire

2

Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Phone: (215) 640-8500
Fax: (215) 640-8501
Email: rsweiss@clarkhill.com
          vhuber@clarkhill.com

*Attorneys for Receiver, Kevin Dooley Kent*