## CERTIFICATE OF SERVICE

    I certify that on the date set forth below, the foregoing was electronically filed pursuant to the Court's ECF system and that the documents are available for downloading and viewing by counsel of record from the Court's ECF system.

Dated: 11/15/2024

**CLARK HILL PLC**

*/s/ Robin S. Weiss*
Robin S. Weiss, Esquire

*Attorney for Receiver, Kevin Dooley Kent*