**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | **Civil Action** |
| **v.** | |
| **EMPIRE HOLDING GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET and PETER PRUSINOWSKI,** | **No. 2:24-cv-04949-WB** |
| **Defendants.** | |

---

**CERTIFICATION OF RECEIVER, KEVIN DOOLEY KENT**

Pursuant to 28 U.S.C. § 1746, I hereby certify as follows:

1.      I, Kevin Dooley Kent, (the "Receiver" or "Applicant"), in support of the Motion of Receiver, Kevin Dooley Kent, for Approval of First Interim Fee Application for the Period September 20, 2024 through October 31, 2024 ("the Application"), hereby certify as follows:

   (a) I have read the Application;

   (b) To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application and all fees and expenses therein are true and accurate;

   (c) All fees contained in the Application are based on the rates listed in the Applicant's fee schedule and such fees are reasonable, necessary, and commensurate with the skill and experience for the activity performed; and

   (d) In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and

lien searches), the Applicant requests reimbursement only for the amount billed to the Applicant by the third party vendor and paid by the Applicant to such vendor. With regard to any like services performed by the Receiver or his staff, the Receiver certifies that he is not making a profit on such reimbursable service.

2.      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 19, 2024

Kevin Dooley Kent, Receiver

2