IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | : |
| Plaintiff, | : Civil Action |
| v. | : No. 2:24-cv-04949-WB |
| **EMPIRE HOLDINGS GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET and PETER PRUSINOWSKI,** | : |
| Defendants. | : |

# ORDER

**AND NOW**, this _____ day of _____ 2014, upon consideration of Receiver Kevin Dooley Kent's Motion for Approval of First Interim Fee Application for the Period September 20, 2024 through October 31, 2024, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.  It is **FURTHER ORDERED** as follows:

1. The Receiver's First Interim Fee Application is **APPROVED**.

2. Payment to Clark Hill PLC in the amount of $112,782.25, representing fees incurred for the Receiver's services performed between September 20, 2024 through October 31, 2024 is **APPROVED** and may be paid by the Receiver at this time.

3. Payment to Clark Hill PLC in the amount of $283,322.69, representing fees incurred for the Receiver's counsel's services performed between September 20, 2024 through October 31, 2024 is **APPROVED** and may be paid by the Receiver at the time.

4. Payment to Clark Hill PLC in the amount of $6,176.56, representing expenses incurred by Clark Hill PLC between September 20, 2024 through October 31, 2024 is **APPROVED** and may be paid by the Receiver at this time.

2

5.Payment to Alvarez & Marsal Disputes and Investigations, LLC in the amount of in the amount of $153,203.00, representing fees incurred for the Receiver's accountant's services performed between September 20, 2024 through October 31, 2024 is **APPROVED** and may be paid by the Receiver at this time.

**BY THE COURT:**

_____
, U.S.D.J.