IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **Plaintiff,** | Civil Action |
| v. | |
| **EMPIRE HOLDING GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET and PETER PRUSINOWSKI,** | No. 2:24-cv-04949-WB |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and correct copy of the Motion for Approval of the First Interim Fee Application for the Period September 20, 2024 through October 31, 2024 was filed and served on all counsel of record via the Court's Electronic Filing System pursuant to Fed. R. Civ. P. 5(b).

Dated: November 19, 2024

*s/ Robin S. Weiss*
Robin S. Weiss, Esq.
*Attorney for Receiver, Kevin Dooley Kent*