IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>    **Plaintiff,**<br>               v.<br><br>**EMPIRE HOLDINGS GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET, and PETER PRUSINOWSKI,**<br><br>    **Defendants.** | **Civil Action**<br><br><br><br>No. 2:24-cv-04949-WB |

### RECEIVER KEVIN DOOLEY KENT'S MOTION TO SEAL BILLS SUBMITTED IN CONNECTION WITH MOTIONS FOR APPROVAL OF INTERIM FEE APPLICATIONS

Pursuant to Local Civil Rule 5.1.5(a)(2), and for the reasons set forth in the accompanying memorandum of law, the Receiver, Kevin Dooley Kent, by and through his undersigned counsel, moves to seal his, his Law Firm, and his Accountant's bills submitted in connection with his Motion for Approval of First Interim Fee Application for the Period September 20, 2024 through October 31, 2024 (ECF No. 55), as well as such bills to be submitted in connection with all future motions to approve interim fee applications that the Receiver will file in this action.

Dated: November 20, 2024

Respectfully Submitted,

*/s/ Robin S. Weiss*
Robin S. Weiss, Esquire
Vanessa L. Huber, Esquire
**CLARK HILL PLC**
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103

                                                                                                 Phone: (215) 640-8500
Fax: (215) 640-8501
rsweiss@clarkhill.com
vhuber@clarkhill.com

*Attorneys for Receiver, Kevin Dooley Kent*