IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>    Plaintiff,<br><br>    v.<br><br>**EMPIRE HOLDINGS GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET, and PETER PRUSINOWSKI,**<br><br>    Defendants. | Civil Action<br><br>No. 2:24-cv-04949-WB |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon consideration of Receiver Kevin Dooley Kent's Motion to Seal, and any response thereto, and for good cause shown, it is hereby **ORDERED** that Receiver's Motion to Seal is **GRANTED**. The Clerk of Court is **ORDERED** to seal the bills submitted in connection with the Receiver's Motion for Approval of First Interim Fee Application for the Period September 20, 2024 through October 31, 2024, which are docketed at ECF No. 55.

It is **FURTHER ORDERED** that the bills submitted in connection with all future Motions for Approval of Interim Fee Applications filed by the Receiver in this action shall be **FILED UNDER SEAL**.

The Court may order disclosure of any subject covered by this Order or modify this Order at any time in the interest of justice.

**BY THE COURT:**

_____
, U.S.D.J.