## **CERTIFICATE OF SERVICE**

 I hereby certify that on this date a true and correct copy of the foregoing Motion to Seal was filed and served on all counsel of record via the Court's Electronic Filing System pursuant to Fed. R. Civ. P. 5(b).

Dated: 11/20/2024

*s/ Robin S. Weiss*
Robin S. Weiss, Esq.

*Attorney for Receiver, Kevin Dooley Kent*