**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                          )
FEDERAL TRADE COMMISSION,       )
                                                          )
      Plaintiff,                              )
                                                          )
     v.                                         )   Case No.  2:24-CV-4949
                                                          )
EMPIRE HOLDINGS GROUP LLC, and   )
PETER PRUSINOWSKI Individually and as )
officer of Empire Holdings Group LLC,    )
                                                          )
     Defendants.                        )
_____)

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(b) and because Defendants are now represented by Sidkoff, Pincus, & Green, P.C. and Guardian Law, LLC (ECF No. 44, 48), Gordon Rees Scully Mansukhani LLP hereby withdraws the appearance of Clair E. Wischusen as counsel for Defendants Empire Holdings Group LLC and Peter Prusinowski.

Date:  November 20, 2024                GORDON REES SCULLY MANSUKHANI LLP

                                                   */s/ Clair E Wischusen*
                                                   Clair E. Wischusen (Bar No. 306752)
                                                   Ryan M. Poteet (*pro hac vice*)
                                                   Stephen R. Freeland (*pro hac vice*)
                                                   Gordon Rees Scully Mansukhani, LLP
                                                   277 S. Washington Street, Suite 550
                                                   Alexandria, Virginia 22314
                                                   Tel. (202) 399-1009
                                                   Fax. (202) 800-2999
                                                   cwischusen@grsm.com
                                                   rpoteet@grsm.com
                                                   sfreeland@grsm.com
                                                   *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 20th day of November 2024, a true and accurate copy of the foregoing was electronically filed via the Court's ECF system pursuant to the agreement of the Parties, and was thereby served upon all counsel of record.

By: */s/ Clair E. Wischusen*
Clair E. Wischusen