**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Plaintiff, | **CIVIL ACTION** |
| **v.** | |
| **EMPIRE HOLDINGS GROUP LLC,**<br>**PETER PRUSINOWSKI,**<br>Defendants. | **NO.  24CV4949** |

## O R D E R

**AND NOW**, this 21st day of November, 2024, upon consideration of Receiver Kevin Dooley Kent's Motion to Seal Documents (ECF No. 56), **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART.**  The Motion is **GRANTED** only with regard to the relief requested in Footnote 1 on Page 3 of the Receiver's Memorandum of Law in Support of the Motion to Seal Documents (ECF No. 56-1).  In all other regards, the Motion is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**