# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** | : |
| **Plaintiff,** | : Civil Action |
| v. | : No. 2:24-cv-04949-WB |
| **EMPIRE HOLDINGS GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET and PETER PRUSINOWSKI,** | : |
| **Defendants.** | : |

## NOTICE OF FILING OF REDACTED EXHIBITS A AND B TO RECEIVER'S MOTION FOR APPROVAL OF FIRST INTERIM FEE APPLICATION (ECF NO. 54)

**PLEASE TAKE NOTICE** that the Receiver, Kevin Dooley Kent, hereby submits Redacted Exhibits A and B to the Receiver's Motion for Approval of First Interim Fee Application for the Period September 20, 2024 through October 31, 2024 (ECF No. 54).

Respectfully Submitted,

Dated: November 26, 2024

*/s/ Robin S. Weiss*
**CLARK HILL PLC**
Robin S. Weiss, Esquire
Vanessa L. Huber, Esquire
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Phone: (215) 640-8500
Fax: (215) 640-8501
Email: rsweiss@clarkhill.com
         vhuber@clarkhill.com

*Attorneys for Receiver, Kevin Dooley Kent*