# Exhibit B



**Alvarez & Marsal**
**Disputes and Investigations, LLC**

October 30, 2024

Kevin Dooley Kent, Receiver
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2640
Philadelphia, PA 19103

**INVOICE FOR SERVICES RENDERED**
**through September 30, 2024 not previously invoiced**

<u>Empire Holdings:</u> 859382-241028692

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Forensic Analysis Team:** | | | | |
| Michael Shanahan | Managing Director | 13.50 | $750 | $10,125.00 |
| Tracy Gosau | Director | 31.20 | $575 | $17,940.00 |
| Amee Mehta | Senior Associate | 25.20 | $450 | $11,340.00 |
| Madeline Alderfer | Associate | 13.10 | $350 | $4,585.00 |
| **Total Hours & Fees:** | | **83.00** | | $43,990.00 |
| **Total this Invoice:** | | | | $43,990.00 |
| **Payment Amount Due:** | | | | $ 43,990.00 |

<u>**Wire Instructions:**</u>
Bank:               Wells Fargo
ABA:                121000248
Account Name:       Alvarez & Marsal Disputes and Investigations, LLC
Account Number:     ▮▮▮▮▮▮▮▮
Reference #:        859382-241028692

<u>**Mail Instructions:**</u>
Alvarez & Marsal
Attn: Liz Carrington
600 Madison Avenue, 8th Floor
New York, NY 10022
Reference #:        859382-241028692

October 30, 2024                                                                                           859382-241028692

Kevin Dooley Kent, Receiver
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2640
Philadelphia, PA 19103


Re:   Federal Trade Commission v. Empire Holdings Group, LLC, also d/b/a Ecommerce Empire Builders
      and Storefunnels.net, et al (the "Action")

SERVICES RENDERED
   By Alvarez & Marsal Disputes and Investigations, LLC
   through September 30, 2024 not previously invoiced

| Name | Date | Description | Hours |
|---|---|---|---|
| Shanahan, Michael | 9/23/2024 | Communications to/from team regarding case status and strategy. | 0.30 |
| Shanahan, Michael | 9/23/2024 | Review documents related to case background. | 1.40 |
| Shanahan, Michael | 9/23/2024 | Teleconference with Receiver and counsel regarding case status and strategy. | 0.30 |
| Shanahan, Michael | 9/24/2024 | Call with M. Shanahan and T. Gosau (A&M) and counsel regarding account access. | 0.50 |
| Shanahan, Michael | 9/24/2024 | Call with M. Shanahan and T. Gosau (A&M) and counsel regarding updates from FTC. | 0.20 |
| Shanahan, Michael | 9/24/2024 | Communications to/from counsel regarding case strategy. | 0.20 |
| Shanahan, Michael | 9/24/2024 | Develop workplan and strategy. | 0.80 |
| Shanahan, Michael | 9/25/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel, and FTC to discuss FTCs' forensic investigation. | 0.60 |
| Shanahan, Michael | 9/25/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss available documents and next steps. | 0.20 |
| Shanahan, Michael | 9/25/2024 | Communications to/from counsel regarding case strategy. | 0.30 |
| Shanahan, Michael | 9/26/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss account access and documents reviewed to date. | 0.40 |
| Shanahan, Michael | 9/27/2024 | Review documents provided by counsel. | 2.40 |
| Shanahan, Michael | 9/27/2024 | Teleconference with A&M team (MS/TG/AM/MA) to discuss project status update and next steps. | 0.80 |
| Shanahan, Michael | 9/28/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel to discuss account access and deliverables. | 1.20 |
| Shanahan, Michael | 9/30/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel to discuss account access. | 0.20 |
| Shanahan, Michael | 9/30/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss open tasks (i.e. analysis ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). | 0.50 |
| Shanahan, Michael | 9/30/2024 | Call with M. Shanahan and T. Gosau (A&M), Counsel and Empire Accountant to understand accounting. | 1.20 |
| Shanahan, Michael | 9/30/2024 | Communications to/from counsel regarding accounting records. | 0.30 |
| Shanahan, Michael | 9/30/2024 | Review documents provided by counsel. | 1.40 |
| Shanahan, Michael | 9/30/2024 | Review schedule of transfers to Star Active Sports. | 0.30 |
| **Shanahan, Michael Total** | | | **13.50** |
| Gosau, Tracy | 9/23/2024 | Review TRO and supporting documents provided. | 2.20 |
| Gosau, Tracy | 9/24/2024 | Call with M. Shanahan and T. Gosau (A&M) and counsel regarding account access. | 0.50 |
| Gosau, Tracy | 9/24/2024 | Call with M. Shanahan and T. Gosau (A&M) and counsel regarding updates from FTC. | 0.20 |
| Gosau, Tracy | 9/24/2024 | Review additional documents provided by counsel re: Bank statement and other account statements. | 0.70 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Gosau, Tracy | 9/25/2024 | Call with A&M (T. Gosau) and Counsel to obtain QB access. | 0.60 |
| Gosau, Tracy | 9/25/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel, and FTC to discuss FTCs' forensic investigation. | 0.60 |
| Gosau, Tracy | 9/25/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss available documents and next steps. | 0.20 |
| Gosau, Tracy | 9/25/2024 | Call with T. Gosau and A. Mehta (A&M) to discuss QuickBooks data and reports. | 0.30 |
| Gosau, Tracy | 9/25/2024 | Calls with T. Gosau, A. Mehta, and M. Alderfer (A&M) to discuss case background and the emergency motion for TRO. | 0.50 |
| Gosau, Tracy | 9/25/2024 | Review documents produced and summarize available account records. | 1.10 |
| Gosau, Tracy | 9/25/2024 | Review QuickBooks general ledger reports re: Empire Accounting records. | 1.10 |
| Gosau, Tracy | 9/26/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss account access and documents reviewed to date. | 0.40 |
| Gosau, Tracy | 9/26/2024 | Calls with T. Gosau and A. Mehta (A&M) to discuss general ledger and bank statements activity. | 0.70 |
| Gosau, Tracy | 9/26/2024 | Review Empire account access for StoreFunnels.net. | 0.80 |
| Gosau, Tracy | 9/26/2024 | Review Empire comparative financials from QuickBooks. | 0.90 |
| Gosau, Tracy | 9/26/2024 | Review Empire financials P&L and balance sheet year over year comparison. | 0.90 |
| Gosau, Tracy | 9/26/2024 | Review extract of Stripe data and review Stripe for available data. | 0.90 |
| Gosau, Tracy | 9/27/2024 | Call with T. Gosau and A. Mehta (A&M) to discuss bank statement account activity. | 0.30 |
| Gosau, Tracy | 9/27/2024 | Call with T. Gosau and Counsel to discuss account access and available accounts. | 0.60 |
| Gosau, Tracy | 9/27/2024 | Call with T.Gosau (A&M) and Counsel for account access re: PayPal, Amex, and Robinhood. | 0.60 |
| Gosau, Tracy | 9/27/2024 | Prepare ████████████████████████████████ | 0.20 |
| Gosau, Tracy | 9/27/2024 | Review account access documents for Robinhood and PayPal. | 1.90 |
| Gosau, Tracy | 9/27/2024 | Review available information extracted for Storefunnel.com. | 1.00 |
| Gosau, Tracy | 9/27/2024 | Review documents uploaded by counsel re:Storefunnels, Monday (customer agreements). | 1.10 |
| Gosau, Tracy | 9/27/2024 | Review general ledger and bank statements for related parties (i.e. Atlas). | 1.20 |
| Gosau, Tracy | 9/27/2024 | Teleconference with A&M team (MS/TG/AM/MA) to discuss project status update and next steps. | 0.80 |
| Gosau, Tracy | 9/27/2024 | Teleconference with A&M team (MS/TG/AM/MA) to discuss project status update and next steps. | 0.80 |
| Gosau, Tracy | 9/27/2024 | Teleconference with A&M team (TG/AM/MA) to discuss project specific workstreams. | 0.10 |
| Gosau, Tracy | 9/28/2024 | Call with A&M (T. Gosau) and Counsel to discuss account access. | 0.20 |
| Gosau, Tracy | 9/28/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel to discuss account access and deliverables. | 1.20 |
| Gosau, Tracy | 9/30/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel to discuss account access. | 0.20 |
| Gosau, Tracy | 9/30/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss open tasks (i.e. analysis ████████████████████████████). | 0.50 |
| Gosau, Tracy | 9/30/2024 | Call with M. Shanahan and T. Gosau (A&M), Counsel and Empire Accountant to understand accounting. | 1.20 |
| Gosau, Tracy | 9/30/2024 | Call with T. Gosau, A. Mehta, and M. Alderfer (A&M) to discuss reconciliation of payment processor activity to general ledger. | 0.10 |
| Gosau, Tracy | 9/30/2024 | Calls with T. Gosau and A. Mehta (A&M) to discuss bank statements activity and ██████████████████████████ | 0.90 |
| Gosau, Tracy | 9/30/2024 | Review payments made to Star Active Sports. | 1.30 |
| Gosau, Tracy | 9/30/2024 | Review revenue analysis ████████████████ | 1.20 |
| Gosau, Tracy | 9/30/2024 | Review revenue analysis ████████████████ | 1.00 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Gosau, Tracy | 9/30/2024 | Review support schedules of balance sheet and P&L with proposed adjustments. | 2.20 |
| **Gosau, Tracy Total** | | | **31.20** |
| Mehta, Amee | 9/25/2024 | Call with T. Gosau and A. Mehta (A&M) to discuss QuickBooks data and reports. | 0.30 |
| Mehta, Amee | 9/25/2024 | Calls with T. Gosau, A. Mehta, and M. Alderfer (A&M) to discuss case background and the emergency motion for TRO. | 0.50 |
| Mehta, Amee | 9/25/2024 | Review emergency motion for TRO. | 1.60 |
| Mehta, Amee | 9/25/2024 | Review Empire Holdings QuickBooks general ledger and journal entry reports. | 0.60 |
| Mehta, Amee | 9/26/2024 | Calls with T. Gosau and A. Mehta (A&M) to discuss general ledger and bank statements activity. | 0.70 |
| Mehta, Amee | 9/26/2024 | Review and organize Empire Holdings bank statements for the period 2018 to 2024. | 1.30 |
| Mehta, Amee | 9/26/2024 | Review Empire Holdings general ledger activity. | 2.10 |
| Mehta, Amee | 9/26/2024 | Review Empire Holdings QuickBooks general ledger and journal entry reports. | 0.70 |
| Mehta, Amee | 9/26/2024 | Review Empire Holdings QuickBooks profit and lost statement reports. | 0.40 |
| Mehta, Amee | 9/26/2024 | Review Empire Holdings QuickBooks statement of cash flows reports. | 0.40 |
| Mehta, Amee | 9/26/2024 | Review Empire Holdings QuickBooks trial balance reports. | 0.80 |
| Mehta, Amee | 9/26/2024 | Summarize and compare Empire Holdings profit and lost statements for the years ended 2018 to 2024. | 0.70 |
| Mehta, Amee | 9/26/2024 | Summarize and compare Empire Holdings statement of cash flows for the years ended 2018 to 2024. | 0.20 |
| Mehta, Amee | 9/27/2024 | Call with T. Gosau and A. Mehta (A&M) to discuss bank statement account activity. | 0.80 |
| Mehta, Amee | 9/27/2024 | Prepare reconciliation of Empire Holdings cash transaction activity to general ledger. | 0.30 |
| Mehta, Amee | 9/27/2024 | Revise Empire Holdings cash reconciliation with bank statement activity. | 1.80 |
| Mehta, Amee | 9/27/2024 | Summarize ending bank account activity for Empire Holdings bank accounts. | 2.70 |
| Mehta, Amee | 9/27/2024 | Teleconference with A&M team (MS/TG/AM/MA) to discuss project status update and next steps. | 0.80 |
| Mehta, Amee | 9/27/2024 | Teleconference with A&M team (TG/AM/MA) to discuss project specific workstreams. | 0.10 |
| Mehta, Amee | 9/30/2024 | Call with T. Gosau, A. Mehta, and M. Alderfer (A&M) to discuss reconciliation of payment processor activity to general ledger. | 0.10 |
| Mehta, Amee | 9/30/2024 | Calls with T. Gosau and A. Mehta (A&M) to discuss bank statements activity and [REDACTED]. | 0.90 |
| Mehta, Amee | 9/30/2024 | Continue to prepare summary of Empire Holdings American express transaction activity. | 2.60 |
| Mehta, Amee | 9/30/2024 | Review Empire Holdings American express transaction activity. | 2.80 |
| Mehta, Amee | 9/30/2024 | Summarize and categorize Empire Holdings American express transaction activity. | 2.00 |
| **Mehta, Amee Total** | | | **25.20** |
| Alderfer, Madeline | 9/25/2024 | Calls with T. Gosau, A. Mehta, and M. Alderfer (A&M) to discuss case background and the emergency motion for TRO. | 0.50 |
| Alderfer, Madeline | 9/25/2024 | Review Document 1 Complaint and Document 2-3 Emergency Motion re: background on case. | 1.00 |
| Alderfer, Madeline | 9/26/2024 | Prepare [REDACTED] analysis [REDACTED]. | 1.20 |
| Alderfer, Madeline | 9/27/2024 | Access and review Storefunnels.net. | 0.40 |
| Alderfer, Madeline | 9/27/2024 | Compile Stripe payout transactions into one file. | 0.20 |
| Alderfer, Madeline | 9/27/2024 | Perform document review re: StoreFunnels.net. | 0.50 |
| Alderfer, Madeline | 9/27/2024 | Prepare [REDACTED] analysis [REDACTED]. | 2.50 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Alderfer, Madeline | 9/27/2024 | Teleconference with A&M team (MS/TG/AM/MA) to discuss project status update and next steps. | 0.80 |
| Alderfer, Madeline | 9/27/2024 | Teleconference with A&M team (TG/AM/MA) to discuss project specific workstreams. | 0.10 |
| Alderfer, Madeline | 9/30/2024 | Call with T. Gosau, A. Mehta, and M. Alderfer (A&M) to discuss reconciliation of payment processor activity to general ledger. | 0.10 |
| Alderfer, Madeline | 9/30/2024 | Prepare summary of Empire Holdings Group LLC Revenue Streams. | 0.70 |
| Alderfer, Madeline | 9/30/2024 | Reconcile Stripe Payout 2022 and 2023 transactions to FTC cash data. | 2.90 |
| Alderfer, Madeline | 9/30/2024 | Reconcile Stripe Payout transaction activity to general ledger. | 1.70 |
| Alderfer, Madeline | 9/30/2024 | Review PayPal transaction data 2018 through 2024. | 0.50 |
| **Alderfer, Madeline Total** | | | **13.10** |
| **Grand Total** | | | **83.00** |

Privileged & Confidential
Prepared at the Request of Counsel



**Alvarez & Marsal**
**Disputes and Investigations, LLC**

November 10, 2024

Kevin Dooley Kent, Receiver
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2640
Philadelphia, PA 19103

**INVOICE FOR SERVICES RENDERED**
**through October 31, 2024 not previously invoiced**

**Empire Holdings:** 859382-241104299

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Forensic Analysis Team:** | | | | |
| Michael Shanahan | Managing Director | 46.70 | $750 | $35,025.00 |
| Tracy Gosau | Director | 76.40 | $575 | $43,930.00 |
| Allison Cox | Manager | 5.20 | $490 | $2,548.00 |
| Amee Mehta | Senior Associate | 54.50 | $450 | $24,525.00 |
| Madeline Alderfer | Associate | 9.10 | $350 | $3,185.00 |
| **Total Hours & Fees:** | | **191.90** | | **$109,213.00** |
| **Total this Invoice:** | | | | **$109,213.00** |
| **Payment Amount Due:** | | | | **$ 109,213.00** |

| **Wire Instructions:** | | **Mail Instructions:** | |
|---|---|---|---|
| Bank: | Wells Fargo | Alvarez & Marsal | |
| ABA: | 121000248 | Attn: Liz Carrington | |
| Account Name: | Alvarez & Marsal Disputes and Investigations, LLC | 600 Madison Avenue, 8th Floor | |
| Account Number: | ▮▮▮▮▮▮▮▮ | New York, NY 10022 | |
| Reference #: | 859382-241104299 | Reference #: | 859382-241104299 |

November 10, 2024                                                                                                     859382-241104299

Kevin Dooley Kent, Receiver
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2640
Philadelphia, PA 19103

Re:   Federal Trade Commission v. Empire Holdings Group, LLC, also d/b/a Ecommerce Empire Builders
      and Storefunnels.net, et al (the "Action")

SERVICES RENDERED
   By Alvarez & Marsal Disputes and Investigations, LLC
   through October 31, 2024 not previously invoiced

| Name | Date | Description | Hours |
|---|---|---|---|
| Shanahan, Michael | 10/1/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss accounting for how cash is accounted for in the general ledger. | 0.70 |
| Shanahan, Michael | 10/1/2024 | Communications to/from counsel regarding case status and strategy. | 0.30 |
| Shanahan, Michael | 10/1/2024 | Communications to/from team regarding analyses. | 0.40 |
| Shanahan, Michael | 10/1/2024 | Review accounting records for Empire Holdings. | 2.30 |
| Shanahan, Michael | 10/1/2024 | Review and revise correspondence related to additional Receivership entities. | 0.30 |
| Shanahan, Michael | 10/2/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss [redacted]. | 0.30 |
| Shanahan, Michael | 10/2/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss [redacted]. | 0.30 |
| Shanahan, Michael | 10/2/2024 | Communications to/from team regarding analysis. | 0.30 |
| Shanahan, Michael | 10/2/2024 | Preliminary review of AMEX analysis schedules. | 0.60 |
| Shanahan, Michael | 10/2/2024 | Preliminary review of cash analysis schedules. | 0.90 |
| Shanahan, Michael | 10/2/2024 | Review accounting records. | 2.60 |
| Shanahan, Michael | 10/3/2024 | Communications to/from team regarding accounting schedules. | 0.30 |
| Shanahan, Michael | 10/3/2024 | Communications to/from team regarding memo [redacted]. | 0.40 |
| Shanahan, Michael | 10/3/2024 | Review and revise accounting schedules. | 1.30 |
| Shanahan, Michael | 10/3/2024 | Review and revise memo [redacted]. | 2.20 |
| Shanahan, Michael | 10/3/2024 | Review documents related to accounting analysis. | 1.50 |
| Shanahan, Michael | 10/3/2024 | Working session with M. Shanahan and T. Gosau to discuss accounting treatment of Equity. | 1.40 |
| Shanahan, Michael | 10/4/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel [redacted]. | 1.80 |
| Shanahan, Michael | 10/4/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss open items. | 0.60 |
| Shanahan, Michael | 10/4/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss revenue transactions (Wave, Stripe and PayPal). | 0.40 |
| Shanahan, Michael | 10/4/2024 | Communications to/from team regarding case status and strategy. | 0.30 |
| Shanahan, Michael | 10/4/2024 | Review documents in preparation for call with counsel. | 0.50 |
| Shanahan, Michael | 10/7/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss Wave transaction data. | 0.20 |
| Shanahan, Michael | 10/7/2024 | Correspondence to/from team regarding back office expenses. | 0.20 |
| Shanahan, Michael | 10/7/2024 | Review documents related to back office support. | 0.50 |
| Shanahan, Michael | 10/8/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel [redacted]. | 0.70 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Shanahan, Michael | 10/8/2024 | Call with M. Shanahan and T. Gosau (A&M), Counsel, and Empire Tax Accountant (Angela) to discuss accounting for back office support. | 0.30 |
| Shanahan, Michael | 10/8/2024 | Call with M. Shanahan and T. Gosau to discuss status of deliverables. | 0.60 |
| Shanahan, Michael | 10/8/2024 | Review accounting records related to revenue transactions. | 0.60 |
| Shanahan, Michael | 10/9/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel ▮. | 0.60 |
| Shanahan, Michael | 10/9/2024 | Communications to/from team regarding accounting analysis. | 0.30 |
| Shanahan, Michael | 10/9/2024 | Review and revise follow-up questions for defendant. | 0.50 |
| Shanahan, Michael | 10/10/2024 | Call with M. Shanahan and T. Gosau (A&M) ▮. | 1.00 |
| Shanahan, Michael | 10/10/2024 | Review documents provided by counsel. | 1.30 |
| Shanahan, Michael | 10/11/2024 | Call with M. Shanahan and T. Gosau (A&M) ▮. | 0.80 |
| Shanahan, Michael | 10/11/2024 | Review and revise updated memo. | 2.10 |
| Shanahan, Michael | 10/11/2024 | Review supporting documents and analyses ▮. | 1.30 |
| Shanahan, Michael | 10/13/2024 | Review draft letter related to additional Receivership parties and communications related thereto. | 0.30 |
| Shanahan, Michael | 10/14/2024 | Communications to/from counsel regarding ongoing analyses. | 0.30 |
| Shanahan, Michael | 10/14/2024 | Communications to/from team regarding ongoing analyses. | 0.40 |
| Shanahan, Michael | 10/14/2024 | Review documents and analyses ▮. | 0.80 |
| Shanahan, Michael | 10/15/2024 | Communications to/from team regarding ▮. | 0.60 |
| Shanahan, Michael | 10/15/2024 | Review and revise updated memo ▮. | 1.30 |
| Shanahan, Michael | 10/15/2024 | Review documents supporting updated memo. | 1.20 |
| Shanahan, Michael | 10/15/2024 | Review updated financial statements for Empire Holdings. | 0.70 |
| Shanahan, Michael | 10/16/2024 | Call with M. Shanahan and T. Gosau (A&M) ▮. | 0.40 |
| Shanahan, Michael | 10/16/2024 | Communications to/from team regarding memo. | 0.30 |
| Shanahan, Michael | 10/16/2024 | Review documents provided by Empire Tax. | 0.60 |
| Shanahan, Michael | 10/16/2024 | Review revisions to ▮. | 0.50 |
| Shanahan, Michael | 10/16/2024 | Review updated memo ▮. | 1.40 |
| Shanahan, Michael | 10/17/2024 | Communications to/from counsel ▮. | 0.30 |
| Shanahan, Michael | 10/17/2024 | Review and revise ▮. | 0.40 |
| Shanahan, Michael | 10/18/2024 | Call with M. Shanahan (A&M) and counsel to discuss deliverable. | 1.00 |
| Shanahan, Michael | 10/18/2024 | Communications to/from counsel regarding Receiver's report. | 0.30 |
| Shanahan, Michael | 10/21/2024 | Communications to/from team ▮. | 0.30 |
| Shanahan, Michael | 10/21/2024 | Review analyses ▮. | 0.80 |
| Shanahan, Michael | 10/21/2024 | Review and revise ▮. | 1.20 |
| Shanahan, Michael | 10/21/2024 | Review updated memo ▮. | 1.50 |
| Shanahan, Michael | 10/24/2024 | Call with M. Shanahan and T. Gosau (A&M) and counsel ▮. | 0.60 |
| Shanahan, Michael | 10/24/2024 | Call with M. Shanahan and T. Gosau (A&M) to continue discussion on future accounting of Empire Holdings. | 0.20 |
| Shanahan, Michael | 10/25/2024 | Call with M. Shanahan and T. Gosau (A&M) and A. Smith (Empire Tax) to continue discussion on future accounting of Empire Holdings. | 0.40 |
| Shanahan, Michael | 10/25/2024 | Call with M. Shanahan and T. Gosau (A&M) to continue discussion on future accounting of Empire Holdings. | 0.20 |
| **Shanahan, Michael Total** | | | **46.70** |
| Gosau, Tracy | 10/1/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss accounting for how cash is accounted for in the general ledger. | 0.70 |

Privileged & Confidential
Prepared at the Request of Counsel

| Name | Date | Description | Hours |
|---|---|---|---|
| Gosau, Tracy | 10/1/2024 | Call with T. Gosau and A. Cox (A&M) regarding PayPal income transactions. | 0.50 |
| Gosau, Tracy | 10/1/2024 | Quantify bank transactions in the TD Bank statements recorded without a description re: Debit withdrawals. | 0.60 |
| Gosau, Tracy | 10/1/2024 | Review American Express analysis ▓▓▓▓▓ | 2.20 |
| Gosau, Tracy | 10/1/2024 | Review cash analysis ▓▓▓▓▓ | 0.90 |
| Gosau, Tracy | 10/1/2024 | Review income analysis ▓▓▓▓▓ | 1.80 |
| Gosau, Tracy | 10/1/2024 | Review Schwab account transactions and accounts (Brokerage Accounts). | 1.70 |
| Gosau, Tracy | 10/2/2024 | Call with M. Shanahan and T. Gosau (A&M) ▓▓▓▓▓ | 0.30 |
| Gosau, Tracy | 10/2/2024 | Call with M. Shanahan and T. Gosau (A&M) ▓▓▓▓▓ | 0.30 |
| Gosau, Tracy | 10/2/2024 | Call with T. Gosau (A&M) and Counsel ▓▓▓▓▓ | 0.40 |
| Gosau, Tracy | 10/2/2024 | Call with T.Gosau (A&M) and Clark Hill to discuss deliverable. | 0.40 |
| Gosau, Tracy | 10/2/2024 | Quantify ▓▓▓▓▓ | 1.80 |
| Gosau, Tracy | 10/2/2024 | Review account records and cash for related party transfers. | 2.20 |
| Gosau, Tracy | 10/2/2024 | Review documents and underlying records related to Empire Network. | 0.60 |
| Gosau, Tracy | 10/2/2024 | Review treatment of how transactions are recorded to equity. | 0.80 |
| Gosau, Tracy | 10/2/2024 | Summarize ▓▓▓▓▓ | 1.70 |
| Gosau, Tracy | 10/3/2024 | Review balance sheet and P&L with internal adjustments. | 2.20 |
| Gosau, Tracy | 10/3/2024 | Review general ledger transaction detail related to equity re: Crypto. | 1.40 |
| Gosau, Tracy | 10/3/2024 | Review general ledger transaction detail related to equity re: Personal Expense. | 2.40 |
| Gosau, Tracy | 10/3/2024 | Review sub schedules related to other operating expenses and personal expenses in equity. | 1.30 |
| Gosau, Tracy | 10/3/2024 | Update memo ▓▓▓▓▓ | 1.70 |
| Gosau, Tracy | 10/3/2024 | Working session with M. Shanahan and T. Gosau to discuss accounting treatment of Equity. | 1.40 |
| Gosau, Tracy | 10/4/2024 | Adjust P&L and balance sheet for additional personal expenses. | 1.30 |
| Gosau, Tracy | 10/4/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel ▓▓▓▓▓ | 1.80 |
| Gosau, Tracy | 10/4/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss open items. | 0.60 |
| Gosau, Tracy | 10/4/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss revenue transactions (Wave, Stripe and PayPal). | 0.40 |
| Gosau, Tracy | 10/4/2024 | Call with T. Gosau (A&M) and Counsel to discuss access to Coinbase and Gemini. | 0.40 |
| Gosau, Tracy | 10/4/2024 | Review cash transactions and check activity for additional personal benefits of Peter Pru. | 1.10 |
| Gosau, Tracy | 10/4/2024 | Review SPLIT Transactions booked as personal expenses in equity account. | 0.30 |
| Gosau, Tracy | 10/4/2024 | Review Wave transaction data and subscription summary. | 0.60 |
| Gosau, Tracy | 10/7/2024 | Call with M. Shanahan and T. Gosau (A&M) to discuss Wave transaction data. | 0.20 |
| Gosau, Tracy | 10/7/2024 | Review analysis ▓▓▓▓▓ | 0.90 |
| Gosau, Tracy | 10/7/2024 | Review breakout of personal expenses booked to equity by transaction. | 1.10 |

Privileged & Confidential
Prepared at the Request of Counsel

| Name | Date | Description | Hours |
|---|---|---|---|
| Gosau, Tracy | 10/7/2024 | Review checks written through to personal benefit (Payroll/Taxes). | 1.20 |
| Gosau, Tracy | 10/7/2024 | Review Empire 1099 forms to identify payments to back office support. | 0.20 |
| Gosau, Tracy | 10/7/2024 | Review general ledger for payments to back office support. | 0.30 |
| Gosau, Tracy | 10/7/2024 | Review Wave access and available information. | 0.60 |
| Gosau, Tracy | 10/8/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel [redacted] | 0.70 |
| Gosau, Tracy | 10/8/2024 | Call with M. Shanahan and T. Gosau (A&M), Counsel, and Empire Tax Accountant (Angela) to discuss accounting for back office support. | 0.30 |
| Gosau, Tracy | 10/8/2024 | Call with M. Shanahan and T. Gosau to discuss status of deliverables. | 0.60 |
| Gosau, Tracy | 10/8/2024 | Review analysis [redacted] | 2.20 |
| Gosau, Tracy | 10/8/2024 | Review checks written from TD Bank and accounting split transactions. | 1.40 |
| Gosau, Tracy | 10/9/2024 | Call with M. Shanahan and T. Gosau (A&M) and Counsel [redacted] | 0.60 |
| Gosau, Tracy | 10/9/2024 | Draft [redacted] | 0.30 |
| Gosau, Tracy | 10/9/2024 | Review ACH transactions available in TD Bank. | 0.40 |
| Gosau, Tracy | 10/9/2024 | Review P&L month over month in 2024. | 1.10 |
| Gosau, Tracy | 10/9/2024 | Review signed contracts available in HelloSign. | 1.50 |
| Gosau, Tracy | 10/9/2024 | Review TD bank activity post TRO Issuance. | 0.60 |
| Gosau, Tracy | 10/9/2024 | Summarize [redacted] | 2.20 |
| Gosau, Tracy | 10/10/2024 | Address edits [redacted] | 1.60 |
| Gosau, Tracy | 10/10/2024 | Call with M. Shanahan and T. Gosau (A&M) [redacted] | 1.00 |
| Gosau, Tracy | 10/10/2024 | Review payment platforms to determine revenue post Receivership Order. | 1.60 |
| Gosau, Tracy | 10/10/2024 | Review signed contracts available in HelloSign. | 0.90 |
| Gosau, Tracy | 10/11/2024 | Address edits [redacted]. | 1.10 |
| Gosau, Tracy | 10/11/2024 | Call with M. Shanahan and T. Gosau (A&M) [redacted] | 0.80 |
| Gosau, Tracy | 10/11/2024 | Call with T. Gosau (A&M) and Counsel to discuss account access and available balances. | 0.90 |
| Gosau, Tracy | 10/11/2024 | Review HelloSign contracts for continuity across programs/subscriptions. | 0.60 |
| Gosau, Tracy | 10/11/2024 | Review revenue post Receivership Order in Wave platform. | 1.40 |
| Gosau, Tracy | 10/12/2024 | Review Schwab transaction activity re: Atlas funding. | 0.30 |
| Gosau, Tracy | 10/13/2024 | Review cash transfers from Empire Holdings to Peter Pru's personal account. | 0.20 |
| Gosau, Tracy | 10/14/2024 | Address comments [redacted] | 2.20 |
| Gosau, Tracy | 10/14/2024 | Compare Empire transfers to Peter Pru vs funding of personal Schwab accounts. | 0.90 |
| Gosau, Tracy | 10/15/2024 | Address comments [redacted] | 1.30 |
| Gosau, Tracy | 10/15/2024 | Address comments [redacted] | 2.20 |
| Gosau, Tracy | 10/16/2024 | Address comments [redacted] | 0.90 |
| Gosau, Tracy | 10/16/2024 | Call with M. Shanahan and T. Gosau (A&M) [redacted] | 0.40 |
| Gosau, Tracy | 10/16/2024 | Prepare [redacted] | 0.20 |
| Gosau, Tracy | 10/16/2024 | Review Empire Holdings tax filings and other related tax documents. | 0.30 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Gosau, Tracy | 10/18/2024 | Call with T. Gosau (A&M) and counsel to incorporate new account balances. | 0.20 |
| Gosau, Tracy | 10/18/2024 | Correspond with team regarding ▓▓▓▓▓▓▓▓ analysis. | 0.50 |
| Gosau, Tracy | 10/21/2024 | Review Receiver report from counsel. | 2.20 |
| Gosau, Tracy | 10/21/2024 | Update ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.10 |
| Gosau, Tracy | 10/22/2024 | Call with T. Gosau (A&M) and counsel to update balance sheet numbers in filing. | 0.40 |
| Gosau, Tracy | 10/22/2024 | Prepare ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.60 |
| Gosau, Tracy | 10/24/2024 | Call with M. Shanahan and T. Gosau (A&M) and counsel ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.60 |
| Gosau, Tracy | 10/24/2024 | Call with M. Shanahan and T. Gosau (A&M) to continue discussion on future accounting of Empire Holdings. | 0.20 |
| Gosau, Tracy | 10/25/2024 | Call with M. Shanahan and T. Gosau (A&M) and A. Smith (Empire Tax) to continue discussion on future accounting of Empire Holdings. | 0.40 |
| Gosau, Tracy | 10/25/2024 | Call with M. Shanahan and T. Gosau (A&M) to continue discussion on future accounting of Empire Holdings. | 0.20 |
| **Gosau, Tracy Total** | | | **76.40** |
| Cox, Allison | 10/1/2024 | Call with T. Gosau and A. Cox (A&M) regarding PayPal income transactions. | 0.50 |
| Cox, Allison | 10/1/2024 | Reconcile PayPal data to General Ledger detail. | 2.90 |
| Cox, Allison | 10/1/2024 | Summarize PayPal data in relation to General Ledger reconciliation. | 1.80 |
| **Cox, Allison Total** | | | **5.20** |
| Mehta, Amee | 10/1/2024 | Categorize expenses by general ledger account for analysis. | 2.10 |
| Mehta, Amee | 10/1/2024 | Cleanse and scrub Empire Holdings general ledger expense detail for analysis. | 1.70 |
| Mehta, Amee | 10/1/2024 | Prepare a summary of Empire Holdings expenses by vendor and year. | 0.60 |
| Mehta, Amee | 10/1/2024 | Prepare a summary of Empire Holdings expenses to highlight usages. | 0.40 |
| Mehta, Amee | 10/1/2024 | Revise ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ analysis. | 1.90 |
| Mehta, Amee | 10/1/2024 | Working sessions to discuss revisions to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ analyses. | 1.20 |
| Mehta, Amee | 10/2/2024 | Prepare Empire Holdings adjusting entries for potential accounting errors. | 1.20 |
| Mehta, Amee | 10/2/2024 | Prepare summary of Empire Holdings adjusted and unadjusted balance sheets for period ended August 2024 and years ended 2018 to 2023. | 0.40 |
| Mehta, Amee | 10/2/2024 | Prepare summary of Empire Holdings adjusted and unadjusted profit and loss statements for period ended August 2024 and years ended 2018 to 2023. | 0.80 |
| Mehta, Amee | 10/2/2024 | Review Empire Holdings and affiliated entities bank statement ending account activity. | 1.40 |
| Mehta, Amee | 10/2/2024 | Review Empire Holdings journal entries for closing and posting closing booking pattern. | 0.90 |
| Mehta, Amee | 10/2/2024 | Review Empire Holdings transaction detail for transfers to Peter Prusinowski and affiliates. | 0.70 |
| Mehta, Amee | 10/2/2024 | Revise summary of Empire Holdings adjusted and unadjusted balance sheets for period ended August 2024 and years ended 2018 to 2023. | 0.30 |
| Mehta, Amee | 10/2/2024 | Revise summary of Empire Holdings adjusted and unadjusted profit and loss statements for period ended August 2024 and years ended 2018 to 2023. | 1.80 |
| Mehta, Amee | 10/3/2024 | Continue to extract and review Empire Holdings journal entries for personal expenses. | 0.70 |
| Mehta, Amee | 10/3/2024 | Extract and review Empire Holdings journal entries for crypto. | 0.80 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Mehta, Amee | 10/3/2024 | Extract and review Empire Holdings journal entries for personal expenses. | 0.30 |
| Mehta, Amee | 10/3/2024 | Prepare schedule of Empire Holdings business expenses. | 2.90 |
| Mehta, Amee | 10/3/2024 | Review Empire Holdings bank statement activity. | 0.70 |
| Mehta, Amee | 10/3/2024 | Review Empire Holdings QuickBooks for transaction activity and journal entries. | 0.20 |
| Mehta, Amee | 10/3/2024 | Revise schedules of Empire Holdings restated balance sheets for period ended August 2024. | 0.30 |
| Mehta, Amee | 10/3/2024 | Revise summary of Empire Holdings adjusted and unadjusted profit and loss statements for period ended August 2024 and years ended 2018 to 2023. | 0.40 |
| Mehta, Amee | 10/3/2024 | Working session to discuss [redacted] | 0.90 |
| Mehta, Amee | 10/4/2024 | Continue to extract and review Empire Holdings journal entries for personal expenses. | 0.30 |
| Mehta, Amee | 10/4/2024 | Extract and review Empire Holdings journal entries for personal expenses. | 0.80 |
| Mehta, Amee | 10/4/2024 | Review customer programs subscriptions for revenue analysis for Empire Holdings. | 2.90 |
| Mehta, Amee | 10/7/2024 | Categorize Empire Holdings Wave customers payments by program. | 0.40 |
| Mehta, Amee | 10/7/2024 | Review Empire Holdings PayPal and American Express transaction activity. | 1.30 |
| Mehta, Amee | 10/7/2024 | Review Empire Holdings Stripe customer payments activity. | 0.80 |
| Mehta, Amee | 10/7/2024 | Review Empire Holdings Wave activity to review customer programs and related invoices. | 0.90 |
| Mehta, Amee | 10/7/2024 | Revise summary of Empire Holdings Wave customer payments by program. | 0.80 |
| Mehta, Amee | 10/7/2024 | Summarize Empire Holdings Stripe customer payments by program. | 0.60 |
| Mehta, Amee | 10/7/2024 | Summarize Empire Holdings Wave customer payments by program. | 1.90 |
| Mehta, Amee | 10/8/2024 | Review Empire Holdings bank account activity for transfers to related parties and unknown counterparties. | 1.70 |
| Mehta, Amee | 10/8/2024 | Review Empire Holdings financial statements for period January through August 2024. | 0.30 |
| Mehta, Amee | 10/8/2024 | Summarize bank statement account ending balances for Empire Holdings accounts. | 1.10 |
| Mehta, Amee | 10/8/2024 | Working session to discuss bank statement accounts and related activity. | 0.40 |
| Mehta, Amee | 10/9/2024 | Prepare a summary of Empire Holdings customer program contracts by price. | 0.50 |
| Mehta, Amee | 10/9/2024 | Prepare an analysis [redacted] | 0.60 |
| Mehta, Amee | 10/9/2024 | Review Empire Holdings bank account activity for transfers to related parties and unknown counterparties. | 0.70 |
| Mehta, Amee | 10/9/2024 | Review Empire Holdings customer program contracts. | 1.30 |
| Mehta, Amee | 10/10/2024 | Review Empire Holdings customer program HelloSign contracts. | 0.40 |
| Mehta, Amee | 10/10/2024 | Revise summary [redacted] | 0.20 |
| Mehta, Amee | 10/10/2024 | Revise summary [redacted] | 0.50 |
| Mehta, Amee | 10/11/2024 | Categorize Empire Holdings Wave 2023 customer payments activity for program type. | 0.80 |
| Mehta, Amee | 10/11/2024 | Prepare a summary [redacted]. | 1.30 |
| Mehta, Amee | 10/11/2024 | Review Empire Holdings Wave customer invoices and HelloSign contracts for revenue analysis. | 1.60 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Mehta, Amee | 10/11/2024 | Review revenue activity post Receivership Order in PayPal and Wave platform. | 1.10 |
| Mehta, Amee | 10/11/2024 | Summarize Empire Holdings Wave 2023 customer payments by program. | 0.20 |
| Mehta, Amee | 10/14/2024 | Prepare summary of Empire Holdings balance sheet for preliminary observations. | 0.40 |
| Mehta, Amee | 10/14/2024 | Prepare summary of Empire Holdings profit and loss statements for preliminary observations. | 0.40 |
| Mehta, Amee | 10/14/2024 | Review Empire Holdings customer contract terms and prices. | 1.70 |
| Mehta, Amee | 10/14/2024 | Revise a summary ▮▮▮ | 0.70 |
| Mehta, Amee | 10/15/2024 | Quality control review ▮▮▮ | 1.40 |
| Mehta, Amee | 10/15/2024 | Review Empire Holdings payment platforms and QuickBooks for any documentation of accounts receivable ledgers. | 0.20 |
| Mehta, Amee | 10/15/2024 | Revise Empire Holdings ▮▮▮ | 1.70 |
| Mehta, Amee | 10/21/2024 | Review Empire Holdings PayPal and American Express transaction activity. | 0.20 |
| Mehta, Amee | 10/21/2024 | Review Empire Partners Network QuickBooks files. | 0.40 |
| Mehta, Amee | 10/22/2024 | Review and summarize Empire Holdings American Express total balances. | 0.50 |
| Mehta, Amee | 10/23/2024 | Review Empire Partners Network QuickBooks balance sheet reports. | 0.30 |
| Mehta, Amee | 10/23/2024 | Review Empire Partners Network QuickBooks general ledger detail reports. | 0.30 |
| Mehta, Amee | 10/23/2024 | Review Empire Partners Network QuickBooks profit and lost statement reports. | 0.30 |
| **Mehta, Amee Total** | | | **54.50** |
| Alderfer, Madeline | 10/1/2024 | Review general ledger (2018-2024) accounting entries related to cash accounts. | 2.10 |
| Alderfer, Madeline | 10/1/2024 | Prepare analysis ▮▮▮ | 0.50 |
| Alderfer, Madeline | 10/1/2024 | Prepare analysis ▮▮▮ | 1.30 |
| Alderfer, Madeline | 10/1/2024 | Prepare ▮▮▮ analysis. | 0.70 |
| Alderfer, Madeline | 10/1/2024 | Prepare ▮▮▮ analysis ▮▮▮ | 0.90 |
| Alderfer, Madeline | 10/1/2024 | Prepare summary to analyze ▮▮▮ | 1.50 |
| Alderfer, Madeline | 10/1/2024 | Prepare a summary, ▮▮▮ | 0.70 |
| Alderfer, Madeline | 10/1/2024 | Review and update ▮▮▮ analysis ▮▮▮ | 1.20 |
| Alderfer, Madeline | 10/1/2024 | Review general ledger and cash activity ▮▮▮ | 0.20 |
| **Alderfer, Madeline Total** | | | **9.10** |
| **Grand Total** | | | **191.90** |

Privileged & Confidential
Prepared at the Request of Counsel