# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>   **Plaintiff,**<br>              v.<br><br>**EMPIRE HOLDING GROUP LLC d/b/a ECOMMERCE EMPIRE BUILDERS d/b/a STOREFUNNELS.NET and PETER PRUSINOWSKI,**<br><br>   **Defendants.** | Civil Action<br><br>No. 2:24-cv-04949-WB |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and correct copy of the foregoing was filed and served on all counsel of record via the Court's Electronic Filing System pursuant to Fed. R. Civ. P. 5(b).

Dated: November 26, 2024

*s/ Robin S. Weiss*
Robin S. Weiss, Esquire

*Attorney for Receiver, Kevin Dooley Kent*