IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EMPIRE HOLDINGS GROUP LLC, and PETER PRUSINOWSKI Individually and as officer of Empire Holdings Group LLC, <br><br> Defendants. | Case No. 2:24-CV-4949 |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1(b) and because Defendants are now represented by Sidkoff, Pincus, & Green, P.C. and Guardian Law, LLC (ECF No. 44, 48), Gordon Rees Scully Mansukhani LLP hereby withdraws the appearance of Stephen R. Freeland as counsel for Defendants Empire Holdings Group LLC and Peter Prusinowski.

Date: December 13, 2024

GORDON REES SCULLY MANSUKHANI LLP

*/s/ Stephen R. Freeland*
Clair E. Wischusen (Bar No. 306752)
Ryan M. Poteet (*pro hac vice*)
Stephen R. Freeland (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
277 S. Washington Street, Suite 550
Alexandria, Virginia 22314
Tel. (202) 399-1009
Fax. (202) 800-2999
cwischusen@grsm.com
rpoteet@grsm.com
sfreeland@grsm.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 13, 2024, a true and accurate copy of the foregoing Notice of Withdrawal of Counsel was electronically filed via the Court's ECF system, and was thereby served upon all counsel of record.


By: _/s/ Stephen R. Freeland_
Stephen R. Freeland