# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **EMPIRE HOLDINGS GROUP LLC,**<br>**PETER PRUSINOWSKI,**<br>Defendants. | **NO. 24CV4949** |

## O R D E R

**AND NOW**, this 18th day of December, 2024, upon consideration of Defendants Empire Holdings Group LLC and Peter Prusinowski's Motion to Dismiss for Failure to State a Claim (ECF No. 23), as well as all responses and replies thereto (ECF Nos. 36, 39), it is **HEREBY ORDERED** that Defendants' Motion is **DENIED WITHOUT PREJUDICE**.

Defendants shall have leave to re-file an exact copy of this Motion at a later date. If Defendants do file such a motion, then Plaintiff Federal Trade Commission shall file an exact copy of its Response in Opposition (ECF No. 36), and Defendants shall thereafter file an exact copy of their Reply in Support (ECF No. 39). Neither party shall submit any edited or additional briefs with regard to this Motion.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**