IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **EMPIRE HOLDINGS GROUP LLC,**<br>**PETER PRUSINOWSKI,**<br>Defendants. | **NO. 24CV4949** |

### O R D E R

**AND NOW**, this 18th day of December, 2024, upon consideration of Receiver Kevin Dooley Kent's Motion for Approval of First Interim Fee Application for the Period September 20, 2024, through October 31, 2024 (ECF No. 54), the Motion is **HEREBY GRANTED**. It is **ORDERED** as follows:

1. The Receiver's First Interim Fee Application is **APPROVED**.

2. Payment to Clark Hill PLC in the amount of $112,782.25, representing fees incurred for the Receiver's services performed between September 20, 2024, through October 31, 2024, is **APPROVED** and may be paid by the Receiver at this time.

3. Payment to Clark Hill PLC in the amount of $283,322.69, representing fees incurred for the Receiver's counsel's services performed between September 20, 2024, through October 31, 2024, is **APPROVED** and may be paid by the Receiver at the time.

4. Payment to Clark Hill PLC in the amount of $6,176.56, representing expenses incurred by Clark Hill PLC between September 20, 2024, through October 31, 2024, is **APPROVED** and may be paid by the Receiver at this time.

2

5. Payment to Alvarez & Marsal Disputes and Investigations, LLC in the amount of $153,203.00, representing fees incurred for the Receiver's accountant's services performed between September 20, 2024, through October 31, 2024, is **APPROVED** and may be paid by the Receiver at this time.

                          **BY THE COURT:**

                          /s/Wendy Beetlestone, J.

                          _____
                          **WENDY BEETLESTONE, J.**