

Robin S. Weiss
T (215) 864-8086
F (215) 523-9714
Email:rsweiss@ClarkHill.com

Clark Hill
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
T (215) 640-8500
F (215) 640-8501

January 6, 2025

*VIA ELECTRONIC FILING AND ELECTRONIC MAIL*

The Honorable Wendy Beetlestone
United States District Court, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Courtroom 10-A
Philadelphia, PA 19106
Chambers_of_Judge_Beetlestone@paed.uscourts.gov

    Re:   *FTC v. Empire Holdings Group LLC, et al.,* **No. 2:24-cv-04949-WB**
           <u>Letter from Receiver Regarding Rule 16 Conference</u>

Dear Judge Beetlestone:

    We are in receipt of the Notice of Preliminary Pretrial Conference issued by the Court on December 23, 2024, which scheduled a Rule 16 Conference in this matter for January 8, 2025 at 10:30 a.m. (ECF No. 65). The Notice requires the presence of lead counsel at the Rule 16 Conference, and further provides that a failure to appear, absent good cause, will result in the imposition of monetary sanctions.

    Given the intended subject matter of the Conference, and that the Receiver is not a plaintiff or defendant in this enforcement action, it is our understanding that the Court does not expect the Receiver or his counsel to participate in the Conference. Therefore, in the interest of preserving expenses and costs, counsel for the Receiver do not plan to appear. However, we will remain ready and available to log-in to the Conference should the Court request our presence.

    We remain available should the Court have any concerns regarding the above.

                             Respectfully Submitted,

                             CLARK HILL

                           */s/ Robin S. Weiss*
                           Robin S. Weiss
                           Vanessa L. Huber

RSW:

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, a true and correct copy of the foregoing Letter was filed and served on all counsel of record via the Court's Electronic Filing System pursuant to Fed. R. Civ. P. 5(b).

Dated: January 6, 2025                          *s/ Robin S. Weiss*
                                                          Robin S. Weiss, Esq.

                                                          *Attorney for Receiver, Kevin Dooley Kent*