UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>  Plaintiff,<br><br>       v.<br><br>**EMPIRE HOLDINGS GROUP LLC, also d/b/a ECOMMERCE EMPIRE BUILDERS and STOREFUNNELS.NET, a limited liability company, and**<br><br>**PETER PRUSINOWSKI, aka PETER PRU, individually and as an officer of Empire Holdings Group LLC,**<br><br>  Defendants. | Case No. 2:24-CV-4949<br><br>ORDER GRANTING CONSENT MOTION REQUESTING TO STAY CASE TO CONSIDER SETTLEMENT AGREEMENT |

   Before the Court is Plaintiff Federal Trade Commission's ("FTC") consent motion to stay all deadlines until June 12, 2025, as to Federal Trade Commission's case against Defendants to consider and vote on the terms of the proposed final settlement agreement in this matter. All Parties and the Receiver consent to this motion. The Court has reviewed and considered Plaintiff's motion. It is hereby

   **ORDERED** that the Motion is GRANTED; and it is further

   **ORDERED** that this case and all applicable deadlines set forth in the Scheduling Order (ECF No. 68) are hereby STAYED until June 12, 2025; and it is further

   **ORDERED** that the proposed stay should not apply to the activities of the Receiver, including activities taken pursuant to the Stipulated Preliminary Injunction (ECF No. 49); and it is further

**ORDERED** that Parties will notify this Court when the Federal Trade Commission has voted on the proposed final settlement agreement for this matter or provide a status report by June 12, 2025, if the vote has not been completed by that date.

**SO ORDERED**, this 11th day of April 2025.

S/ WENDY BEETLESTONE

_____
**WENDY BEETLESTONE, J.**
**United States District Judge**